# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Anthony Hill ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:10-cv-00897 |
| v. ) | The Honorable Suzanne B. Conlon |
| ) | |
| Cook County, Thomas J. Dart, Lewis, Along, ) | JURY TRIAL DEMANDED |
| Darrell Bolton, Michael Contreras, Torres, ) | |
| Holmes, Peter Chico, Leon Marmol, Marice, ) | |
| Spivey, Walsh, Clarence Lacy, John Does 1-20. ) | |
| ) | |
| Defendants. ) | |

## INDEX OF EXHIBITS TO AMENDED COMPLAINT

| **EXHIBIT NO.** | **DESCRIPTION** |
|---|---|
| A | Grievance Filed on 11-8-09 |
| B | Grievances Filed on 11-20-09 & 12-2-09 |
| C | Grievance Filed on 1-1-10 |