**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ANTHONY HILL, | ) | |
| | ) | |
| Plaintiff, | ) | 10 C 897 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Suzanne B. Conlon |
| THOMAS DART, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

# DEFENDANTS' EXHIBIT A

Case: 1:10-cv-00897 Document #: 1 Filed: 02/09/10 Page 1 of 20 PageID #:1

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

MHN

RECEIVED
2-9-2010
FEB 9 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Anthony Hill

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Cook Country Jail
E.R.T R/O Lewis 9007
R/O Along Dont Know #
R/O Boleten, R/O Contrenra
R/O Chico, R/O Toroas, R/O Holmes
Tom Dart, Hardwood Hts police Dept
Det John Devries
Cermak Hospital
John Doe (1) Doctor Jane Doe (1) nurse
and Staff in Div 9 medical Dept

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

10 C 0897
Judge Wayne R. Andersen
Magistrate Judge Jeffrey Cole

**CHECK ONE ONLY:**

__X__ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Anthony Hill

B. List all aliases: _____

C. Prisoner identification number: 20090057009

D. Place of present confinement: Cook County Jail

E. Address: 2650 So. California Ave Chicago IL

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: R/O Lewis #9007, R/O Along, Tom Dart
Title: E.R.T
Place of Employment: Cook County Jail

B. Defendant: R/O BoLeTen, R/O ConTrenray, R/o Chico, R/o Torows, R/o Holmes
Title: E.R.T
Place of Employment: Cook County Jail

C. Defendant: Cermak Hospital Staff and Doctors
Title: John Doe(1) Doctor, Jane Doe (Three) Nurses, John Doe(2)
Place of Employment: Cermak Hospital

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: 06C300 Can't Remember The Exact Number

B. Approximate date of filing lawsuit: Can't Remembe

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Anthony Hill

D. List all defendants: Palatine Police Dept Det Erickson, Det Detmott, Det Murray Officer Chuz, another John Doe Red Hair Iris man

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Federal, Northern District

F. Name of judge to whom case was assigned: Ronald Guzman 219 So. Dearborn

G. Basic claim made: I was forced and coherse to sign SORA paper work and was never to be under Any Act of law at the Time of my offence

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): I wrote the Court to Dismissed without prejudice Because I could get To the Law Library which in prison I needed help

I. Approximate date of disposition: Can't Remember

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was Beaten up By ERT Nov 5, 2009 which in the Cell 2060 in Div 9 2H and was punched Kicked and pull Out of the Top Bunk To the Floor By R/O Lewis #9007 and R/O Along also Hit me in the face and Back of the Head and I Blackout for a few min's and came Too and I was Handcuff and Shacked in the Day room and They Broken my Left Leg where I Had a ACL Replacement and Left Side Collar Bone and Left Wrist where the Pins in my Arm is Broken and the Kept Putting the Knee on my Neck and I could not Breath and I was falling To sleep When I came To I was Drag By more ERTs and At Cermack Hospital they Had The Cuffs so tight and when I ASK R/O Boleten To loose it Please He Stated (I am going to give you what you want and more ERTs Beat me more than Before and Crack my nose, Back Rib and front Ribs and—

4

Revised 9/2007

Right Side of my Kidney in which I had Blood in my urine and I was put in The Hole and I ASK many officer's I need medical Attention and got no Help and I ASked Supt manice I need Help and He Just gave me a Complaite form and Just Blew me of and I Didn't get no medical Attention at Cermack. I Just got X Rays and only on my Left Wrist and Left Leg and I Told them I couldn't Breath and could move At All my Neck and Chest Hurted So Bad I could not walk and They again Beat me and Drag me from Cermack To The Hole in Div 9 2f. While in the Hole I Have ASK many officer's and other Staff Sgt and Supt that I need medical Assiant and never recieved no Help At All.

Revised 9/2007

**V.   Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want To press Charges Against Those officers and want To Be Compensate for my Injuries and To get Surgrey on Left Leg, Left wrist and nose Repair and To get my name clear from This Torment and unlawful Conviction That came into my life

**VI.**   The plaintiff demands that the case be tried by a jury.  ☒ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __Friday__ day of __January__, 20__10__

__Anthony Hill__

__Anthony Hill__
(Signature of plaintiff or plaintiffs)

__Anthony Hill__
(Print name)

__20090057009 Div 10, 4A 4121__
(I.D. Number)

__2650 So. California Ave__
__Chicago IL, 60608__
(Address)

Revised 9/2007