**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ANTHONY HILL,                            )
                                         )
                    Plaintiff,           )          10 C 897
                                         )
        vs.                              )          Honorable Judge
                                         )          Suzanne B. Conlon
THOMAS DART, et. al.,                    )
                                         )
                    Defendants.          )

# DEFENDANTS' EXHIBIT B

Page 3

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANTHONY HILL,                    )
                                 )
        Plaintiff,               )
                                 )
vs.                              )10 C 897
                                 )
TOM DART, et. al.,               )Honorable Judge
                                 )Suzanne B. Conlon
        Defendants.              )


        DISCOVERY DEPOSITION OF ANTHONY HILL
        Taken on behalf of the Defendant
        September 30, 2011


        Kim Bruhn, RPR, CSR (IL)

        -- C O N F I D E N T I A L --

---

Page 3

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANTHONY HILL,                    )
                                 )
        Plaintiff,               )
                                 )
vs.                              )10 C 897
                                 )
TOM DART, et. al.,               )Honorable Judge
                                 )Suzanne B. Conlon
        Defendants.              )

        DISCOVERY DEPOSITION OF ANTHONY HILL,
produced, sworn, and examined on behalf of the
Defendants on September 30, 2011, between the hours of
10:00 a.m. and 2:00 p.m. at the Centralia Campus of
the Illinois Department of Corrections, 9330 Shuttac
Road, Centralia, Illinois 62801, before Kim Bruhn, a
Registered Professional Reporter and Certified
Shorthand Reporter within and for the State of
Illinois.

---

Page 2

        **INDEX OF EXAMINATION**

                    Page
QUESTIONS BY MR. BOND              6

        **EXHIBITS**
                    Page
Deposition Exhibit No. 1      27
(Complaint)

Deposition Exhibit No. 2      29
(Amended Complaint)
Deposition Exhibit No. 3      185
(Grievance)

(The original exhibits were retained by the court
    reporter and will be attached to the original
                transcript.)

---

Page 4

        ***A P P E A R A N C E S***

        The Plaintiff, Anthony Hill, was represented by
Binal Patel of Banner & Witcoff, Ltd., 10 South Wacker
Drive, Suite #3000, Chicago, Illinois 60606.
        The Defendant, Cook County, was represented by
Aaron Bond, Assistant State's Attorney, 50 West
Washington, Suite #500, Chicago, Illinois 60602.

---

1  (Pages  1  to  4)

Page 5

1    IT IS HEREBY STIPULATED AND AGREED by and between
2  Counsel for the Plaintiff and Counsel for the
3  Defendant that this deposition may be taken in
4  shorthand by Kim Bruhn, a Registered Professional
5  Reporter and Certified Shorthand Reporter, and
6  afterwards transcribed into typewriting, and the
7  signature of the witness is not waived by agreement of
8  Counsel and the Witness.
9           *****
10          ANTHONY HILL,
11 of lawful age, being produced, sworn, and examined on
12 the part of the Defendant, and after responding "Yes"
13 to the oath administered by the court reporter,
14 deposes and says:
15      MR. PATEL: Binal Patel, Banner &
16 Witcoff, Counsel for the Witness, Anthony Hill.
17      MR. BOND: Assistant State's Attorney,
18 Aaron Bond, on behalf of the named Defendants in the
19 case.
20      If the record could reflect, this is the
21 Discovery Deposition of Anthony Hill. We're convened
22 here pursuant to Notice in agreement of the parties.
23      Again, my name is Aaron Bond. I
24 represent the Defendants in this matter. There is --

Page 6

1  actually, I'll go through them all. Sheriff Dart.
2  Officer -- currently Officer Darrell Bolton, Officer
3  Mike Contreras, Officer Peter Chico, Officer James
4  Holmes, Officer Crystal Spivey, Commander Hugh Walsh
5  and Sergeants Abel Torres and Leon Marmol, as well as
6  Clarence Lacy from Cermak Health Services.
7      I also anticipate future representation
8  of Officer Nick Bolson. The Deposition will be
9  conducted in accordance with the Federal Rules of
10 Civil Procedure and any and all local rules that are
11 within the District.
12      MR. PATEL: Is Lewis?
13      MR. BOND: He hasn't been served. He
14 hasn't been served yet.
15      Again, we're at the Centralia Campus of
16 the Illinois Department of Corrections. The time is
17 approximately 10:15 a.m. The Witness has been sworn.
18      EXAMINATION
19 QUESTIONS BY MR. BOND:
20      Q    Mr. Hill, would you please state your
21 full name, spelling your first and last name, please?
22      A    My name is Anthony Hill, A-n-t-h-o-n-y,
23 Hill, H-i-l-l.
24      Q    Okay. Mr. Hill, have you ever taken part

Page 7

1  in or been part of a deposition before?
2      A    Yes.
3      Q    Okay.
4      A    Yes.
5      Q    When was that?
6      A    Before my dad passed, and it was during a
7  workers' -- when he got hurt at work.
8      Q    A workers' comp. thing?
9      A    Yes, at Bethlehem Steel Company. He had
10 worked, and we had a deposition, I can remember. I
11 think -- I think that's what it was, a deposition,
12 yes. Yeah.
13      Q    Okay. Aside from that deposition, that
14 case didn't involve you; is that right?
15      A    I guess it was -- I'm his son, so I don't
16 know if it was a matter to help the job; you know? I
17 don't know what -- it was, just -- I was just there
18 just to state by me being his son. That's it.
19      Q    Okay.
20      A    So that's all it was.
21      Q    How long ago was that?
22      A    This was over, back in, I guess, 1990.
23      Q    Okay. Let's do a little refresher course
24 then just so you're aware of what's going to go on

Page 8

1  today. I'm sure your attorney, Mr. Patel, has filled
2  you in about what's gonna happen today.
3      Basically, I'm gonna be asking you a
4  series of questions about the events that you
5  complained about in your lawsuit. You're gonna have
6  to answer them under oath; that's why you were sworn
7  in by the court reporter. It's just like testifying
8  in Court.
9      A    Okay.
10      Q    Even though there's no judge here, again
11 you're under oath to testify truthfully to everything
12 that you've complained about in your lawsuit or that
13 I'll be asking you about; okay?
14      A    Yes.
15      Q    It's also important that you understand
16 every question that I'm gonna ask you. So if I ask
17 something that just seems -- you know, I have a habit
18 of sometimes asking bad questions that make no sense.
19 So if you don't understand the question, just let me
20 know. I'll try to rephrase it, or I will ask it in a
21 different way; all right?
22      A    Okay.
23      Q    And if you've got to take a break at any
24 time let me know, you know, water break, bathroom

2 (Pages 5 to 8)

QUESTIONS BY MR. BOND



Page 9

1  break, you have it. The only thing I ask is that if
2  there's a question currently pending, that you answer
3  the question and then we'll take a break; okay?
4  **A    Okay. So if I have a question and I**
5  **don't understand, can I just ask my lawyer and see if**
6  **he agrees if I should answer it or not?**
7  Q    I'll explain that right now.
8  A    Okay.
9  Q    Basically your Attorney will have the
10  opportunity to object to questions. But unless he
11  specifically instructs you not to answer, you will
12  still have to answer the question; okay?
13  A    Okay.
14  Q    So just to kind of go over again, if
15  there is a question pending and you don't quite
16  understand it, I would ask you to ask me to re-ask it
17  or ask it in a different way and I'll try doing that.
18  And if you still don't understand it, we'll keep
19  trying and ask it in a different way; okay?
20  A    Okay.
21  Q    And like I said, if there's a break you
22  want to take, like I said, if there's a question
23  pending, we'll answer the question, then we'll take
24  the break.

Page 10

1  If you want to take a break and talk to
2  your attorney, same thing, if I've got a question
3  pending, just answer it and we'll take a break and
4  move on; all right?
5  A    Okay.
6  Q    It's also important, because she's taking
7  down the record today, I have a bad habit of talking
8  fast on the record, and court reporters hate me for
9  it, so I'm gonna try to speak slowly, ask that you try
10  to speak slowly, and when we're talking, if I'm asking
11  questions and you're answering, we'll just make sure,
12  try to remember not to speak over each other. So let
13  me finish my question, I'll let you finish your
14  answer, and we'll do that way; okay?
15  A    Okay.
16  Q    All right. Anything that will prevent
17  you from answering my questions today, such as being
18  under the influence of any drugs or alcohol?
19  A    No.
20  Q    All right. Are you taking any
21  prescription medication that would in any way affect
22  your ability to answer questions today?
23  A    No.
24  Q    All right. And just so you know, again,

Page 11

1  some of the questions I may ask I don't want you to
2  take personally. I don't want you to be upset by
3  them. It's strictly, you know, my job as the Attorney
4  for the Officers in this case to ask the questions
5  that need to be asked. Again, it's nothing personal.
6  Do you understand that?
7  A    Yes.
8  Q    All right; good. So prior to the
9  deposition today, were there any documents or anything
10  of that nature that you looked at in preparation for
11  testifying?
12  **A    Any documents from the State?**
13  Q    From this case, just to, like, refresh
14  your memory or to get yourself ready to testify,
15  something along those lines?
16  **A    Only personal Grievances that I wrote and**
17  **things that I kept notes of.**
18  Q    Okay. When you say things that you kept
19  notes of, would that be notes that you kept while here
20  at IDOC or notes that you had with you from your time
21  at the county jail?
22  **A    The notes that I had from the county jail**
23  **and some notes that -- from here at Centralia**
24  **Correctional.**

Page 12

1  Q    Okay. And aside from talking to your
2  Attorney, have you spoken with anybody else in
3  preparation for getting ready for your testimony
4  today?
5  A    No.
6  Q    Let me go a little bit through, you know,
7  what I do in every deposition. I just kind of get a
8  little bit of background information on the person I'm
9  deposing. Everybody gets treated alike.
10  So let me just ask you first upfront,
11  within the past ten years, have you been convicted of
12  any felony offense?
13  A    Yes.
14  Q    Okay.
15  A    Unlawfully.
16  Q    Well, I know. I'm not here to debate the
17  merits of whether you were convicted properly or not.
18  I just need to know if you've been convicted within
19  the past ten years of a felony offense?
20  **A    Yes, unlawfully, like I said.**
21  Q    Okay. How many felony offenses within
22  the past ten years?
23  A    Three.
24  Q    Okay.

QUESTIONS BY MR. BOND

Page 13

1    A    Three unlawful convictions --
2    Q    Okay.
3    A    -- that I -- I had in Civil Court, and
4    I'm trying to get it cleared up to this day.
5    Q    Understood. Yeah, I'm making no
6    judgments. I just need to know for purposes of simply
7    background information as well as, you know, I need to
8    always ask about someone's criminal background when
9    they're testifying.
10        So the three felony convictions, what
11    years was each conviction; if you recall?
12    A    '05, '06, and '09.
13    Q    And the '05 conviction, do you recall
14    what that conviction was for?
15    A    For misuse of a credit card and failed to
16    change -- failed to report address. And this second
17    one, right now, failed to report change of address.
18    Q    So the '05 one and the '09 one -- '05 is
19    illegal use of credit card and failure to report --
20    A    Yes, because it was two of them for one
21    in '05. It was change of address and misuse of a
22    credit card.
23    Q    Okay.
24    A    Then the second one was fail to report,

Page 14

1    and the third one in '09, what got me here unlawfully
2    right now --
3    Q    Uh-huh.
4    A    -- is failed to report.
5    Q    Okay. Got ya. So, again, without
6    getting into the specifics of the case, the case
7    you're presently here for was failure to report?
8    A    Yes.
9    Q    All right. Have you ever used any other
10    names or aliases?
11    A    No. Not that I know of, no.
12    Q    All right. And I forgot to ask you. I
13    know I just asked you about the felony convictions in
14    the past ten years. In the past ten year period, have
15    you been convicted of any sort of misdemeanor, crime
16    of dishonesty or moral turpitude, as the legal term
17    is, such as theft, retail theft, embezzlement,
18    something along those lines? Any misdemeanor
19    convictions in the past ten years for anything like
20    that?
21    A    It was an arrest, retail theft arrest,
22    but it wasn't a conviction.
23    Q    Okay. Yeah, I'm just asking about
24    convictions. So no convictions?

Page 15

1    A    No. It was no conviction of a retail --
2    it was a theft.
3    Q    Okay. Are you married?
4    A    No.
5    Q    Have you ever been married?
6    A    No.
7    Q    Any children?
8    A    Yes, I have four.
9    Q    Okay.
10    A    One daughter and three sons.
11    Q    Okay. I'm not gonna ask too many
12    specifics about them, but can you tell me their ages?
13    A    My daughter is 24, my twin sons are 22,
14    my baby son, he's 13.
15    Q    Okay. And do they all live in Chicago?
16    A    Yes.
17    Q    And do you have any siblings?
18    A    Yes. I have three brothers and one
19    sister.
20    Q    And what is your birth date?
21    A    My birthday is ███████████
22    Q    And, again, I'll -- the next question
23    I'll be happy to keep private, but I do have to ask
24    it. What is your Social Security number?

Page 16

1        MR. PATEL: Hold on.
2        MR. BOND: We can go off the record for a
3    second.
4        MR. PATEL: Yeah, can we go off the
5    record?
6            (A short discussion was held off
7            of the record.)
8        MR. PATEL: For the record, this next
9    question is going to be marked as confidential, highly
10    confidential, Attorney's eyes only. For the time
11    being, my law firm and Mr. Bond are the only folks
12    that will have access. If there's anyone else that
13    needs access, we need to get some sort of written
14    approval in advance.
15    Q    (By Mr. Bond) Social Security number?
16    A    ████████████
17    Q    Uh-huh.
18    A    ████████
19    Q    Thank you. And, obviously, your current
20    address is here at the Centralia Correctional Center.
21    And prior to that, were you at Stateville Correctional
22    for a little bit?
23    A    I was at Stateville Correctional once I
24    left Cook County Jail, and then I was shipped to

QUESTIONS BY MR. BOND

Page 17

1  Robinson Correctional Center, which I stayed there for
2  another six and half months, I believe.
3      Q    How long have you been here at
4  Stateville -- I'm sorry, at Centralia?
5      A    I've been here going on 14 months.
6      Q    And prior to that Robinson Correctional,
7  and then prior to that Stateville?
8      A    Stateville for, I think --
9      Q    Receiving?
10     A    Yeah, receiving, then county jail.
11     Q    At the Cook County Jail you were -- let's
12  see here. How long were you at the Cook County Jail?
13     A    I was there for six months, I believe.
14     Q    All right. So if I gave you the dates of
15  entering the county jail on or about August 26 of '09
16  and being released to Stateville on or about
17  February 26, 2010, does that sound about correct?
18     A    No, that's incorrect. I left -- I
19  entered Cook County Jail August 26th --
20     Q    Right.
21     A    -- '09, and I left there February 18th --
22     Q    Okay.
23     A    -- of 2010.
24     Q    Okay. So about 8/26/09 through

Page 18

1  February 18th, or thereabouts, 2010?
2      A    Yes.
3      Q    Any reason to dispute those dates that
4  you were in Cook County Jail?
5      A    Dispute them?
6      Q    Yeah.
7      A    No.
8      Q    I'm not trying to trick you.
9      A    No, no, no.
10     Q    I'm just trying to get a time frame down.
11     A    Okay.
12     Q    All right. Prior to being held at the
13  Cook County Jail in August of 2009, where had you
14  lived at?
15     A    Okay. I had a problem with my living
16  arrangements, so I was staying at my mom's old house,
17  610 South Bensley.
18     Q    Uh-huh.
19     A    And also I was spending the nights, a few
20  nights, at 4747 Ronald in Harwood Heights with Alicia
21  Collatto (phonetic).
22     Q    4747 -- how do you spell that street
23  address?
24     A    R-o-n-a-l-d, Ronald.

Page 19

1      Q    Ronald, got ya.
2      A    Yeah, like Ronald --
3      Q    Like Ronald McDonald?
4      A    Ronald McDonald, yeah. Yeah.
5      Q    All right. Did you -- how long were you
6  kind of flipping back and forth between those two
7  addresses, approximately?
8      A    About two years.
9      Q    All right. And did you ever pay any
10  money in rent to those locations?
11     A    Yes.
12     Q    All right. Both locations or just with
13  your mom?
14     A    Both locations.
15     Q    About how much would you pay monthly?
16     A    I was paying two hundred in cash to
17  Alicia, and I was giving my brother three hundred to
18  four hundred dollars on the house on Bensley. And,
19  also, I was paying -- like I was buying all the food
20  at both places, which I was able to get my Social
21  Security, and I'd just give them the whole check up
22  for that and my Link card, so I was taking care of
23  both houses.
24         And then I was working at a cleaning

Page 20

1  service and working at a car wash, and I was also
2  doing inventory work for -- I was inventorying stores,
3  merchandise in stores.
4      Q    You kind of answered my next questions
5  without me even having to ask them.
6      A    Okay.
7      Q    The cleaning service, about how long had
8  you been working -- were you working there up until
9  you got locked up at the jail?
10     A    Yes.
11     Q    How long were you -- what was the name of
12  the cleaning service?
13     A    I was working with Alicia Collatto. She
14  was -- I was working under her, so --
15     Q    She was the woman you would stay with?
16     A    Yes, I was with her for, like, eight and
17  half years.
18     Q    Was it her company?
19     A    She was working under someone. I really
20  didn't know who it was, so -- I was working with her.
21     Q    Okay.
22     A    And we was cleaning -- we was cleaning
23  truck companies near O'Hare Airport and medical
24  centers, medical clinic centers by O'Hare Airport.

5 (Pages 17 to 20)

QUESTIONS BY MR. BOND

Page 21

1   Q   Okay.
2   A   I can't remember what -- not Mt.
3  Prospect.
4   Q   That's okay.  Do you know the name of the
5  service though, the cleaning service?
6   A   I can't remember.
7   Q   That's okay.  What about the car wash
8  where you were working?
9   A   Mobile Car Wash.  That was on
10  147th and -- 147th and Sibley Boulevard, Sibley and, I
11  think, Wentworth.  I think it was Sibley and
12  Wentworth.  And I also was working at Zoom Cleaning,
13  so I had, like -- I had a few jobs.
14  Q   And the car wash, were you working at
15  that up until you were locked up at the county jail?
16  A   Yes.  Yes.  And also --
17  Q   And the store inventory was that --
18  A   It was --
19  Q   What was that?
20  A   This was a company, I think it was called
21  RCI, I think it was.  I can't really remember exactly
22  the correct -- but it was --
23  Q   What did you do for them?
24  A   I went to different locations, and I

Page 22

1  counted merchandise in the stores.  I counted -- using
2  a scanner.  Yeah, I used a scanner, and I counted
3  all -- every -- every item that was on the racks in
4  the stores.
5   Q   How long would you say as far as those
6  three jobs that we talked about, the cleaning service,
7  the car wash, and the store inventory place, how long
8  were you working for those places up until you got
9  locked up?
10  A   I was working over -- almost two years.
11  Q   At each place?
12  A   Also, I forgot another job I had.  I
13  forgot because I had another job I was working with,
14  this guy, this Mexican guy named -- what was his name,
15  Salvador.
16  Q   Okay.
17  A   A Mexican guy.  I was doing tuck point
18  work --
19  Q   Okay.
20  A   -- bricklaying and --
21  Q   Construction work?
22  A   Yes, construction work.  I was working
23  with him.  I ain't never gonna forget that.
24  Q   Do you know the name of his company?

Page 23

1   A   Germil.  His name was Germil, Germil
2  Salvador.  He worked --
3   Q   G-e-r-m-i-l?
4   A   Salvador, yeah.  Germil Salvador.
5   Q   Okay.
6   A   And he worked with a firm over there on
7  Madison and Laramie.
8   Q   Okay.
9   A   It was -- I think it was Waste Management
10  Company, I believe.  It started -- Waste Management,
11  yeah.  Waste Management or something.  It was -- he --
12  I was working under him, and he was paying me cash.
13  Q   Right.
14  A   Eight dollars an hour.
15  Q   What -- so real quick, the cleaning
16  service, how long were you working with them before
17  getting locked up?
18  A   I was working with her for four years.
19  Q   What about the car wash?  How long there
20  before being locked up at the jail?
21  A   The car wash, I was working there a year
22  and a half.
23  Q   And the store inventory place, how long
24  were you there before being locked up?

Page 24

1   A   I was working there for, like, I think,
2  about four or five months.
3   Q   Okay.  And Mr. Germil --
4   A   Germil?
5   Q   -- Salvador, how long were you working
6  for him before being locked up at the jail?
7   A   With him I did three contracts.  I did
8  three contracts with him, and I can say I worked with
9  him about three months.
10  Q   And, again, all those jobs you were
11  working at some point in time prior to being locked up
12  at the Cook County Jail on August 26 of '09?
13  A   Yes.
14  Q   How much would you say you took home,
15  approximately, per month in payment from your four
16  jobs total?
17  A   About $2,500 a month.
18  Q   Okay.
19  A   It could have been more though, you know,
20  if I worked more hours.  It could have been more.
21  Q   That was take home, $2,500 a month?
22  A   Yeah, $2,500 a month.
23  MR. PATEL:  I'd like to designate that
24  portion confidential as well.

6 (Pages 21 to 24)

QUESTIONS BY MR. BOND

Page 25

1    MR. BOND: Sure.
2    Q    (By Mr. Bond) Did you own any real
3    estate?
4    A    No.
5    Q    Did you ever own any homes or real
6    estate?
7    A    Yes.
8    Q    Okay. When's the last -- was it a home?
9    A    Yes.
10   Q    When was the last time you owned that
11   place?
12   A    In '98.
13   Q    All right. And tell me a little bit
14   about your educational background. What's the highest
15   level of education that you completed in school?
16   A    Twelfth grade.
17   Q    And did you graduate high school?
18   A    I graduated from a continuous high
19   school. I was short one credit to graduate, so I had
20   to go to a school downtown, an alternative school, and
21   they -- I got the credit down there. It was called
22   double e.
23   Q    Do you have your high school diploma
24   then?

Page 26

1    A    It was a certificate. Yes, I guess it
2    was a diploma. I don't know where it's at, because
3    once my mom died, I don't know where it's at.
4    Q    So, like, a GED, or the same thing?
5    A    Yeah. It's like a GED, yes.
6    Q    What high school did you go to?
7    A    Harlan High School.
8    Q    Harlan?
9    A    Yes. Harlan spelled H-a-r-l-a-n.
10   Q    And when did you -- when's the last time
11   you attended Harlan High School?
12   A    1985.
13   Q    That was when you were in the 12th grade?
14   A    Yes.
15   Q    Did you -- have you ever taken any
16   college courses or technical courses or job specific
17   or job related courses?
18   A    Yes. Olive-Harvey College.
19   Q    When was that?
20   A    This was, like, '92, I believe, '93.
21   Between '92 or '93. I was taking up truck driving,
22   but I didn't complete it.
23   Q    Okay.
24   A    I was unable to complete it.

Page 27

1    Q    Any other courses aside from the
2    Olive-Harvey College?
3    A    No.
4    Q    Okay. Enough about the background.
5    A    Okay.
6    Q    I'm just gonna show you what I've
7    marked -- I will give a copy to you and your
8    attorney -- Defendant's Exhibit NO. 1.
9            (Deposition Exhibit No. 1 was
10           marked for identification.)
11   Q    (By Mr. Bond) This is a copy of the
12   Complaint you filed or sent into the District Court in
13   this case, Anthony Hill vs. the Defendants in this
14   case, 10 C 897.
15           Real quick, just a couple of questions
16   about that. Defendant's Exhibit 1, do you recall when
17   you composed this lawsuit originally?
18           Would it have been around January 2010,
19   and I'll refer you specifically to the last page of
20   the Complaint.
21           MR. PATEL: Mr. Hill, feel free to look
22   at the entire document, refresh yourself, and you can
23   answer the questions.
24           THE WITNESS: Okay.

Page 28

1    A    Yes. February -- January. I didn't put
2    the correct date on it. See, the day, but it was,
3    like, a Friday, so it could have been any Friday of
4    that month.
5    Q    (By Mr. Bond) Do you know, was it early
6    January? Late January?
7    A    It had to be early January.
8    Q    So before --
9    A    Yes.
10   Q    Before, like, the first half? One of the
11   first two Fridays of the month, you think, of
12   January 2010?
13   A    Yes. The first -- yeah, the first week
14   of January.
15   Q    The first week of January?
16   A    Yes.
17   Q    Okay. Did you mail it off right away to
18   the Court? Did you hold onto it? What did you do?
19   A    I mailed it right off.
20   Q    Okay.
21   A    I mailed it right off, because I thought
22   I was going to have a problem, you know, with the mail
23   system there.
24   Q    Sure. And looking at the front page, it

7 (Pages 25 to 28)

QUESTIONS BY MR. BOND

| Page 29 |
|---|

1   looks like -- I'm not sure if you can attest to this
2   or not, but it looks like it was received by the Court
3   on February 9, 2010? Is that what -- do you see that
4   at the top of the next page?
5      A    **February 9th, 2010, yes.**
6      Q    Okay. And you were still incarcerated at
7   the Cook County Jail when you composed this lawsuit in
8   January of 2010?
9      A    **Yes.**
10     Q    And when it was received by this date up
11   here, this February 9th date, you were still at Cook
12   County Jail; is that accurate?
13     A    **Yes.**
14     Q    Okay. Now. I'll mark Defendant's
15   Exhibit No. 2. It's a copy of your Amended Complaint.
16           (Deposition Exhibit No. 2 was
17           marked for identification.)
18     Q    (By Mr. Bond) Just have a look at that
19   and see if you recognize it. Is that your Amended
20   Complaint?
21     A    **Let me make sure.**
22     Q    Sure.
23     A    **Marice, right here, on Line 14 --**
24     Q    I understand. Hold on a second. Let

| Page 30 |
|---|

1   me -- I'm just asking was this the Complaint that was
2   filed with the Court?
3         I don't need to know any specifics about
4   the actual Complaint.
5     A    **Yes. Yes. Yes.**
6     Q    That's all I'm asking right now. Let me
7   ask, you know, just to clarify again.
8         Going back to your original Complaint,
9   the first exhibit, Defendant's No. 1, you said you
10   filed it during the first week of January.
11         If you recall, would that have been the
12   first full week of January, or was it -- I know
13   sometimes, like, when a month starts it's not exactly
14   a full week.
15         Do you recall -- in the Complaint it
16   reads this Friday of January, and you said it was
17   during the first week of January in your testimony.
18         Was it the first full week of January?
19   Was it, just the very -- even before the first
20   full week happened of January? Do you have any idea?
21   If you don't remember that's fine. I'm just trying to
22   narrow down the time frame.
23         THE WITNESS: (To attorney) Do you have
24   the paper I showed you? The little, small one?

| Page 31 |
|---|

1         MR. PATEL: Why don't you answer to the
2   best of your recollection. If you know it, answer.
3   If you don't know, then just say you don't know it.
4     A    **I don't know.**
5     Q    (By Mr. Bond) Okay.
6     A    **I can't remember.**
7     Q    So just to the best of your knowledge, it
8   was just the first week of January sometime that you
9   would have filed that Complaint, your original
10   Complaint? Sorry.
11     A    **I believe it was before then. It may be.**
12   **Maybe. I really can't remember if it was the first**
13   **week or in the middle.**
14     Q    Okay.
15     A    **I can't remember. It may -- it had to be**
16   **the first week. It had to be the first week of**
17   **January.**
18     Q    Okay. Yeah, I'm just trying to get a
19   time frame.
20     A    **Yeah, it had to have been the first week**
21   **of January.**
22     Q    That you would have filed that?
23     A    **Yeah. Because I believe I started it --**
24   **I started in December. I had to have --**

| Page 32 |
|---|

1     Q    Okay.
2     A    **-- because I remember complaining, so it**
3   **had to be the first week of January.**
4     Q    Okay. Just like I said, I'm just trying
5   to get a time frame. That's all.
6     A    **Okay.**
7     Q    Let me go into the specific allegations
8   in your Complaint. You know, we're gonna focus
9   specifically on the Amended Complaint because that's
10   currently what we're dealing with here.
11         Let's start with the date of
12   November 3rd, 2009. My understanding is that you
13   allege that on November 3rd, 2009 you were approached
14   by an Officer Lewis after you had been looking at a
15   group of correctional officers; is that right?
16     A    **Yes.**
17     Q    All right. Tell me where -- what time of
18   day this was at where you state that you were looking
19   at a group of correctional officers?
20     A    **I was in the foyer, the interlock.**
21     Q    Okay. What time of day are we talking
22   about?
23     A    **It was in the morning, before --**
24     Q    So the 7:00 a.m. to 3:00 p.m. --

8 (Pages 29 to 32)

QUESTIONS BY MR. BOND

Page 33

1　A　Yes. It was before 10:00.
2　Q　Okay. And you said you were in the
3　interlock. What housing unit were you living on at
4　that time, November 3rd, 2009?
5　A　Division 9, 2H, I believe.
6　Q　Tier 2H?
7　A　Yes.
8　Q　And you were in the interlock, you said?
9　A　Yes.
10　Q　Is that also known as the bubble?
11　A　Yes.
12　Q　Can you give a description of just kind
13　of how the 2H is laid out and then also how the
14　bubble -- where the bubble is or the interlock is in
15　relation to your tier, 2H?
16　A　Okay. The cells are two floors, one at
17　the bottom and one at the top with, like, an L-shape
18　going -- going -- the L-shape going backwards, not
19　like the L-shape going to the right. It'd be going to
20　the left.
21　　　　　And there's a stairwell in the middle of
22　the L-shape. See, the cells is like -- the cells
23　right here on this side, like, maybe, seven, eight
24　cells, and then, like, six or seven cells going that

Page 34

1　way. And then there's the stairwell going in the
2　middle; okay? Then you have the tables, the chairs, a
3　TV right there --
4　Q　Let me stop you for a second. The tables
5　and chairs you're talking about, is there like a -- is
6　this the --
7　A　That's the middle of the L-shape.
8　Q　Is that referred to as the day room?
9　A　Yes, that's the day room.
10　Q　Where the tables and chairs and TV are?
11　A　Yes.
12　Q　Okay.
13　A　And they have, like, two big poles, two
14　big concrete poles. It looked like a car wash.
15　Q　Where are those in relation to the day
16　room, the two big poles?
17　A　The two big poles are in the middle, the
18　middle of the day room.
19　Q　Okay.
20　A　The middle of the day room.
21　Q　How many cells in the top tier and how
22　many cells in the bottom tier of 2H?
23　A　I think it's about -- one, two, three,
24　four. I think it's about five or six going -- going

Page 35

1　this way on the L, and, like, five -- five going on
2　the other L. So it's, like, five at the top, five at
3　the bottom, and five going across. It's like an
4　L-shape. I remember it was, like, an L-shape.
5　Q　So let me see if I get this straight. Is
6　the one side of the L-shape on the bottom, the other
7　side of the L on top?
8　A　Yes, it goes like this.
9　Q　Okay.
10　A　Cells right here. Cells at the top.
11　Q　So let me stop you, because it's -- I've
12　got to get this clear on the record.
13　　　　　Just so the record is clear, you have
14　your arm out in kind of half of an L-shape, and you're
15　indicating that there's cells on the bottom of the one
16　side of the L; is that right?
17　A　Yes.
18　Q　And cells at the top side of that one L?
19　A　Yes.
20　Q　And you said there are how many cells on
21　the bottom and top of this L?
22　A　I believe five on each, five on each.
23　Five between -- I think the long side, I think it was
24　six, maybe -- yeah, maybe six cells.

Page 36

1　Q　On the bottom of the L?
2　A　Yeah, six. I can't really correctly
3　remember how many it was --
4　Q　That's okay.
5　A　-- but I believe it was, like, six
6　cells -- six cells going top to bottom in the first
7　L-shape, and the second L-shape like five -- five
8　cells. I can't really remember exactly how many cells
9　it was.
10　Q　Okay. How many on the short side of the
11　L, how many -- you said -- was there a top and a
12　bottom on the short side of the L too?
13　A　Yes.
14　Q　So about -- on the long side of the L,
15　you've got six on the bottom and about six on the top.
16　And then on the short side you've got about five on
17　the bottom and five on the top; does that sound
18　accurate?
19　A　Yes, and it may be five or six.
20　Q　Give or take?
21　A　It may be five or six on each side. I
22　can't -- I can't really exactly remember how many
23　cells it was.
24　Q　And how big would you say this day room

9　(Pages 33 to 36)

QUESTIONS BY MR. BOND

Page 37

1  area is in feet? Just throw out a number like, you
2  know, 20 by 30. I'm not saying that's accurate. I'm
3  just saying in feet, how big would you say the day
4  room area is?
5      A    The day room area is not that big. It's
6  not that big.
7      Q    What would you guess the dimension -- or
8  what would you approximate the dimensions to be?
9      A    About 20 feet -- 20 feet -- 20 feet
10  vertical, and about 20 feet horizontal.
11      Q    And you said this was around sometime
12  before 10:00, the time frame we're talking about.
13      Were you on the top cells or the bottom
14  cells?
15      A    I was in the bottom cell in the middle.
16      Q    Let me ask you -- okay.
17      A    In the middle.
18      Q    Let me ask you, the top cells and the
19  bottom cells, did they let out to the day room at
20  different times?
21      A    Yes.
22      Q    All right. Would this -- would this have
23  been -- this time period, before 10:00 in the morning,
24  would this have been the bottom cells' time to be out

Page 38

1  in the day room?
2      A    I had a call pass. I was on my way to
3  the law library.
4      Q    Okay. Who was out in the day room at
5  that time? Was anybody out in the day room at that
6  time when you were in interlock?
7      A    I can't remember, because I didn't pay no
8  attention. I was focused on my case.
9      Q    When you were called out into the
10  interlock, you said you had a call pass. What is a
11  call pass?
12      A    A call pass is a movement pass, so you
13  can go from one section of the jail to another. I had
14  a pass to go to the law library because I was going
15  pro se in my case.
16      Q    Understood. Who brought you from your
17  cell to the interlock? What was the name of the
18  officer?
19      A    I believe it was Ms. Spivey.
20      Q    Krista Spivey?
21      A    Yeah.
22      Q    One of the Defendants in the case?
23      A    Yes. I believe it was her.
24      Q    And aside from Officer Spivey, was

Page 39

1  anybody else assigned to the 2H tier that morning?
2      A    Yes, but I can't remember their name.
3  I'd remember if I see them again, if I see their face,
4  but I can't remember their names.
5      Q    How many other officers aside from Spivey
6  were there?
7      A    There were --
8      Q    I'm not talking about, like --
9      A    It was -- it was -- it was another -- it
10  was one man, a black man, on that end, and Ms. Spivey
11  and -- and I think someone else was in the bubble, in
12  the interlock area, in the control area, someone else
13  was in there. So there was three people working both
14  tiers, I guess, you know, two -- one watching that
15  side, one watching this side, and the officer, Ms.
16  Spivey, walked in to tell me that I have a call pass.
17      Q    When you say watching one side and
18  watching the other side, are you talking about the --
19  so, just so I get the layout straight, the bubble is
20  right next to your tier, 2H, and there's another tier
21  on the other side of the bubble?
22      A    Yes.
23      Q    So when you say one's watching one tier,
24  one watching the other, you're not talking about

Page 40

1  watching -- they were both watching 2H?
2      A    No. One is watching one tier and one is
3  watching the other tier.
4      Q    Okay. What was the tier that butted up
5  next to your tier on 2H?
6      A    I think it was 2G, I believe. I can't
7  really remember. It was across the hall, so I can't
8  really remember. I was in 2H, so --
9      Q    Okay.
10      A    How long were you in the bubble, or
11  interlock, sorry. I just keep interchanging, so if I
12  call it the bubble it's the interlock or vice versa.
13      How long were you in the interlock at
14  that time when you noticed -- when you were looking at
15  a group of officers?
16      A    About two minutes.
17      Q    Was Officer Spivey in the interlock with
18  you?
19      A    I think so.
20      Q    Was any other officer in the interlock
21  with you?
22      A    Yes, it was two other officers.
23      Q    So three officers in interlock with you?
24      A    Yes.

10 (Pages 37 to 40)

QUESTIONS BY MR. BOND

Page 41

1  Q    And you were waiting to go to the law
2  library?
3  A    Yes, me and three other inmates.
4  Q    Okay. So yourself, three inmates, and
5  Officer Spivey and two other officers?
6  A    Yes, because they was handcuffing us. I
7  remember, they was handcuffing us before because by it
8  being maximum security, they handcuff you before you
9  go anywhere.
10  Q    And what -- just again, I think I may
11  have asked you, what is the interlock area? Give me a
12  description of that.
13  A    The interlock area is outside of the day
14  room. Here is the day room and 2H. Once you go open
15  that door up, this is the interlock between --
16  Q    The interlock would be right next to --
17  A    Yeah, the interlock is in the middle.
18  Q    Okay.
19  A    This dorm, 2H, and that dorm, 2G, and
20  then this is the control area where they have a door
21  right there, and then a door that goes outward. So
22  it's a middle -- it's like just an open space right
23  here where they have, like, a room, a cleaning room
24  over here on this side, and -- yeah, that's it, a

Page 42

1  cleaning room, like where you keep your cleaning
2  supplies and stuff in that area.
3  Q    That cleaning room is off to the side of
4  the interlock?
5  A    Yes, onto the left side near the shower
6  area of 2H.
7  Q    So there's a cleaning room area --
8  A    Yeah.
9  Q    -- shower area --
10  A    Yeah. Day room area, the tables right
11  here in this area, the shower in this area, then the
12  door where -- this is the interlock, the open space of
13  the interlock. And this part right here is the
14  control area where you can -- they can walk back and
15  forth and watch that side and watch this side. And
16  then they can watch the gym area, the concrete area
17  where the gym was, you know, where you play basketball
18  and you can see the fence, you can see the outside out
19  there.
20  Q    Okay.
21  A    The patio. I guess it was, like, a
22  patio.
23  Q    Let me see if I can just clarify it for
24  the record. Like I said, it's easy to have you

Page 43

1  explain it to me face-to-face --
2  A    Okay.
3  Q    -- but just for the record, and correct
4  me if at any point I'm misrepresenting what you stated
5  here.
6         Just so the record is clear, you were
7  indicating that in front of you you had the day room
8  area, and then immediately, you moved your hand
9  back -- forward a little bit more, and next to that
10  was a shower area?
11  A    Shower area on the left.
12  Q    Okay. And then next to the shower area
13  you moved your hand a little bit to the right. That
14  was a cleaning room?
15  A    Yeah, cleaning room. Yes, that was past
16  these doors. Once you come out of this day room --
17  this is the day room area. Once you come past these
18  doors, that's when you're in the middle section of --
19  in between these two dorms, and it's a cleaning room
20  right here, and then that's an area that goes out to
21  the hallway to the other section of the building.
22  Q    Let me just -- the interlock, though, is
23  right next to the day room; is that correct?
24  A    The interlock -- no, no. The interlock

Page 44

1  is right where the cells are in the L-shape --
2  Q    Okay.
3  A    -- going opposite -- that way.
4  Q    Okay.
5  A    So once you come out of these doors --
6  Q    Which doors are you talking about,
7  interlock doors?
8  A    Yeah, the doors from the dorm, from the
9  day room.
10  Q    From the day room?
11  A    Yes. Once you come out that door, that's
12  when you're in the middle section in between the
13  control room, the bubble, the so-called bubble right
14  there.
15  Q    Okay.
16  A    You're in this empty space right here.
17  You know, that's where they handcuff you and all that
18  right there.
19  Q    Is the control room and the interlock,
20  are they connected as one room, or is there a
21  separation between them?
22  A    It's a separation.
23  Q    Is it separated by a door?
24  A    The control room and the interlock?

11  (Pages 41 to 44)

QUESTIONS BY MR. BOND

Page 45

```
 1    Q    Right.
 2    A    It's -- they separate it.  In this area,
 3  this is the control room, so this area can watch both
 4  ends.
 5    Q    Both tiers?
 6    A    Yes, both tiers.  And this middle open
 7  section is to go out.  They have a door right here,
 8  they have a door on their control room, and then this
 9  middle section, and then the door to go into the
10  hallway --
11    Q    Okay.
12    A    -- to go where the elevator is and to the
13  other desk area where the other officers sit at in the
14  hallway --
15    Q    Okay.  Let me ask you --
16    A    -- where the elevators were.
17    Q    I guess let me ask you this way.  Was the
18  interlock, is it right next to the control room?
19    A    Yes.
20    Q    And in order to get out into the hallway,
21  do you have the leave the interlock to -- when you
22  leave the interlock, do you have to go through the
23  control room to go to the hallway?
24    A    No, you can't go to -- you don't have to
```

Page 46

```
 1  go -- you can't go through the control room because no
 2  inmates can go in there.
 3    Q    Okay.
 4    A    No inmates can go in there.
 5    Q    How do you get to the hallway?
 6    A    You just go in that one middle space.
 7  Once you come out of the day room through that door,
 8  you're in the middle.  This dorm, 2H, and if I can
 9  remember, 2G --
10    Q    Okay.
11    A    -- and you can't go in this interlock
12  because you've got stairs.  They go up, the stairs.
13  That's their bubble.
14    Q    Let me ask you, how big is this interlock
15  area that you're in with three other inmates and
16  Officer Spivey and two other unknown officers,
17  dimension-wise?
18    A    About the size of this room right here.
19  So this is about --
20    Q    Twelve by --
21    A    Yeah, because that area's where the
22  cleaning area is.
23    Q    Twelve by eight, approximately?  Does
24  that sound correct?
```

Page 47

```
 1    A    I can't -- I can't remember.  You know, I
 2  can't -- okay, put it like this.  By me doing
 3  construction, I'm thinking --
 4    Q    Twelve feet by eight feet?
 5    A    Twelve by twelve by twelve, yeah.
 6    Q    Twelve feet by about eight feet?  I'm
 7  going by --
 8    A    It's twelve feet by --
 9    Q    I'm just going off the fact that I'm
10  6'6" --
11    A    Yeah, you're right, 12 by 8, yeah.
12    Q    All right.  Let me move on a little bit.
13  We got kind of bogged down there in the description; I
14  apologize.
15         Can you -- all right.  So we were talking
16  about some time before 10:00.  You're in the interlock
17  area.  We've talked about who was present.  And there
18  was a group -- where was this group of officers that
19  you were looking at?  Where were they at?
20    A    They were in the hallway.
21    Q    And that would be the hallway adjacent to
22  where that --
23    A    Adjacent to where the hole was, the
24  segregation area.
```

Page 48

```
 1    Q    How far off were these officers from you?
 2    A    About 15 to 20 feet.
 3    Q    Okay.  And were they -- was there,
 4  like -- what was separating you from them?  Were there
 5  doorways?  Glass?  What's in between you and the
 6  officers?
 7    A    Yeah, glass and steel doors.
 8    Q    How many doors, would you say, were
 9  between you and the officers?
10    A    One door and big, steel glass with steel
11  frames.
12    Q    All right.  As you're looking over at the
13  officers, tell me what happens next?
14    A    As I was looking at them, I seen a dark
15  skinned guy that favored my brother, because he works
16  there.
17    Q    What does your brother do there?
18    A    My brother's a sheriff there.
19    Q    Correctional officer?
20    A    Yes.  And --
21    Q    What's his name?
22    A    His name is Gerard Hill.  And as I was
23  looking, I was, like -- I'm thinking it's my brother
24  because I couldn't really tell because he favored my
```

QUESTIONS BY MR. BOND

Page 49

1    brother.
2        Q       Okay.
3        A       And next thing you know, the tall, dark
4    skinned guy looked at me and stated, what are you
5    looking at?  And I was, like, I'm just -- I thought
6    you was my brother --
7        Q       Uh-huh.
8        A       -- and then that's when he came --
9        Q       How far away was this officer when he
10   said, what are you looking at?
11       A       He was about 15 to 20 feet away from me.
12       Q       Was he with the group of officers you
13   were looking at?
14       A       Yes.  He was with a group of officers
15   with a dog.
16       Q       How many officers were you looking at
17   that this officer came from?
18       A       It looked like it was about between nine
19   and ten officers.
20       Q       Were they regular corrections officers,
21   or were they a specialized unit?
22       A       They was a specialized unit.
23       Q       What unit were they?
24       A       ERT.

Page 50

1        Q       And how did you know they were ERT?  Was
2    there writing on their uniforms, or how would you
3    know?
4        A       I was told that they was -- they was ERT
5    because the way they had special gear on their
6    clothes, clothing.  They had, like, riot gear on.
7        Q       Okay.  Who told you they were ERTs?  Had
8    someone told you?
9        A       You know, word of mouth, somebody
10   mentioned it.  I really didn't know.
11       Q       Somebody mentioned it when, though?  That
12   day or --
13       A       They mentioned it, I think, a couple of
14   days later, I believe.  I can't really recall who told
15   me that, what they are.
16       Q       Can you physically describe this officer
17   who approached you, or who said something to you?
18       A       Okay.  He was --
19       Q       Let's start with the height and weight.
20       A       He was about 6'8", almost 7 feet tall.
21   He was a real tall guy.
22       Q       A little bit taller than me, huh?
23       A       He was about -- almost 7 feet.  He was
24   real tall.

Page 51

1        Q       Uh-huh.
2        A       He was real tall, and he was about -- at
3    least 280, 300 pounds.
4        Q       Okay.  So a big guy?
5        A       Yeah.  A big giant.
6        Q       A big football lineman, huh?
7        A       Yeah.
8        Q       And did he approach you by himself or
9    with someone else?
10       A       He approached me with other officers.
11       Q       How many other officers?
12       A       Three.
13       Q       And this officer who initially approached
14   you, was he white or black?
15       A       He was black.
16       Q       And about how old would you say he is?
17       A       Mid 30's, early 40's, I guess.  I
18   can't -- you know, about mid 30's.
19       Q       Any facial hair?  Any distinguishing
20   features?
21       A       Short haircut/style.
22       Q       Now, as he approached -- now, did you
23   know the name of this officer when he approached you?
24       A       No, I didn't.

Page 52

1        Q       Do you know the name of the officer
2    currently that approached you?
3        A       I know him now.
4        Q       What was the name of the officer who
5    approached you?
6        A       His name is Lewis.
7        Q       And how did you come to learn that his
8    name was Lewis?
9        A       I was told by another officer.
10       Q       Who told -- what officer told you this?
11       A       I can't remember.
12       Q       When did this officer tell you it was
13   Officer Lewis?
14       A       I guess later on that day, I think.  I
15   can't really remember.
16       Q       Where were you when this officer told you
17   that it was Officer Lewis?
18       A       I was in my cell.
19       Q       And was it a correction officer that told
20   you, or was it a specialized officer that told you
21   this?
22       A       A correction officer.
23       Q       Man or woman?
24       A       It was a man.

13  (Pages 49 to 52)

QUESTIONS BY MR. BOND

Page 53

1    Q    Was it in the 3:00 p.m. to 11:00 p.m.
2  shift?
3    A    Yes. I think so, yes.
4    Q    And how did this come up that -- how did
5  the name Officer Lewis come up during the course of
6  your conversation with this unknown officer on the
7  3:00 to 11:00 shift that same day?
8    A    Because I stated to one of the guys
9  that -- that was coming to pass out the trays, I
10  stated to him, I asked him, who was that guy that
11  threatened me --
12    Q    Uh-huh.
13    A    -- and he told me his name.
14    Q    When you say passing out the trays, you
15  meant the officer was passing out the --
16    A    Yeah.
17    Q    -- trays?
18    A    Passing out the trays, the food trays.
19    Q    The dinner trays?
20    A    Yes.
21    Q    Going back to the actual time when you
22  were approached by the officer, after he approaches
23  you with the three other officers, does he -- is he
24  talking to you as he approaches you, or does he get to

Page 54

1  you and say something?
2    A    He walks to me and he grabbed me by the
3  neck.
4    Q    So he walked right up to you?
5    A    Yes, and grabbed me by the neck.
6    Q    How did he do that?
7    A    He grabbed me with force --
8    Q    Let me stop you. How did he get to where
9  you were at?
10    A    He came in -- they opened up the door,
11  because he signaled to one of the regular correctional
12  officers, he signaled to them and told them, open up
13  this door.
14    Q    Which regular correctional officer are
15  you talking about?
16    A    One that -- the black guy that was
17  working in the interlock area.
18    Q    So one of the --
19    A    The one that was securing us before we
20  went to the law library.
21    Q    So not Spivey but one of the other two
22  officers let him in?
23    A    Yes. Because it was -- if I can recall,
24  it was a man in there waiting for us to -- you know,

Page 55

1  walk us in the hallway to the area. And then it was
2  one officer handcuffing us, and then there was one
3  officer still in the interlock area, the control room.
4    Q    Okay. So an officer let him into the
5  interlock area. Did he come in by himself, Officer
6  Lewis?
7    A    No. He came in with all the other
8  officers. They filled the whole place.
9    Q    The three officers that were with him or
10  the eight to ten other officers?
11    A    Eight to ten officers that came in. All
12  of them was in there --
13    Q    Okay. So let me just --
14    A    -- every last one of them.
15    Q    So we've got eight to ten ERT officers.
16  We have you and three other inmates, so that's about
17  14 -- 12 to 14 people plus Spivey and the two other
18  officers. So we're talking about 15 to 17 --
19    A    I don't think Spivey was in there. I
20  don't know if -- I can't remember if she was in there
21  or not. I can't remember.
22    Q    So we're talking approximately 15 people?
23    A    I think -- yeah. I think she may have
24  left out, because I just remember -- yeah, she wasn't

Page 56

1  in there, I don't believe.
2    Q    So let me make sure I've got this
3  straight. There's about 15 or so people in the 8 by
4  12 foot interlock area at this point in time?
5    A    Yes. It was filled up.
6    Q    All right. And that was after there was
7  15 people in here now. What happens next after this
8  officer comes in with the other eight to ten officers?
9    A    That's when he approached me and grabbed
10  me by the neck.
11    Q    Uh-huh. Where in the neck did he grab
12  you?
13    A    Where my larynx is. He grabbed me.
14    Q    In the front?
15    A    Yes. And he -- once he grabbed me, he
16  slammed me to the -- to the brick wall -- to the --
17  where the -- the brick part of the interlock. And he
18  said, oh, you think you're tough. You think you're
19  tough, huh? I said, man, I thought you was my
20  brother. That's it. I thought you was my brother. I
21  couldn't really see that good.
22    Q    Okay.
23    A    And he looked at me, oh, yeah, you one of
24  them gang bangers, huh? You a gang banger. I said,

14 (Pages 53 to 56)

QUESTIONS BY MR. BOND

Page 57

1   man, I don't gang bang.  And then that's when he
2   looked at my tattoo.  Oh, you're an OG.  You're OG, huh?
3   And then that's when he -- they slammed me on the
4   floor and --
5       Q    Let me stop you.  Let me stop you.  Who
6   slammed you on the floor?
7       A    Lewis.
8       Q    So he has you by the neck against the
9   wall?
10      A    Yeah.  He had me by the neck.  He picked
11  me up like this, and then next thing you know they --
12  and another officer grabbed me, yeah, another officer
13  grabbed me --
14      Q    Which officer?
15      A    I can't remember who -- which one it was,
16  but another officer grabbed me, and he pushed me onto
17  the ground.
18      Q    Did Lewis still have his hands on you
19  while you were taken to the ground?
20      A    No, he let me go.
21      Q    How long did Lewis have his hands on your
22  throat?
23      A    He had me just for, like, a few seconds,
24  a few seconds.

Page 58

1       Q    Less than five seconds or more than five
2   seconds?
3       A    About five, five seconds or a little bit
4   more.
5       Q    So that would include the whole time he
6   grabbed you and threw you against the wall?
7       A    Yeah.  Yeah.  Then he hold me, and then
8   another guy -- because that's when I was like, man,
9   I'm not -- because I got a little out.  I was like,
10  man, I'm not a gang banger.  And then that's when
11  he -- another officer punched me in the back, and then
12  that's when they slammed me on the floor, on the
13  ground.
14      Q    So now an officer punched you in the back
15  too before you get slammed on the floor?
16      A    Yeah.  And then I seen another officer --
17      Q    Let me stop you for a second.  Did Lewis
18  still have you?
19      A    He let me go.  He let me go once the
20  other officer grabbed my back and pushed me down on
21  the ground.
22      Q    Okay.  So as you're being grabbed and
23  pushed to the ground is when another -- an unknown
24  officer punched you in the back?

Page 59

1       A    Yes.  And there was another guy
2   videotaping it at the time.  He was videotaping it.
3   And he did -- he did like this --
4            (Witness motioning with hand.)
5       A    -- at that time.  I remember.  And then
6   that's when they picked me up.  And then he pointed
7   his fingers in my face and said, yeah, tell everybody
8   I'm coming over here and I'm gonna tear this deck up
9   every day because of you.
10      Q    Who said this?
11      A    Lewis.
12      Q    Did he touch you at all when he said that
13  to you?
14      A    Yes.  Yes, with spit all in my face and
15  everything.  He was spitting in my face, and he was
16  pointing his hands like -- like this, putting his
17  hands in my face.
18      Q    He was pointing his hands at your face
19  and spit was coming --
20      A    Yes.
21      Q    -- out of his mouth?
22      A    Yes.  Spit was coming out of his mouth
23  and everything.  And he was pointing his fingers at my
24  head like this.  Like, yeah, I'm coming up there.  I'm

Page 60

1   gonna tear this deck up every day because of you.
2       Q    Aside from the spit coming out of his
3   mouth as he spoke, did he actually physically touch
4   you as he spoke to you?
5       A    Yes.  Yes.  He was pointing his hands,
6   almost pointing -- almost poked my eye out.
7       Q    No, I understand.  Did he -- did his
8   finger actually touch you, though, when he was saying
9   this?
10      A    Yes.  Yes.
11      Q    Where did he touch you at?
12      A    Touched me on my head.
13      Q    On your forehead?
14      A    Yes, on my forehead, on my head.  He just
15  kept on pressing like this.
16      Q    Poking your forehead with his index
17  finger?
18      A    Yes, with his finger.
19      Q    How many times did his index finger touch
20  your forehead as he's saying this about tearing up the
21  deck?
22      A    Like, probably, about three or four
23  times.
24      Q    So let me make sure, when Lewis is in

15  (Pages 57 to 60)

QUESTIONS BY MR. BOND

Page 61

1  there, again, there's about eight to ten officers,
2  including Lewis, not Spivey but the other two
3  officers, you and the three other inmates. So we're
4  talking, again, about 13 to 16 people in the 8 by 10
5  area.
6          Was there anybody blocking that -- how
7  did Lewis -- where were you standing at that he was
8  able to push you up against the wall in the 8 by 10
9  area?
10     A    I was standing near the control door,
11 near the control door, because brick's right there.
12 I'll never forget it.
13     Q    Was anybody in between you and the wall
14 where you were pushed up against?
15     A    No. No. Just me. Just me.
16     Q    When you were taken down to the ground,
17 were you knocked into anybody? I mean, we're talking
18 about a small, confined space. Were you cleanly taken
19 down?
20     A    No. I was just cleanly taken down.
21     Q    Did everybody kind of clear out?
22     A    Yes. All the other inmates --
23 everybody -- all I seen was they was scared, and then
24 the dog was barking --

Page 62

1      Q    So there was a dog in there too?
2      A    Yes. They tried to make the dog almost
3  bite me.
4      Q    Just one dog?
5      A    Yeah. It was a lady. A lady had a dog,
6  yeah, and the dog was barking.
7      Q    ERT officer --
8      A    Yes.
9      Q    -- that had the dog?
10     A    Yes. It was all of them.
11     Q    And she was female?
12     A    Yes. She was a female. And she -- then
13 the dog almost really got real close to me.
14     Q    All right. After you were taken down to
15 the ground what happened then?
16     A    Then that's when they -- like they picked
17 me up, and they was videotaping it. And that's when I
18 seen one of the guys did like a wave under his chin,
19 like, no, don't -- don't do it. Don't do it. And
20 then that's when he poked his fingers in my face
21 telling me, yeah, I'm gonna come back, and I'm gonna
22 tear this deck up because of you.
23     Q    Was the video camera still on, could you
24 tell, when he was doing that?

Page 63

1      A    I don't know if it was on or not. I
2  can't remember. I just know I seen a guy videotaping
3  it while -- when he picked me up and he pressed me so
4  hard against the wall again --
5      Q    I understand. What was the name of the
6  officer --
7      A    -- the second time.
8      Q    What was the name of the officer who was
9  videotaping this?
10     A    I don't know.
11     Q    Who was the officer -- do you know the
12 name of the officer who was doing the -- what you
13 showed, like cut the video motion?
14     A    I don't know. He was a white officer. I
15 don't know.
16     Q    Do you know the name of any other officer
17 that was present that day besides Officer Lewis and
18 Spivey?
19     A    No.
20     Q    And, again --
21     A    I couldn't -- I couldn't -- I couldn't
22 see their -- if they had a badge, name, or whatever on
23 there. I couldn't see it.
24     Q    And, again, to clarify, I think you --

Page 64

1  correct me if I'm wrong -- you indicated that Officer
2  Spivey wasn't present when you were pushed against the
3  wall and taken to the ground?
4      A    I can't really say. I can't really say.
5  I just -- I don't think she was in there. There was
6  so many people there, and there was so much confusion
7  going on, so I can't really -- I really wasn't looking
8  at her like that. I don't know. She maybe was in
9  there; I don't know.
10     Q    Uh-huh.
11     A    I can't remember.
12     Q    I forgot to ask you before you even got
13 into this November 3rd incident, let me ask you about
14 the grievance process at the Cook County Jail.
15         Can you explain the grievance process at
16 the Cook County Jail for me?
17     A    I asked the counselor that come around
18 for a Grievance --
19     Q    Okay.
20     A    -- and she just give it to me.
21     Q    Those counselors come around to the
22 tiers?
23     A    Yes. They --
24     Q    Social workers?

16 (Pages 61 to 64)

QUESTIONS BY MR. BOND

Page 65

1    A    Yeah, social worker, I mean.  I'm sorry.
2    Q    That's okay.
3    A    A social worker, she comes around and I
4  asked her, like, a day before -- like a day -- like
5  one day I asked her, and then she come back and bring
6  it later on that day or the next day --
7    Q    Okay.
8    A    -- because that's my request.
9    Q    And when did you first learn about the
10  grievance process at the jail?
11    A    When I asked her about if I can file a
12  Complaint about these guys threatening me.
13    Q    No.  I mean, like, when you first came to
14  the jail in August, was there anything that you had
15  filed a Grievance about before this all happened, like
16  you were there in late August of '09.  When did you
17  start --
18    A    No.
19    Q    -- when did you first find out?
20    A    No.
21    Q    -- about the grievance process?
22    A    No, I just -- until this incident
23  happened.
24    Q    Okay.  And what did you under -- how did

Page 66

1  you learn about the grievance pro -- or what did --
2  tell me how the grievance process works.
3    A    I take that back.  I did find out -- I
4  did make a Grievance on a harassment from Officer
5  Bryce when I was on my way to get medical treatment.
6    Q    When was that?
7    A    For -- it was nine -- nine --
8    Q    September of '09?
9    A    September '09, I think it was nine eight.
10  I can't remember.  I had -- I wrote it on the -- I
11  wrote a Grievance on it.  I can't remember the date on
12  there.  It's on this, on this right here.  Nine
13  eleven, that's when I first knew about the grievance
14  process.
15    Q    Nine eleven of '09?
16    MR. PATEL:  Do you need to see this?
17    MR. BOND:  I need to see it for a second,
18  sure.
19    Q    (By Mr. Bond)  It looks like there's one
20  in here from -- just for the record, it looks like an
21  inmate copy of grievances or what they call a pink
22  copy.
23    A    Yes.
24    MR. BOND:  Thanks.

Page 67

1    MR. PATEL:  And we'll produce these to
2  you.
3    MR. BOND:  That's fine.
4    Q    (By Mr. Bond)  So how does the -- and it
5  looks like in that packet there was actually one from
6  August of '09, like late August.  Is that accurate, if
7  he wants to look at it?
8    MR. PATEL:  August?
9    MR. BOND:  Yeah.  The very last page.
10    A    Okay.  Yeah.  The next day, yeah.
11    Q    (By Mr. Bond)  No.  I'm talking -- I mean
12  like the very -- I'm talking -- looks like you -- in
13  that packet there that you have there's a Grievance
14  from August of '09?
15    A    Yes.  Yes.  Yes.
16    Q    So right about the time when you got into
17  custody?
18    A    Yes.  Yes, I wrote a Grievance, yes.
19    Q    So tell me about the Grievance.  How --
20  tell me how you understand the grievance process to
21  work.  What do you do to submit a Grievance?
22    A    As far as I know, you just write up a
23  Complaint about an issue that occurred to you while
24  you're incarcerated.

Page 68

1    Q    Okay.
2    A    That's my -- that's my definition of it.
3    Q    All right.  What do you do --
4    A    I really don't know how it works, but if
5  you have a problem with a staff member --
6    Q    Uh-huh.
7    A    -- and they treated you unjustly, then
8  that's when you write a Grievance on it.  That's --
9  that's my definition of it.
10    Q    Understood.
11    A    -- and that's why I wrote that.
12    Q    Let me ask you, you write your Complaint
13  out.  Who do you give it to?  Who do you submit it to?
14    A    To the social worker.
15    Q    All right.  And after it's submitted to
16  the social worker, what happens next?  Are you given a
17  response?
18    A    I didn't get no response.  See, they just
19  kept --
20    Q    I'm not asking about those -- the packet
21  in your hands.  I'm talking about Grievances that you
22  filed at the jail.
23    Is there -- are you supposed to receive a
24  response or what happens?

17 (Pages 65 to 68)

QUESTIONS BY MR. BOND

Page 69

1    A    You're supposed to receive a response.
2    Q    Okay.  And after you receive the
3  response, are you able to appeal the response if you
4  don't like it?
5    A    Yes.
6    Q    All right.  And after appealing the
7  response, do you get a response back from an appeal --
8  called an appeal board, or who looks at the appeals?
9    A    Yes.
10   Q    All right.  And what happens if -- do you
11 get a response back then from the appeal board, for
12 lack of a better term?
13   A    Yes.
14   Q    And then once you get a response back
15 from the appeal board, can anything happen after that,
16 or is that the end of the road?
17   A    I don't know.  I don't know what happens
18 after that, because I never got a response back.  I
19 just got a paper saying that they appealed it, and
20 luckily I kept the copies for myself because --
21   Q    When you say they appealed it, are you
22 talking you appealed it?
23   A    Yes, because -- yes, because I hadn't got
24 any response.  I didn't get no help.

Page 70

1    Q    All right.  How long -- what's the
2  general turnaround as far as when you submit your
3  Grievance to a social worker, how long 'til you
4  usually get told?  What's the average before you get a
5  response from the jail to your Grievance, to the
6  Grievance you submitted?
7    A    I don't know.
8    Q    Not the appeal part.  I'm just talking
9  about the initial Grievance and the response.
10   A    I don't know because I never -- I never
11 got a really complete -- the one that I did get a
12 serial number for a control number --
13   Q    Uh-huh.
14   A    -- I guess I might have got it back
15 within, what, three weeks --
16   Q    Okay.
17   A    -- three weeks to a month later, I think.
18   Q    And do you -- do you appeal it right
19 away, or do you --
20   A    Yes.  I appealed it right away, if I
21 didn't get satisfied with that problem getting solved.
22   Q    Uh-huh.  Right.  And, then, how long
23 would it take for the appeal board to get back to you;
24 do you know?

Page 71

1    A    I don't know.
2    Q    Okay.
3    A    I don't know, because they never -- they
4  just sent a piece of paper saying that they appealed
5  it and they're working on the matter.  So I don't
6  know.  I can't really say exactly how long does it
7  take for the appeal process to go --
8    Q    All right.
9    A    -- because it took a very long time, that
10 I seen, because I didn't -- I didn't get any results.
11   Q    Let me ask you about the November 3rd,
12 2009 incident we were just talking about with Officer
13 Lewis.
14        Did you file a Grievance regarding that
15 issue, that incident I should say.
16   A    The 2009 issue with --
17   Q    November 3rd, 2009 that we were just
18 talking about with Officer Lewis in the interlock.
19   A    I may.  I can't remember.  I may.  I
20 can't remember.  I think -- because I didn't -- I
21 didn't think it was gonna go too far.  I didn't know,
22 because I had my mind focused on my case.
23   Q    Your criminal case?
24   A    Yes.  I had my mind focused on my case so

Page 72

1  I looked at it like, okay, all right, they threatened
2  me.  You know, I hope they don't give me no more
3  problems.  That's it.  So I don't think I wrote a
4  Grievance on that specific issue that day.
5    Q    The November 3rd incident?
6    A    Yes.  I just mentioned it once I received
7  the ticket.  I mentioned it then.
8    Q    The disciplinary ticket?
9    A    Yes.  Yes.  Yes.
10   Q    Okay.  But as far as you know -- I'm just
11 trying to figure this out.  As far as you know, you
12 don't know or you didn't file a Grievance?
13   A    I can't remember.
14   Q    You don't know whether you filed a
15 Grievance or not --
16   A    I can't remember.
17   Q    -- on the November 3rd incident?
18        All right.  Let's move on to
19 November 5th, 2009, the second incident you complained
20 about in your lawsuit.
21        I think you indicated around 12:20 p.m,
22 so again, this is the 7:00 a.m. to 3:00 p.m. shift?
23   A    Uh-huh.
24   Q    Were you still in Division 9, tier 2H at

QUESTIONS BY MR. BOND

Page 73

1   that time?
2      A      Yes.
3      Q      I think you indicated also in your
4   lawsuit you were assigned to cell 2260; does that
5   sound right?
6      A      Yes, 2060.
7      Q      2060.  What -- and I forgot to ask this
8   previously, is Division 9 considered a minimum,
9   medium, or maximum security division?
10     A      Maximum security.
11     Q      Is it protective custody or --
12     A      It's really like super max.  I don't even
13  know why they sent me there.
14     Q      Is it protective custody there or not?
15     A      No protective custody.
16     Q      So go on specifically to that
17  November 5th around 12:20 p.m., so that date and time.
18         Was there a shakedown going on on your
19  tier, 2H?
20     A      No.
21     Q      There was not?  What is a shakedown?
22     A      A shakedown is when they're looking for
23  knives or some kind of drugs or contraband, things of
24  that nature, weapons.

Page 74

1      Q      And where did the officers -- where do
2   they look for these items of contraband?
3      A      They look for them under your mattress or
4   under the toilet or in the table, that one steel table
5   they've got in there --
6      Q      Okay.
7      A      -- or they search your body.
8      Q      So they actually come inside the
9   prisoners' cells and they look through the cells for
10  contraband?
11     A      Yes.
12     Q      Okay.  All right.  So if someone said
13  that the shakedown was going on at that date and time
14  they'd be incorrect?
15     A      Pardon me.  Say that again.
16     Q      All right.  That was kind of a bad
17  question.
18     A      Okay.
19     Q      If someone were to say that there was a
20  shakedown going on on tier 2H on November 3rd --
21  excuse me, November 5th, 2009 at about 12:30 p.m. they
22  would be incorrect?
23     A      We would never know if there's a
24  shakedown or not.  We would never know, because we --

Page 75

1   we wouldn't know.
2      Q      If a shakedown's actually happening you
3   wouldn't know?
4      A      The only way you'd know is if they come
5   in there, and that's the only way you'd know if it's a
6   shakedown.
7      Q      That's what I'm saying.  If there's
8   officers in your cells and on the tier that aren't --
9      A      That's when you know it's a shakedown.
10     Q      All right.  Who does the shakedowns?  Is
11  it specialized officers like ERT, or is it, you know,
12  like the usual uniformed officers who watch the decks?
13     A      I think their regular officers do it too.
14  I think the regular officers, but I think the ERT does
15  it too, so both of them do it -- does it.
16         MR. PATEL:  Mr. Hill, I caution you not
17  to speculate.  If you know for -- if you know, then
18  answer.  If you're speculating, then I caution you not
19  to speculate.  If you're guessing --
20         THE WITNESS:  Uh-huh.
21         MR. PATEL:  -- don't guess.
22         THE WITNESS:  Okay.
23     A      So I really don't know which one it does.
24     Q      (By Mr. Bond)  Okay.

Page 76

1      A      I really don't know which one, you know,
2   really do the shakedown.
3      Q      Fair enough.  Fair enough.
4         Now, you indicated that around that date
5   and time, November 5, between 12:00 and 12:30,
6   Officers Lewis and Along entered your cell while you
7   were laying on the bed?
8      A      Yes.
9      Q      All right.  And is this the same Officer
10  Lewis from the November 3rd incident that we talked
11  about before?
12     A      Yes.
13     Q      The guy who was about 6'8", 7', two
14  eighty?
15     A      Yes.
16     Q      Did you have a cellmate at that time?
17     A      Yes.
18     Q      What was the name of your cellmate?
19     A      I think his name was -- I can't remember
20  his name really, exactly his name.  I think I wrote it
21  down on something.
22     Q      Okay.
23     A      I can't remember the exact name, but they
24  called him Duck.  That's what I knew him by, Duck.

19  (Pages 73 to 76)

QUESTIONS BY MR. BOND

Page 77

1    Q    How long had Duck been your cellmate for?
2    A    **He was my cellmate once I got shipped**
3  **over there.**
4    Q    So how long was that?
5    A    **He was my cellmate for about -- about a**
6  **couple of weeks, I think.**
7    Q    Okay.  So your cell, how does your cell
8  door open?  Well, actually, describe your cell for me.
9    A    **The cell is, it's --**
10   Q    Let's start with dimensions.
11   A    **Okay.  It's small.  It's very small, the**
12 **size of a walk-in closet.  It was small.  It's just**
13 **like, you know, it looked like --**
14   Q    How about in feet?
15   A    **You know what it look?  It looked like a**
16 **mausoleum, what dead people live in.  That's what the**
17 **cells looked like.  The cells looked like mausoleums**
18 **where dead people in, because that's how big they are.**
19   Q    What would you estimate it in footage,
20 the cell?
21   A    **I can touch the ceiling, and I can walk.**
22 **It's real small.  It's, like, from this area, the bunk**
23 **right here, you had a little toilet right there and a**
24 **table, so it's real small.  You can touch -- you can**

Page 78

1  **touch both your arms to the --**
2    Q    Side to side?
3    A    **Yeah.  You can touch -- you can**
4  **almost touch this side.  And if that bunk wasn't**
5  **there, you could touch the walls.  So it's like that,**
6  **that's how big it is, but it's small.  It's like the**
7  **size of a mausoleum.**
8    Q    About three or four feet wide, and then
9  front to back what are we talking about?
10   A    **I can't really give you the correct**
11 **measurements, but it's very, very small.**
12   Q    Is it a little bit longer front to back
13 than it is side to side?
14   A    **It's a little bit longer from front to**
15 **back, but from side to side, it's small.  I can**
16 **almost -- like -- I can -- like this is the bunk right**
17 **here, I could almost touch the wall like this.**
18   Q    Uh-huh.
19   A    **Like that.  So it's very, very small,**
20 **very small.**
21   Q    Tell me about -- if I'm speaking over him
22 just stop me.  I just caught myself.  I think we've
23 been getting in the habit of talking over each other.
24   A    **I'm sorry.**

Page 79

1    Q    No, don't apologize.  I've done more of
2  these than you, so we'll just keep that in mind.  Try
3  not to talk over each other because it tends to start
4  getting like a conversation, but there's a record of
5  it so we've got to talk one person at a time; all
6  right?
7         Describe the cell door for me.  How does
8  that look?  Is it like a regular door with, like, a
9  window and a bar, or is it bars strictly?  What is the
10 door like?
11   A    **It's a big, steel door with a bottom part**
12 **in the middle --**
13   Q    When you say steel door --
14   A    **-- that -- it can -- it has a flap; it**
15 can come down.
16   Q    When I say steel door, solid steel door
17 or are there, like, bars in between the spaces?
18   A    **Yeah, solid steel door.  Yeah, solid**
19 **steel door.  And it has -- they call it a chuckhole --**
20   Q    Chuckhole.
21   A    **-- area where you can put your hands**
22 **through it.**
23   Q    Where is that?
24   A    **That's in the middle.  That's in the**

Page 80

1  middle of the door, if I can remember, the middle.
2    Q    Is it, like, a window, that chuckhole?
3    A    **Yeah.  It's just like -- yeah, where you**
4  **can view on the outside.**
5    Q    Okay.
6    A    **You can see on the outside.**
7    Q    And what about this flap down at the
8  bottom?  Is that, like, where they put food through
9  it?
10   A    **Yeah, where you get the food, where they**
11 **put the food in there.**
12   Q    All right.  And this little chuckhole,
13 I'm guessing --
14   A    **Matter of fact, that chuckhole is, like,**
15 **where they dispense the medicine.  They give you the**
16 **medicine through there.**
17   Q    Okay.  So are they able to open up the
18 chuckhole to give you things through it?
19   A    **They open up the chuck -- they open up**
20 **the bottom lower -- middle of the little chuckhole**
21 **part, they open that up to give you a tray.**
22   Q    So you can look out through the
23 chuckhole, though --
24   A    **Yes.**

QUESTIONS BY MR. BOND

Page 81

1  Q  -- it's, like, a little glass?
2  A  Yes. Yes.
3  Q  In inches, how big would you say that
4  chuckhole is?
5  A  The chuckhole is about, like, this size.
6  Q  So about one foot high?
7  A  Yeah, it's like this, the size of, like,
8  a legal folder, like that.
9  Q  Just so the record's clear, Mr. Hill's
10  holding up a legal folder, so about a foot high --
11  A  Yeah.
12  Q  -- and about --
13  A  So it's about like that, that much space.
14  Q  -- eight inches across?
15  A  Yeah, because you can almost put your arm
16  in there a little bit --
17  Q  Sure.
18  A  -- you know, like that. And then the
19  flap, the door on the bottom, is square. It's square
20  like this, a little square. So you flap it, it comes
21  open, and they put the tray in there like that, so
22  it's about that wide.
23  Q  So about the same size?
24  A  Yeah.

Page 82

1  Q  But instead of, like, a legal folder
2  being held upright, it's a legal folder holding it
3  sideways?
4  A  Yes, going up.
5  Q  So it's about 12 inches across by -- up
6  and down, top to bottom, about 8 inches, give or take?
7  A  Yes.
8  Q  Is that glass also or is that an actual
9  door flap?
10  A  It's a door -- steel door flap --
11  Q  Okay.
12  A  -- with an area where they can turn a key
13  to open it.
14  Q  Okay. So you can't actually look through
15  it, or you can't physically open it from the inside?
16  A  Only way you can look through it if you
17  look through the little cracks like that --
18  Q  Okay.
19  A  -- under there, that's the only way.
20  Q  So the only real way to look through the
21  cell door is through the chuckhole then?
22  A  Through the chuckhole, yeah, that's it.
23  Q  All right. Sorry, we're getting bogged
24  down in descriptions again --

Page 83

1  A  No problem.
2  Q  -- but it's important to kind of get the
3  layout of the place.
4  A  Exactly.
5  Q  Now, you indicate that the officers
6  came -- two officers came into your cell. Where were
7  you when they came into your cell?
8  A  I was laying under my -- under my blanket
9  because it was so cold in there. They don't have no
10  heat, so --
11  Q  Top or bottom bunk?
12  A  I was on the top bunk.
13  Q  Okay. What was your cellmate doing? Was
14  he on the bottom bunk?
15  A  Yes. He was in the bottom bunk under the
16  covers, because it was -- it was so cold. It was so
17  cold in there. Man, I'm talking about it was ice cold
18  in there.
19  Q  How were the officers dressed who came
20  in? You said Officers Lewis and Along. How were they
21  dressed when they came into your unit?
22  A  Okay. When I was laying in the bunk, I
23  heard someone say, run in, so they -- run in means
24  some officers comes in.

Page 84

1  Q  Right.
2  A  So I'm laying there, you know, because
3  I'm all depressed about what I'm in this mausoleum.
4  And I'm laying there and I heard someone say, run in.
5  And I'm, like, they're about to raid somebody's cell,
6  okay. So I just laid there. Next thing you know,
7  they came to -- directly to the cell that I was in.
8  Q  Right. Were there -- could you -- when
9  they came in, did they leave your door open?
10  A  My door was closed.
11  Q  I'm saying when they came in to your
12  cell, did they leave the door open after they came in?
13  A  When they came in, the door was open,
14  yes.
15  Q  All right. They didn't, like, come in
16  and close it?
17  A  No. It was open.
18  Q  Could you see out? Were there other
19  officers on the tier?
20  A  I didn't pay no attention.
21  Q  All right.
22  A  I didn't pay no attention.
23  Q  What happens after these other two
24  officers come into your cell?

21 (Pages 81 to 84)

QUESTIONS BY MR. BOND

Page 85

1   A   I heard them say open up this cell.
2   Q   Okay.
3   A   They came directly to my cell. No one
4   else's.
5   Q   Okay.
6   A   The other officer, the one that -- the
7   regular Cook County Sheriff, he opened the cell door
8   up. So I just laid him, played like, you know -- I
9   was, like, you know, I didn't want no problems.
10      Then that's when he came and grabbed me,
11  pulled me out the bunk.
12  Q   Okay. How did he pull you off the bunk?
13  Describe it, please.
14  A   I was laying like this trying to ignore,
15  you know, what was going on.
16  Q   Did he give you any verbal orders to get
17  out of your bed?
18  A   No.
19  Q   All right. Describe how you were pulled
20  out of your bunk.
21  A   I was pulled -- well, I had my back
22  turned. I had my face toward the cell wall. That's
23  when he pulled me -- pulled me out of the bunk. And I
24  went straight to the ground.

Page 86

1   Q   So your back was to the cell door?
2   A   My back was to the other cell wall, to
3   the other cell wall.
4   Q   Okay.
5   A   And he pulled me out the bunk. I went
6   straight to the ground, and that's when he picked me
7   up --
8   Q   How did he pull -- did he pull -- where
9   did he pull on you? Like what part of your body or
10  your clothes?
11  A   My shoulder. My shoulder. And from my
12  uniform. From my uniform.
13  Q   Both shoulders?
14  A   Like my uniform -- yeah. Yeah. Yeah.
15  Like from my uniform, so it, like, really picked me
16  up.
17  Q   So both sides of your uniform on your
18  shoulder -- both sides of your -- both shoulders, he
19  grabbed your uniform in that area?
20  A   Yeah, yes. Because he grabbed, like, the
21  top part of my --
22  Q   Okay.
23  A   -- top part, like that.
24  Q   Which officer grabbed you?

Page 87

1   A   Lewis.
2   Q   All right. And he grabs you, pulls you
3   out of the bunk?
4   A   I fall straight to the ground.
5   Q   You fall to the ground or do you --
6   A   I fell straight to the ground.
7   Q   So he grabs you --
8   A   Yeah.
9   Q   -- and lets go of you?
10  A   Yeah, let me go. So that's when he
11  picked me up --
12  Q   How did you fall to the ground? Describe
13  how you fell.
14  A   I went straight to the ground. I fell
15  straight to the ground. I'm talking about all the way
16  from that top bunk.
17  Q   How tall is the top bunk?
18  A   That top bunk is kind of high, about --
19  I'm six feet, so it had to have been like four and a
20  half feet, something like that up.
21  Q   About four and a half feet high?
22  A   Yeah, up to, like, right up here.
23  Q   Where did you land on your body?
24  A   I landed on my -- on my side.

Page 88

1   Q   Let the record reflect -- are you talking
2   about -- you're hitting your right arm --
3   A   Yes.
4   Q   -- your right side?
5   A   Yes, and the left side of my body. The
6   whole left side of my body fell to the ground.
7   Q   Which -- I'm kind of confused there.
8   You're saying left and right side of your body. Which
9   side of your body did you actually land on?
10  A   I was facing toward the cell wall. When
11  he grabbed me I fell straight onto my right side of my
12  body.
13  Q   Okay. Got ya. And let me ask you this.
14  Did you have any injuries at that point in time before
15  these officers came into your tier, like, for
16  instance, your leg? Was there a problem you had with
17  your leg?
18  A   I had ACL replacement.
19  Q   When did you have the ACL replacement
20  surgery?
21  A   In '95.
22  Q   Okay.
23  A   And also I had my wrist, my wrist. I
24  have problems with my wrist. I was violently stabbed.

22 (Pages 85 to 88)

Page 89

```
 1    Q    Is that your left wrist?
 2    A    Yes.
 3    Q    And which knee did you have ACL
 4  replacement on?
 5    A    My left.  My left leg.
 6    Q    Okay.  And had that knee been giving you
 7  problems?
 8    A    No.  No.  No.
 9    Q    You didn't have any pins in there or
10  anything like that?
11    A    Yes.  I have pins in there, yes.
12    Q    In your left leg?
13    A    Yes.  I have pins in there.
14    Q    Where were the pins at in your left leg?
15    A    My pins are -- one is at the bottom of
16  the knee, and one is at the top.  I have a cadaver's
17  knee.
18    Q    Okay.  Was that -- were those pins
19  inserted as part of your ACL surgery?
20    A    Yes.
21    Q    So you've had the pins for about 16 years
22  now?
23    A    Up and to this date, 16 years?  From
24  '95 -- they put them in there in December of '95, so
```

Page 90

```
 1  '96, '97, '98, '99, 2000, 2001, 1, 2, 3, 4, 5, 6, 7,
 2  8, 9, 10, 11 -- 16 years.
 3    Q    Okay.  Would it -- let me ask you this.
 4  Was your knee or your wrist bothering you on that day
 5  of November 5th, 2009 before the officers came into
 6  your cell?
 7    A    No.
 8    Q    You never made any medical complaints or
 9  were seen by Cermak staff about your knee or your
10  wrist?
11    A    I let them know about it.  Yeah, I let
12  them know I had those injuries, I mean I had these
13  problems with my body.  Yes, that's it.
14    Q    So you're saying you had no pain or no --
15    A    No.
16    Q    -- limited movement as a result of your
17  knee or wrist before November 5, '09?
18    A    No.  No.  No.
19    Q    Okay.  Did you limp at all before
20  November 5th of 2009 --
21    A    No.
22    Q    -- on your left leg?
23    A    No.
24    Q    Now, the officers -- you said Lewis took
```

Page 91

```
 1  you to the ground.  While you were on the ground then
 2  I think we left it off.  Did he pick you up then?
 3    A    Yes.
 4    Q    How did he pick you up?
 5    A    He picked me up like a rag doll --
 6    Q    Using what?
 7    A    -- and stood me up.
 8    Q    Does he grab your uniform again?
 9    A    Yes.  He picked me up, stood me up, and
10  then that's when he hit me in my right side of my
11  kidney area.
12    Q    Let me stop you right there.  When you
13  say he -- let me just figure out how he picked -- did
14  he pick you up physically grabbing your body, or did
15  he pull you up by your uniform?
16    A    He picked me up, physically grabbed my
17  body, yeah.
18    Q    What part of your body did he grab to
19  pick you up?
20    A    My shoulders.
21    Q    All right.
22    A    Shoulders.  Yeah, my shoulders.
23    Q    And does he -- are you facing him at that
24  point, or are you facing away from him?
```

Page 92

```
 1    A    I'm sideways.
 2    Q    Sideways?
 3    A    He's facing the door, and I'm facing the
 4  bunk area.
 5    Q    What side of you was facing -- you said
 6  you're sideways to him.  Is your left side or right
 7  side towards Lewis?
 8    A    My right side toward Lewis.
 9    Q    And where is Officer Along while --
10    A    He's standing inside of the cell where
11  the steel toilet was.
12    Q    All right.  Is he behind you, in front of
13  you, to the side of you?
14    A    He's -- he's on my left side of me.
15    Q    And how far away is Officer Along from
16  you and Officer Lewis?
17    A    Touching distance.
18    Q    So about one to two feet?
19    A    Yes.  I can -- no, next to him.  He
20  wasn't even that long.  He was just -- I could reach
21  and touch him, the length of my arm.  I can reach and
22  touch him.  He was that close to me.  He was very
23  close.
24    Q    That's what I'm saying, the length of
```

23  (Pages 89 to 92)

QUESTIONS BY MR. BOND

## Page 93

1  your arm is about one to two feet.
2      A    Yeah.  I don't know.
3      Q    It's not two feet, but I'm saying it's in
4  there, so shoulder to hand?
5      A    Yeah.
6      Q    And what's your cellmate doing at this
7  time while you're -- after you're being pulled from
8  the bed and then taken down to the ground?
9      A    I don't remember.  I don't even remember
10  because I was looking at Lewis.
11      Q    Did your cellmate say anything?
12      A    I don't remember.  I don't remember.
13      Q    Did Officer Along say anything during
14  this time while you were being taken down?
15      A    No.  He didn't say anything.
16      Q    Did Officer Lewis -- you said he punched
17  you in your --
18      A    Yeah, he --
19      Q    -- kidney.  The left or right side?
20      A    The right side.  The first thing he said
21  was, didn't I tell you I was coming back?
22      Q    Okay.  And that's when -- is that when he
23  punched you, or did he punch you --
24      A    Yeah.  Okay, he said -- after he picked

## Page 94

1  me up, that's when he said, didn't I tell you I was
2  coming back -- boom.  And that's when he hit me in my
3  side --
4      Q    Which side?
5      A    -- and I went down.  And then next thing
6  you know all I felt was blows everywhere, boom, boom,
7  boom, boom, boom.
8      Q    Which side were you hit on, your right or
9  left side?
10      A    I was hit on my right -- my right kidney
11  area.
12      Q    All right.
13      A    And that's what made me -- that's what
14  made me go down.  And then next thing I know I just
15  felt -- I was being beat so much I blacked out.  I
16  went unconscious.
17      Q    Did Officer Along -- not Along.  Did
18  Officer Lewis announce that he was gonna punch you?
19      A    No.
20      Q    Did he announce that he was gonna hit you
21  in any way or strike you in any way?
22      A    No.  No.  He just said -- he says, didn't
23  I tell you I was coming back?
24      Q    So now you're down on the ground of your

## Page 95

1  cell, you said, and you start feeling -- I forget the
2  word you used.
3      A    I blacked out.
4      Q    Right.  You felt body blows or something?
5      A    Yeah.  That's it.  I'm was getting beat.
6  I was getting beat.  I'm talking about blows from
7  everywhere.
8      Q    Well, describe how you felt.  You got
9  punched in the kidney --
10      A    What I was told --
11      Q    Well, let me stop you.  I don't want to
12  know what you were told.  I want to know what you
13  remember.
14      A    Okay.  What I remember was standing there
15  looking at him and he was telling me, didn't I tell
16  you I was coming back?  He came -- he lunged back,
17  boom.  It was a split second.  He lunged back, hit me
18  in my kidneys, I went down like this, and then all I
19  felt was blows everywhere, just coming --
20      Q    Where were you facing when you felt blows
21  everywhere?
22      A    I was facing toward the bunk, so it was
23  in this little section.  I couldn't go anywhere.  I
24  was trying to ball up, and then --

## Page 96

1      Q    Could you see who was striking you?
2      A    I seen -- I couldn't -- I seen Lewis
3  striking me and Along striking me, but I don't
4  remember --
5      Q    Facing the wall, how do you see them
6  striking you?
7      A    They was the only ones in there.  Who
8  else was there?
9      Q    No, I understand.  I'm trying to ask you.
10  You said you were facing the wall.  You're down on the
11  ground --
12      A    I'm facing -- I'm facing -- I'm facing
13  the wall to the bunk, not the window, not this little,
14  square window.  But I was facing the bunk area; okay?
15      Q    Right.
16      A    Lewis is standing right here at the end
17  of the cell.  When he punched me, I balled -- I went
18  down like this, and then next thing you know I felt
19  blows from everywhere --
20      Q    Right.
21      A    -- and I blacked out.
22      Q    That's what I'm asking you.  Do you see
23  who's striking you at all?  You're facing away from --
24  do you see Lewis strike you?

24 (Pages 93 to 96)

QUESTIONS BY MR. BOND

Page 97

1    A    I didn't see who was striking me. Who
2  else was striking me? I didn't see who else was
3  striking me, but I figure it was only them two,
4  because they the only ones that was in that cell at
5  that time that I remember.
6    Q    The cell door was open; correct?
7    A    Yes. So it could have been more
8  officers. I don't remember. I can't remember. I
9  just know those two officers was the ones in the cell
10 with me at that time. And when I felt more blows and
11 I went down, that's when I blacked out.
12    Q    So the only person you see striking you
13 is Lewis striking you in the kidney, and then you're
14 on the ground being struck?
15    A    Yes. And I'm being struck again, so I
16 don't know who else was administering blows.
17    Q    How long were you -- when you were being
18 administered blows on the ground, how long did it take
19 before you said you blacked out?
20    A    I blacked out, and I don't remember
21 nothing else after that. All I remember was coming to
22 and hollering, screaming, please stop. Please. I've
23 got pins in my legs, please. Because I came to then.
24 I was in the day room. I don't remember being

Page 98

1  handcuffed or nothing.
2    Q    You don't remember being taken out of
3  your cell into the day room?
4    A    No. I don't remember nothing then. I
5  was unconscious. I went -- I blacked out.
6    Q    How many seconds would you say you were
7  being struck before you blacked out?
8    A    Man, them blows was coming. They was
9  coming. They was -- it was a lot, do, do, do, do, do,
10 do. So it had to have been, like ten, fifteen, twenty
11 blows, maybe.
12    Q    Ten, fifteen, twenty blows before you
13 blacked out?
14    A    Yeah.
15    Q    Where were you struck on your body?
16    A    I was struck on my head, my back. Mostly
17 in my head. Mostly on my head.
18    Q    The back of your head? Side of your
19 head?
20    A    Yes. Yes.
21    Q    Were you being punched, or were you being
22 kicked?
23    A    I was being punched. I was being
24 punched, I believe it was. I can't -- I balled up. I

Page 99

1  believe I was being punched, hit with something. They
2  was hitting me with something. I don't know what it
3  was, but it knocked me clean out.
4    Q    Did you ever get your head slammed into
5  the ground?
6    A    Yes, when I was in the day room.
7    Q    I'm talking about in your cell though?
8    A    In the cell, yes. When I first -- when I
9  first got pulled out of the bunk, when I first got
10 pulled out of the bunk.
11    Q    Right.
12    A    Yes, that's when --
13    Q    When you're on the ground, though,
14 getting -- receiving -- being administered blows, did
15 your head ever get struck into the ground? Like did
16 someone grab your head and slam it into the ground at
17 all?
18    A    I don't believe it hit the ground all the
19 way because my shoulder. So it may have bumped it
20 like this, but it wasn't no -- no real, hard blow to
21 the ground, because my shoulder -- because I bounced.
22 I bounced.
23    Q    Let me ask you this. You're being
24 punched in -- where is your head at? Is your head

Page 100

1  laying on the ground as you're being punched in the
2  back of the head?
3    A    Well, my head was, I remember, going
4  forward to the bunk, to the bunk. I remember going --
5  my head hitting the bunk.
6    Q    Is your head actually laying on the
7  ground, though, while you're being punched in the back
8  of the head?
9    A    I can't remember. I can't remember. I
10 just -- I blacked out, because I just remember --
11    Q    I understand. I'm talking about the 15
12 to 20 blows --
13    A    Blows?
14    Q    -- that you remember?
15    A    I can't -- my head was, like, toward the
16 bunk, because I was standing up. I was standing up, I
17 remember.
18    Q    Hold on a second. Hold on a second.
19        When did you stand up, because you just
20 told me that you were -- I'm not trying to trick
21 you --
22    A    Okay.
23    Q    -- I'm just trying to get it straight.
24    A    No problem.

25  (Pages 97 to 100)

QUESTIONS BY MR. BOND

Page 101

1    Q    You said that you got punched in the
2 kidney by Lewis --
3    A    **Yes.**
4    Q    -- and fell to the ground?
5    A    **Yes. Now, I didn't fall to the ground.**
6 **I didn't say I fell to the ground. I said I balled up**
7 **like this. I balled up --**
8    Q    Okay.
9    A    **-- you know, to try to -- because it was**
10 **a sharp blow. I balled up like that while I was**
11 **standing. I was standing like this, and that's when**
12 **the blows came. And next thing I know I blacked out.**
13 **I don't know nothing else after that.**
14    Q    So about fifteen to twenty blows?
15    A    **Yeah. All I felt was poom, poom, poom,**
16 **poom, poom, poom. That's it.**
17    Q    The back of your head and on your back.
18 Anywhere else besides your back and on your head?
19    A    **(Witness indicating.)**
20    Q    Did you ever get struck in the front of
21 your face, or was it strictly the side or the back of
22 your head --
23    A    **I can't remember.**
24    Q    -- before you blacked out?

Page 102

1    A    **I can't remember. I can't remember. I**
2 **can't remember.**
3        MR. PATEL: You know, we've been going
4 for a while.
5        MR. BOND: Time to take a break?
6        MR. PATEL: Yeah, whenever -- you know,
7 when you want to finish your line.
8        MR. BOND: Yeah, sure. Let me just ask a
9 couple questions and we'll take a break.
10        MR. PATEL: Sure.
11    Q    (By Mr. Bond) I lost my track of thought
12 when you said that. I just want to make sure it's
13 clear. I think, you -- correct me if I'm wrong.
14        You can't remember if it was strictly the
15 back of your head and the side of your head that was
16 being struck? You don't know if anywhere else was
17 being struck? I'm just trying to clarify.
18    A    **My back of my head --**
19    Q    Right.
20    A    **-- was struck. The back of my head, just**
21 **my head. My head was getting struck, and my body too,**
22 **my body was getting struck too.**
23    Q    Where on your body?
24    A    **Like my back, my back area. My back.**

Page 103

1    Q    Okay.
2    A    **My back and ribs.**
3    Q    The only person for sure that you saw --
4 again, you know somebody is punching you and striking
5 you at this point. The only person you physically saw
6 strike you was Lewis in the side; is that accurate?
7    A    **I can remember him striking me first,**
8 **yes.**
9    Q    Do you remember seeing anybody else hit
10 you though? I'm talking -- I know you said Lewis and
11 Along are in the cell, but do you see anybody else hit
12 you besides Lewis at that point in time in your cell?
13    A    **I don't remember if -- I just remember**
14 **the one guy, Along, in the cell with me with Lewis.**
15    Q    Right. I'm asking did you ever see Along
16 strike you?
17    A    **He had to have been the one to -- I**
18 **can't -- I didn't see him exactly strike me, but -- I**
19 **didn't see him exactly did it --**
20    Q    I understand that you said he was in
21 there and he had to have, but did you actually see him
22 strike you?
23    A    **Just the way the blows was coming, it was**
24 **like he had to have been -- he had to did some too**

Page 104

1 because there was just too many blows coming from this
2 side and this side. They was coming too much, and I'm
3 talking about I went unconscious. I blacked out.
4    Q    I understand. I'm just trying to find
5 out if you actually see him striking you at all? I
6 understand you think he had to have hit you, but did
7 you actually see him hit you?
8    A    **No.**
9    Q    Okay.
10        MR. BOND: We'll pick up --
11    Q    (By Mr. Bond) You said you woke up in
12 the day room after being blacked out, so we'll --
13    A    **Yes, I woke up -- I woke up -- I woke up**
14 **screaming --**
15        MR. PATEL: There's no question pending.
16        MR. BOND: We'll pick up there, so we'll
17 take a break.
18        (A short break was held off of
19        the record.)
20        MR. BOND: We took about a ten minute
21 there for stretching and bathroom breaks. Back on the
22 record now.
23    Q    (By Mr. Bond) I think when we left off
24 we were going to pick up where you indicated you woke

26 (Pages 101 to 104)

QUESTIONS BY MR. BOND

Page 105

1  up after blacking out in the day room.
2       So let me ask you a question.  You
3  indicated the next thing you remember you woke up in
4  the day room?
5       A    Screaming.
6       Q    Screaming.  Who -- where were you in the
7  day room?
8       A    I was in the middle of the day room near
9  the big concrete pole.
10      Q    Uh-huh.
11      A    It was a big, like -- it's like a
12 concrete post that's holding the ceiling up.
13      Q    Okay.  Is that in the middle of the day
14 room?
15      A    It's in the middle of the day room.
16      Q    How far from your cell would that have
17 been?
18      A    About nine feet from my cell.
19      Q    And, again, your cell was on the bottom
20 level not the upper?
21      A    Yeah.  So I was, like -- the cell -- my
22 cell was right here, so I was, like, by that pole.  So
23 it was about eight to nine feet from my cell --
24      Q    Okay.

Page 106

1       A    -- in the middle.
2       Q    And how were you positioned on the floor?
3       A    I was laying on my -- my -- my stomach
4  and my face.
5       Q    Uh-huh; okay.
6       A    On my face.
7       Q    And could you see what was going on
8  around you at all?
9       A    Yes.
10      Q    What was going -- who was surrounding you
11 at that point in time?
12      A    It was a lot of officers.  Officers
13 grabbing my arm, two of them grab this arm on the
14 right side of my arm, two of them grabbing my left
15 side.  And it was -- officers grabbing my legs and
16 officers with their knee in my neck.  That's when --
17 that's when my nose hit the ground so hard, because
18 they slammed my face against that ground so -- so
19 hard.
20      Q    They slammed your face into the ground?
21      A    Yes.
22      Q    So it would have been like your nose
23 and --
24      A    Yes.  Yes, they slammed it.  Like they

Page 107

1  tried to -- they tried to --
2       Q    Did they physically lift your face up and
3  smash it to the ground?
4       A    Yes.  Yes.  Yes.  They -- boom.  They
5  kept on hitting my face against the ground.
6       Q    How many times did the smash your face on
7  the ground?
8       A    Man, they did it about -- about three or
9  four times.
10      Q    Okay.  Were you bleeding at all?
11      A    Yes.
12      Q    Where were you bleeding from?
13      A    From my nose and my mouth.
14      Q    Okay.
15      A    Also, I was -- I was -- I had blood
16 coming out of my urine and blood in my bowels, in my
17 bowels.
18      Q    Now, how -- you said you had your face
19 pushed into the ground four times -- or how did you
20 phrase it?
21      A    Yeah.  About three or four times, yeah.
22      Q    Pushed into the -- how did you phrase it?
23 I forget.
24      A    Like they -- like you mashing some dough.

Page 108

1  Like you're mashing some dough, like boom, boom, they
2  kept on -- I'm talking about, like, they --
3       Q    Did they lift your head up and push it
4  into the ground?
5       A    Yeah.  Yeah.  Just boom, boom, like, you
6  know, because I was trying to get up because I'm
7  screaming, because I was hysterical because I couldn't
8  believe this was happening to me.
9            And they just say stop resisting, stop
10 resisting.  I'm, like, man.  I'm not resisting.  I've
11 got pins in my leg, man.  I'm hollering, screaming,
12 please stop.  Please.  I'm screaming.
13      Q    Okay.  How long were you on the ground?
14      A    I had to have been on the ground for,
15 like, at least -- at least five minutes.
16      Q    So they're lifting your head up.  They
17 push you into the ground three or four times.
18      A    Yeah, kicking me, stomping me.
19      Q    Where are you getting kicked at?
20      A    I'm getting kicked in the ribs, in my
21 back, my head, all -- my whole body.
22      Q    Can you see who pushed your face into the
23 ground?
24      A    It was a white guy who did that.

27  (Pages 105 to 108)

QUESTIONS BY MR. BOND

---

**Page 109**

1  Q    Do you know his name?
2  A    I couldn't see his name, because I
3  couldn't see the badge. I couldn't see the badge.
4  Q    How many officers were around you when
5  this was going on, the face being pushed into the
6  ground?
7  A    It was a group of them, so it had -- it
8  was over six, six to nine officers.
9  Q    Where they ERT officers or were they --
10 A    Yes, they was ERT officers.
11 Q    Were there any officers like normal
12 correction officers from the tier there when this was
13 going on?
14 A    Yeah, I think so.
15 Q    Where were they?
16 A    They was just standing around. They was
17 just standing around.
18 Q    What -- since you're being kicked --
19 where were your arms while you're on the ground?
20 A    My arms were --
21 Q    Were they handcuffed behind you?
22 A    Yeah, they -- I had handcuffs on, but I
23 don't even remember them putting handcuffs on me
24 because I was still unconscious. I came -- I woke up.

---

**Page 110**

1  I came to. I woke up.
2       I remember, I woke up, and I was
3  screaming. And I told them, man, I've got pins in my
4  legs, please stop. I'm screaming. I'm screaming.
5  I'm hollering.
6  Q    Okay. What about -- were you -- you were
7  just screaming about please stop, I have pins in my
8  legs.
9  A    Yeah.
10 Q    Were you saying anything about being --
11 having your face struck into the ground?
12 A    I was -- yeah. Why are you doing this?
13 Why are you doing this? I said please stop, please,
14 man. I'm not resisting. I'm not resisting.
15 Q    Were you saying anything about being
16 kicked or punched?
17 A    Yes.
18 Q    What were you saying?
19 A    I was saying, man, please stop. Please
20 stop. I'm not resisting. Please.
21 Q    Please stop I have pins in my --
22 A    Yeah.
23 Q    Did you say specifically pins in your
24 leg?

---

**Page 111**

1  A    When they had my leg, they was bending it
2  so bad. Because I'm telling them, please, because the
3  way they slammed me, it was -- man, it was horrifying.
4  They kept on -- they kept on kicking me, punching me.
5  And I kept on telling them, please stop, man. Please.
6  I'm not resisting.
7  Q    Did you say anything about please stop
8  punching me? Please stop kicking me?
9  A    Yes.
10 Q    Did you say those words?
11 A    Yes, I said those words, please stop.
12 Q    Did you please stop punching -- did
13 you ever say the word punch?
14 A    Yeah, stop -- stop punching me. Stop
15 trying to kill me.
16 Q    Did you say stop kicking me? Stop
17 stomping on me?
18 A    Yeah. Please stop. I may have said a
19 few curse words. I can't remember, but I think --
20 man, you're killing me. You're killing me. Stop,
21 please.
22 Q    I'm saying though, did you say anything
23 about being kicked though?
24 A    Yes. Yes. Yes. I told them, I said,

---

**Page 112**

1  stop kicking me. Stop kicking me, man.
2  Q    Did you say anything about being punched?
3  A    I said both, yes. Stop kicking me,
4  punching me. Stop killing me. Stop trying to beat me
5  like this.
6  Q    About how many times were you punched and
7  kicked while you were on the ground after your face
8  had been pushed in the ground?
9  A    So many times. I can't remember. It was
10 too many.
11 Q    Okay. Do you know who was hitting you
12 and kicking you while you were on the ground at this
13 point in time in the day room?
14 A    I just know it was ERT guys.
15 Q    Do you know which ERT guys?
16 A    I don't know exactly which ones, but I
17 just remember Lewis, he got his knee on my neck. And
18 I'm going -- I'm falling back to sleep. I'm going
19 back unconscious because I can't breathe.
20 Q    Right.
21 A    I remember. And the other guys was
22 twisting my arms, trying to break my arms. And then
23 the other guy Along, he's the one that twisted my leg
24 until it went all the way back and it snapped. It

---

QUESTIONS BY MR. BOND

Page 113

1   popped. It broke.
2   Q    Your leg broke?
3   A    It broke, because it snapped. Because
4   you could hear. It -- it popped --
5   Q    Let me ask you. Let me ask you. Would
6   there be a medical record from Cermak saying that you
7   suffered a fractured leg that day?
8   A    I guess so, yeah. Because I complained
9   about it, yes. I told them, because they took me --
10  they had me going to physical therapy --
11  Q    Right.
12  A    -- in February. They waited three
13  months.
14  Q    Right.
15  A    They didn't want to give me no help.
16  That's why I kept writing Grievances. They didn't
17  want to give me no help, because they knew how badly
18  they beat me, and they threw me in the hole. They
19  threw me in segregation.
20  Q    Let me ask you this, though. We're
21  getting off point here.
22  A    Okay.
23  Q    You went to Cermak, though, that day;
24  right, November 5th?

Page 114

1   A    I went to Cermak -- first I went to the
2   dispensary first.
3   Q    Right.
4   A    Okay. They put me in the dispensary, and
5   they only gave me -- I couldn't walk. So they was
6   like you can walk. You can walk. I'm like I can't
7   walk.
8   Q    Let's -- we're getting off point here.
9   A    Okay.
10  Q    You go to the dispensary. Did you also
11  go to Cermak, though, that day?
12  A    Yes.
13  Q    All right. So the doctors and the nurses
14  at Cermak would have seen you on that same day,
15  November 5th, after this beating?
16  A    Yes, but they never can id.
17  Q    They never did what?
18  A    They never seen me.
19  Q    So you went to Cermak and nobody saw you
20  that day?
21  A    No one seen me that day.
22  Q    Okay.
23  A    All they did was took x-rays of my leg.
24  Q    Okay.

Page 115

1   A    No x-rays of my upper body or my nose,
2   and they sat me in a chair --
3   Q    Were you still bleeding from your nose
4   when you went to Cermak?
5   A    No, I stopped bleeding. They gave me
6   some -- they cleaned me up down in the dispensary
7   before --
8   Q    How did your nose look? Was it all
9   crooked? I mean, did it look broken?
10  A    It was swollen. I could just -- I could
11  just tell because I couldn't breathe. I could tell I
12  looked bad. Yeah, I had black eyes and everything.
13  My nose was messed up. I didn't see myself until --
14  Q    Did you still have blood in your mouth at
15  Cermak?
16  A    Blood, yeah. Blood in my mouth and
17  everything.
18  Q    Were you able to talk?
19  A    Yes. I was able to talk, yes.
20  Q    All right. Let's go back to when you're
21  on the ground in the day room and you're being struck
22  and kicked.
23       How long were you struck and kicked while
24  on the ground?

Page 116

1   A    In the day room?
2   Q    Correct.
3   A    It was many. I can't count. It was too
4   many. I can't count.
5   Q    Besides Officer Lewis having his knee on
6   your neck, can you specify any other officer by name
7   who touched you?
8   A    No.
9   Q    All right. How long were you being
10  struck and kicked on the ground in the day room?
11  A    It was so many I can't even count. It
12  was too many.
13  Q    I'm saying how long did that last for?
14  A    It had, like -- it had to be for at least
15  three to five minutes. Three to five minutes, yeah.
16  Q    So you're being punched and kicked while
17  on the ground for three to five minutes?
18  A    Yes.
19  Q    All right. And then after three to five
20  minutes is up what happens?
21  A    That's when he's pushing my leg. He's
22  pulling my leg.
23  Q    Who was?
24  A    Along was pulling my leg, and he's

29  (Pages 113 to 116)

QUESTIONS BY MR. BOND

Page 117

1  bending it, and that's when I was screaming stating
2  I've got pins in my legs. Please, stop. Please. I'm
3  not resisting. Oh, you're resisting. You're
4  resisting.
5          And then next thing I heard, pow. It
6  snapped. My leg popped because he bent it all the way
7  back. I'm talking where it couldn't go no more. I
8  heard that noise.
9      Q    Were you saying I have pins in my legs
10 when they started beating you too, or was it only
11 after they started pulling your leg back?
12     A    When they started pulling my leg back.
13     Q    All right. What happens then after you
14 hear the pop?
15     A    After I hear the pop I was just
16 screaming.
17     Q    Okay.
18     A    I was screaming, oh, help me, God.
19 Please help me.
20     Q    What happened next?
21     A    Huh?
22     Q    What happened next?
23     A    That's when they picked me up, my pants
24 came down, my private areas are showing. I had no --

Page 118

1      Q    How did they pick you up?
2      A    They picked me up like this, like --
3      Q    With your arms behind your back?
4      A    Yeah, like they was trying to break them.
5  They was trying to break my arms. They picked me up
6  like --
7      Q    How did they do that? Did they put their
8  arms under your shoulders -- I mean your armpit?
9      A    Yeah. A couple of guys was over there on
10 that side and they picked me up like -- they picked me
11 up like this.
12     Q    All right. So just so the record is
13 clear, you have your hands behind your back like
14 they're in handcuffs?
15     A    Yes. And they were --
16     Q    The entire time were your hands
17 handcuffed behind your back?
18     A    Yes. My hands was handcuffed.
19     Q    How did they physically pick you up?
20     A    They picked me up with their arms going
21 through my arms.
22     Q    All right. So they were holding onto
23 both your arms, your left and your right arm?
24     A    Yeah. Couple guys holding on that arm,

Page 119

1  and then they was holding my legs. So one guy was
2  holding this leg and trying to help me -- help me up,
3  but I couldn't stand. I couldn't stand. Because when
4  I tried to stand, my leg, it went sideways. I
5  couldn't stand. And --
6      Q    Let me ask you this. How many officers
7  picked you up?
8      A    I think it was three. Yeah, three.
9      Q    How many -- do you know which officers
10 picked you up?
11     A    No.
12     Q    Okay. All right. After you were picked
13 up, where were you taken to then?
14     A    They dragged me down the hallway --
15     Q    When you said they dragged you --
16     A    Yes, they dragged me.
17     Q    Describe what you mean by dragged.
18     A    I had no shoes on, so I was being dragged
19 with my feet scraping against the concrete, like this.
20     Q    So you weren't walking with them?
21     A    No, they was dragging me.
22     Q    They weren't escorting you and you were
23 walking with them?
24     A    No, they was dragging me. They was

Page 120

1  dragging me with my pants hanging down, showing my
2  body and everything. So I was being dragged.
3  I don't remember -- matter of fact, I
4  don't even think I had a shirt on. I can't remember,
5  but I just remember being dragged like an animal.
6      Q    So if someone were to say that you were
7  being walked and escorted out of the day room, that
8  would be incorrect?
9      A    Exactly.
10     Q    And, again, when you're saying dragged,
11 you mean you weren't -- you weren't laying on the
12 ground being drug, you were standing and your feet
13 were --
14     A    I was standing getting drugged, my feet
15 dragging on the ground, with the toes -- with the
16 concrete dragging.
17     Q    Why were you not walking?
18     A    I couldn't walk. I couldn't stand.
19     Q    Okay. Where were you taken after --
20 where were you drug to, as you say?
21     A    I was drug to the dispensary downstairs
22 in Division 9.
23     Q    Were you out in a hallway at all for a
24 period of time before being taken to the dispensary?

30 (Pages 117 to 120)

QUESTIONS BY MR. BOND

Page 121

1    A    Yes. For a few minutes, yes. For a few
2 minutes.
3    Q    Let me go back real quick -- sorry to
4 jump around -- go back to your cell. Let me ask you,
5 when Officers Along and Lewis came into your cell
6 initially, did they give you any orders?
7    A    No.
8    Q    Did you ever state to the officers when
9 they came into your cell, fuck you bitches. I'll die
10 for the cause?
11    A    No. I ain't ever said that.
12    Q    All right. Did you ever lunge at any of
13 the officers, Along or Lewis --
14    A    No.
15    Q    -- when they came in your cell?
16    A    No.
17    Q    Did you ever swing a closed or an open
18 fist at the officers, Along or Lewis, when they
19 entered your cell?
20    A    No.
21    Q    All right. Going back out to the --
22 after you were -- jumping around again. You were
23 taken out of the day room into this hallway you said
24 for a few minutes.

Page 122

1         What happens in this hallway before you
2 go to the dispensary?
3    A    They was, like -- I just -- I was coming
4 in and out of consciousness. I can't really remem --
5 I just remember standing there, and I'm in so much
6 pain hollering. I was hollering, man. I was
7 hollering.
8    Q    What you were hollering?
9    A    Man, I'm like, why -- why are ya'll
10 trying to kill me? Why are ya'll hurting me like
11 this?
12    Q    Were you standing or on the ground when
13 you were saying this?
14    A    I was being held. I couldn't walk. I
15 couldn't even stand up, because I was balled up. I
16 was like this. They was holding me up. They was
17 holding me. So I couldn't even stand. They was
18 trying to make me walk. I'm telling them, I can't
19 walk. I can't walk. And then that's when they
20 dragged me. I think we went in an elevator.
21    Q    About how many minutes were you in this
22 hallway area?
23    A    In the hallway, had to have been between
24 three and five minutes just standing there.

Page 123

1    Q    Who was in that hallway with you?
2    A    It was a lot of officer -- a lot of ERT
3 officers. A lot of them.
4    Q    About how many?
5    A    It was over six -- six to ten officers, I
6 believe.
7    Q    And this was immediately after you were
8 taken out of the day room?
9    A    Yes.
10    Q    Were you standing the whole time you were
11 in this hallway? Were you on the ground? What were
12 you doing?
13    A    They was holding me up. They was holding
14 me up by both my arms while I was handcuffed.
15    Q    Did you ever go to the ground -- were you
16 ever taken to the ground while you were in the hallway
17 room?
18    A    No. Not at that time, no.
19    Q    Were you in any way resisting the
20 officers --
21    A    No.
22    Q    -- in this hallway?
23    A    No, I wasn't.
24    Q    What about while you were in the day

Page 124

1 room? Were you in any way resisting the officers?
2    A    No, I wasn't. No, I didn't. I couldn't
3 have.
4    Q    When you were on the ground, were you
5 laying still in the day room?
6    A    I was screaming. I was in so much pain,
7 because I was trying to -- no. I was -- there's
8 nothing I could have did, no.
9    Q    Well, let me ask you this. Were you --
10 when you were on the ground in the day room -- I'm
11 sorry to keep jumping around.
12    A    That's no problem.
13    Q    Were you moving around while on the
14 ground?
15    A    I was trying to get them to stop hitting
16 me. I was, like -- I was, like, just trying to --
17 really -- I was really just trying to block some of
18 the blows some kind of way. The only way I was moving
19 was, like, trying to move out of their way from
20 getting beat some more.
21    Q    How much time elapsed from when they
22 stopped hitting you while you were on the ground in
23 the day room until they picked you up and started
24 dragging you out of the day room?

QUESTIONS BY MR. BOND

Page 125

1    A    I had to be on that ground for at least
2  five minutes or more.  Five minutes or more.
3    Q    No, I understand.  I guess let me ask the
4  question a different way.
5         When they stopped kicking and punching
6  you, are you immediately picked up and taken out of
7  the day room, or is there like another lapse in time?
8  Like they stopped kicking and punching, you're on
9  the ground some more?
10   A    They -- they paused for a minute, and
11 then that's when I was picked up, come on, you can
12 walk.  I can't walk.  Then that's when they dragged me
13 to the interlock and then into the hallway.  And they
14 steady -- trying to make me stand, and I couldn't
15 stand.
16   Q    Let me ask you this.  The hallway we were
17 just talking about before, was that the interlock,
18 because I was using the term hallway?
19   A    Before you get to the interlock, where
20 the elevators are.
21   Q    Right.
22   A    They took me straight out.
23   Q    What -- what's right next to the day
24 room?  Is there a small room right next to the day

Page 126

1  room?
2    A    Yes.
3    Q    That's what I was talking about when I
4  said hallway.
5    A    They took me straight through that middle
6  section of -- where the control room is.  They
7  took me straight in there and then took me straight in
8  the hallway.
9    Q    All right.  The control room area, how
10 long were you in there for?
11   A    Not even a minute.
12   Q    And when we were just asking questions,
13 again, when I was talking about you were standing up
14 after being in the day room, and I was talking about a
15 hallway, was that the control room or was that a
16 separate --
17   A    No.
18   Q    -- was that the hall that you're
19 referring to?
20   A    They picked me up and they tried to make
21 me stand up and walk into the interlock, which I
22 couldn't stand, so they was holding me up.
23   Q    Is the interlock a control room?
24   A    No.  The interlock is the middle section

Page 127

1  where the control room is.
2    Q    Okay.
3    A    So they -- when they took me out of the
4  day room, they took me to the middle section where the
5  control room is, straight into the hallway area.
6    Q    Okay.
7    A    And that's when they're dragging me.  I
8  couldn't walk, so they're dragging me, through this
9  area from where I was on the ground, all that time,
10 and then through the little middle section where the
11 interlock is, and then to the hallway.
12   Q    Okay.  And how long were you in this
13 hallway area for again?
14   A    About three to five minutes.
15   Q    Did you ever -- in order to get to the
16 hallway and you go through this control room, were you
17 in that control room for any period of time, or were
18 you simply dragged through there on the way to the
19 hallway?
20   A    I was dragged through there.
21   Q    So you never stopped in that little
22 control area?  You were dragged through into the
23 hallway?
24   A    We stopped less than one minute for them

Page 128

1  to open up that door.
2    Q    Okay.
3    A    That's it.
4    Q    Okay.
5    A    For them to open up, because you've got
6  to go through this door --
7    Q    Right.
8    A    -- and then you've got to go through
9  another door.  So it's two doors you've got to go
10 through in the middle section where the interlock is.
11   Q    Okay.
12   A    So where -- that's dividing the two
13 dorms.  So when they opened up that door, they might
14 have had that door open.  I can't remember.  I just --
15 I was just so hysterical.
16   Q    Okay.  Let me ask you this.  You were in
17 that hallway area, day room, control room, and then
18 you're in the hallway area --
19   A    Yes.
20   Q    -- for about three to five minutes.
21 What's going on in this hallway?  I think --
22   A    They're standing there waiting for the
23 elevator to come.
24   Q    All right.

QUESTIONS BY MR. BOND

Page 129

1      A    Yeah.
2      Q    I think I had asked you this, but I just
3  want to make sure we're talking about this same area,
4  this hallway area.
5           When I asked you about the hallway before
6  you said -- I think I had asked you whether you were
7  standing up the whole time or whether you were ever on
8  the ground?
9      A    They was holding me up.
10     Q    Okay.
11     A    They was holding me up, because I
12  couldn't -- I couldn't -- I couldn't stand up because
13  I was --
14     Q    Do you remember being on the ground at
15  all?
16     A    No, I wasn't on the ground at all. Not
17  in the hallway, no.
18     Q    What's being said to you and what's being
19  said to the officers during this three to five
20  minutes?
21     A    I'm telling them, man, please, why is
22  ya'll -- why are ya'll beating me like this? Why are
23  ya'll trying to hurt me like this? Why are you trying
24  to kill me?

Page 130

1      Q    Okay.
2      A    That's all I kept on saying, man, why are
3  ya'll keeping -- why are ya'll trying to hurt me like
4  this?
5      Q    Okay. Are the officers saying anything
6  to you?
7      A    I can't -- I don't remember what they
8  were saying. I was just so hysterical because I
9  couldn't believe that happened to me. And I was in so
10  much pain. I'm talking about I was delusional. I
11  wasn't in the right frame of mind.
12     Q    Do you remember saying anything else
13  during that three to five minute period in the hallway
14  to the officers besides what you just said?
15     A    No. I just was -- I just felt so bad.
16  No, I don't remember -- I don't remember saying
17  anything else but just -- they're just standing up
18  there, they're holding me up, and they're waiting for
19  the elevator to come.
20          But then when they got me on the
21  elevator, I've got no shoes on and it's nasty. I'm
22  telling you, it was bad. And then that's when they
23  dragged me from the elevator to the hallway with my
24  pants hanging down, everybody looking at my private

Page 131

1  area. And then that's when they put me in the
2  dispensary area to clean up my wounds.
3      Q    Let me stop you for a second. The
4  hallway area, how many officers are in this hallway
5  area with you while you're waiting for the elevator --
6      A    It was a lot.
7      Q    -- for three to five minutes?
8      A    It was a lot. The sergeant at that
9  desk --
10     Q    How many sergeants were there?
11     A    I think it was one, maybe two sergeants,
12  and a couple ladies there.
13     Q    Correction officers?
14     A    Yeah, ladies.
15     Q    Not ERT?
16     A    Yes, there were a couple of ladies. I
17  can remember -- I remember their face because I was,
18  like, embarrassed. I was so embarrassed.
19     Q    Anybody else?
20     A    That's it.
21     Q    Just the ERT guys. How many ERTs?
22     A    I can't remember how many it was. It was
23  a lot of them, about six, maybe. Maybe six.
24     Q    Do you know the name of any of the ERT

Page 132

1  guys? Were Lewis and Along out in this hallway with
2  you?
3      A    No.
4      Q    Had they passed you off at this point?
5      A    No. I can't -- I didn't see their names.
6      Q    Were Lewis and Along, though, in the
7  hallway with you?
8      A    Yes. Yes. Because they was -- yes.
9  They was the ones that was -- they wasn't even
10  dragging me. It was some other officers dragging me,
11  but they were walking on the side.
12     Q    They were one of the six officers with
13  you?
14     A    Yeah.
15     Q    Did anybody strike -- physically strike
16  you while you were in this hallway?
17     A    No.
18     Q    All right. Did you ever verbally
19  threaten any of the officers while you were in the
20  hallway?
21     A    No.
22     Q    All right. Did you ever verbally
23  threaten physical harm on any of the officers while in
24  the hallway?

QUESTIONS BY MR. BOND

Page 133

1    A    No.
2    Q    Did you ever threaten to sue any of the
3  officers while you were in the hallway?
4    A    No.
5    Q    Were you ever asked your name while you
6  were in the hallway?  Did they ever ask you who you
7  were?
8    A    No.
9    Q    If you -- hypothetically, if you had been
10  asked what your name was, would you have told them?
11    A    Yes.
12    Q    Did you ever curse at the officers while
13  you were in the hallway?
14    A    I might have said some curse words, yes.
15    Q    And, again, you're waiting for the
16  elevator to go to the dispensary.  You said the
17  dispensary is in the basement of the division?
18    A    Yes.
19    Q    All right.  How many officers get in the
20  elevator with you once it arrives?
21    A    The whole elevator was filled up.  It was
22  filled up.  They -- it had to be, like, about six
23  officers in there.
24    Q    Six officers and you in the elevator?

Page 134

1    A    Yeah.
2    Q    All right.  And then you get downstairs
3  to the dispensary.  What happens when you get down
4  there?
5    A    When I get down to the dispensary they
6  were -- they was acting very belligerent towards me
7  and --
8    Q    What were they saying to you?
9    A    They was saying -- they was just calling
10  me all kind of names.  Yeah, that's what your ass get.
11  You know, we're gonna beat your ass.  And that's when
12  I stated --
13    Q    Let me stop you for one second --
14    A    Okay.
15    Q    -- and I apologize for talking over you.
16  When are they saying -- I'm just trying
17  to figure out, when do they say those words to you,
18  we're gonna --
19    A    While we was in the dispensary.
20    Q    All right.
21    A    While I was sitting there getting -- they
22  was tending -- trying to clean up my wounds and give
23  me an ice pack for my leg.
24    Q    Did they say these words to you as you

Page 135

1  were getting out of the elevator or in the elevator?
2    A    They didn't say anything to me while I
3  was in the elevator.
4    Q    What about when you got off of the
5  elevator and were walking to the dispensary?
6    A    They didn't say nothing.  They weren't
7  talking at all.
8    Q    What about -- how are you -- how do you
9  get to the dispensary?  Did they drag you again or do
10  you walk?
11    A    Yeah, they dragged me, because I
12  couldn't -- they was holding me up.  They said, stand
13  up.  Stand your ass up.  I'm, like, man, I can't
14  stand.  I can't stand, man.  And I think I was getting
15  loud too.  And that's when they dragged me from the
16  elevator to the dispensary area.
17  And then that's when they sat me down.
18  And there was a lieutenant standing there with the
19  dog, it was a dog in there too, because they were
20  trying to make the dog, like, try to bite me, and they
21  was videotaping it then.
22    Q    Uh-huh.
23    A    So I said -- yeah, because I told them, I
24  said, yeah, tape all this.  Tape this, all this.

Page 136

1    Q    Uh-huh.
2    A    Yeah.
3    Q    So someone says that you --
4    A    Because I think I did --
5    Q    Let me ask the question.
6    A    Okay.
7    Q    Hold on.  I know you want to talk.
8    A    Okay.  I think I did --
9    Q    Hold on.  Hold on.  Let me ask the
10  question.
11  So if someone were to say that you were
12  walked from the elevator to the dispensary, that would
13  be incorrect?
14    A    That's incorrect.
15    Q    Okay.  After you got to the dispensary,
16  tell me what happened then.
17    A    When I got to the dispensary they sat me
18  in a chair, they surrounded me, and they had that same
19  guy, Paramedic Lacy, come over there and give me a
20  busted -- a busted with the blue fluid in it, blue ice
21  pack with the blue stuff, because it was running down
22  my leg --
23    Q    Okay.
24    A    -- you know?

34  (Pages 133 to 136)

QUESTIONS BY MR. BOND

Page 137

1    Q    So Lacy gave you a busted --
2    A    A busted blue freeze pack.
3    Q    What does Lacy look like?
4    A    He's a dark skinned guy. A dark skinned
5    man, yes. I had problems with him before.
6    Q    Is he white or black?
7    A    He's a black guy.
8    Q    All right. You said you've had problems
9    with him before. What were the problems?
10   A    Yes, because he -- because back on
11   8/27/09 I wrote a Grievance on him stating that he
12   told me to kiss his ass. He called me a faggot MF,
13   motherfucker. And I told him that I had surgery on my
14   right cheekbone and I needed -- I needed --
15   Q    Your right -- you were pointing to your
16   butt though, your butt cheek?
17   A    Yeah. I had a cyst.
18   Q    So not your facial cheekbone? Your
19   actual behind?
20   A    Behind, yeah. And I was telling him --
21   that's why I wrote a Grievance on him, because I was
22   telling him about my problems. And that's when he was
23   real nasty to me because, I guess, you have to give
24   them your information on what's wrong with you --

Page 138

1    Q    Okay.
2    A    -- before you, you know, get sent on the
3    deck.
4    Q    I understand.
5    A    So that's why I wrote that Grievance on
6    8/27, because I had let him know that I was losing
7    blood and I needed some medical treatment, and I felt
8    sick that day.
9    Q    So you had a history with Lacy then?
10   A    Yes.
11   Q    Okay. So he gave you the busted ice
12   pack. What else does Lacy do besides give you the
13   busted ice pack?
14   A    That's it. He did it in a real bad
15   demeanor. Like, you know, to me it looked like he
16   busted it on purpose so it could leak on my body.
17   Q    Did you ever see him bust it on purpose
18   though?
19   A    I didn't see him bust it on purpose, but
20   I never seen those ice packs being busted.
21   Q    Did Lacy ever physically touch you that
22   day?
23   A    No. He just gave it to me like I was a
24   dog. Like here, here, take this; you know? No, he

Page 139

1    didn't even try to help me or nothing.
2    Q    Did Lacy do anything -- did you see Lacy
3    after that, after he gave you the busted ice pack? I
4    mean --
5    A    I seen him that day when I got admitted
6    to Division 9 and --
7    Q    I'm talking about -- I'm sorry. I'm
8    talking about this date, November 5th?
9    A    Yeah, that's the only day I seen him.
10   That's the day I seen him, and then after that he used
11   to make racial little slurs to me when going down the
12   line. A little later after -- yeah, he made a remark
13   that day. Yeah, he made a remark that day. I can't
14   remember. He said something real derogatory toward
15   me.
16   Q    You said he had a dark complexion. Is he
17   white or black?
18   A    He's a black guy.
19   Q    All right. And he made a derogatory
20   racial statement?
21   A    Yeah. He made a derogatory statement
22   like, yeah, that's what your ass get, nigger and all
23   this; you know?
24   Q    All right. Let me stop you --

Page 140

1    A    He said something like, they should have
2    killed your ass; you know, or something. You
3    shouldn't be in jail; you know. That's what you get
4    for being in jail.
5    Q    Aside from Lacy saying they should have
6    killed your ass, or that's what you get and giving you
7    the busted ice pack, is there anything else that Lacy
8    did that day or anything else you can remember Lacy
9    doing?
10   A    He was very belligerent toward me on the
11   8/27/09. That's why I wrote a Grievance on him
12   because --
13   Q    Let's talk about November 5th of '09.
14   A    Okay. Okay.
15   Q    Anything else on November 5th of '09 that
16   Lacy did?
17   A    Lacy, he just -- to me, he was like
18   smiling like he was happy that they had beaten me up.
19   And that's when he gave me the ice pack, and he didn't
20   say nothing else. He was just smiling at me, like,
21   you know, like he was happy.
22   Q    Did you see Lacy at all after he gives
23   you the ice pack?
24   A    I just seem him giving me the ice pack,

35 (Pages 137 to 140)

QUESTIONS BY MR. BOND

Page 141

1    and that's it. But he was standing over there while
2    the other guys, the other ERT guys were, you know,
3    making fun of me.
4        Q    Where is he standing at? You said he's
5    standing over there somewhere.
6        A    He's standing, like, by the counter.
7        Q    And where's the counter -- how far is the
8    counter from where the other ERT guys and you are?
9        A    We're all in -- we're all in a section.
10   It was a real small section. So it was the dog, the
11   lieutenant, and then Lacy was, like, in the background
12   area by like where the end of the counter was.
13       Q    So he's over there doing something else?
14       A    Yeah. But he was -- I could -- I could
15   see him over there laughing like it was real funny.
16       Q    Do you have any idea what he was laughing
17   at?
18       A    He was laughing at me.
19       Q    And how do you know that?
20       A    Because the way he looked at me, because
21   he looked at me in my eyes and laughed.
22       Q    Does Lacy ever physically touch you that
23   day?
24       A    No. He didn't physically touch me.

Page 142

1        Q    Okay. So you're in the dispensary. You
2    get your busted ice pack. What other kind of
3    treatment do you get that day at the dispensary?
4        A    No other treatment. That's it.
5        Q    What happens after you get the leaking
6    ice pack?
7        A    The leaky ice pack, they gave me
8    something to clean the blood off my nose and --
9        Q    Were you bleeding on the way to the
10   dispensary?
11       A    Yes, because I was spitting -- I spit in
12   the elevator.
13       Q    You could see blood from your mouth and
14   your nose in the elevator?
15       A    Yeah. Because I didn't want to keep
16   swallowing it, yeah. Because I remember spitting in
17   the elevator. And they was looking at -- you know,
18   because I remember, I spit in the elevator.
19       Q    What about the hallway before you got in
20   the elevator? Was there -- were you still bleeding
21   there as well?
22       A    I guess so, because I just remember
23   being -- I just remember being carried, you know, the
24   way they was carrying me. I don't remember if it was

Page 143

1    dripping or whatever, but I just remember I was
2    spitting it out in the elevator.
3        Q    So you had -- you get your nose and your
4    mouth, the blood, cleaned up?
5        A    Yeah. They gave me some tissue. That's
6    it.
7        Q    Okay.
8        A    That's it.
9        Q    All right. Was there still -- did you
10   still see blood in your face, or did they clean it up
11   pretty good down in the dispensary?
12       A    I don't know, because I couldn't see
13   myself.
14       Q    Okay. So you get some tissues to clean
15   up -- did you have to clean it yourself, or did they
16   clean up your nose and your mouth for you?
17       A    He cleaned it up. He -- he --
18       Q    Who did?
19       A    Like this. He just, like, this, wiped it.
20   That's it.
21       Q    Who did?
22       A    Lacy.
23       Q    All right. So he wiped your nose --
24       A    Yeah.

Page 144

1        Q    -- and he gave you the ice pack?
2        A    Yeah. That's it. That's all he did.
3        Q    And that's all the attention you got in
4    the dispensary?
5        A    That's it.
6        Q    How much longer were you in the
7    dispensary for then?
8        A    I was in there for about -- probably
9    about ten minutes.
10       Q    And then after -- what happens during
11   that ten minutes? Anything going on?
12       A    And they felt like they couldn't help me
13   there, so that's when they decided to take me to
14   Cermak --
15       Q    Okay.
16       A    -- to get x-rays and see what's wrong
17   with my --
18       Q    The medical staff at the dispensary?
19       A    Yeah.
20       Q    They figured they couldn't help you
21   there, so they --
22       A    They couldn't help, yeah, because they
23   knew it was serious. So that's why they sent me to
24   Cermak Hospital.

36 (Pages 141 to 144)

QUESTIONS BY MR. BOND

Page 145

1    Q    Who from the ERT is in the dispensary
2  with you while you're there for ten to fifteen
3  minutes?
4    A    They said Officer Anderson and
5  Ms. Hempfield. I think that was -- okay, wait a
6  minute. You said in the dispensary that day?
7    Q    Yeah, the dispensary where you got the
8  ice pack. Do you know whom from ERT was with you at
9  that point?
10    A    What's her name? What's that lady's
11  name? It was a dark skinned lady, Ms. Watson, I think
12  it was.
13    Q    Okay.
14    A    I think her name was Ms. Watson. She was
15  an older lady --
16    Q    Sure.
17    A    -- because she said -- because she told
18  me, she said, baby, just calm down. Just, you know,
19  don't -- she's, like, please, she said, just calm
20  down. I said, you see what they're doing to me.
21  Tape-record this. Tape-record all that.
22    Q    Let me ask you, the -- were you ever
23  physically struck in the dispensary?
24    A    No. Because they didn't want to do it

Page 146

1  because they was videotaping, and they knew that other
2  lady been there working years. And she told me -- she
3  did like this. She just kept on showing me, stop,
4  just calm down. Don't do nothing.
5    Q    Okay.
6    A    And that's when I calmed down.
7    Q    So you're in the dispensary for ten to
8  fifteen minutes and you weren't physically struck.
9  Where are you taken after the dispensary?
10    A    I was dragged through the tunnel, through
11  that long tunnel, all the way to Cermak Hospital.
12    Q    How far is that tunnel?
13    A    Wow. To me it was, like, oh, man, almost
14  a mile.
15    Q    Who took you over there?
16    A    Some ERT officers. I can't remember who
17  they was. I don't know who it was, but it was a lot
18  of them, about six -- about six of them. Yeah, about
19  six officers.
20    Q    Are you ever physically attacked during
21  the walk over to Cermak?
22    A    No.
23    Q    All right. And how do you get -- you
24  said you were dragged the whole way?

Page 147

1    A    Yes, I'm dragged the whole way.
2    Q    Do you walk at all?
3    A    No, I don't walk at all. I don't walk at
4  all. They're dragging me. They're actually dragging
5  me. I told you I had no shoes on, so they're dragging
6  me. My feet -- my feet was -- my toes is grinding on
7  the ground like this.
8    Q    They didn't give you any shoes while you
9  were at Cermak?
10    A    No shoes or nothing.
11    Q    Did they give you a shirt?
12    A    I don't remember if I had a shirt on or
13  not. I can't remember. I can't remember.
14    Q    All right. So about six officers escort
15  you over to Cermak?
16    A    Yeah.
17    Q    What happens once you get to Cermak?
18    A    Once I get to Cermak, that's when they
19  sat me down and Lewis sat on the side of me, because I
20  guess it was about to be shift change. And they took
21  me in there, and I seen them talking and all this, and
22  I'm still --
23    Q    Where are you at in Cermak when you see
24  people talking?

Page 148

1    A    I see them by the x-ray machine, by the
2  x-ray area, I mean.
3    Q    Who was talking by the x-ray area?
4    A    Lewis and some more other -- he's talking
5  to the nurse saying, yeah, this guy gonna need x-rays.
6    Q    Did CMT Lacy go to Cermak with you, or
7  did he stay at the dispensary?
8    A    He stayed at the dispensary, I believe.
9    Q    Did you see him at all anymore that day?
10    A    I didn't see him no more after that.
11    Q    So the only time you saw Lacy was at the
12  dispensary; correct?
13    A    Yes.
14    Q    So you see Lewis talking to -- how many
15  officers is he talking to in Cermak?
16    A    He's talking to a few other officers. I
17  can't remember. He was talking to his fellow -- his
18  coworkers. I can't remember how many it was, but he
19  was telling them, I guess, because he come and said,
20  man, you got me working hard. Man, I ain't worked
21  this hard in four years, man.
22    Q    Let me jump -- I'm sorry to jump around
23  again.
24         Did Lacy ever see you get struck by

37  (Pages 145 to 148)

QUESTIONS BY MR. BOND

Page 149

1    anybody, to your knowledge?
2        A    Lacy, no.
3        Q    Going back to Cermak again, so Lewis is
4    talking to these officers while they're over by the
5    x-ray machine.
6            Where are you at?
7        A    I'm sitting down. I'm sitting down.
8        Q    On benches?
9        A    They've got me on a bench --
10       Q    Okay.
11       A    -- to wait until -- and then they
12   unhandcuffed me. I remember that.
13       Q    Who unhandcuffed you?
14       A    Lewis, because he -- that's when he came
15   over there, I'm sorry. I'm sorry. I'm sorry.
16       Q    Are they videotaping you while you're
17   uncuffed?
18       A    Yeah, he was videotaping me.
19       Q    Okay. Who's videotaping, do you know?
20       A    I don't know. I don't know who was
21   videotaping, a white guy.
22       Q    Was Lewis saying that he's sorry on the
23   videotape?
24       A    Yeah. He -- I don't know if he -- if

Page 150

1    they showed he was saying he was sorry, but that's
2    when he kept on -- because when I sat down he was
3    like, man, I'm sorry. I'm sorry, man. I'm sorry.
4    But, you know, this is a job. This is the job. I'm
5    like, no, man, this ain't no job. Man, you didn't
6    have to do that to me.
7        Q    All right. So Lewis unhandcuffs you.
8    Then what happens?
9        A    Then that's when they took me --
10       Q    Who took you?
11       A    They -- he escorted me into the x-ray
12   room.
13       Q    Lewis did?
14       A    Yeah, Lewis did. Yeah.
15       Q    Okay. Who was in the x-ray room after
16   Lewis escorted you?
17       A    Nurse staff. I can't remember.
18       Q    Okay.
19       A    Looked like a Latino lady.
20       Q    So you got x-rayed then?
21       A    Yeah. And I told her --
22       Q    What was x-rayed?
23       A    -- they only x-rayed my legs, my left
24   leg. And I told her, I said, what about my upper

Page 151

1    body? Oh, they didn't order that. They didn't order
2    that. I said, well, I can't breathe. I can't
3    breathe. They're like, that wasn't ordered.
4        Q    Okay. So just your leg was x-rayed?
5        A    Yes.
6        Q    Okay. Who -- so your x-ray gets done.
7    What happens after the x-ray?
8        A    After the x-ray, that's when they -- he
9    sat me back on the bench, and that's when Lewis came
10   over there and said I'm sorry. I'm sorry, man. I'm
11   sorry. I thought -- you know, it's part of the job or
12   something, he said.
13       Q    Did you ever get the results of your
14   x-ray?
15       A    No.
16       Q    No?
17       A    I never -- I never -- never.
18       Q    All right. So did you -- you said that
19   your leg got broken though?
20       A    Yes.
21       Q    All right. Were you ever told that by
22   any medical staff?
23       A    I knew it was broken because I couldn't
24   stand on it.

Page 152

1        Q    Okay.
2        A    And I mentioned it while I was in there
3    because I could not walk. I could not walk at all.
4    Period.
5        Q    So if someone told you, the medical staff
6    told you, that you had no recent fracture or
7    dislocation on that date, that would be incorrect?
8        A    That was incorrect, yes.
9        Q    All right. So you're back out -- after
10   the x-ray you're back out on the bench with Lewis?
11       A    Because they didn't give me no -- they
12   didn't give me no -- no -- no results or nothing. I
13   don't even know what happened. And I'm back on the
14   bench with Lewis, and that's when he's apologizing to
15   me, telling me he's sorry.
16       Q    Okay. So he's telling you he's sorry and
17   then what happens?
18       A    And then that's when he -- that's when
19   the second shift came in.
20       Q    Who was on the second shift?
21       A    Holmes, Chico, and Bolton.
22       Q    Okay.
23       A    Those three guys came in.
24       Q    What does Bolton look like?

38 (Pages 149 to 152)

QUESTIONS BY MR. BOND

Page 153

1   A   Bolton is a short, white guy.
2   Q   Not black?
3   A   No.
4   Q   All right. Holmes, Chico, and Bolton?
5   A   Yes.
6   Q   What do they do? Does Lewis stay?
7   A   Lewis and Along was talking to him. I
8   don't know what they was saying, but they was huddled
9   up and talking. And he said, you got to put some
10  batteries in this camera, because the batteries -- the
11  video camera is dying out.
12  Q   Okay. All right. And then who says that
13  about the video camera?
14  A   Lewis.
15  Q   All right. Was Lewis holding the camera,
16  or was someone else holding the camera?
17  A   I think Along was holding it.
18  Q   Okay.
19  A   I think Along.
20  Q   What happens after Lewis says you've got
21  to put new batteries in it?
22  A   They was chatting, you know. They was
23  chatting.
24  Q   Who was chatting?

Page 154

1   A   Him and Along and the other officers,
2   Chico.
3   Q   When you say him you mean Lewis?
4   A   Lewis, yes.
5   Q   Lewis, Along, Chico, and --
6   A   And Bolton. They was chatting together.
7   They was huddled up. I can't -- I don't recall what
8   they was talking about, but I just know -- I just
9   remember hearing put some more batteries in here
10  because these batteries are going low.
11  Q   All right. Okay. What happens after
12  that point, after the battery conversation?
13  A   After the battery conversation, they
14  handcuffed me so tightly --
15  Q   Okay.
16  A   -- again, and they sat me in a chair and
17  then they stated to the doctor that I won't be able to
18  see a specialist until 5:30.
19  Q   Okay. Who told you that?
20  A   I heard them state this. They said, he
21  won't be able to see a bone specialist until 5:30.
22  Q   Okay. What happens at that point?
23  A   At that point they sat me on a bench.
24  Q   Who sat you on a bench?

Page 155

1   A   Bolton and Chico was standing at the desk
2   and Holmes was standing at the desk.
3   Q   Can you describe Bolton for me, please?
4   A   Bolton is a short, white guy.
5   Q   How short?
6   A   He looked like he was about 5'8".
7   Q   Okay.
8   A   About 180 pounds, 190 pounds --
9   Q   Okay.
10  A   -- between that area.
11  Q   How old would you say he was?
12  A   He looked like he was, like, 30. He
13  looked kind of young, mid 30's.
14  Q   What about Chico? Can you describe him,
15  please?
16  A   Chico looked like a Latino Spanish guy.
17  He was kind of tall, about my height, 6 feet.
18  Q   His age?
19  A   He looked like he was around 27, 29.
20  Yeah late 20's.
21  Q   What about Holmes?
22  A   Holmes was a big, tall guy. He's
23  about -- almost like your height. Real tall, about.
24  6'8", 6'9", almost 7 feet. He was real --

Page 156

1   Q   Too tall Jones?
2   A   Yeah. He was real, real tall. Yeah, he
3   was real tall. Big old guy. He looked like he was
4   about almost 300 pounds too.
5   Q   So he was built like Lewis?
6   A   Yeah. They was big guys, yeah.
7   Q   What -- how old would you say Holmes was,
8   approximately?
9   A   Holmes was probably about 37, 38 years
10  old.
11  Q   And I know -- I think I forgot to ask
12  you. Can you describe Officer Along for me?
13  A   Along was a white man, about 220, about
14  6'1".
15  Q   6'1"?
16  A   Yeah, 6'1", maybe 6'2". He was kind of
17  tall and big too. He was big.
18  Q   About how old would you say he was?
19  A   Early 30's.
20  Q   We might have already got past this
21  point, but I think we left it off. I was asking you
22  about the whole video camera battery running low
23  conversation.
24  What happens after that conversation?

QUESTIONS BY MR. BOND

Page 157

1    A    Okay. After the battery getting low?
2    Q    Correct.
3    A    I was just sitting there. I was just in
4  so much pain I couldn't -- I just remember sitting
5  there and looking at the clock, like, how can I sit
6  here like this all the way to 5:30 --
7    Q    Right.
8    A    -- handcuffed like this? I can't feel my
9  hands. I don't have no feeling. I'm in so much pain.
10 You know, I couldn't breathe.
11   Q    Sure.
12   A    I couldn't breathe or nothing.
13   Q    You were probably getting upset?
14   A    Huh?
15   Q    You were probably getting upset; would
16 that be right?
17   A    Man, I was more than upset. I have
18 hurting. I was -- man, I was in so much pain I
19 couldn't believe it.
20   Q    Let me stop you. And you said this was
21 around shift change time?
22   A    This was shift change, because I was
23 looking at that clock, like, how can I -- I'm not
24 going to -- man, how can I deal with this all the way

Page 158

1  to 5:30.
2    Q    Let me ask you. The shift was 7:00 a.m.
3  to 3:00 p.m. and then 3:00 p.m. to 11:00 shift --
4    A    Yes.
5    Q    -- so about 3:00 is shift change?
6    A    Yes.
7    Q    So you would have had to wait for another
8  two and a half hours?
9    A    Yes.
10   Q    And that's not good?
11   A    No, it wasn't.
12   Q    Okay. So how long are you sitting there?
13   A    So I believe it was, like, about 15
14 minutes, because I remember seeing the clock, 3:15.
15   Q    Let me stop you there. Who's -- are the
16 officers Lewis and Along still there? Who's all there
17 with you?
18   A    Lewis and Along is gone.
19   Q    Okay.
20   A    It was Holmes playing with the camera
21 some kind of way, fixing it, and Chico standing there
22 at the desk talking to one of the other correctional
23 officers, and Bolton was facing towards me with the
24 chair backwards --

Page 159

1    Q    Okay.
2    A    -- with his gloves on.
3    Q    How close was he to you?
4    A    He was real close. He was like I can
5  touch him. He was so close we could have kissed each
6  other, yeah, that close.
7    Q    If you wanted to?
8    A    No, I don't want to.
9    Q    You could smell his bad breath?
10   A    He was that close. Because he's like
11 this, you know, all in my face.
12   Q    Okay. Was he saying anything to you?
13   A    No, he didn't say anything to me.
14   Q    This is Bolton; right?
15   A    Yeah, this is Bolton.
16   Q    All right.
17   A    Yeah, because he was just standing there
18 like, yeah, you know, I'm here to watch you; you know?
19   Q    Did he say anything at all?
20   A    No.
21   Q    Just looking at you?
22   A    He just looked at me. Just kept on
23 looking at me with this evil look like, I want you to
24 just move.

Page 160

1    Q    Mean looking at you?
2    A    Yeah, mean.
3    Q    So this is going on for about 15 minutes.
4  You're sitting there?
5    A    Yeah.
6    Q    What happens then?
7    A    So I'm like, man -- I said, man, could
8  you unloosen these handcuffs.
9    Q    You're still handcuffed behind your back?
10   A    Yeah, I'm still handcuffed.
11   Q    How about your legs? Are you shackled at
12 all?
13   A    I'm not shackled.
14   Q    Okay.
15   A    So I'm, like, man, could you please
16 unloosen -- I'm not gonna loosen nothing. Then he
17 went over there and he's like, they're good. They're
18 like, man, I can't -- I don't have no feeling in my
19 hands. He's, like, oh, they're good. They're good.
20 I'm like, man, could you please unhandcuff me. I
21 mean, take these -- loosen these handcuffs. I did get
22 loud.
23   Q    Sure.
24   A    I did get loud with them. I was like,

QUESTIONS BY MR. BOND

Page 161

1  please stop, man. Could you unloosen these handcuffs?
2  I can't feel my hands. And then that's when -- yeah,
3  I got something for you. I got something for you.
4  That's when he picked me up and some more officers
5  came -- no, that's when they picked me up and he
6  slammed me against the wall. Because he's like, yeah,
7  I got something for you.
8          He picked me up, slammed me against the
9  wall. And then next thing you know, I don't know how
10  the other officers came in there, but three other
11  officers came in and just started beating me some
12  more, boom, boom, boom, boom.
13     Q     Which three officers came in and started
14  beating you?
15     A     Contreras, Torres. I will never forget
16  him because he had that tattoo on his arm. I ain't
17  never gonna forgot that tattoo, man. He had like
18  fire.
19     Q     Let me ask you about Contreras. This is
20  the first time he's popping up.
21          What does he look like?
22     A     He's a short, musclebound guy, real big.
23  He's got a lot of muscles. Big muscles. Little,
24  short -- he was real short. He looked like he's

Page 162

1  Latino or white or whatever. I can't -- I can't -- I
2  didn't see his hair. But I just remember he had his
3  hat backwards and he was real musclebound. Real, you
4  know, he was real musclebound.
5     Q     Okay. How old is he?
6     A     He looked like he was about in his mid
7  30's.
8     Q     What about Torres, the guy with the
9  tattoo. Describe him for me, please.
10     A     Torres is the little, short -- he's a
11  white guy. And he got tattoos on his arms that look
12  like fire. I ain't gonna never forget it because he
13  had -- the way he had -- the way he had my neck, I
14  ain't gonna never forget that, the tattoos in my face
15  like that.
16          Somebody, yeah, we're gonna give you what
17  you want. We're gonna give you what you want. And he
18  slammed my face against that, choking me. I'm talking
19  about up on my neck, and I'm already in -- he hit my
20  face against that wall, just kept slamming it.
21     Q     How many times did he hit your face
22  against the wall?
23     A     Man, about three or four times.
24     Q     Did you start to bleed again from the

Page 163

1  face?
2     A     My mouth did. My mouth was bleeding.
3     Q     Your mouth started bleeding?
4     A     Yeah, my mouth.
5     Q     So Torres, Contreras. Is Bolton still
6  there?
7     A     Yeah, Bolton was still there, but he --
8     Q     What was he doing while --
9     A     I can't remember what Bolton was doing,
10  but I remember Contreras and Torres, I remember,
11  they -- when they slammed me, and I remember Torres --
12     Q     You said slammed you into the wall?
13     A     Yeah, when they slammed me against the
14  wall, and I remember Contreras like, yeah, we'll give
15  you what you want, boom. Hit me in my mid-back, in my
16  spine.
17     Q     Were you facing Contreras when he punched
18  you?
19     A     I was facing the wall.
20     Q     All right. How do you know it was
21  Contreras that punched you if you're facing the wall?
22     A     Contreras was holding my neck. He was
23  holding me up, because he was the short guy. He was
24  holding me up. Contreras was the one that was hitting

Page 164

1  me in my back.
2          Torres was the one that was holding my
3  neck, that was holding my neck. Bolton, I don't know
4  what he -- where he was. I don't know, but he was
5  somewhere around there. I don't know where he was.
6     Q     I thought you said Bolton initially
7  pushed you into the wall?
8     A     Bolton's the first one that grabbed me
9  and said, yeah, I got something for you and picked me
10  up by the handcuffs and then dragged me to the wall.
11          Then the other three guys came from out
12  of the woodwork. I don't know where they came from.
13  I don't know if they called them and said, yeah, he's
14  resisting or what. I don't know.
15     Q     Let me ask you. Bolton -- you said
16  Bolton dragged you over to the wall?
17     A     Yeah.
18     Q     Was it like the same way you were
19  describing being dragged from --
20     A     Yes.
21     Q     -- Cermak?
22     A     Yes. He dragged me like a dog.
23     Q     Under your arms?
24     A     Yes.

41 (Pages 161 to 164)

QUESTIONS BY MR. BOND

Page 165

1    Q    Your feet were dragging?
2    A    Yes, it was dragging because I couldn't
3 walk.
4    Q    But you were standing? He was dragging
5 you like that?
6    A    No. He was dragging me to the wall. And
7 then that's when -- he was holding me up.
8    Q    Let me ask you this. Were you being drug
9 on the ground, or were you standing up being drug?
10    A    I was standing up being dragged.
11    Q    Okay. Did he actually -- when he drug
12 you to the wall, did he physically -- I guess, how do
13 I ask this?
14        Did he physically strike you in any way
15 when he took you to the wall
16    A    I can't remember.
17    Q    Did he push you into the wall?
18    A    He pushed me into the wall. My body hit
19 the wall.
20    Q    How hard did he push you into the wall?
21    A    He pushed me pretty hard.
22    Q    All right. Just one time?
23    A    It kind of knocked my breath out.
24    Q    All right.

Page 166

1    A    He pushed me pretty hard.
2    Q    Besides pushing you into the wall that
3 one time, did he do anything else at that point in
4 time, Officer Bolton?
5    A    He was twisting them handcuffs. He was
6 twisting them where they can almost break my wrists,
7 because he was holding -- he was twisting the wrists.
8 He was twisting them like --
9    Q    How was he doing -- he was holding you
10 against the wall and twisting your handcuffs at the
11 same time?
12    A    Yeah, he was -- yeah. And then the other
13 guys came. You know, right when they came. They came
14 just like that.
15    Q    So when Contreras and Torres come over,
16 do you know what Bolton did at that point?
17    A    All I remember was Bolton was holding the
18 handcuffs, and he was pulling them, like, inward.
19    Q    Well, what is Bolton doing while
20 Contreras allegedly hits you in the back and Torres
21 was holding your neck with his arm?
22    A    He was holding the handcuffs, and he
23 was -- I just remember him holding the handcuffs. I
24 don't remem -- I can't really see behind me, because I

Page 167

1 had my face to the wall being held by Torres. I
2 can't -- I don't -- I just know he was standing there
3 holding them and pulling the handcuffs like this,
4 trying to break my wrists.
5    Q    Are you certain that Bolton was there
6 when you were being struck?
7    A    I know that was Bolton. Yeah, I'm sure
8 that was Bolton.
9    Q    Even though you just told me you didn't
10 know what he was doing?
11    A    No, I didn't say -- I just know, because
12 he's the one that held -- he held me. He didn't let
13 me go. He didn't let me go. I don't remember Bolton
14 after I was on the ground. When they was kicking me
15 and stomping me on the ground, I don't remember what
16 Bolton did then.
17    Q    Okay. We haven't gotten to that point.
18    A    Okay.
19    Q    You're still up against the wall with
20 Torres and Contreras and now Bolton.
21    A    Yes.
22    Q    So you get punched in the back. How many
23 times does Contreras punch you in the back?
24    A    It was many times; I can't count. I

Page 168

1 can't -- I lost count.
2    Q    Does Torres actually hit you, or is he
3 just holding your neck?
4    A    He's -- with his arm and his fist, he's
5 holding my neck like this.
6    Q    Does he actually strike you though, or is
7 he just holding your neck?
8    A    He's holding my neck.
9    Q    He's not done anything else at this point
10 that you know of?
11    A    That's all I remember him doing, holding
12 my neck like this, just holding me so I can't move and
13 can't breathe.
14    Q    And what about Bolton? Is he doing
15 anything besides --
16    A    Bolton is holding my wrists with the
17 handcuffs, the chain part.
18    Q    All right. Is he doing anything else?
19    A    He's twisting it, and I guess he's
20 holding my arm. You know, he's got his arm in a lock
21 like this holding me.
22    Q    So he's twisting the chain on your
23 handcuffs?
24    A    Yeah. And then also --

42 (Pages 165 to 168)

QUESTIONS BY MR. BOND

Page 169

```
1    Q    All right.  Then what happens?
2    A    And then --
3    Q    How long are you struck by Contreras?
4    A    I'm struck -- I can't remember how many
5  times exactly it was, but it was a lot of times
6  because --
7    Q    More than ten?
8    A    About five, six times they hit me.
9    Q    Contreras?
10   A    Contreras, yeah.  And then he kept on
11 stating, yeah, I'm gonna give you what you want.
12 Yeah, you want to die, okay, bam, bam, bam.  So about
13 five, six times he hit me in my back.
14   Q    Where in Cermak is this going on at?
15   A    This is going on in the hallway inside
16 Cermak but in an area -- in an area where the gurneys
17 were.  So it was on the side.  So there was a camera
18 right there.  Matter of fact, I believe there was a
19 camera right there.  And that's when -- when they --
20 when they -- when they had me on the wall --
21   Q    All right.  Let me ask you a question.
22   A    Okay.
23   Q    Are there any doctors or nurses present
24 while you're getting struck by Contreras and Torres
```

Page 170

```
1  and Bolton?
2    A    Yes, Ms. Hempfield.
3    Q    Nurse Hempfield?
4    A    Yeah, Ms. Hempfield, black lady.  The
5  white doctor --
6    Q    Do you know his name?
7    A    I don't know his name.  I didn't get his
8  name.  He was a white guy.  I ain't never gonna
9  forget.
10   Q    Doctor DeFuniak?
11   A    I don't know.  He was slim.  He was a
12 slim guy.
13   Q    So a white doctor?
14   A    Yeah, a white doctor.
15   Q    Okay.  Anybody else besides the doctor
16 and Ms. Hempfield?
17   A    Some more correctional officers that were
18 behind the desk.
19   Q    Okay.  How many correctional officers
20 were there?
21   A    Probably two or three.  I can't really
22 remember.
23   Q    Do you know their names?
24   A    No.
```

Page 171

```
1    Q    All right.  So you're against the wall.
2  You're being struck.  Then what happens?
3    A    While I'm being struck on the wall, then
4  that's when they -- they -- they -- they slammed me on
5  the ground.  And then that's when they started hitting
6  me, stop resisting.  Stop resisting.  How can I resist
7  when I'm on the ground?
8    Q    Okay.  How did they take you to the
9  ground?
10   A    They slammed me.  They pulled me off the
11 wall and boom, slammed me on the ground with great
12 force.
13   Q    Did they pull your body or did they pull
14 your shirt?
15   A    Yeah, they pulled my body.
16   Q    Okay.  Who actually pulled you to the
17 ground?
18   A    I believe it was Torres and -- Torres and
19 Contreras and -- all three of them.  Yeah, all three
20 of them pulled me.
21   Q    And how did you land on the ground?
22   A    I landed straight on my -- on the front
23 of my body.
24   Q    All right.
```

Page 172

```
1    A    My face, my ribs, everything was on the
2  floor.  And then that's when Chico, I remember Chico
3  coming over there, and he put his two cents in.  They
4  start kicking me and start punching me more.
5    Q    So who's all kicking you and punching you
6  while you're on the ground?
7    A    They -- Chico, Bolton, Contreras, and
8  Torres.
9    Q    Okay.
10   A    I just know they're hitting me so hard,
11 and they holding me down, and I just felt like I'm
12 about to die.
13   Q    How long were you on the ground for being
14 struck?
15   A    I was on the ground for at least five
16 minutes or more.
17   Q    You were being punched and kicked for
18 three to five minutes?
19   A    Yes, or more.  It may be more, because it
20 was -- yeah, it was more because -- it had to be a
21 long time because the sweat was dropping from their
22 body onto my face.  I remember.
23   Q    Let me ask you this.  The five plus
24 minutes or more than five minutes that you were being
```

43  (Pages 169 to 172)

QUESTIONS BY MR. BOND

Page 173

1  beaten on the ground, where on your body were you
2  being struck?
3      A      I was getting struck on my upper body, my
4  back, my kidney area, my neck, and my head.
5      Q      Okay.  The back of your head or the front
6  of your head?
7      A      The back of my head.
8      Q      Was your face facing towards the ground?
9      A      My face was facing towards the ground,
10 yes.
11     Q      Could you see who was specifically
12 striking you?
13     A      No.
14     Q      Okay.  So after -- who actually took you
15 to the ground, which officer?
16     A      It was Bolton and Contreras and Torres.
17     Q      All right.  So after you're on the ground
18 and you're facing the ground, are you ever able to see
19 who's striking you, or are you just able to know who's
20 around you?  Actually, that's kind of --
21     A      Yeah, that's really hard to see
22 because --
23     Q      Let me ask you a different way.  You're
24 on the ground.  Were you facing into the ground the

Page 174

1  whole time, or how were you facing?
2      A      Well, first I was like this the first
3  time, and that's when I was like this.  And then I was
4  like, man, I'm gonna die.
5      Q      Just so the record is clear, you were
6  facing straight down initially?
7      A      Yeah.  When I first went down --
8      Q      Hold on.  I've just got to get this on
9  the record.
10     A      Okay.
11     Q      You had your face down into the desk as
12 if it was into the ground, and then you turned your
13 head to the side?
14     A      Yes.
15     Q      All right.  So could you see who was
16 physically striking you while you were on the ground?
17     A      No.  I couldn't -- I couldn't really see
18 who exactly was physically striking me.
19     Q      All right.  So the punching, the
20 kicking -- where -- where are you -- you were kicked
21 everywhere too?
22     A      Yeah, because I had footprints on my
23 back.
24     Q      Where on your body were you kicked?

Page 175

1      A      I was kicked in my legs and -- all my --
2  the back of my body, everywhere, on my back, my
3  shoulders, everywhere, because I had footprints all
4  over me on my jersey, on that uniform.
5      Q      Were you kicked in the head?
6      A      No, I wasn't never kicked in the head.
7      Q      The times that you were hit, were they
8  open hand or a closed fist punches when you were being
9  hit?
10     A      I believe they was closed fist.
11     Q      Okay.  You were hit closed fist in the
12 head though; is that right?
13     A      They was closed fist.  I believe they was
14 closed fist when they hit me.
15     Q      Where specifically on your head did they
16 strike you?
17     A      They hit me in the back of my head.  And
18 I don't know what it was, but I had lumps.  I had so
19 many lumps, and I've have them to this day,
20 presently.  I don't know if it'll turn into a tumor.
21 I've still got knots right there, still, on the back
22 of my ear, my neck.
23          Still, like if I hold my neck like this,
24 I'm having pain.  Because I can push like this, and I

Page 176

1  don't know if it's something chipped in my neck or
2  what, but it's real bad.
3      Q      Let me ask you this.  So you're on the
4  ground for five plus minutes.  How does the beating
5  that you described end?
6      A      They -- I just -- I just laid there.  And
7  I just was telling God, man, I'm about to die.  I'm
8  about to die.  And I'm like -- all I kept on thinking
9  about was my mother.  And I'm, like, man, and I was
10 crying.  I was crying, man.  I was, like, I'm about to
11 die.
12          And I just felt like it's over with.  And
13 then they kept on, stop resisting.  Stop resisting.
14 I'm like, man, I'm not resisting.  I'm not resisting.
15 And then they -- I guess they had got so tired of
16 beating me, because they know I didn't resist.
17          And then they picked me up.  And then
18 that's when Contreras and Torres was like, come on and
19 walk.  I said, man, I can't walk, man.  I can't walk.
20 Yes, you can.  You can.  And then, because -- matter
21 of fact, while I was on the ground, that's when they
22 put them shackles on me so tightly I couldn't even
23 feel my foot.  I remember, because --
24     Q      Was that after the beating stopped?

44  (Pages 173 to 176)

QUESTIONS BY MR. BOND

Page 177

1    A    Yes. After the beating stopped, because
2  I was, like -- I was going in and out of consciousness
3  because I remember. I was just laying there. I'm
4  like, man, I'm about to die. All I kept on saying was
5  well, at least I'll be with my mother and father; you
6  know? That's all I kept on thinking about, at least
7  I'll be with my mother and father.
8         And then they -- I don't know why they
9  stopped. They stopped.
10   Q    All right. They stopped. Let's pick it
11  up there; all right?
12        They stopped and they start putting --
13  what happens? They start putting the shackles on you?
14  You were still handcuffed; right?
15   A    They were putting the shackles on me
16  while I was on the ground.
17   Q    All right. You're still handcuffed;
18  right?
19   A    So I'm still handcuffed, yeah.
20   Q    Describe the shackles for me, please.
21   A    Oh, the shackles is bad. They've got a
22  chain on it, and they've got some --
23   Q    Is it, like, a little blue box?
24   A    Huh?

Page 178

1    Q    Is it, like, a little blue box that
2  connects to your --
3    A    No blue box, just a chain, like with
4  claws in it.
5    Q    Okay.
6    A    I ain't gonna never forget it. It had
7  claws, and they was real sharp. I've got marks to
8  this day still from that.
9    Q    They shackled your legs together; is that
10  what they did?
11   A    Yeah. They shackled my legs together,
12  yeah.
13   Q    All right. So they do this while you
14  were on the ground. Then what happens? Do they pick
15  you up?
16   A    And then they stand me up and they're
17  telling me, walk.
18   Q    Okay. Then what happens?
19   A    So when I stood up, I fell over. I
20  couldn't -- I couldn't walk.
21   Q    Did they have a video camera at this
22  point?
23   A    Yeah. Yeah. Holmes was videotaping it.
24   Q    He videotaped you falling to the ground?

Page 179

1    A    I guess so.
2    Q    All right. So you fall to the ground,
3  then what happens?
4    A    They kept telling me, you can walk. You
5  can walk. Your ass can walk. I can't walk, man.
6    Q    Okay.
7    A    I can't -- I ain't got no feeling in my
8  feet.
9    Q    All right. So what happens then? They
10  still have you standing up. Do they have to take you
11  back to --
12   A    They dragged me.
13   Q    To where?
14   A    They dragged me, because the white doctor
15  told them, get him out of here. Get him out of here.
16  I don't want to see him. Get him out of here.
17   Q    Okay. Where are you taken to?
18   A    That's when they take me in the hallway
19  and they drag me. They picked me up because I
20  couldn't walk. They tried to make me walk. I could
21  not walk.
22   Q    So they're doing it the same way they
23  dragged you from the dispensary --
24   A    And they dragged me back through the

Page 180

1  tunnel through Cermak --
2    Q    Okay.
3    A    -- and through the tunnel. And they
4  kept -- they was getting tired, because they had to
5  carry me. I could not walk. So next thing you know,
6  some guy had one of them carts --
7    Q    Golf carts?
8    A    Yeah, they were golf carts, orange golf
9  cart. And they said, man, I'm tired of carrying his
10  ass, man. Put him on that, man.
11   Q    Okay.
12   A    He can't even walk, man. And they put me
13  on that. And I remember they videotaped me, man, and
14  I could not -- I was in so much pain I could not -- I
15  just couldn't believe it. Man, I'm talking about I
16  was -- I couldn't breathe or nothing.
17   Q    Let me ask you. You'd just been beaten
18  for about five to ten minutes. Was your face bleeding
19  or were you bleeding?
20   A    Yeah, my face was bleeding. They didn't
21  wipe it. They didn't wipe it. I had so much stuff,
22  dirt and everything, on my face, you know, blood and
23  everything. Blood in my mouth, spitting it in the
24  hallway.

45 (Pages 177 to 180)

QUESTIONS BY MR. BOND

Page 181

1  Q  Blood on your face. Were you black and
2  blue?
3  A  They didn't give me nothing.
4  Q  Were you black and blue in the face too?
5  A  I don't know how I looked. I heard I
6  looked bad when I came back.
7  Q  Was your face swelled up? Could you feel
8  your face swell up?
9  A  My face was swollen up, yeah.
10  Everything. My whole body was swolled up. I was
11  messed up.
12  Q  Okay. This was after the beating at
13  Cermak?
14  A  Yeah. I was messed up bad.
15  Q  Did you ever make any verbal threats to
16  the officers while in Cermak?
17  A  No. No. I just told -- all I said,
18  well, go on and kill me. Go on and kill me. That's
19  it. I said, go on and kill me, man. Just take me out
20  of my misery.
21  Q  Did you ever make any threats of physical
22  violence against the officers, either inside Cermak or
23  once you left Cermak?
24  A  No. No, I didn't.

Page 182

1  Q  Did you ever request to have your cuffs
2  taken off so you could fight the officers once you
3  left Cermak?
4  A  No. No.
5  Q  Did you ever threaten to break anybody's
6  neck?
7  A  No. I was so hysterical and delusional,
8  I -- no, I don't remember ever saying nothing like
9  that.
10  Q  What injuries did you sustain that day,
11  first -- both the incident with Lewis and Along and
12  then the second one you described --
13  A  I --
14  Q  Hold on. The second one you described
15  with Bolton, Contreras, Torres, Chico, and Holmes?
16  A  I sustained neck, nose -- nose, broken
17  nose.
18  Q  Okay.
19  A  My neck injury, left side collar bone.
20  Q  What neck injury?
21  A  My -- right here where my spine --
22  Q  Okay. What's wrong with it?
23  A  It's like the bone, something -- I've got
24  to push it in sometimes. It's like a disc or

Page 183

1  something is messed up. I don't know what it is. I
2  know if I hold my neck like this, if I'm reading or
3  something and I do like this, I can't hold my neck
4  down too long.
5  Q  So your broken nose, your neck. What
6  else?
7  A  My neck. My left side kidneys. You know
8  my leg, my broken leg. My ribs. My ribs was cracked.
9  They cracked my ribs. I can't breathe. I couldn't
10  breathe.
11  Q  How many ribs did you crack?
12  A  It had to be at least -- on this side, at
13  least two or three ribs was cracked on this side,
14  because I couldn't breathe.
15  Q  Okay.
16  A  I could not breathe. And this side, I
17  don't know how many was over here, but I just know I
18  couldn't breathe for months.
19  Q  With all these cracked ribs and broken
20  nose, would all that have been documented in your
21  Cermak meds?
22  A  Yeah. Yes. Yes.
23  Q  Let's see. Were you ever taken to
24  Stroger Hospital for any of these injuries?

Page 184

1  A  No. No, that's why I complained.
2  Q  Did you have any, like -- you said you
3  had bleeding. Did you have lacerations?
4  A  Yes. Yes. On my knees, everywhere. On
5  my arm. I've still got marks to this day, still, on
6  my legs and everything. Two years later I've still
7  got marks.
8  Q  Any psychological or mental injuries
9  you're alleging?
10  A  Yes. Yes.
11  Q  What?
12  A  I'm so -- I have been so depressed and I
13  have been crying a lot; you know? I've been -- you
14  know, I'm very -- I have a lot of anxiety right now;
15  you know? And it has taken a real toll on -- my mood
16  swings are bad. I just feel like every time I hear
17  little walkie-talkies or keys or something, it messes
18  with me. I'll be thinking that they're -- everybody
19  is trying to get me.
20  Q  Have you seen any sort -- have you sought
21  out any sort of psychological or mental health
22  counseling for these psychological --
23  A  Yes.
24  Q  -- injuries you've described?

46 (Pages 181 to 184)

QUESTIONS BY MR. BOND

Page 185

1    A    Yes.
2    Q    What kind of counseling or psychological
3 treatment have you sought out?
4    A    I was seeing a psych doctor in the prison
5 in Robinson, and down here I seen a video conference
6 psych doctor in Stateville, and they was trying to
7 give me medicine. They just wanted to keep me
8 medicated. They was trying to give me medication in
9 Cook County Jail afterwards, some Seroquel, talking
10 about this to keep you calm, just to help you sleep.
11 They just wanted to put me to sleep.
12    Q    All right. Let me just ask you real
13 quick. This is -- I've got a copy here for you guys.
14 This is Defendant's Group Exhibit 3. It's previously
15 tendered, Bates stamped 106 through 123. That's a
16 Grievance history that I provided as part of Discovery
17 in this case. I just want to go through some of it.
18            (Deposition Exhibit No. 3 was
19            marked for identification.)
20    Q    (By Mr. Bond) If you want to look
21 through that real quick. I'm gonna specifically, I
22 think, be referring to Bates Pages 108 and 109 and
23 then 111 and 112, which I think deal with the
24 incidents from November 5th, '09.

Page 186

1            Let me know when you're done having a
2 quick look through there.
3    A    Okay. These are the Grievances I wrote.
4    Q    Okay. Let me just ask you a little
5 bit -- let's refer to the Bates page stamp --
6    A    I never got any response from them. I
7 never got --
8    Q    Let me ask you some questions; okay? All
9 right. Let's start talking first, Bates Pages 108
10 through 109. Do you see the little marks at the
11 bottom, the page numbers?
12    A    Uh-huh.
13    Q    So go to Page 108 and 109. We'll refer
14 to those first.
15    A    Okay. 108?
16    Q    Uh-huh. If you want to look through --
17 actually, let's go -- I'm sorry. Let's go
18 chronologically. Let's go to Page 111 and 112 first.
19    A    111?
20    Q    Yeah, through 112. So that looks to be a
21 Grievance, correct me if I'm wrong. It looks like a
22 control number at the top 2009X2344, and it's dated by
23 you?
24    A    11/8.

Page 187

1    Q    Of '09?
2    A    Uh-huh.
3    Q    Do you remember submitting this
4 Grievance?
5    A    Yeah. And that was my cellmate's name
6 right there, Mark Steveson.
7    Q    Let me ask you, this Grievance deals
8 with -- does this Grievance deal with the incidents
9 that we've been discussing, November 5th of '09?
10            (Witness reading document to
11            himself and out loud.)
12    A    Yeah, this is it.
13    Q    That's the Grievance about 11/5/09?
14    A    Yes.
15    Q    Let me ask you some -- okay. So if you
16 want to go to the second page, it looks like if you
17 look at the bottom there's an ink marking date CR --
18    A    The second page?
19    Q    First page, I'm sorry. There's a date
20 down there 11/16/09, and next to it reads, received by
21 CRW. Do you have any idea what that means?
22    A    I don't know what that means.
23    Q    Okay. Do you recall submitting this,
24 though, on this date up here?

Page 188

1    A    On this date, yes, I remember submitting
2 it, but I didn't get any -- any reply back from them.
3 I don't remember --
4    Q    Can you turn to the next page?
5    A    Okay.
6    Q    All right. So we'll go to Page 112.
7 It's the second page of the Grievance. It looks like
8 there was a reply mailed out to you. I don't know --
9 wait, we have the wrong one. I'm sorry. I have to go
10 to the correct one, Page 112.
11    A    112; okay.
12    Q    All right. So it reads, Detainee alleges
13 physical assault by ERT Correctional Staff. And then
14 about midway down it reads: Date Detainee received
15 response: 12/14/09 and there's a signature. Is that
16 your signature next to Detainee's Signature?
17    A    12/14/09, yes.
18    Q    And that's your signature next to --
19    A    Yes.
20    Q    -- Date Detainee Received Response,
21 Detainee's Signature?
22    A    Yes.
23    Q    Did you receive this response on
24 12/14/09?

47 (Pages 185 to 188)

QUESTIONS BY MR. BOND

Page 189

1    A    Yes. I guess I had to because I signed
2    it, I guess.
3    Q    Do you know who would have given you this
4    response?
5    A    I think that man social worker. I can't
6    really -- I don't remember which social worker it was
7    that gave me this.
8    Q    Okay. And then it looks like you
9    appealed it the same day, 12/14/09?
10   A    Yeah, I had to, yes, because I appealed
11   it because I didn't get any -- I didn't get no
12   results, no help.
13   Q    Under basis for appeal does it read: I
14   need an MRI and x-rays of chest and back, rib, and I
15   need my kidneys examined --
16   A    Nose and left leg -- knee repair.
17   Q    Because they have been broken?
18   A    Yes. Yes.
19   Q    All right. Then it looks like at the
20   very bottom: Date Detainee Received Appeal Board's
21   Response, and there's a date of 3/10 of 10. And then
22   under signature there's no signature. It reads mailed
23   to IDOC. Did you ever receive --
24   A    I never received it.

Page 190

1    Q    Okay. All right. Where were you housed
2    in March of '09?
3    A    March '09 I was in Robinson.
4    Q    Okay.
5    A    Robinson Correctional Center.
6    Q    Okay. If you want to turn to the next
7    page, 113.
8    A    113; okay. Here's Robinson.
9    Q    All right. It looks like there is an
10   address for Robinson Correctional. Is that your
11   inmate i.d. K75792, your IDOC?
12   A    Yes.
13   Q    Okay. And then an address for Robinson
14   Correctional Center; all right.
15        You're saying you never got this appeal
16   board response?
17   A    I never got it, never got it.
18   Q    Going back to Page 108 and 109, it looks
19   like another Grievance you submitted about this --
20   A    108?
21   Q    Yeah, Page 108 and 109.
22   A    Okay.
23   Q    It looks like at the very top there's
24   a -- it's cut off, but it looks like the Grievance

Page 191

1    number --
2    A    210.
3    Q    Yeah, 2010X018. I think it was
4    somewhere. Yeah, if you turn to Page 110, it looks
5    like it's --
6    A    110.
7    Q    110X0183, I think, is the control number.
8    A    I ain't got it.
9    Q    Oh, it's blacked out. I'm sorry. It's
10   in between 109 and 111. Anyway, that's just to
11   clarify the Grievance Control Number. Sorry.
12        Going back to Page 108, it looks like --
13   do you recall submitting this Grievance on or about,
14   it looks like, January 1st of 2010?
15        (Witness reading document.)
16   A    Yes.
17   Q    (By Mr. Bond) Okay. And then if -- does
18   this involve the allegations from November 5th of '09
19   that we've been talking about?
20   A    Yes.
21   Q    All right. Looking at the next page,
22   Page 109.
23   A    109?
24   Q    Correct. It looks like they mailed a

Page 192

1    response to you at -- well, according to --
2    A    I never got it.
3    Q    All right. Did you ever receive this
4    response?
5    A    I never got it. I never got it.
6    Q    Okay. So when that reads Date Detainee
7    Received Response 3/11/10, and it reads mailed to
8    IDOC, you're saying you never got this response; is
9    that correct?
10   A    Yes. I never got this.
11   Q    Okay. All right. We'll put that exhibit
12   aside for the time being. Let me ask you some
13   questions.
14        You made another allegation in your
15   lawsuit about January 13th of 2010 regarding Officers
16   Walsh and Lewis. Do you recall those allegations?
17   A    Yes.
18   Q    All right. Were the allegations that you
19   were in the medical unit on January 13th of 2010?
20   A    Yes.
21   Q    Is this the same Officer Lewis from the
22   incidents from November 3rd and November 5th of '09?
23   A    Yes. Yes. These are the same ones.
24   Q    Officer Walsh, what's his -- describe

48  (Pages 189 to 192)

QUESTIONS BY MR. BOND

Page 193

1  him.
2  A    He was a lieutenant.
3  Q    Lieutenant Walsh?
4  A    Yeah, he was a lieutenant. He was
5  very -- he was the one that grabbed me and threw me
6  against the wall and said, this is the heel right
7  here. He was talking at me --
8  Q    Let me ask you this. We are talking
9  about January 13, 2010. Officer Walsh --
10 A    January 13th, yes.
11 Q    All right. Can you describe Walsh for
12 me, please?
13 A    Walsh is a tall, white guy. He's a white
14 guy. He's the lieutenant of the ERT --
15 Q    Okay.
16 A    -- I believe.
17 Q    About how old is he?
18 A    Because I seen -- I think he had a
19 yellow -- yellow -- yellow star.
20 Q    Did you say he's a white guy?
21 A    Yeah, he's a white guy. He looks like
22 he's over 40.
23 Q    Now, you said this happened in the
24 medical unit. Would this be Cermak or the dispensary?

Page 194

1  A    This would be the medical unit with
2  Division 10.
3  Q    All right. About what time of day are we
4  talking about?
5  A    This had to happen a little bit after
6  lunchtime.
7  Q    All right. So you're in the medical unit
8  or in the dispensary?
9  A    No. I'm in the medical unit on the tier.
10 Q    Okay.
11 A    I was on the tier.
12 Q    Got you. You're not in the dispensary?
13 A    No, I wasn't in the dispensary. I was on
14 the tier, because they came up there to do a search.
15 But I knew it was coming up there to harass me and
16 threaten me more.
17 Q    Where is this medical unit located on the
18 tier?
19 A    This medical unit is -- I was on the
20 fourth floor.
21 Q    Division 10?
22 A    Yeah, Division 10 on the fourth floor,
23 and I think it was in cell 4121, I believe.
24 Q    Okay. Were you -- did you have a celly,

Page 195

1  cellmate?
2  A    Yeah, I had two cellmates. One was
3  named -- what was his name -- Rudolph McKinley. He
4  was an older guy. And another one was named Faheem.
5  I had two of them, Faheem.
6  Q    Okay.
7  A    And they seen what they -- how they --
8  how they came and interrogated me and telling me they
9  wanted --
10 Q    Hold on. Let me get a question pending
11 here.
12       All right. So the medical unit up on the
13 fourth floor, are you -- who's in there with you?
14 Who's there?
15 A    The whole -- everybody on that unit was
16 there.
17 Q    Inmates, like inmates?
18 A    Inmates, yes.
19 Q    How many inmates are we talking about?
20 A    Inmates was there. It was about -- it
21 was a lot. Probably about one, two, three, four --
22 there was a lot. Probably about 30 to 40 people, I
23 think.
24 Q    Thirty to forty inmates?

Page 196

1  A    I'm not for sure how many -- actually how
2  many people on that unit, but there was a lot of
3  cells.
4  Q    All right. What were Walsh and Lewis
5  doing up there?
6  A    Walsh and Lewis were walking around,
7  interrogating, you know, interrogating people.
8  Q    Were they the only ERT officers on the
9  unit?
10 A    No, there was more with them.
11 Q    How many?
12 A    I can't remember how many it was.
13 Q    Did they eventually approach you?
14 A    Yes.
15 Q    All right. Where were you when they
16 approached you?
17 A    I was sitting down.
18 Q    Sitting down where?
19 A    I was sitting down in the -- on the still
20 benches near the television in front of the -- where
21 the guards were.
22       And this lady, I'll never forget her,
23 she -- because I had told her about what had happened
24 with me, and she was real nice. Her name was Mary

49 (Pages 193 to 196)

QUESTIONS BY MR. BOND

Page 197

1    Lindbergh. She helped -- they took her out of there
2    because they knew that she was trying to help me. She
3    was really trying to help me, because she knew how the
4    injustice came about.
5        Q    Let me get a question pending here.
6            How -- when they approached you, tell me
7    what -- where they came from. Were they by
8    themselves?
9        A    No, they -- okay. When I was sitting
10   down, they picked -- they told me to get up; okay. So
11   I leapt to the -- to where my cell was. Then that's
12   when Lieutenant Walsh pushed my face -- pushed me
13   against the wall.
14       Q    Were they standing next to you when they
15   told you to get up?
16       A    No. Okay, when I was sitting down in the
17   day room, they made everybody sit down. And they
18   didn't check no cells. I don't remember them checking
19   any cells. But to me, I felt like they was coming in
20   to harass me more because Lewis was standing over
21   there like this with some kind of stun gun, some kind
22   of, like, a pole.
23       Q    Let me just get this out.
24       A    Okay.

Page 198

1        Q    We're really getting off point here.
2        A    Okay.
3        Q    Where were they when they told you to get
4    up?
5        A    They were in the front. They was in the
6    front. I was sitting on the bench.
7        Q    Okay. And how far from you were they?
8    How many feet? Ten feet, five feet, fifteen feet?
9        A    He was, like, next to me like that.
10   Lewis was standing right there and I was sitting right
11   here.
12       Q    Two feet?
13       A    Not even two feet. Just -- I could touch
14   him.
15       Q    Okay. So he told you to get up and you
16   walked to your cell?
17       A    No. He -- he -- he told me to get up,
18   and they had me -- I limped over there to the wall.
19   And then that's when Walsh came over there and said,
20   oh, this is the heel? And then they pushed me against
21   the wall. He pushed me against the wall.
22       Q    Where were you facing when you were
23   pushed against the wall?
24       A    I was facing toward --

Page 199

1        Q    The wall?
2        A    -- toward the control room.
3        Q    All right. Was your body facing the wall
4    when you were pushed against it?
5        A    Yes.
6        Q    All right. And who actually pushed you
7    into the wall?
8        A    Walsh, Lieutenant Walsh.
9        Q    Describe how he pushed you.
10       A    He just pushed me, like, get against the
11   wall, like this. And then he was talking all in my
12   face, spitting in my face and everything.
13       Q    If you're facing the wall and he pushed
14   you into the wall, did he spin you around?
15       A    Yeah. He was spitting into my face
16   while -- when he pushed me against the wall, that's
17   when he came over there and was spitting all in my
18   face like --
19       Q    Well, hold on.
20       A    -- saying some derogatory statements to
21   me. I can't remember exactly.
22       Q    How did you get -- if you're facing the
23   wall, at what point did you get spinned -- spun around
24   so that Walsh could spit in your face as he was

Page 200

1    talking to you?
2        A    When he -- when I limped to the wall and
3    I was -- he pushed me to the wall, that's when he came
4    over there cursing me out, talking about this is the
5    heel? This is the heel?
6        Q    Were you facing the wall as he was
7    talking to you like that?
8        A    Yes. I was facing the wall like this,
9    sideways. My face -- my face was like this on the
10   wall.
11       Q    That's how you were facing him?
12       A    Yes. My face was on the wall.
13       Q    And he's talking to you. Does he
14   actually spit on you?
15       A    He didn't spit on me, but he was spitting
16   while he was talking.
17       Q    Okay. So he's spitting while he's
18   talking?
19       A    Yeah.
20       Q    He said, this is the heel. This is the
21   heel. Then what happens?
22       A    This is the heel? This is the heel? Oh,
23   man, I can't -- I hope he get out of pocket now so I
24   can try my new toy. They wanted to use the stun gun

50 (Pages 197 to 200)

QUESTIONS BY MR. BOND

Page 201

1  on me this time.
2      Q     What -- was he holding you into the wall,
3  or were you -- how were you against the wall after you
4  were pushed?  Does he push you and hold you, or does
5  he just push you against the wall?
6      A     He pushed me and hold me, yeah.
7      Q     What's Lewis doing while Walsh was doing
8  this?
9      A     Lewis is walking around, you know, like
10 he's --
11     Q     You say he's walking around.  Where is he
12 walking around at?
13     A     He just walking around; you know?
14     Q     Walking around where though?
15     A     Like where the benches are.
16     Q     How far away from you is he?
17     A     Like he's pacing the floor.  He's
18 passing, you know, like -- you know, he'd rather use
19 that new toy.  I'm ready to use this new toy.
20     Q     Let me just ask you.  How far away from
21 you is Lewis --
22     A     He's about --
23     Q     -- as you're being held against the wall?
24     A     He's about seven to eight feet from me.

Page 202

1      Q     Okay.  So you're being held against the
2  wall by Walsh?
3      A     Yes.
4      Q     They talk about using their new toy on
5  you.  What happens then?
6      A     They didn't use it.
7      Q     Okay.
8      A     They didn't use it, thank God.
9      Q     Okay.  What happened after you were being
10 held against the wall?
11     A     And then -- and then they was looking at
12 me, like, ready for me to -- they wanted me to -- to
13 act out of order to them.  And I could tell, they was
14 coming to harass me.
15     Q     Right.
16     A     But, see, you didn't -- you forgot to
17 mention how they harassed me while I was in seg. also.
18     Q     I -- you know what, it's not in your
19 Complaint, so I'm not concerned about that.
20     A     Okay.
21     Q     No offense.
22     A     All right.  No problem.
23     Q     Let me ask you, so what -- what happens
24 after you're being held against the wall?

Page 203

1      A     That's it.
2      Q     Are you eventually released?
3      A     That's it.  They just -- they seen that I
4  don't want no problem.  I was already -- I'm broke up.
5  I'm in too much pain.  I can't go through another
6  beating.
7      Q     Okay.
8      A     So that's why I let them talk what they
9  wanted to say to me.  I didn't say anything.
10     Q     Okay.
11     A     I was very, very submissive --
12     Q     Did Walsh --
13     A     -- I didn't want no problem.
14     Q     Did Walsh or Lewis ever physically strike
15 you while you were against the wall?
16     A     No.
17     Q     Okay.  How long are you held against the
18 wall until you were released?
19     A     Just a few seconds.
20     Q     Okay.  What happens after that?
21     A     They just let me go.  They just let me
22 go.
23     Q     Did you go the back to the bench where
24 you were at?

Page 204

1      A     They just -- they just let me go.  I
2  can't remember what I did.  I just walked away or went
3  in my cell.  And I told my celly, I said, yeah, those
4  are the guys that beat me a few months ago.
5      Q     All right.  Just to be clear, does Lewis
6  ever touch you that day, or is it just Walsh that
7  pushes you against the wall?
8      A     Just Walsh.
9      Q     So neither Lewis nor Walsh --
10     A     Lewis, he was just walking around waiting
11 for me so he could use that stun gun.  It was like a
12 little pole or something.
13     Q     Sure.
14     A     Some kind of something, because he was up
15 there doing like this, just like he's playing with it.
16 Like, yeah, I'm ready for you to do something so I
17 can --
18     Q     Right.
19     A     -- you know?
20     Q     But aside from you being pushed against
21 the wall by Walsh, you're not physically struck that
22 day; correct?
23     A     No.
24     Q     Okay.  Did you ever file a Grievance

QUESTIONS BY MR. BOND

Page 205

1  regarding this incident from January 13, 2010
2  involving Lewis and Walsh?
3      A    I can't remember if I did or not.
4      Q    All right.  We're almost done.  I
5  promise.  It's a lot to discuss.
6      A    No problem.
7      Q    I appreciate your patience.
8          MR. PATEL:  Are you doing okay?  Do you
9  want to take a break?
10         THE WITNESS:  No.  I don't have to take
11  no break because I just want the facts to be told,
12  because these guys did that.
13         MR. PATEL:  There's no question pending.
14         THE WITNESS:  Okay.
15         MR. PATEL:  That's fine.
16         THE WITNESS:  Okay.
17     Q    (By Mr. Bond)  Let's move on a little
18  bit.  In your Complaint you make allegations about
19  Sergeant Marmol.
20         Are you familiar with Sergeant Marmol?
21     A    Yes.
22     Q    Describe Sergeant Marmol for me, please?
23     A    Sergeant Marmol is a short, white guy
24  that -- he's got, like, blonde hair.  Short, short

Page 206

1  guy.  He looks like he's -- he got, like, one of them
2  Russian kind of hair cuts.  I ain't never gonna forget
3  him.  And he was a lieutenant.
4      Q    About how old is Marmol?
5      A    Marmol looks like he's over 40.
6      Q    Short?  Tall?
7      A    Short, bowlegged guy.
8      Q    Stocky?
9      A    Medium built.
10     Q    Specifically November 14 of '09 you
11  allege you had a conversation with Sergeant Marmol?
12     A    Yes.
13     Q    All right.  Where were you being housed
14  at that point?  Were you in the hole?
15     A    Yes.  I was in the hole.
16     Q    All right.  Where is the hole located at?
17     A    I don't know where it was.  It was
18  somewhere down -- I think it was -- I think it was 2F.
19  I can't really remember exactly where.
20     Q    Division 9 though?
21     A    It was in Division 9, but I don't -- I
22  can't remember, you know, where -- what section of the
23  building or what floor it was on.  I don't -- I don't
24  remember what floor it was on.

Page 207

1      Q    Okay.  And what were you in the hole for?
2      A    For no reason.
3      Q    What is the hole?
4      A    The hole is segregation.
5      Q    Were you being housed by yourself in
6  segregation then?
7      A    No.  They put me in there with a murder.
8      Q    Okay.  And what were you in for?
9      A    I didn't know.  I don't know.
10     Q    What were you in -- if you were in with a
11  murder, what were you in jail for?
12     A    What I was in there for, in the hole for?
13     Q    No.  No.  You said you were in there with
14  a murder?
15     A    Yeah.
16     Q    All right.  What was -- what were you --
17  I'm assuming that's the charge he told you he was
18  charged with?
19     A    Yes.  He told me, yeah, he was in there
20  for shooting somebody.
21     Q    Okay.
22     A    And he looked real scared when they put
23  me in there.  But his name was Edger Perkins.  He was
24  the one that was really nice to help me because I was

Page 208

1  so -- I was so broke up.
2      Q    Let me ask you this.  I don't really need
3  to know about Mr. Perkins at this point in time, so
4  let me ask you this.
5          You don't know why you were in the hole?
6      A    No.  I didn't know why I was put in the
7  hole.
8      Q    When were you put in the hole?
9      A    I was put in the hole -- I can't
10  remember.  I think it was right after the incident
11  happened.
12         No.  You know what?  No, this what they
13  did.  They put me -- they dragged me back to Division
14  9 to where the cell -- where the beating occurred --
15     Q    Uh-huh.
16     A    -- and they threw me in there like a dead
17  animal.  I ain't never gonna forget it.
18     Q    In the hole?
19     A    Yeah.  No.  They threw me in this -- back
20  in 20 -- Division 9 2H 2060 cell, back with that guy
21  Mark Steveson.
22     Q    So back in your original cell?
23     A    Yeah, they put me back in the original
24  cell.  And then I think later on that day or a day or

QUESTIONS BY MR. BOND

Page 209

1  two -- I think later on that day they came and dragged
2  me to the hole. That's when they put me in the hole.
3      Q    Okay. And you were never -- were you
4  given a disciplinary ticket?
5      A    No, I wasn't. No, I wasn't. I didn't
6  get a ticket until I kept on asking them why am I in
7  the hole? I didn't get a copy of the ticket until
8  11/24/09 --
9      Q    Okay.
10     A    -- after I kept on complaining about why
11  am I in the hole?
12     Q    Okay. Now, you're in the hole. Going to
13  November 14th, you had a conversation with Sergeant
14  Marmol.
15          What did your conversation consist of
16  with Sergeant Marmol?
17     A    I kept on stating to him that I need
18  medical treatment. Why am I in the hole? Why am I in
19  here?
20     Q    Okay. Did you specify what kind of
21  medical treatment you needed or --
22     A    He told me -- he said -- he was telling
23  me that I don't know why you're in there. I don't
24  know why you're here.

Page 210

1      Q    Okay. Did he say anything else?
2      A    He just told me that -- I just kept on --
3  I wrote down everything, like when I was in the hole,
4  I wrote down every time I talked to whoever I talked
5  to.
6      Q    When's the first time you got medical
7  treatment after you left the hole? When did you leave
8  the hole?
9      A    I didn't get -- I didn't get no medical
10  treatment until --
11          MR. PATEL: You know, the Witness keeps
12  pointing to something.
13          MR. BOND: Oh.
14     A    I wrote down everything to keep documents
15  of who I talked to and what time I talked to them. I
16  can't -- you know, I got it wrote down. You know, I
17  can't remember exactly because I didn't have no clock;
18  you know?
19     Q    Sure. I understand. When did you -- did
20  you get to -- when did you finally go get medical
21  treatment?
22     A    I finally got medical treatment, what,
23  two months later.
24     Q    You didn't go to Cermak in December or

Page 211

1  the dispensary in December?
2      A    Let me see. In December --
3      Q    Just so the record is clear --
4      A    Let me make sure. Hold on.
5      Q    I'm just gonna make the record clear.
6  Just so the record is clear --
7      A    Okay. On --
8      Q    -- Plaintiff is referring to some
9  handwritten notes.
10     A    -- 12/30/09 I got my blood pressure
11  checked, which it was 131 over 80. And then I got an
12  Ace Band-aid. That's it, for the knee. That's what
13  they gave me, an Ace Band-aid.
14     Q    You never went to go see anybody on
15  December 8th of '09 at Cermak medical unit?
16     A    December 8th?
17     Q    December 8th of '09.
18     A    I don't see it down here that I went
19  there. I just remember -- no, I don't remember. I
20  would have wrote it down. I don't remember going
21  there December 8th.
22     Q    Do you remember being scheduled for an
23  appointment in the dispensary the first week of
24  December and it being canceled due to a lockdown?

Page 212

1      A    I remember going to the dispensary at
2  12/22 at 9:30 p.m. at night because I had bleeding
3  coming from my groin area for two days. Prior to
4  going down there that night I was treated like an
5  animal. And it was a black nurse with glasses that
6  just threw me one packet of antibiotic and an open
7  tissue and said, you can -- you can -- you can clean
8  it yourself. And I clean my wounds and just gave me
9  another yellow slip to fill out. That's it.
10     Q    Okay. That wasn't my question. Thanks.
11  Let me just ask the question; okay?
12     A    Okay.
13     Q    I know you have a lot you want to get off
14  your chest.
15          Do you remember there being a lockdown
16  the first week of December and being unable to go to
17  the dispensary?
18     A    I don't remember. I don't remember any
19  lockdown. I was in the hole. I don't remember.
20     Q    Do you remember being seen
21  December 8th of 2009 in Cermak or the dispensary?
22     A    December 8th?
23     Q    Correct.
24     A    I don't remember ever being seen that

53 (Pages 209 to 212)

QUESTIONS BY MR. BOND

Page 213

1  day.
2      Q     So about the first or second week of
3  December?
4      A     First week of December?
5      Q     Correct.
6      A     Okay. No. I don't have it down here. I
7  don't have it down here. I've got --
8      Q     You don't remember having your blood
9  pressure taken and it being 120 over 96 and having a
10  pulse rate of 80 or anything like that?
11      A     No. I don't have it down here. I might
12  have missed a date.
13      Q     Do you remember having your knee looked
14  at and being given a patient consultation referral for
15  orthopedics?
16      A     On December 8th?
17      Q     Approximately December 8th; correct. So
18  the first --
19      A     I may --
20      Q     -- week of December.
21      A     I may have went down there for that. I
22  don't remember.
23      Q     Okay.
24      A     I don't remember. I don't have it wrote

Page 214

1  down on my notes.
2      Q     Okay. And, then, do you remember getting
3  some blood chemistry done during the last week of
4  December, around December 28th of '09?
5      A     28th?
6      Q     Approximately, yeah.
7      A     I got -- okay, I got it.
8      Q     Do you remember seeing Manisha Patel,
9  physician assistant, around that time?
10      A     Okay. I remember seeing her. I remember
11  seeing her. She's the one that -- I don't remember
12  them taking blood from me. But she's the one that
13  said that she's gonna -- she's gonna get me looked at
14  as far as my kidneys and my bladder.
15      Q     Right.
16      A     And she's gonna try and get me into
17  physical therapy.
18      Q     When in December was that when you saw
19  Manisha?
20      A     Let me see. I can't -- I don't have it
21  down here. I don't remember what day I seen her.
22      Q     Early December? Late December? Any
23  idea?
24      A     No idea.

Page 215

1      Q     Okay. So what else from your
2  conversation with Sergeant Marmol did you tell him
3  about?
4      A     Okay. Sergeant Marmol, I told him that I
5  need medical attention. I asked him again and again
6  that --
7      Q     When you say again and again?
8      A     I need the correct spelling of your name
9  and the other officer's name. That's what I asked
10  him, because I told him I wanted the correct spelling
11  of those officers' names. And I did this -- I asked
12  him this before dinnertime on November 14th before
13  5:00 p.m.
14      Q     All right. So once you -- did you see
15  Sergeant Marmol after that at all, November 14th, '09?
16      A     Sergeant 14th -- I mean November 14th was
17  the day -- no. Let me see. Did I see him any time --
18  no, that's the only -- that's the first time I think
19  I've seen him --
20      Q     Okay.
21      A     -- because I told him that I need medical
22  attention.
23      Q     So you never saw him after November 14,
24  '09?

Page 216

1      A     And the next time I seen him was when he
2  gave me a copy of the ticket --
3      Q     All right.
4      A     -- and that was the 24th.
5      Q     Okay. Do you have any idea what Sergeant
6  Marmol did with the information about you wanting
7  medical attention?
8      A     He -- all he told me -- he just kept
9  spinning me, he kept spinning me, telling me that
10  somebody's gonna see you. Just put a slip in. Put a
11  slip in.
12      Q     Put a slip in, what does that mean?
13      A     That means put a yellow slip in to see a
14  doctor.
15      Q     All right. Did you put a slip in?
16      A     So he really was just blowing me off.
17      Q     Well, let me ask you. Did you put a
18  yellow slip in to see a doctor?
19      A     Yes. I put many of them in.
20      Q     Okay.
21      A     And I always -- every time -- every time
22  they came over there to give me that dose of medicine,
23  I complained to Nurse Lorraine --
24      Q     Let me ask you this. We're getting off

54 (Pages 213 to 216)

QUESTIONS BY MR. BOND

Page 217

```
 1   topic.
 2        A      Okay.
 3        Q      Did -- who did you give these yellow
 4   slips to while you were in the hole?
 5        A      I gave them to the CO's, the correctional
 6   officers.
 7        Q      Do you know the names of the correctional
 8   officers you gave them to?
 9        A      I gave it to -- one to Officer Prime.
10   One to -- one to the black healthcare worker.
11        Q      Did you keep copies of these medical
12   slips or medical slip requests?
13        A      I couldn't.  I couldn't keep a copy of
14   them.
15        Q      So aside from this conversation on
16   November 14th of '09 with Sergeant Marmol, did you
17   have any other conversation with him about wanting
18   medical care?
19        A      Every time I seen him I asked him could
20   he please get me some help.
21        Q      I understand you said every time you see
22   him, but --
23        A      Every time I seen him.
24        Q      -- besides November 14th, when else did
```

Page 218

```
 1   you see him?
 2        A      I seen him November 24th when he brought
 3   the ticket, and he gave me a copy of it.  He didn't
 4   give me the pink copy.
 5        Q      Where did he bring you the copy at?
 6        A      He brought it to me while I was in seg.
 7        Q      Okay.
 8        A      And he only give me -- he didn't give
 9   me the whole ticket, like the pink copy that detainee
10   is supposed to get.  He gave me a copy of the ticket
11   which was one page.
12        Q      I understand.
13        A      He gave me the second page.
14        Q      What time of day was Marmol -- did he
15   come to see you on the 24th of November?
16        A      It was at dinnertime around 5:00 p.m.
17        Q      All right.  And who was else was present
18   when he came to see you?
19        A      The cellmate, Edger Perkins.  I believe
20   he was still in the cell with me.
21        Q      All right.  What did you say to Marmol
22   and what did he say to you?
23        A      I told him that I need medical attention.
24   I need some help.  And I need the correct spelling of
```

Page 219

```
 1   those officers' names.
 2        Q      Okay.  Did you see Marmol any other time
 3   from the 14th of November or the 24th of November?
 4        A      I seen him again on November 24th when he
 5   gave me --
 6        Q      I understand.  But aside from the
 7   14th and the 24th of November --
 8        A      I think I seen him, like, walking, doing
 9   his little walk, his count; you know?
10        Q      I understand.  Did you actually talk to
11   him though?
12        A      I think I did mention to him then again,
13   but I can't remember exactly what date that I exactly
14   talked to him.
15        Q      When, though?  I need a time frame.
16        A      The time frame, I can't remember.  I
17   can't remember exactly the time.
18        Q      So the only time for certain that you can
19   spell out --
20        A      I remember a certain time was
21   November 14th at around dinnertime around 5:00 p.m
22   because I got a good look at the correct spelling of
23   his name.  And the second time was 11/24/09.  And that
24   was, like, I think, in the evening time.  That's when
```

Page 220

```
 1   he gave me the copy of the ticket.
 2        Q      Okay.  Moving on to -- did you file a
 3   Grievance against Sergeant Marmol regarding not
 4   getting medical attention?
 5        A      I think so.  I can't remember.  I may
 6   have.  I can't remember.  Let me make sure.  Yes, I
 7   did.
 8        Q      Okay.  Which page?
 9        A      On Page 117.
10        Q      Okay.
11        A      Yeah, I did, 11/20/09.
12        Q      Okay.  It looks like -- so this would
13   have been after your November 14th conversation?
14        A      Uh-huh.
15        Q      All right.  But prior to the 11/24
16   conversation?
17        A      Uh-huh.
18        Q      All right.  So, again we're referring to
19   Defendant Exhibit No. 3, and it looks like there's a
20   control number at the top 2009X2474; is that right?
21        A      Yes.
22        Q      Okay.  And looking at the second page of
23   that Grievance, Page 118 --
24        A      118?
```

55 (Pages 217 to 220)

QUESTIONS BY MR. BOND

Page 221

1    Q    Yeah.  Did you receive a response to this
2  Grievance on December 10th of '09, and is that your
3  signature?
4    A    Yes, that's my signature.
5    Q    Do you remember getting that response?
6    A    Yes, I remember.
7    Q    Okay.  Looks like you appealed it right
8  away, December 10th, '09.
9    A    Yes.  I appealed it.
10   Q    Did you ever get the appeal board
11 response that was mailed --
12   A    I didn't --
13   Q    -- March 10th of 2010?
14   A    I didn't even get no help from this.
15   Q    Okay.  And looks like the next page, 119,
16 it's a photocopy of --
17   A    Robinson.
18   Q    Right.
19   A    I never got it.  I never got it.
20   Q    All right.  Moving on to November 19th.
21 You make allegations against an Officer Marice.
22   A    Marice?  Yes.  He was the -- he's the
23 supervisor.  Yeah.  He was very -- he didn't want to
24 help or nothing.

Page 222

1    Q    All right.  Describe Officer Marice for
2  me, please?
3    A    Officer Marice is a little, short -- he
4  looks like he's Hispanic.
5    Q    Okay.
6    A    Hispanic guy, looks like he's in his
7  middle 40's.  Looks like he's a white Hispanic guy.
8  Real short.  And he's got -- his voice is -- he's got
9  a funny voice, talks low.  But he's -- he has a real
10 bad demeanor.  He didn't -- no help at all.
11   Q    All right.
12   A    See, that's what I wrote down.  He just
13 walked away when I asked him, please, please --
14   Q    How old is he?
15   A    He looked like he's in his middle 40's, I
16 believe.
17   Q    All right.  Where did the conversation
18 with Officer Marice on November 19th take place?
19   A    Marice, while I was in seg.
20   Q    Okay.  Who was present for the
21 conversation?
22   A    Edger Perkins, the cellmate I was in
23 there with.
24   Q    About what time of day did the

Page 223

1  conversation with Marice take place?
2    A    I can't really recall.
3    Q    Okay.
4    A    It was in the daytime, I believe, around
5  when he was doing a random search or inspections.
6    Q    All right.  And what did you say to
7  Marice --
8    A    You know what, take that back.  It had to
9  have been around -- because I see -- I see right here
10 at 12:15 p.m.  So it was, like, in the afternoon,
11 yeah, afternoon time.
12   Q    What did you say to him and what did he
13 say to you?
14   A    Sorry, what?
15   Q    What did you say to Marice, and what did
16 Marice say to you?
17   A    Marice just walked away.
18   Q    What did you say to him?
19   A    I said, could you please get me some
20 medical attention.
21   Q    Okay.
22   A    Could you get me some help.
23   Q    What did Marice do?
24   A    He just walked away from me.

Page 224

1    Q    Do you know if he heard you?
2    A    I know he heard me.
3    Q    How do you know he heard you?
4    A    Because he looked at me and walked away.
5  Just looked at me, because he was walking around with
6  his shield.  He was walking around with his shield to
7  try to -- because a lot of inmates was throwing stuff
8  at the officers.  So he was walking around with his
9  shield.  And I kept on telling him, over here in this
10 cell right here.
11   Q    Let me ask you this.  How far away were
12 you from Marice when you were asking him for this
13 medical help?
14   A    He was right there at the chuckhole door.
15   Q    How far is that?
16   A    Touching distance, arm distance.
17   Q    All right.  Is there a barrier between
18 you and him?
19   A    The only barrier is the steel door.
20 That's it.
21   Q    The steel door?
22   A    Yes.  And he had a shield that day.  I
23 ain't never gonna forget it.
24   Q    Is it open air though, or is it, like,

QUESTIONS BY MR. BOND

Page 225

1 blocked off by the door? How does he hear you and how
2 do you hear him?
3    A    He can hear me by walking and checking in
4 the cells, and he's standing right there.
5    Q    I understand. Is there, like, any open
6 air between you?
7    A    Yes, it's open air, the chuckhole
8 opening.
9    Q    How big is the chuckhole opening?
10   A    It's the same as the size of my folder,
11 my legal folder, like that.
12   Q    All right.
13   A    Straight up and down.
14   Q    Okay.
15   A    Yeah. Straight up and down chuckhole. I
16 ain't never gonna forget it.
17   Q    Do you have any idea --
18   A    Because you know what, the chuckhole is
19 like right on the right-hand side of the door. Yeah,
20 I remember.
21   Q    Did you have any contact with Officer
22 Marice after this con -- this brief interaction with
23 him on November 19th?
24   A    No. No. I didn't -- I don't think I

Page 226

1 ever seen him after that no more. I just complained
2 because he was supposed to be the supervisor to help
3 people that's, you know, that's in that area, and he
4 just walked away like he didn't care, didn't have no
5 regards.
6    Q    Do you have any idea if Marice or
7 Sergeant Marmol if they went to talk to a social
8 worker about you?
9    A    I don't have no idea.
10   Q    Do you have any idea if Sergeant Marmol
11 or Officer Marice went to go see any medical staff
12 about you?
13   A    No, I don't know.
14   Q    Do you have any idea if Sergeant Marmol
15 or Officer Marice informed any medical people about
16 your issues?
17   A    No. I don't believe they did.
18   Q    I'm saying do you know though?
19   A    I don't know. I don't know. I don't
20 know. I don't -- because if they did, somebody would
21 have came to see me. Nobody did. Nobody helped me.
22 So I don't know if they had mentioned, but I don't
23 believe they did.
24   Q    You don't believe they did, but you --

Page 227

1    A    Yeah, because also I wrote --
2    Q    I'm just saying you don't -- you have no
3 idea what they did though?
4    A    No. I don't have no idea if they did or
5 not --
6    Q    Okay.
7    A    -- so I don't know.
8    Q    Finally, moving on to November 29th of
9 2010, Officer Spivey --
10   A    11/29?
11   Q    Right. You allege you spoke with her
12 November 29th of '09?
13   A    Yes.
14   Q    Where were you housed at the time?
15   A    11/29, I can't remember where -- I
16 think -- okay, wait a minute. I think I may have got
17 out of the hole that day. I think this the day I may
18 have got out of the hole. I can't remember.
19   Q    What did you talk with Officer Spivey
20 about?
21   A    I said -- I had told Ms. Spivey that I
22 need to get medical attention and I have not got no
23 help. I can't hardly walk. And this is at 12:00 p.m.
24 when I talked to her.

Page 228

1    Q    Okay. And what did she say to you after
2 you told her that?
3    A    I can't remember what she said.
4    Q    All right. And after that conversation
5 with Officer Spivey, did you talk to her again about
6 your medical issues that you're aware of?
7    A    I can't remember if I talked to her again
8 after that. I can't remember. But I just know she
9 had a real bad demeanor towards me. She didn't care.
10 She didn't want to, you know, try to help me or
11 nothing, no.
12   Q    Do you have any idea if she spoke with
13 any social workers about your request after speaking
14 with you on the 29th of November?
15   A    I don't have no idea.
16   Q    What about, do you know if Officer Spivey
17 spoke with any medical staff after talking with you on
18 the 29th of November of '09?
19   A    I don't know if she did or not.
20   Q    And, again, do you have any idea whether
21 you were placed in the sick hall for the first week of
22 December? Would you have known that?
23   A    I would have known if Ms. -- Nurse
24 Lorraine came to me.

57 (Pages 225 to 228)

QUESTIONS BY MR. BOND

Page 229

1    Q    Let me ask you this. If the tier is on
2  lockdown, are you able to go to sick hall?
3    A    I don't know.
4    Q    All right. And, again, you have no
5  recollection of having medical treatment on or around
6  December 8th of '09?
7    A    December 8th? I can't -- I can't recall
8  that date because I would have wrote it down. I don't
9  remember. I don't remember because --
10        MR. PATEL: You just answered. You can
11  just answer I don't remember.
12    A    Okay. I don't remember.
13    Q    (By Mr. Bond) All right, real quick.
14  Have you ever filed any civil lawsuits, any federal --
15  actually, any lawsuits?
16    A    Yes. Yes.
17    Q    Okay. Do you remember the name of the
18  cases?
19    A    Anthony Hill vs. Palatine.
20    Q    Palatine Police Department?
21    A    Yeah.
22    Q    Was that in front of Judge Guzman?
23    A    Guzman, yes.
24    Q    What happened in this case?

Page 230

1    A    It had got dismissed because I had
2  trouble going to the law library, and I couldn't get
3  the paperwork that I really needed to bring justice to
4  those guys that --
5    Q    So it was dismissed by the judge?
6    A    Yes. It was dismissed without prejudice.
7    Q    Okay. Was that back in -- when was that
8  dismissed?
9    A    I can't remember what day it was, but I'm
10  really upset about that.
11    Q    2008?
12    A    Because I really needed it. Huh?
13    Q    Was it 2008? Any idea?
14    A    I can't really remember, but I know I
15  filed it again just recently.
16    Q    Let me ask you this. What about Hill vs.
17  Detective Ericson?
18    A    Yes.
19    Q    What's up with that case?
20    A    That case, they stated that --
21    Q    Was that Judge Connelly?
22    A    This right here. They stated --
23    Q    Hold on. Is that case still pending or
24  is it closed?

Page 231

1    A    I wish it could still pend. I don't
2  know. That's what I was telling my lawyer, because
3  these guys --
4    Q    So you don't know whether it's open or
5  closed?
6    A    I don't know. They just sent me a paper
7  stating that it had been dismissed.
8    Q    Okay. Let me ask you, what was the
9  nature of the lawsuit in the Palatine Police
10  Department case?
11    A    Okay. The nature --
12    Q    Briefly.
13    A    -- of that case was racial profiling
14  subject -- they denied me -- they denied me
15  healthcare, medical conditions, and they forced me to
16  sign registration papers --
17    Q    Okay.
18    A    -- documents.
19    Q    Okay. So a civil rights lawsuit?
20    A    Yes. It was civil rights.
21    Q    What about the Detective Ericson case?
22  What was the basis of that lawsuit?
23    A    The basis of that lawsuit was forcing
24  me -- racial profiling and violation of my

Page 232

1  constitutional rights by having me -- forcing me to
2  sign documents.
3    Q    So another civil rights lawsuit?
4    A    Yes.
5    Q    Any other lawsuits you can think of or is
6  that it?
7    A    That was it.
8    Q    Okay.
9    A    That was it.
10    Q    Okay.
11        MR. BOND: I'm done, finally.
12        MR. PATEL: I have no follow-up
13  questions. We'd like to review and sign.
14        (Whereupon signature was not
15         waived, and the Deponent was
16         excused.)
17
18
19
20
21
22
23
24

Page 233

1    COMES NOW THE WITNESS, ANTHONY HILL, and having
2    read the foregoing transcript of the deposition taken
3    on the 30th day of September 2011, acknowledges by
4    signature hereto that it is a true and accurate
5    transcript of the testimony given on the date
6    hereinabove mentioned.
7
8
9    _____
10   ANTHONY HILL
11
12   Subscribed to before me this _____ day of
     _____, 2011.
13
14
15
16   _____
17   NOTARY PUBLIC
18   My Commission Expires: _____
19
20
21   Anthony Hill, Plaintiff vs. Tom Dart, et al.,
22   Defendants.
23   Reporter:  Kim Bruhn, RPR, CSR (IL)
24   Date Taken:  September 30, 2011

Page 234

1    REPORTER CERTIFICATE
2    I, KIM BRUHN, Registered Professional Reporter
3    and Certified Shorthand Reporter, do hereby certify
4    that there came before me at the Centralia Campus of
5    the Illinois Department of Corrections, 9330 Shuttac
6    Road, Centralia, Illinois 62801:
7    ANTHONY HILL,
8    who was by me first duly sworn; that the witness was
9    carefully examined; that said examination was reported
10   by myself, translated and proofread using
11   computer-aided transcription, and the above transcript
12   of proceedings is a true and accurate transcript of my
13   notes as taken at the time of the examination of this
14   witness.
15   I further certify that I am neither Attorney nor
16   Counsel for nor related nor employed by any of the
17   parties to the action in which this examination is
18   taken; further, that I am not a relative or employee
19   of any Attorney or Counsel employed by the parties
20   hereto or financially interested in this action.
21   Dated this 20th day of September 2011.
22
23   _____
24   KIM BRUHN, RPR, CSR (IL)

## A

**aaron** 4:5
  5:18,23
**abel** 6:5
**ability** 10:22
**able** 19:20
  61:8 69:3
  80:17
  115:18,19
  154:17,21
  173:18,19
  229:2
**access** 16:12
  16:13
**accurate**
  29:12 36:18
  37:2 67:6
  103:6 233:4
  234:12
**ace** 211:12,13
**acknowledges**
  233:3
**acl** 88:18,19
  89:3,19
**act** 202:13
**acting** 134:6
**action** 234:17
  234:20
**actual** 30:4
  53:21 82:8
  137:19
**address** 13:16
  13:17,21
  16:20 18:23
  190:10,13
**addresses**
  19:7
**adjacent**
  47:21,23
**administered**
  5:13 97:18
  99:14
**administering**
  97:16
**admitted**
  139:5
**advance** 16:14
**affect** 10:21
**afternoon**
  223:10,11

**age** 5:11
  155:18
**ages** 15:12
**ago** 7:21
  204:4
**agreed** 5:1
**agreement** 5:7
  5:22
**agrees** 9:6
**aint** 22:23
  121:11
  148:20
  150:5
  161:16
  162:12,14
  170:8 178:6
  179:7 191:8
  206:2
  208:17
  224:23
  225:16
**air** 224:24
  225:6,7
**airport** 20:23
  20:24
**al** 1:8 3:8
  233:21
**alcohol** 10:18
**aliases** 14:10
**alicia** 18:20
  19:17 20:13
**alike** 12:9
**allegation**
  192:14
**allegations**
  32:7 191:18
  192:16,18
  205:18
  221:21
**allege** 32:13
  206:11
  227:11
**allegedly**
  166:20
**alleges**
  188:12
**alleging**
  184:9
**alternative**
  25:20
**amended** 2:10

  29:15,19
  32:9
**anderson**
  145:4
**animal** 120:5
  208:17
  212:5
**announce**
  94:18,20
**answer** 8:6
  9:2,6,11,12
  9:23 10:3
  10:14,22
  27:23 31:1
  31:2 75:18
  229:11
**answered** 20:4
  229:10
**answering**
  10:11,17
**anthony** 1:5
  1:12 3:5,11
  4:3 5:10,16
  5:21 6:22
  6:22 27:13
  229:19
  233:1,10,21
  234:7
**antibiotic**
  212:6
**anticipate**
  6:7
**anxiety**
  184:14
**anybody** 12:2
  38:5 39:1
  61:6,13,17
  103:9,11
  131:19
  132:15
  149:1
  170:15
  211:14
**anybodys**
  182:5
**anymore** 148:9
**anyway** 191:10
**apologize**
  47:14 79:1
  134:15
**apologizing**

  152:14
**appeal** 69:3,7
  69:8,11,15
  70:8,18,23
  71:7 189:13
  189:20
  190:15
  221:10
**appealed**
  69:19,21,22
  70:20 71:4
  189:9,10
  221:7,9
**appealing**
  69:6
**appeals** 69:8
**appointment**
  211:23
**appreciate**
  205:7
**approach** 51:8
  196:13
**approached**
  32:13 50:17
  51:10,13,22
  51:23 52:2
  52:5 53:22
  56:9 196:16
  197:6
**approaches**
  53:22,24
**approval**
  16:14
**approximate**
  37:8
**approximately**
  6:17 19:7
  24:15 46:23
  55:22 156:8
  213:17
  214:6
**area** 37:1,4,5
  39:12,12
  41:11,13,20
  42:2,6,7,9
  42:10,11,11
  42:14,16,16
  43:8,10,11
  43:12,17,20
  45:2,3,13
  46:15,22

  47:17,24
  54:17 55:1
  55:3,5 56:4
  61:5,9
  77:22 79:21
  82:12 86:19
  91:11 92:4
  94:11 96:14
  102:24
  122:22
  126:9 127:5
  127:9,13,22
  128:17,18
  129:3,4
  131:1,2,4,5
  135:16
  141:12
  148:2,3
  155:10
  169:16,16
  173:4 212:3
  226:3
**areas** 46:21
  117:24
**arent** 75:8
**arm** 35:14
  81:15 88:2
  92:21 93:1
  106:13,13
  106:14
  118:23,24
  161:16
  166:21
  168:4,20,20
  184:5
  224:16
**armpit** 118:8
**arms** 78:1
  109:19,20
  112:22,22
  118:3,5,8
  118:20,21
  118:23
  123:14
  162:11
  164:23
**arrangements**
  18:16
**arrest** 14:21
  14:21
**arrives**

Page 236

133:20
aside 7:13
  12:1 27:1
  38:24 39:5
  60:2 140:5
  192:12
  204:20
  217:15
  219:6
asked 11:5
  14:13 41:11
  53:10 64:17
  65:4,5,11
  129:2,5,6
  133:5,10
  215:5,9,11
  217:19
  222:13
asking 8:3,13
  8:18 10:10
  14:23 30:1
  30:6 68:20
  96:22
  103:15
  126:12
  156:21
  209:6
  224:12
ass 134:10,11
  135:13
  137:12
  139:22
  140:2,6
  179:5
  180:10
assault
  188:13
assigned 39:1
  73:4
assistant 4:5
  5:17 214:9
assuming
  207:17
attached 2:14
attacked
  146:20
attended
  26:11
attention
  38:8 84:20
  84:22 144:3

215:5,22
216:7
218:23
220:4
223:20
227:22
attest 29:1
attorney 4:5
  5:17 8:1
  9:9 10:2
  11:3 12:2
  27:8 30:23
  234:15,19
attorneys
  16:10
august 17:15
  17:19 18:13
  24:12 65:14
  65:16 67:6
  67:6,8,14
average 70:4
aware 7:24
  228:6

──── B ────
baby 15:14
  145:18
back 7:22
  19:6 30:8
  42:14 43:9
  53:21 58:11
  58:14,20,24
  62:21 65:5
  66:3 69:7
  69:11,14,18
  70:14,23
  78:9,12,15
  85:21 86:1
  86:2 93:21
  94:2,23
  95:16,16,17
  98:16,18
  100:2,7
  101:17,17
  101:18,21
  102:15,18
  102:20,24
  102:24,24
  103:2
  104:21
  108:21

112:18,19
112:24
115:20
117:7,11,12
118:3,13,17
121:3,4,21
137:10
149:3 151:9
152:9,10,13
160:9 164:1
166:20
167:22,23
169:13
173:4,5,7
174:23
175:2,2,17
175:21
179:11,24
181:6 188:2
189:14
190:18
191:12
203:23
208:13,19
208:20,22
208:23
223:8 230:7
background
  12:8 13:7,8
  25:14 27:4
  141:11
backwards
  33:18
  158:24
  162:3
bad 8:18 10:7
  74:16 111:2
  115:12
  130:15,22
  138:14
  159:9 176:2
  177:21
  181:6,14
  184:16
  222:10
  228:9
badge 63:22
  109:3,3
badly 113:17
ball 95:24
balled 96:17

98:24 101:6
101:7,10
122:15
bam 169:12,12
  169:12
bandaid
  211:12,13
bang 57:1
banger 56:24
  58:10
bangers 56:24
banner 4:3
  5:15
bar 79:9
barking 61:24
  62:6
barrier
  224:17,19
bars 79:9,17
basement
  133:17
basically 8:3
  9:9
basis 189:13
  231:22,23
basketball
  42:17
bates 185:15
  185:22
  186:5,9
bathroom 8:24
  104:21
batteries
  153:10,10
  153:21
  154:9,10
battery
  154:12,13
  156:22
  157:1
beat 94:15
  95:5,6
  112:4
  113:18
  124:20
  134:11
  204:4
beaten 140:18
  173:1
  180:17
beating

114:15
117:10
129:22
161:11,14
176:4,16,24
177:1
181:12
203:6
208:14
bed 76:7
  85:17 93:8
behalf 1:13
  3:12 5:18
believe 17:2
  17:13 23:10
  26:20 31:11
  31:23 33:5
  35:22 36:5
  38:19,23
  40:6 50:14
  56:1 98:24
  99:1,18
  108:8 123:6
  130:9 148:8
  157:19
  158:13
  169:18
  171:18
  175:10,13
  180:15
  193:16
  194:23
  218:19
  222:16
  223:4
  226:17,23
  226:24
belligerent
  134:6
  140:10
bench 149:9
  151:9
  152:10,14
  154:23,24
  198:6
  203:23
benches 149:8
  196:20
  201:15
bending 111:1
  117:1

**bensley** 18:17
  19:18
**bent** 117:6
**best** 31:2,7
**bethlehem** 7:9
**better** 69:12
**big** 34:13,14
  34:16,17
  36:24 37:3
  37:5,6
  46:14 48:10
  51:4,5,6
  77:18 78:6
  79:11 81:3
  105:9,11
  155:22
  156:3,6,17
  156:17
  161:22,23
  225:9
**binal** 4:3
  5:15
**birth** 15:20
**birthday**
  15:21
**bit** 12:6,8
  16:22 25:13
  43:9,13
  47:12 50:22
  58:3 78:12
  78:14 81:16
  186:5 194:5
  205:18
**bitches** 121:9
**bite** 62:3
  135:20
**black** 39:10
  51:14,15
  54:16
  115:12
  137:6,7
  139:17,18
  153:2 170:4
  181:1,4
  212:5
  217:10
**blacked** 94:15
  95:3 96:21
  97:11,19,20
  98:5,7,13
  100:10

101:12,24
104:3,12
191:9
**blacking**
  105:1
**bladder**
  214:14
**blanket** 83:8
**bleed** 162:24
**bleeding**
  107:10,12
  115:3,5
  142:9,20
  163:2,3
  180:18,19
  180:20
  184:3 212:2
**block** 124:17
**blocked** 225:1
**blocking** 61:6
**blonde** 205:24
**blood** 107:15
  107:16
  115:14,16
  115:16
  138:7 142:8
  142:13
  143:4,10
  180:22,23
  181:1
  211:10
  213:8 214:3
  214:12
**blow** 99:20
  101:10
**blowing**
  216:16
**blows** 94:6
  95:4,6,19
  95:20 96:19
  97:10,16,18
  98:8,11,12
  99:14
  100:12,13
  101:12,14
  103:23
  104:1
  124:18
**blue** 136:20
  136:20,21
  137:2

177:23
178:1,3
181:2,4
**board** 69:8,11
  69:15 70:23
  190:16
  221:10
**boards** 189:20
**body** 74:7
  86:9 87:23
  88:5,6,8,9
  88:12 90:13
  91:14,17,18
  95:4 98:15
  102:21,22
  102:23
  108:21
  115:1 120:2
  138:16
  151:1
  165:18
  171:13,15
  171:23
  172:22
  173:1,3
  174:24
  175:2
  181:10
  199:3
**bogged** 47:13
  82:23
**bolson** 6:8
**bolton** 6:2
  152:21,24
  153:1,4
  154:6 155:1
  155:3,4
  158:23
  159:14,15
  163:5,7,9
  164:3,6,15
  164:16
  166:4,16,17
  166:19
  167:5,7,8
  167:13,16
  167:20
  168:14,16
  170:1 172:7
  173:16
  182:15

**boltons** 164:8
**bond** 2:4 4:5
  5:17,18,23
  6:13,19
  16:2,11,15
  25:1,2
  27:11 28:5
  29:18 31:5
  66:17,19,24
  67:3,4,9,11
  75:24 102:5
  102:8,11
  104:10,11
  104:16,20
  104:23
  185:20
  191:17
  205:17
  210:13
  229:13
  232:11
**bone** 154:21
  182:19,23
**boom** 94:2,6,6
  94:7,7,7
  95:17 107:4
  108:1,1,5,5
  161:12,12
  161:12,12
  163:15
  171:11
**bothering**
  90:4
**bottom** 33:17
  34:22 35:3
  35:6,15,21
  36:1,6,12
  36:15,17
  37:13,15,19
  37:24 79:11
  80:8,20
  81:19 82:6
  83:11,14,15
  89:15
  105:19
  186:11
  187:17
  189:20
**boulevard**
  21:10
**bounced** 99:21

99:22
**bowels** 107:16
  107:17
**bowlegged**
  206:7
**box** 177:23
  178:1,3
**break** 8:23,24
  9:1,3,21,24
  10:1,3
  102:5,9
  104:17,18
  112:22
  118:4,5
  166:6 167:4
  182:5 205:9
  205:11
**breaks** 104:21
**breath** 159:9
  165:23
**breathe**
  112:19
  115:11
  151:2,3
  157:10,12
  168:13
  180:16
  183:9,10,14
  183:16,18
**brick** 56:16
  56:17
**bricklaying**
  22:20
**bricks** 61:11
**brief** 225:22
**briefly**
  231:12
**bring** 65:5
  218:5 230:3
**broke** 113:1,2
  113:3 203:4
  208:1
**broken** 115:9
  151:19,23
  182:16
  183:5,8,19
  189:17
**brother** 19:17
  48:15,17,23
  49:1,6
  56:20,20

**brothers**
15:18 48:18
**brought** 38:16
218:2,6
**bruhn** 1:17
3:16 5:2
233:23
234:2,24
**bryce** 66:5
**bubble** 33:10
33:14,14
39:11,19,21
40:10,12
44:13,13
46:13
**building**
43:21
206:23
**built** 156:5
206:9
**bumped** 99:19
**bunk** 77:22
78:4,16
83:11,12,14
83:15,22
85:11,12,20
85:23 86:5
87:3,16,17
87:18 92:4
95:22 96:13
96:14 99:9
99:10 100:4
100:4,5,16
**bust** 138:17
138:19
**busted** 136:20
136:20
137:1,2
138:11,13
138:16,20
139:3 140:7
142:2
**butt** 137:16
137:16
**butted** 40:4
**buying** 19:19

___ C ___

**cadavers**
89:16
**call** 38:2,10

38:11,12
39:16 40:12
66:21 79:19
**called** 21:20
25:21 38:9
69:8 76:24
137:12
164:13
**calling** 134:9
**calm** 145:18
145:19
146:4
185:10
**calmed** 146:6
**camera** 62:23
153:10,11
153:13,15
153:16
156:22
158:20
169:17,19
178:21
**campus** 3:14
6:15 234:4
**canceled**
211:24
**cant** 21:2,6
21:21 31:6
31:12,15
36:2,8,22
36:22 38:7
39:2,4 40:6
40:7 45:24
46:1,11
47:1,1,2
50:14 51:18
52:11,15
55:20,21
57:15 63:2
64:4,4,7,11
66:10,11
71:6,19,20
72:13,16
76:19,23
78:10 82:14
82:15 97:8
98:24 100:9
100:9,15
101:23
102:1,1,2
102:14

103:18
111:19
112:9,19
114:6 116:3
116:4,11
120:4 122:4
122:18,19
125:12
128:14
130:7
131:22
132:5
135:13,14
139:13
146:16
147:13,13
148:17,18
150:17
151:2,2
154:7 157:8
160:18
161:2 162:1
162:1 163:9
165:16
166:24
167:2,24
168:1,12,13
169:4
170:21
176:19,19
179:5,7
180:12
183:3,9
189:5
196:12
199:21
200:23
203:5 204:2
205:3
206:19,22
208:9
210:16,17
214:20
219:13,16
219:17
220:5,6
223:2
227:15,18
227:23
228:3,7,8
229:7,7

230:9,14
**car** 20:1 21:7
21:9,14
22:7 23:19
23:21 34:14
**card** 13:15,19
13:22 19:22
**care** 19:22
217:18
226:4 228:9
**carefully**
234:9
**carried**
142:23
**carry** 180:5
**carrying**
142:24
180:9
**cart** 180:9
**carts** 180:6,7
180:8
**case** 5:19
7:14 11:4
11:13 14:6
14:6 27:13
27:14 38:8
38:15,22
71:22,23,24
185:17
229:24
230:19,20
230:23
231:10,13
231:21
**cases** 229:18
**cash** 19:16
23:12
**caught** 78:22
**cause** 121:10
**caution** 75:16
75:18
**ceiling** 77:21
105:12
**cell** 37:15
38:17 52:18
73:4 76:6
77:7,7,8,9
77:20 79:7
82:21 83:6
83:7 84:5,7
84:12,24

85:1,3,7,22
86:1,2,3
88:10 90:6
92:10 95:1
96:17 97:4
97:6,9 98:3
99:7,8
103:11,12
103:14
105:16,18
105:19,21
105:22,23
121:4,5,9
121:15,19
194:23
197:11
198:16
204:3
208:14,20
208:22,24
218:20
224:10
**cellmate**
76:16,18
77:1,2,5
83:13 93:6
93:11 195:1
218:19
222:22
**cellmates**
187:5 195:2
**cells** 33:16
33:22,22,24
33:24 34:21
34:22 35:10
35:10,15,18
35:20,24
36:6,6,8,8
36:23 37:13
37:14,18,19
37:24 44:1
74:9,9 75:8
77:17,17
196:3
197:18,19
225:4
**celly** 194:24
204:3
**center** 16:20
17:1 190:5
190:14

centers 20:24
20:24
centralia
3:14,16
6:15 11:23
16:20 17:4
234:4,6
cents 172:3
cermak 6:6
90:9 113:6
113:23
114:1,11,14
114:19
115:4,15
144:14,24
146:11,21
147:9,15,17
147:18,23
148:6,15
149:3
164:21
169:14,16
180:1
181:13,16
181:22,23
182:3
183:21
193:24
210:24
211:15
212:21
certain 167:5
219:18,20
certificate
26:1 234:1
certified
3:17 5:5
234:3
certify 234:3
234:15
chain 168:17
168:22
177:22
178:3
chair 115:2
136:18
154:16
158:24
chairs 34:2,5
34:10
change 13:16

13:17,21
147:20
157:21,22
158:5
charge 207:17
charged
207:18
chatting
153:22,23
153:24
154:6
check 19:21
197:18
checked
211:11
checking
197:18
225:3
cheek 137:16
cheekbone
137:14,18
chemistry
214:3
chest 189:14
212:14
chicago 4:4,6
15:15
chico 6:3
152:21
153:4 154:2
154:5 155:1
155:14,16
158:21
172:2,2,7
182:15
children 15:7
chin 62:18
chipped 176:1
choking
162:18
chronologi...
186:18
chuck 80:19
chuckhole
79:19,20
80:2,12,14
80:18,20,23
81:4,5
82:21,22
224:14
225:7,9,15

225:18
civil 6:10
13:3 229:14
231:19,20
232:3
clarence 6:6
clarify 30:7
42:23 63:24
102:17
191:11
claws 178:4,7
clean 99:3
131:2
134:22
142:8
143:10,14
143:15,16
212:7,8
cleaned 115:6
143:4,17
cleaning
19:24 20:7
20:12,22,22
21:5,12
22:6 23:15
41:23 42:1
42:1,3,7
43:14,15,19
46:22
cleanly 61:18
61:20
clear 35:12
35:13 43:6
61:21 81:9
102:13
118:13
174:5 204:5
211:3,5,6
cleared 13:4
clinic 20:24
clock 157:5
157:23
158:14
210:17
close 62:13
84:16 92:22
92:23 159:3
159:4,5,6
159:10
closed 84:10
121:17

175:8,10,11
175:13,14
230:24
231:5
closet 77:12
clothes 50:6
86:10
clothing 50:6
cmt 148:6
cold 83:9,16
83:17,17
collar 182:19
collatto
18:21 20:13
college 26:16
26:18 27:2
come 43:16,17
44:5,11
46:7 52:7
53:4,5 55:5
62:21 64:17
64:21 65:5
74:8 75:4
79:15 84:15
84:24
125:11
128:23
130:19
136:19
148:19
166:15
176:18
218:15
comes 56:8
65:3 81:20
83:24 233:1
coming 53:9
59:8,19,22
59:24 60:2
93:21 94:2
94:23 95:16
95:19 97:21
98:8,9
103:23
104:1,2
107:16
122:3 172:3
194:15
197:19
202:14
212:3

commander 6:4
commission
233:18
comp 7:8
companies
20:23
company 7:9
20:18 21:20
22:24 23:10
complained
8:5,12
72:19 113:8
184:1
216:23
226:1
complaining
32:2 209:10
complaint 2:8
2:10 27:12
27:20 29:15
29:20 30:1
30:4,8,15
31:9,10
32:8,9
65:12 67:23
68:12
202:19
205:18
complaints
90:8
complete
26:22,24
70:11
completed
25:15
complexion
139:16
composed
27:17 29:7
computeraided
234:11
con 225:22
concerned
202:19
concrete
34:14 42:16
105:9,12
119:19
120:16
conditions
231:15

conducted 6:9
conference
  185:5
confidential
  16:9,10
  24:24
confined
  61:18
confused 88:7
confusion
  64:6
conlon 1:8
  3:8
connected
  44:20
connects
  178:2
connelly
  230:21
consciousness
  122:4 177:2
considered
  73:8
consist
  209:15
constituti...
  232:1
construction
  22:21,22
  47:3
consultation
  213:14
contact
  225:21
continuous
  25:18
contraband
  73:23 74:2
  74:10
contracts
  24:7,8
contreras 6:3
  161:15,19
  163:5,10,14
  163:17,21
  163:22,24
  166:15,20
  167:20,23
  169:3,9,10
  169:24
  171:19

172:7
173:16
176:18
182:15
control 39:12
  41:20 42:14
  44:13,19,24
  45:3,8,18
  45:23 46:1
  55:3 61:10
  61:11 70:12
  126:6,9,15
  126:23
  127:1,5,16
  127:17,22
  128:17
  186:22
  191:7,11
  199:2
  220:20
convened 5:21
conversation
  53:6 79:4
  154:12,13
  156:23,24
  206:11
  209:13,15
  215:2
  217:15,17
  220:13,16
  222:17,21
  223:1 228:4
convicted
  12:11,17,18
  14:15
conviction
  13:11,13,14
  14:22 15:1
convictions
  13:1,10
  14:13,19,24
  14:24
cook 4:5
  16:24 17:11
  17:12,19
  18:4,13
  24:12 29:7
  29:11 64:14
  64:16 85:7
  185:9
copies 69:20

217:11
copy 27:7,11
  29:15 66:21
  66:22
  185:13
  209:7 216:2
  217:13
  218:3,4,5,9
  218:10
  220:1
correct 17:17
  21:22 28:2
  43:3,23
  46:24 64:1
  78:10 97:6
  102:13
  116:2
  148:12
  157:2
  186:21
  188:10
  191:24
  192:9
  204:22
  212:23
  213:5,17
  215:8,10
  218:24
  219:22
correction
  52:19,22
  109:12
  131:13
correctional
  11:24 16:20
  16:21,23
  17:1,6
  32:15,19
  48:19 54:11
  54:14
  158:22
  170:17,19
  188:13
  190:5,10,14
  217:5,7
corrections
  3:15 6:16
  49:20 234:5
correctly
  36:2
cos 217:5

couldnt 48:24
  56:21 63:21
  63:21,21,23
  95:23 96:2
  108:7 109:2
  109:3,3
  114:5
  115:11
  117:7 119:3
  119:3,5
  120:18,18
  122:14,15
  122:17
  124:2
  125:14
  126:22
  127:8
  129:12,12
  129:12
  130:9
  135:12
  143:12
  144:12,20
  144:22
  151:23
  157:4,10,12
  157:19
  165:2
  174:17,17
  176:22
  178:20,20
  179:20
  180:15,16
  183:9,14,18
  217:13,13
  230:2
counsel 5:2,2
  5:8,16
  234:16,19
counseling
  184:22
  185:2
counselor
  64:17
counselors
  64:21
count 116:3,4
  116:11
  167:24
  168:1 219:9
counted 22:1

22:1,2
counter 141:6
  141:7,8,12
county 4:5
  11:21,22
  16:24 17:10
  17:11,12,15
  17:19 18:4
  18:13 21:15
  24:12 29:7
  29:12 64:14
  64:16 85:7
  185:9
couple 27:15
  50:13 77:6
  102:9 118:9
  118:24
  131:12,16
course 7:23
  53:5
courses 26:16
  26:16,17
  27:1
court 1:1
  2:13 3:1
  5:13 8:7,8
  10:8 13:3
  27:12 28:18
  29:2 30:2
covers 83:16
coworkers
  148:18
cr 187:17
crack 183:11
cracked 183:8
  183:9,13,19
cracks 82:17
credit 13:15
  13:19,22
  25:19,21
crime 14:15
criminal 13:8
  71:23
crooked 115:9
crw 187:21
crying 176:10
  176:10
  184:13
crystal 6:4
csr 1:17
  233:23

234:24
**cuffs** 182:1
**current** 16:19
**currently** 6:2
9:2 32:10
52:2
**curse** 111:19
133:12,14
**cursing** 200:4
**custody** 67:17
73:11,14,15
**cut** 63:13
190:24
**cuts** 206:2
**cyst** 137:17

**D**
**dad** 7:6
**dark** 48:14
49:3 137:4
137:4
139:16
145:11
**darrell** 6:2
**dart** 1:8 3:8
6:1 233:21
**date** 15:20
28:2 29:10
29:11 32:11
66:11 73:17
74:13 76:4
89:23 139:8
152:7
187:17,19
187:24
188:1,14,20
189:20,21
192:6
213:12
219:13
229:8 233:5
233:24
**dated** 186:22
234:21
**dates** 17:14
18:3
**daughter**
15:10,13
**day** 13:4 28:2
32:18,21
34:8,9,15

34:18,20
36:24 37:3
37:5,19
38:1,4,5
41:13,14
42:10 43:7
43:16,17,23
44:9,10
46:7 50:12
52:14 53:7
59:9 60:1
63:17 65:4
65:4,5,6,6
67:10 72:4
90:4 97:24
98:3 99:6
104:12
105:1,4,7,8
105:13,15
112:13
113:7,23
114:11,14
114:20,21
115:21
116:1,10
120:7
121:23
123:8,24
124:5,10,23
124:24
125:7,23,24
126:14
127:4
128:17
138:8,22
139:5,9,10
139:13,13
140:8
141:23
142:3 145:6
148:9
175:19
178:8
182:10
184:5 189:9
194:3
197:17
204:6,22
208:24,24
209:1 213:1
214:21

215:17
218:14
222:24
224:22
227:17,17
230:9 233:3
233:12
234:21
**days** 50:14
212:3
**daytime** 223:4
**dead** 77:16,18
208:16
**deal** 157:24
185:23
187:8
**dealing** 32:10
**deals** 187:7
**debate** 12:16
**december**
31:24 89:24
210:24
211:1,2,15
211:16,17
211:21,24
212:16,21
212:22
213:3,4,16
213:17,20
214:4,4,18
214:22,22
221:2,8
228:22
229:6,7
**decided**
144:13
**deck** 59:8
60:1,21
62:22 138:3
**decks** 75:12
**defendant**
1:13 4:5
5:3,12
220:19
**defendants**
1:9 3:9,13
5:18,24
27:8,13,16
29:14 30:9
38:22
185:14

233:22
**definition**
68:2,9
**defuniak**
170:10
**delusional**
130:10
182:7
**demeanor**
138:15
222:10
228:9
**denied** 231:14
231:14
**department**
3:15 6:16
229:20
231:10
234:5
**deponent**
232:15
**deposes** 5:14
**deposing** 12:9
**deposition**
1:12 2:8,9
2:11 3:11
5:3,21 6:8
7:1,10,11
7:13 11:9
12:7 27:9
29:16
185:18
233:2
**depressed**
84:3 184:12
**derogatory**
139:14,19
139:21
199:20
**describe**
50:16 77:8
79:7 85:13
85:19 87:12
95:8 119:17
155:3,14
156:12
162:9
177:20
192:24
193:11
199:9

205:22
222:1
**described**
176:5
182:12,14
184:24
**describing**
164:19
**description**
33:12 41:12
47:13
**descriptions**
82:24
**designate**
24:23
**desk** 45:13
131:9 155:1
155:2
158:22
170:18
174:11
**detainee**
188:12,14
188:20
189:20
192:6 218:9
**detainees**
188:16,21
**detective**
230:17
231:21
**didnt** 7:14
20:20 26:22
28:1 38:7
50:10 51:24
68:18 69:24
70:21 71:10
71:10,20,21
71:21 72:12
84:15,20,22
85:9 89:9
93:15,21
94:1,22
95:15 97:1
97:2 101:5
101:6
103:18,19
113:15,16
115:13
124:2 132:5
135:2,6

138:19
139:1
140:19
141:24
142:15
145:24
147:8
148:10
150:5 151:1
151:1
152:11,12
159:13
162:2 167:9
167:11,12
167:13
170:7
176:16
180:20,21
181:3,24
188:2
189:11,11
197:18
200:15
202:6,8,16
203:9,13
207:9 208:6
209:5,7
210:9,9,17
210:24
218:3,8
221:12,14
221:23
222:10
225:24
226:4,4
228:9,10
**die** 121:9
169:12
172:12
174:4 176:7
176:8,11
177:4
**died** 26:3
**different**
8:21 9:17
9:19 21:24
37:20 125:4
173:23
**dimension**
37:7
**dimensions**

37:8 77:10
**dimensionwise**
46:17
**dinner** 53:19
**dinnertime**
215:12
218:16
219:21
**diploma** 25:23
26:2
**directly** 84:7
85:3
**dirt** 180:22
**disc** 182:24
**disciplinary**
72:8 209:4
**discovery**
1:12 3:11
5:21 185:16
**discuss** 205:5
**discussing**
187:9
**discussion**
16:6
**dishonesty**
14:16
**dislocation**
152:7
**dismissed**
230:1,5,6,8
231:7
**dispensary**
114:2,4,10
115:6
120:21,24
122:2 131:2
133:16,17
134:3,5,19
135:5,9,16
136:12,15
136:17
142:1,3,10
143:11
144:4,7,18
145:1,6,7
145:23
146:7,9
148:7,8,12
179:23
193:24
194:8,12,13

211:1,23
212:1,17,21
**dispense**
80:15
**dispute** 18:3
18:5
**distance**
92:17
224:16,16
**distinguis...**
51:19
**district** 1:1
1:2 3:1,2
6:11 27:12
**dividing**
128:12
**division** 1:3
3:3 33:5
72:24 73:8
73:9 120:22
133:17
139:6 194:2
194:21,22
206:20,21
208:13,20
**doctor** 154:17
170:5,10,13
170:14,15
179:14
185:4,6
216:14,18
**doctors**
114:13
169:23
**document**
27:22
187:10
191:15
**documented**
183:20
**documents**
11:9,12
210:14
231:18
232:2
**dog** 49:15
61:24 62:1
62:2,4,5,6
62:9,13
135:19,19
135:20

138:24
141:10
164:22
**doing** 9:17
20:2 22:17
47:2 62:24
63:12 83:13
93:6 110:12
110:13
123:12
140:9
141:13
145:20
163:8,9
166:9,19
167:10
168:11,14
168:18
179:22
196:5 201:7
201:7
204:15
205:8 219:8
223:5
**doll** 91:5
**dollars** 19:18
23:14
**dont** 7:15,17
8:19 9:5,15
9:18 11:1,2
26:2,3 30:3
30:21 31:1
31:3,3,4
45:24 55:19
55:20 56:1
57:1 62:19
62:19,19
63:1,10,14
63:15 64:5
64:8,9 68:4
69:4,17,17
70:7,10
71:1,3,5
72:2,3,12
72:14 73:12
75:21,23
76:1 79:1
83:9 93:2,9
93:9,12,12
95:11 96:3
97:8,16,20

97:24 98:2
98:4 99:2
99:18
101:13
102:16
103:13
109:23
112:16
120:3,4
130:7,16,16
142:24
143:12
145:19
146:4,17
147:3,3,12
149:20,20
149:24
152:13
153:8 154:7
157:9 159:8
160:18
161:9 164:3
164:4,5,12
164:13,14
166:24
167:2,13,15
170:7,11
175:18,20
176:1 177:8
179:16
181:5 182:8
183:1,17
187:22
188:3,8
189:6
197:18
203:4
205:10
206:17,21
206:23,23
207:9 208:2
208:5
209:23,23
211:18,19
211:20
212:18,18
212:19,24
213:6,7,8
213:11,22
213:24,24
214:11,20

214:21
225:24
226:9,13,17
226:19,19
226:19,20
226:22,22
226:24
227:2,4,7
228:15,19
229:3,8,9
229:11,12
231:1,4,6
**door** 41:15,20
41:21 42:12
44:11,23
45:7,8,9
46:7 48:10
54:10,13
61:10,11
77:8 79:7,8
79:10,11,13
79:16,16,18
79:19 80:1
81:19 82:9
82:10,10,21
84:9,10,12
84:13 85:7
86:1 92:3
97:6 128:1
128:6,9,13
128:14
224:14,19
224:21
225:1,19
**doors** 43:16
43:18 44:5
44:6,7,8
48:7,8
128:9
**doorways** 48:5
**dorm** 41:19,19
44:8 46:8
**dorms** 43:19
128:13
**dose** 216:22
**double** 25:22
**dough** 107:24
108:1
**downstairs**
120:21
134:2

**downtown**
25:20
**drag** 135:9
179:19
**dragged**
119:14,15
119:16,17
119:18
120:2,5,10
122:20
125:12
127:18,20
127:22
130:23
135:11,15
146:10,24
147:1
164:10,16
164:19,22
165:10
179:12,14
179:23,24
208:13
209:1
**dragging**
119:21,24
120:1,15,16
124:24
127:7,8
132:10,10
147:4,4,5
165:1,2,4,6
**dressed** 83:19
83:21
**dripping**
143:1
**drive** 4:4
**driving** 26:21
**dropping**
172:21
**drug** 120:12
120:20,21
165:8,9,11
**drugged**
120:14
**drugs** 10:18
73:23
**duck** 76:24,24
77:1
**due** 211:24
**duly** 234:8

**dying** 153:11

———————

**E**

**ear** 175:22
**early** 28:5,7
51:17
156:19
214:22
**eastern** 1:3
3:3
**easy** 42:24
**edger** 207:23
218:19
222:22
**education**
25:15
**educational**
25:14
**eight** 20:16
23:14 33:23
46:23 47:4
47:6 55:10
55:11,15
56:8 61:1
66:9 81:14
105:23
201:24
**eighty** 76:14
**either** 181:22
**elapsed**
124:21
**elevator**
45:12
122:20
128:23
130:19,21
130:23
131:5
133:16,20
133:21,24
135:1,1,3,5
135:16
136:12
142:12,14
142:17,18
142:20
143:2
**elevators**
45:16
125:20
**eleven** 66:13

66:15
**elses** 85:4
**embarrassed**
131:18,18
**embezzlement**
14:17
**employed**
234:16,19
**employee**
234:18
**empty** 44:16
**ends** 45:4
**entered** 17:19
76:6 121:19
**entering**
17:15
**entire** 27:22
118:16
**ericson**
230:17
231:21
**ert** 49:24
50:1,4
55:15 62:7
75:11,14
109:9,10
112:14,15
123:2
131:15,21
131:24
141:2,8
145:1,8
146:16
188:13
193:14
196:8
**erts** 50:7
131:21
**escort** 147:14
**escorted**
120:7
150:11,16
**escorting**
119:22
**estate** 25:3,6
**estimate**
77:19
**et** 1:8 3:8
233:21
**evening**
219:24

**events** 8:4
**eventually**
196:13
203:2
**everybody**
12:9 59:7
61:21,23
130:24
184:18
195:15
197:17
**evil** 159:23
**exact** 76:23
**exactly** 21:21
30:13 36:8
36:22 71:6
76:20 83:4
103:18,19
112:16
120:9 169:5
174:18
199:21
206:19
210:17
219:13,13
219:17
**examination**
2:1 6:18
234:9,13,17
**examined** 3:12
5:11 189:15
234:9
**excuse** 74:21
**excused**
232:16
**exhibit** 2:8,9
2:11 27:8,9
27:16 29:15
29:16 30:9
185:14,18
192:11
220:19
**exhibits** 2:6
2:13
**expires**
233:18
**explain** 9:7
43:1 64:15
**eye** 60:6
**eyes** 16:10
115:12

141:21

**F**
**face** 39:3
59:7,14,15
59:17,18
62:20 85:22
101:21
106:4,6,18
106:20
107:2,5,6
107:18
108:22
109:5
110:11
112:7
131:17
143:10
159:11
162:14,18
162:20,21
163:1 167:1
172:1,22
173:8,9
174:11
180:18,20
180:22
181:1,4,7,8
181:9
197:12
199:12,12
199:15,18
199:24
200:9,9,12
**facetoface**
43:1
**facial** 51:19
137:18
**facing** 88:10
91:23,24
92:3,3,5
95:20,22
96:5,10,12
96:12,12,14
96:23
158:23
163:17,19
163:21
173:8,9,18
173:24
174:1,6

198:22,24
199:3,13,22
200:6,8,11
**fact** 47:9
80:14 120:3
169:18
176:21
**facts** 205:11
**faggot** 137:12
**faheem** 195:4
195:5
**fail** 13:24
**failed** 13:15
13:16,17
14:4
**failure** 13:19
14:7
**fair** 76:3,3
**fall** 87:4,5
87:12 101:5
179:2
**falling**
112:18
178:24
**familiar**
205:20
**far** 22:5 48:1
49:9 67:22
70:2 71:21
72:10,11
92:15
105:16
141:7
146:12
198:7
201:16,20
214:14
224:11,15
**fast** 10:8
**father** 177:5
177:7
**favored** 48:15
48:24
**features**
51:20
**february**
17:17,21
18:1 28:1
29:3,5,11
113:12
**federal** 6:9

229:14
**feel** 27:21
157:8 161:2
176:23
181:7
184:16
**feeling** 95:1
157:9
160:18
179:7
**feet** 37:1,3,9
37:9,9,10
47:4,4,6,6
47:8 48:2
49:11 50:20
50:23 77:14
78:8 87:19
87:20,21
92:18 93:1
93:3 105:18
105:23
119:19
120:12,14
147:6,6
155:17,24
165:1 179:8
198:8,8,8,8
198:12,13
201:24
**fell** 87:6,13
87:14 88:6
88:11 101:4
101:6
178:19
**fellow** 148:17
**felony** 12:12
12:19,21
13:10 14:13
**felt** 94:6,15
95:4,8,19
95:20 96:18
97:10
101:15
130:15
138:7
144:12
172:11
176:12
197:19
**female** 62:11
62:12

**fence** 42:18
**fifteen** 98:10
98:12
101:14
145:2 146:8
198:8
**fight** 182:2
**figure** 72:11
91:13 97:3
134:17
**figured**
144:20
**file** 65:11
71:14 72:12
204:24
220:2
**filed** 27:12
30:2,10
31:9,22
65:15 68:22
72:14
229:14
230:15
**fill** 212:9
**filled** 8:1
55:8 56:5
133:21,22
**finally**
210:20,22
227:8
232:11
**financially**
234:20
**find** 65:19
66:3 104:4
**fine** 30:21
67:3 205:15
**finger** 60:8
60:17,18,19
**fingers** 59:7
59:23 62:20
**finish** 10:13
10:13 102:7
**fire** 161:18
162:12
**firm** 16:11
23:6
**first** 6:21
12:10 28:10
28:11,13,13
28:15 30:9

30:10,12,17
30:18,19
31:8,12,16
31:16,20
32:3 36:6
65:9,13,19
66:13 93:20
99:8,9,9
103:7 114:1
114:2
161:20
164:8 174:2
174:2,7
182:11
186:9,14,18
187:19
210:6
211:23
212:16
213:2,4,18
215:18
228:21
234:8
**fist** 121:18
168:4 175:8
175:10,11
175:13,14
**five** 24:2
34:24 35:1
35:1,2,2,3
35:22,22,23
36:7,7,16
36:17,19,21
58:1,1,3,3
108:15
116:15,15
116:17,19
122:24
125:2,2
127:14
128:20
129:19
130:13
131:7 169:8
169:13
172:15,18
172:23,24
176:4
180:18
198:8
**fixing** 158:21

flap 79:14
  80:7 81:19
  81:20 82:9
  82:10
flipping 19:6
floor 57:4,6
  58:12,15
  106:2 172:2
  194:20,22
  195:13
  201:17
  206:23,24
floors 33:16
fluid 136:20
focus 32:8
focused 38:8
  71:22,24
folder 81:8
  81:10 82:1
  82:2 225:10
  225:11
folks 16:11
followup
  232:12
food 19:19
  53:18 80:8
  80:10,11
foot 56:4
  81:6,10
  176:23
footage 77:19
football 51:6
footprints
  174:22
  175:3
force 54:7
  171:12
forced 231:15
forcing
  231:23
  232:1
foregoing
  233:2
forehead
  60:13,14,16
  60:20
forget 22:23
  61:12 95:1
  107:23
  161:15
  162:12,14

170:9 178:6
196:22
206:2
208:17
224:23
225:16
forgot 14:12
  22:12,13
  64:12 73:7
  156:11
  161:17
  202:16
forth 19:6
  42:15
forty 195:24
forward 43:9
  100:4
four 15:8
  19:18 23:18
  24:2,15
  34:24 60:22
  78:8 87:19
  87:21 107:9
  107:19,21
  108:17
  148:21
  162:23
  195:21
fourth 194:20
  194:22
  195:13
foyer 32:20
fracture
  152:6
fractured
  113:7
frame 18:10
  30:22 31:19
  32:5 37:12
  130:11
  219:15,16
frames 48:11
free 27:21
freeze 137:2
friday 28:3,3
  30:16
fridays 28:11
front 28:24
  43:7 56:14
  78:9,12,14
  92:12

101:20
171:22
173:5
196:20
198:5,6
229:22
fuck 121:9
full 6:21
  30:12,14,18
  30:20
fun 141:3
funny 141:15
  222:9
further
  234:15,18
future 6:7

G
gang 56:24,24
  57:1 58:10
gear 50:5,6
ged 26:4,5
general 70:2
gerard 48:22
germil 23:1,1
  23:1,3,4
  24:3,4
getting 12:3
  14:6 23:17
  70:21 78:23
  79:4 82:23
  95:5,6
  99:14
  102:21,22
  108:19,20
  113:21
  114:8
  120:14
  124:20
  134:21
  135:1,14
  157:1,13,15
  169:24
  173:3 180:4
  198:1 214:2
  216:24
  220:4 221:5
giant 51:5
give 19:21
  27:7 33:12
  36:20 41:11

64:20 68:13
72:2 78:10
80:15,18,21
82:6 85:16
113:15,17
121:6
134:22
136:19
137:23
138:12
147:8,11
152:11,12
162:16,17
163:14
169:11
181:3 185:7
185:8
216:22
217:3 218:4
218:8,8
given 68:16
  189:3 209:4
  213:14
  233:5
gives 140:22
giving 19:17
  89:6 140:6
  140:24
glass 48:5,7
  48:10 81:1
  82:8
glasses 212:5
gloves 159:2
go 6:1 7:24
  9:14 10:14
  12:6 16:2,4
  25:20 26:6
  32:7 38:13
  38:14 41:1
  41:9,14
  45:7,9,12
  45:22,23,24
  46:1,1,2,4
  46:6,11,12
  57:20 58:19
  58:19 71:7
  71:21 73:16
  87:9,10
  94:14 95:23
  114:10,11
  115:20

117:7 121:3
121:4 122:2
123:15
127:16
128:6,8,9
133:16
148:6
167:13,13
181:18,18
181:19
185:17
186:13,17
186:17,18
187:16
188:6,9
203:5,21,22
203:23
204:1
210:20,24
211:14
212:16
226:11
229:2
god 117:18
  176:7 202:8
goes 35:8
  41:21 43:20
going 7:24
  16:9 17:5
  28:22 30:8
  33:18,18,18
  33:19,19,24
  34:1,24,24
  35:1,3 36:6
  38:14 44:3
  47:7,9
  53:21 64:7
  73:18 74:13
  74:20 82:4
  85:15 100:3
  100:4 102:3
  104:24
  106:7,10
  109:5,13
  112:18,18
  113:10
  118:20
  121:21
  128:21
  139:11
  144:11

| | | | | |
|---|---|---|---|---|
| 149:3 | 106:13 | **grinding** | 178:14,24 | 161:22 |
| 154:10 | **grabbed** 54:2 | 147:6 | 179:2 | 162:8,11 |
| 157:24 | 54:5,7 56:9 | **groin** 212:3 | **group** 32:15 | 163:23 |
| 160:3 | 56:13,15 | **ground** 57:17 | 32:19 40:15 | 170:8,12 |
| 169:14,15 | 57:12,13,16 | 57:19 58:13 | 47:18,18 | 180:6 |
| 177:2 | 58:6,20,22 | 58:21,23 | 49:12,14 | 193:13,14 |
| 190:18 | 85:10 86:19 | 61:16 62:15 | 109:7 | 193:20,21 |
| 191:12 | 86:20,24 | 64:3 85:24 | 185:14 | 195:4 |
| 209:12 | 88:11 91:16 | 86:6 87:4,5 | **guards** 196:21 | 205:23 |
| 211:20 | 164:8 193:5 | 87:6,12,14 | **guess** 7:15,22 | 206:1,7 |
| 212:1,4 | **grabbing** | 87:15 88:6 | 26:1 37:7 | 208:20 |
| 230:2 | 91:14 | 91:1,1 93:8 | 39:14 42:21 | 222:6,7 |
| **golf** 180:7,8 | 106:13,14 | 94:24 96:11 | 45:17 51:17 | **guys** 53:8 |
| 180:8 | 106:15 | 97:14,18 | 52:14 70:14 | 62:18 65:12 |
| **gonna** 8:2,3,5 | **grabs** 87:2,7 | 99:5,13,15 | 75:21 113:8 | 112:14,15 |
| 8:16 10:9 | **grade** 25:16 | 99:16,18,21 | 125:3 | 112:21 |
| 15:11 22:23 | 26:13 | 100:1,7 | 137:23 | 118:9,24 |
| 27:6 32:8 | **graduate** | 101:4,5,6 | 142:22 | 131:21 |
| 59:8 60:1 | 25:17,19 | 106:17,18 | 147:20 | 132:1 141:2 |
| 62:21,21 | **graduated** | 106:20 | 148:19 | 141:2,8 |
| 71:21 94:18 | 25:18 | 107:3,5,7 | 165:12 | 152:23 |
| 94:20 | **great** 171:11 | 107:19 | 168:19 | 156:6 |
| 134:11,18 | **grievance** | 108:4,13,14 | 176:15 | 164:11 |
| 148:5 | 2:11 64:14 | 108:17,23 | 179:1 189:1 | 166:13 |
| 160:16 | 64:15,18 | 109:6,19 | 189:2 | 185:13 |
| 161:17 | 65:10,15,21 | 110:11 | **guessing** | 204:4 |
| 162:12,14 | 66:1,2,4,11 | 112:7,8,12 | 75:19 80:13 | 205:12 |
| 162:16,17 | 66:13 67:13 | 115:21,24 | **gun** 197:21 | 230:4 231:3 |
| 169:11 | 67:18,19,20 | 116:10,17 | 200:24 | **guzman** 229:22 |
| 170:8 174:4 | 67:21 68:8 | 120:12,15 | 204:11 | 229:23 |
| 178:6 | 70:3,5,6,9 | 122:12 | **gurneys** | **gym** 42:16,17 |
| 185:21 | 71:14 72:4 | 123:11,15 | 169:16 | |
| 206:2 | 72:12,15 | 123:16 | **guy** 22:14,14 | **H** |
| 208:17 | 137:11,21 | 124:4,10,14 | 22:17 48:15 | **habit** 8:17 |
| 211:5 | 138:5 | 124:22 | 49:4 50:21 | 10:7 78:23 |
| 214:13,13 | 140:11 | 125:1,9 | 51:4 53:10 | **hadnt** 69:23 |
| 214:16 | 185:16 | 127:9 129:8 | 54:16 58:8 | **hair** 51:19 |
| 216:10 | 186:21 | 129:14,16 | 59:1 63:2 | 162:2 |
| 224:23 | 187:4,7,8 | 147:7 165:9 | 76:13 | 205:24 |
| 225:16 | 187:13 | 167:14,15 | 103:14 | 206:2 |
| **good** 11:8 | 188:7 | 171:5,7,9 | 108:24 | **haircut** 51:21 |
| 56:21 | 190:19,24 | 171:11,17 | 112:23 | **half** 17:2 |
| 143:11 | 191:11,13 | 171:21 | 119:1 | 20:17 23:22 |
| 158:10 | 204:24 | 172:6,13,15 | 136:19 | 28:10 35:14 |
| 160:17,19 | 220:3,23 | 173:1,8,9 | 137:4,7 | 87:20,21 |
| 160:19 | 221:2 | 173:15,17 | 139:18 | 158:8 |
| 219:22 | **grievances** | 173:18,24 | 148:5 | **hall** 40:7 |
| **gotten** 167:17 | 11:16 66:21 | 173:24 | 149:21 | 126:18 |
| **grab** 56:11 | 68:21 | 174:12,16 | 153:1 155:4 | 228:21 |
| 91:8,18 | 113:16 | 176:4,21 | 155:16,22 | 229:2 |
| 99:16 | 186:3 | 177:16 | 156:3 | **hallway** 43:21 |

45:10,14,20
45:23 46:5
47:20,21
55:1 119:14
120:23
121:23
122:1,22,23
123:1,11,16
123:22
125:13,16
125:18
126:4,8,15
127:5,11,13
127:16,19
127:23
128:17,18
128:21
129:4,5,17
130:13,23
131:4,4
132:1,7,16
132:20,24
133:3,6,13
142:19
169:15
179:18
180:24
**hand** 43:8,13
59:4 93:4
175:8
**handcuff** 41:8
44:17
**handcuffed**
98:1 109:21
118:17,18
123:14
154:14
157:8 160:9
160:10
177:14,17
177:19
**handcuffing**
41:6,7 55:2
**handcuffs**
109:22,23
118:14
160:8,21
161:1
164:10
166:5,10,18
166:22,23

167:3
168:17,23
**hands** 57:18
57:21 59:16
59:17,18
60:5 68:21
79:21
118:13,16
118:18
157:9
160:19
161:2
**handwritten**
211:9
**hanging** 120:1
130:24
**happen** 8:2
69:15 194:5
**happened**
30:20 62:15
65:15,23
117:20,22
130:9
136:16
152:13
193:23
196:23
202:9
208:11
229:24
**happening**
75:2 108:8
**happens** 48:13
56:7 68:16
68:24 69:10
69:17 84:23
116:20
117:13
122:1 134:3
142:5
144:10
147:17
150:8 151:7
152:17
153:20
154:11,22
156:24
160:6 169:1
171:2
177:13
178:14,18

179:3,9
200:21
202:5,23
203:20
**happy** 15:23
140:18,21
**harass** 194:15
197:20
202:14
**harassed**
202:17
**harassment**
66:4
**hard** 63:4
99:20
106:17,19
148:20,21
165:20,21
166:1
172:10
173:21
**harlan** 26:7,8
26:9,9,11
**harm** 132:23
**harwood** 18:20
**hasnt** 6:13,14
**hat** 162:3
**hate** 10:8
**havent** 167:17
**head** 59:24
60:12,14
98:16,17,17
98:18,19
99:4,15,16
99:24,24
100:2,3,5,6
100:8,15
101:17,18
101:22
102:15,15
102:18,20
102:21,21
108:3,16,21
173:4,5,6,7
174:13
175:5,6,12
175:15,17
**health** 6:6
184:21
**healthcare**
217:10

231:15
**hear** 113:4
117:14,15
184:16
225:1,2,3
**heard** 83:23
84:4 85:1
117:5,8
154:20
181:5 224:1
224:2,3
**hearing** 154:9
**heat** 83:10
**hed** 201:18
**heel** 193:6
198:20
200:5,5,20
200:21,22
200:22
**height** 50:19
155:17,23
**heights** 18:20
**held** 16:6
18:12 82:2
104:18
122:14
167:1,12,12
201:23
202:1,10,24
203:17
**help** 7:16
69:24
113:15,17
117:18,19
119:2,2
139:1
144:12,20
144:22
185:10
189:12
197:2,3
207:24
217:20
218:24
221:14,24
222:10
223:22
224:13
226:2
227:23
228:10

**helped** 197:1
226:21
**hempfield**
145:5 170:2
170:3,4,16
**hereinabove**
233:6
**heres** 190:8
**hereto** 233:4
234:20
**hes** 15:14
60:20 92:3
92:10,14,14
112:23
116:21,21
116:24
137:4,7
139:18
141:4,6,13
148:4,16
149:22
152:14,15
152:16,16
155:22
159:10
160:17,19
161:6,20,22
161:23,24
162:10
164:13
167:12
168:4,4,8,9
168:19,19
168:20,22
193:13,14
193:20,21
193:22
200:13,17
200:17
201:10,11
201:17,17
201:22,24
204:15
205:24
206:1,5
221:22
222:4,6,7,8
222:8,9,15
225:4
**high** 25:17,18
25:23 26:6

26:7,11
81:6,10
87:18,21
**highest** 25:14
**highly** 16:9
**hill** 1:5,12
3:5,11 4:3
5:10,16,21
6:20,22,23
6:23,24
27:13,21
48:22 75:16
229:19
230:16
233:1,10,21
234:7
**hills** 81:9
**hispanic**
222:4,6,7
**history** 138:9
185:16
**hit** 91:10
94:2,8,10
94:20 95:17
99:1,18
103:9,11
104:6,7
106:17
162:19,21
163:15
165:18
168:2 169:8
169:13
175:7,9,11
175:14,17
**hits** 166:20
**hitting** 88:2
99:2 100:5
107:5
112:11
124:15,22
163:24
171:5
172:10
**hold** 16:1
28:18 29:24
58:7 100:18
100:18
136:7,9,9
174:8
175:23

182:14
183:2,3
195:10
199:18
201:4,6
211:4
230:23
**holding** 81:10
82:2 105:12
118:22,24
119:1,2
122:16,17
123:13,13
126:22
129:9,11
130:18
135:12
153:15,16
153:17
163:22,23
163:24
164:2,3
165:7 166:7
166:9,17,21
166:22,23
167:3 168:3
168:5,7,8
168:11,12
168:16,20
168:21
172:11
201:2
**hole** 47:23
113:18
206:14,15
206:16
207:1,3,4
207:12
208:5,7,8,9
208:18
209:2,2,7
209:11,12
209:18
210:3,7,8
212:19
217:4
227:17,18
**hollering**
97:22
108:11
110:5 122:6

122:6,7,8
**holmes** 6:4
152:21
153:4 155:2
155:21,22
156:7,9
158:20
178:23
182:15
**home** 24:14,21
25:8
**homes** 25:5
**honorable** 1:8
3:8
**hope** 72:2
200:23
**horizontal**
37:10
**horrifying**
111:3
**hospital**
144:24
146:11
183:24
**hour** 23:14
**hours** 3:13
24:20 158:8
**house** 18:16
19:18
**housed** 190:1
206:13
207:5
227:14
**houses** 19:23
**housing** 33:3
**huddled** 153:8
154:7
**hugh** 6:4
**huh** 50:22
51:6 56:19
56:24 57:2
117:21
157:14
177:24
230:12
**hundred** 19:16
19:17,18
**hurt** 7:7
129:23
130:3
**hurting**

122:10
157:18
**hypothetic...**
133:9
**hysterical**
108:7
128:15
130:8 182:7

---

**I**

**ice** 83:17
134:23
136:20
138:11,13
138:20
139:3 140:7
140:19,23
140:24
142:2,6,7
144:1 145:8
**id** 19:21
24:23 39:3
114:16
**idea** 30:20
141:16
187:21
214:23,24
216:5
225:17
226:6,9,10
226:14
227:3,4
228:12,15
228:20
230:13
**identifica...**
27:10 29:17
185:19
**idoc** 11:20
189:23
190:11
192:8
**ignore** 85:14
**il** 1:17
233:23
234:24
**ill** 6:1 8:13
8:20 9:7,17
10:13 15:22
15:23 27:19
29:14 61:12

121:9 177:5
177:7
184:18
196:22
**illegal** 13:19
**illinois** 1:2
3:2,15,16
3:19 4:4,6
6:16 234:5
234:6
**im** 7:15 8:1,3
8:16 10:9
10:10 12:8
12:16 13:4
13:5 14:23
15:11 17:4
18:8,10
27:6 29:1
30:1,6,21
31:18 32:4
37:2,2 39:8
43:4 47:3,6
47:9,9
48:23 49:5
58:9,10
59:8,8,24
59:24 62:21
62:21 64:1
65:1 67:11
67:12 68:20
68:21 70:8
72:10 75:7
78:21,24
80:13 83:17
84:2,3,3,4
84:5,11
87:15,19
88:7 92:1,3
92:24 93:3
95:5,6 96:9
96:12,12,12
96:22 97:15
99:7 100:11
100:20,23
102:13,17
103:10,15
104:2,4
108:2,6,10
108:10,11
108:12,20
110:4,4,5

110:14,14
110:20
111:2,6,22
112:18,18
112:18
114:6
116:13
117:2,7
122:5,9,18
124:10
129:21
130:10,21
134:16
135:13
139:7,7,7
147:1,22
148:22
149:7,7,15
149:15,15
150:3,3,3,4
151:10,10
151:10
152:13
157:9,23
159:18
160:7,10,13
160:15,16
160:17,20
162:18,19
167:7 169:4
169:11
171:3,7
172:11
174:4
175:24
176:7,7,8,9
176:10,14
176:14,14
177:3,4,19
180:9,15
183:2
184:12,14
185:21
186:17,21
187:19
188:9 191:9
194:9 196:1
201:19
202:19
203:4,5
204:16

207:17
211:5
226:18
227:2 230:9
232:11
**immediately**
43:8 123:7
125:6
**important**
8:15 10:6
83:2
**incarcerated**
29:6 67:24
**inches** 81:3
81:14 82:5
82:6
**incident**
64:13 65:22
71:12,15
72:5,17,19
76:10
182:11
205:1
208:10
**incidents**
185:24
187:8
192:22
**include** 58:5
**including**
61:2
**incorrect**
17:18 74:14
74:22 120:8
136:13,14
152:7,8
**index** 2:1
60:16,19
**indicate** 83:5
**indicated**
64:1 72:21
73:3 76:4
104:24
105:3
**indicating**
35:15 43:7
101:19
**influence**
10:18
**information**
12:8 13:7

137:24
216:6
**informed**
226:15
**initial** 70:9
**initially**
51:13 121:6
164:6 174:6
**injuries**
88:14 90:12
182:10
183:24
184:8,24
**injury** 182:19
182:20
**injustice**
197:4
**ink** 187:17
**inmate** 66:21
190:11
**inmates** 41:3
41:4 46:2,4
46:15 55:16
61:3,22
195:17,17
195:18,19
195:20,24
224:7
**inserted**
89:19
**inside** 74:8
82:15 92:10
169:15
181:22
**inspections**
223:5
**instance**
88:16
**instructs**
9:11
**interaction**
225:22
**interchanging**
40:11
**interested**
234:20
**interlock**
32:20 33:3
33:8,14
38:6,10,17
39:12 40:11

40:12,13,17
40:20,23
41:11,13,15
41:16,17
42:4,12,13
43:22,24,24
44:7,19,24
45:18,21,22
46:11,14
47:16 54:17
55:3,5 56:4
56:17 71:18
125:13,17
125:19
126:21,23
126:24
127:11
128:10
**interrogated**
195:8
**interrogating**
196:7,7
**inventory**
20:2 21:17
22:7 23:23
**inventorying**
20:2
**involve** 7:14
191:18
**involving**
205:2
**inward** 166:18
**issue** 67:23
71:15,16
72:4
**issues** 226:16
228:6
**itd** 33:19
**item** 22:3
**items** 74:2
**itll** 175:20
**ive** 10:2 17:5
27:6 35:11
56:2 79:1
97:22
108:10
110:3 117:2
130:21
174:8
175:21
178:7

182:23
184:5,6,13
185:13
213:7
215:19

---
**J**

**jail** 11:21,22
16:24 17:10
17:11,12,15
17:19 18:4
18:13 20:9
21:15 23:20
24:6,12
29:7,12
38:13 64:14
64:16 65:10
65:14 68:22
70:5 140:3
140:4 185:9
207:11
**james** 6:3
**january** 27:18
28:1,6,6,7
28:12,14,15
29:8 30:10
30:12,16,17
30:18,20
31:8,17,21
32:3 191:14
192:15,19
193:9,10
205:1
**jersey** 175:4
**job** 7:16 11:3
22:12,13
26:16,17
150:4,4,5
151:11
**jobs** 21:13
22:6 24:10
24:16
**jones** 156:1
**judge** 1:8 3:8
8:10 229:22
230:5,21
**judgments**
13:6
**july** 15:21
**jump** 121:4
148:22,22

| | | | | |
|---|---|---|---|---|
| **jumping** | 112:12 | 106:16 | 74:24 75:1 | 167:2,7,10 |
| 121:22 | 125:5,8 | 112:17 | 75:3,4,5,9 | 167:11 |
| 124:11 | 167:14 | 116:5 | 75:11,17,17 | 168:10,20 |
| **justice** 230:3 | 172:4,5 | 189:16 | 75:23 76:1 | 170:6,7,11 |
| | 174:20 | 211:12 | 76:1 77:13 | 170:23 |
| **K** | **kidney** 91:11 | 213:13 | 77:15 81:18 | 172:10 |
| **k** 75792 190:11 | 93:19 94:10 | **knees** 184:4 | 84:2,6 85:8 | 173:19 |
| **keep** 9:18 | 95:9 97:13 | **knew** 66:13 | 85:9,15 | 175:18,20 |
| 15:23 40:11 | 101:2 173:4 | 76:24 | 90:11,12 | 176:1,16 |
| 42:1 79:2 | **kidneys** 95:18 | 113:17 | 93:2 94:6 | 177:6,8 |
| 124:11 | 183:7 | 144:23 | 94:14 95:12 | 180:5,22 |
| 142:15 | 189:15 | 146:1 | 95:12 96:18 | 181:5 183:1 |
| 185:7,10 | 214:14 | 151:23 | 97:9,16 | 183:2,7,17 |
| 210:14 | **kill** 111:15 | 194:15 | 99:2 101:9 | 183:17 |
| 217:11,13 | 122:10 | 197:2,3 | 101:12,13 | 184:13,14 |
| **keeping** 130:3 | 129:24 | **knives** 73:23 | 102:3,6,16 | 184:15 |
| **keeps** 210:11 | 181:18,18 | **knocked** 61:17 | 103:4,10 | 186:1 |
| **kept** 11:17,18 | 181:19 | 99:3 165:23 | 108:6 109:1 | 187:22 |
| 11:19 60:15 | **killed** 140:2 | **knots** 175:21 | 112:11,14 | 188:8 189:3 |
| 68:19 69:20 | 140:6 | **know** 7:16,16 | 112:15,16 | 196:7 201:9 |
| 107:5 108:2 | **killing** | 7:17 8:17 | 119:9 | 201:13,18 |
| 111:4,4,5 | 111:20,20 | 8:20,24,24 | 131:24 | 201:18 |
| 113:16 | 112:4 | 10:24 11:3 | 134:11 | 202:18 |
| 130:2 146:3 | **kim** 1:17 3:16 | 12:6,16,18 | 136:7,24 | 204:19 |
| 150:2 | 5:4 233:23 | 13:6,7 | 138:2,6,15 | 206:17,22 |
| 159:22 | 234:2,24 | 14:11,13 | 138:24 | 207:9,9 |
| 162:20 | **kind** 9:14 | 20:20 21:4 | 139:23 | 208:3,5,6 |
| 169:10 | 12:7 19:6 | 22:24 24:19 | 140:2,3,21 | 208:12 |
| 176:8,13 | 20:4 33:12 | 26:2,3 28:5 | 141:2,19 | 209:23,24 |
| 177:4,6 | 35:14 47:13 | 28:22 30:3 | 142:17,23 | 210:11,16 |
| 179:4 180:4 | 61:21 73:23 | 30:7,12 | 143:12 | 210:16,18 |
| 209:6,10,17 | 74:16 83:2 | 31:2,3,3,4 | 145:8,18 | 212:13 |
| 210:2 216:8 | 87:18 88:7 | 32:8 37:2 | 146:17 | 217:7 219:9 |
| 216:9 224:9 | 124:18 | 39:14 42:17 | 149:19,20 | 223:8 224:1 |
| **key** 82:12 | 134:10 | 44:17 47:1 | 149:20,24 | 224:2,3 |
| **keys** 184:17 | 142:2 | 49:3 50:1,3 | 150:4 | 225:18 |
| **kicked** 98:22 | 155:13,17 | 50:9,10 | 151:11 | 226:3,13,18 |
| 108:19,20 | 156:16 | 51:18,23 | 152:13 | 226:19,19 |
| 109:18 | 158:21 | 52:1,3 | 153:8,22 | 226:20,22 |
| 110:16 | 165:23 | 54:24 55:20 | 154:8 | 227:7 228:8 |
| 111:23 | 173:20 | 57:11 63:1 | 156:11 | 228:10,16 |
| 112:7 | 185:2 | 63:2,10,11 | 157:10 | 228:19 |
| 115:22,23 | 197:21,21 | 63:14,15,16 | 159:11,18 | 229:3 |
| 116:10,16 | 204:14 | 64:8,9 | 159:18 | 230:14 |
| 172:17 | 206:2 | 67:22 68:4 | 161:9,9 | 231:2,4,6 |
| 174:20,24 | 209:20 | 69:17,17 | 162:4 | **knowledge** |
| 175:1,5,6 | **kiss** 137:12 | 70:7,10,24 | 163:20 | 31:7 149:1 |
| **kicking** | **kissed** 159:5 | 71:1,3,6,21 | 164:3,4,5 | **known** 33:10 |
| 108:18 | **knee** 89:3,6 | 72:2,10,11 | 164:12,13 | 228:22,23 |
| 111:4,8,16 | 89:16,17 | 72:12,14 | 164:14 | **krista** 38:20 |
| 112:1,1,3 | 90:4,9,17 | 73:13 74:23 | 166:13,16 | |

**L**

lacerations 184:3
lack 69:12
lacy 6:6
136:19
137:1,3
138:9,12,21
139:2,2
140:5,7,8
140:16,17
140:22
141:11,22
143:22
148:6,11,24
149:2
ladies 131:12
131:14,16
lady 62:5,5
145:11,15
146:2
150:19
170:4
196:22
ladys 145:10
laid 33:13
84:6 85:8
176:6
land 87:23
88:9 171:21
landed 87:24
171:22
lapse 125:7
laramie 23:7
larynx 56:13
late 28:6
65:16 67:6
155:20
214:22
latino 150:19
155:16
162:1
laughed
141:21
laughing
141:15,16
141:18
law 16:11
38:3,14
41:1 54:20

230:2
lawful 5:11
lawsuit 8:5
8:12 27:17
29:7 72:20
73:4 192:15
231:9,19,22
231:23
232:3
lawsuits
229:14,15
232:5
lawyer 9:5
231:2
laying 76:7
83:8,22
84:2,4
85:14 100:1
100:6 106:3
120:11
124:5 177:3
layout 39:19
83:3
leak 138:16
leaking 142:5
leaky 142:7
leapt 197:11
learn 52:7
65:9 66:1
leave 45:21
45:22 84:9
84:12 210:7
left 16:24
17:18,21
33:20 42:5
43:11 55:24
88:5,6,8
89:1,5,5,12
89:14 90:22
91:2 92:6
92:14 93:19
94:9 104:23
106:14
118:23
150:23
156:21
181:23
182:3,19
183:7
189:16
210:7

leg 88:16,17
89:5,12,14
90:22
108:11
110:24
111:1
112:23
113:2,7
114:23
116:21,22
116:24
117:6,11,12
119:2,4
134:23
136:22
150:24
151:4,19
183:8,8
189:16
legal 14:16
81:8,10
82:1,2
225:11
legs 97:23
106:15
110:4,8
117:2,9
119:1
150:23
160:11
175:1 178:9
178:11
184:6
length 92:21
92:24
leon 6:5
level 25:15
105:20
lewis 6:12
32:14 52:6
52:8,13,17
53:5 55:6
57:7,18,21
58:17 59:11
60:24 61:2
61:7 63:17
71:13,18
76:6,10
83:20 87:1
90:24 92:7
92:8,16

93:10,16
94:18 96:2
96:16,24
97:13 101:2
103:6,10,12
103:14
112:17
116:5 121:5
121:13,18
132:1,6
147:19
148:4,14
149:3,14,22
150:7,13,14
150:16
151:9
152:10,14
153:6,7,14
153:15,20
154:3,4,5
156:5
158:16,18
182:11
192:16,21
196:4,6
197:20
198:10
201:7,9,21
203:14
204:5,9,10
205:2
library 38:3
38:14 41:2
54:20 230:2
lieutenant
135:18
141:11
193:2,3,4
193:14
197:12
199:8 206:3
lift 107:2
108:3
lifting
108:16
limited 90:16
limp 90:19
limped 198:18
200:2
lindbergh
197:1

line 29:23
102:7
139:12
lineman 51:6
lines 11:15
14:18
link 19:22
little 7:23
12:6,8
16:22 25:13
30:24 43:9
43:13 47:12
50:22 58:3
58:9 77:23
78:12,14
80:12,20
81:1,16,20
82:17 95:23
96:13
127:10,21
139:11,12
161:23
162:10
177:23
178:1
184:17
186:4,10
194:5
204:12
205:17
219:9 222:3
live 15:15
77:16
lived 18:14
living 18:15
33:3
local 6:10
located
194:17
206:16
locations
19:10,12,14
21:24
lock 168:20
lockdown
211:24
212:15,19
229:2
locked 20:9
21:15 22:9
23:17,20,24

Page 252

24:6,11
**long** 7:21
17:3,12
19:5 20:7
20:11 22:5
22:7 23:16
23:19,23
24:5 35:23
36:14 40:10
40:13 57:21
70:1,3,22
71:6,9 77:1
77:4 92:20
97:17,18
108:13
115:23
116:9,13
126:10
127:12
146:11
158:12
169:3
172:13,21
183:4
203:17
**longer** 78:12
78:14 144:6
**look** 27:21
29:18 67:7
74:2,3,9
77:15 79:8
80:22 82:14
82:16,17,20
115:8,9
137:3
152:24
159:23
161:21
162:11
185:20
186:2,16
187:17
219:22
**looked** 11:10
34:14 49:4
49:18 56:23
57:2 72:1
77:13,15,17
77:17
115:12
138:15

141:20,21
150:19
155:6,12,13
155:16,19
156:3
159:22
161:24
162:6 181:5
181:6
207:22
213:13
214:13
222:15
224:4,5
**looking** 28:24
32:14,18
40:14 47:19
48:12,14,23
49:5,10,13
49:16 64:7
73:22 93:10
95:15
130:24
142:17
157:5,23
159:21,23
160:1
191:21
202:11
220:22
**looks** 29:1,2
66:19,20
67:5,12
69:8 186:20
186:21
187:16
188:7 189:8
189:19
190:9,18,23
190:24
191:4,12,14
191:24
193:21
206:1,5
220:12,19
221:7,15
222:4,6,7
**loosen** 160:16
160:21
**lorraine**
216:23

228:24
**losing** 138:6
**lost** 102:11
168:1
**lot** 98:9
106:12
123:2,2,3
131:6,8,23
146:17
161:23
169:5
184:13,14
195:21,22
196:2 205:5
212:13
224:7
**loud** 135:15
160:22,24
187:11
**low** 154:10
156:22
157:1 222:9
**lower** 80:20
**lshape** 33:17
33:18,19,22
34:7 35:4,4
35:6,14
36:7,7 44:1
**luckily** 69:20
**lumps** 175:18
175:19
**lunchtime**
194:6
**lunge** 121:12
**lunged** 95:16
95:17

_____
M
**machine** 148:1
149:5
**madison** 23:7
**mail** 28:17,22
**mailed** 28:19
28:21 188:8
189:22
191:24
192:7
221:11
**making** 13:5
141:3
**man** 39:10,10

52:23,24
54:24 56:19
57:1 58:8
58:10 83:17
98:8 107:8
108:10,11
110:3,14,19
111:3,5,20
112:1 122:6
122:9
129:21
130:2
135:13,14
137:5
146:13
148:20,20
148:21
150:3,3,5,5
151:10
156:13
157:17,18
157:24
160:7,7,15
160:18,20
161:1,17
162:23
174:4 176:7
176:9,10,14
176:19,19
177:4 179:5
180:9,10,10
180:12,13
180:15
181:19
189:5
200:23
**management**
23:9,10,11
**manisha** 214:8
214:19
**march** 190:2,3
221:13
**marice** 29:23
221:21,22
222:1,3,18
222:19
223:1,7,15
223:16,17
223:23
224:12
225:22

226:6,11,15
**mark** 29:14
187:6
208:21
**marked** 16:9
27:7,10
29:17
185:19
**marking**
187:17
**marks** 178:7
184:5,7
186:10
**marmol** 6:5
205:19,20
205:22,23
206:4,5,11
209:14,16
215:2,4,15
216:6
217:16
218:14,21
219:2 220:3
226:7,10,14
**married** 15:3
15:5
**mary** 196:24
**mashing**
107:24
108:1
**matter** 5:24
7:16 71:5
80:14 120:3
169:18
176:20
**mattress** 74:3
**mausoleum**
77:16 78:7
84:3
**mausoleums**
77:17
**max** 73:12
**maximum** 41:8
73:9,10
**mcdonald** 19:3
19:4
**mckinley**
195:3
**mean** 61:17
65:1,13
67:11 90:12

115:9 118:8
119:17
120:11
139:4 148:2
154:3 160:1
160:2,21
215:16
216:12
means 83:23
187:21,22
216:13
meant 53:15
measurements
78:11
medical 20:23
20:24 66:5
90:8 113:6
138:7
144:18
151:22
152:5
192:19
193:24
194:1,7,9
194:17,19
195:12
209:18,21
210:6,9,20
210:22
211:15
215:5,21
216:7
217:11,12
217:18
218:23
220:4
223:20
224:13
226:11,15
227:22
228:6,17
229:5
231:15
medicated
185:8
medication
10:21 185:8
medicine
80:15,16
185:7
216:22

medium 73:9
206:9
meds 183:21
member 68:5
memory 11:14
mental 184:8
184:21
mention
202:17
219:12
mentioned
50:10,11,13
72:6,7
152:2
226:22
233:6
merchandise
20:3 22:1
merits 12:17
messed 115:13
181:11,14
183:1
messes 184:17
mexican 22:14
22:17
mf 137:12
mid 51:17,18
155:13
162:6
midback
163:15
middle 31:13
33:21 34:2
34:7,17,18
34:20 37:15
37:17 41:17
41:22 43:18
44:12 45:6
45:9 46:6,8
79:12,24
80:1,1,20
105:8,13,15
106:1 126:5
126:24
127:4,10
128:10
222:7,15
midway 188:14
mike 6:3
mile 146:14
mind 71:22,24

79:2 130:11
minimum 73:8
minute 104:20
125:10
126:11
127:24
130:13
145:6
227:16
minutes 40:16
108:15
116:15,15
116:17,20
121:1,2,24
122:21,24
125:2,2
127:14
128:20
129:20
131:7 144:9
144:11
145:3 146:8
158:14
160:3
172:16,18
172:24,24
176:4
180:18
misdemeanor
14:15,18
misery 181:20
misreprese...
43:4
missed 213:12
misuse 13:15
13:21
mobile 21:9
mom 19:13
26:3
moms 18:16
money 19:10
month 24:15
24:17,21,22
28:4,11
30:13 70:17
monthly 19:15
months 17:2,5
17:13 24:2
24:9 113:13
183:18
204:4

210:23
mood 184:15
moral 14:16
morning 32:23
37:23 39:1
mother 176:9
177:5,7
motherfucker
137:13
motion 63:13
motioning
59:4
mouth 50:9
59:21,22
60:3 107:13
115:14,16
142:13
143:4,16
163:2,2,3,4
180:23
move 10:4
47:12 72:18
124:19
159:24
168:12
205:17
moved 43:8,13
movement
38:12 90:16
moving 124:13
124:18
220:2
221:20
227:8
mri 189:14
mt 21:2
murder 207:7
207:11,14
musclebound
161:22
162:3,4
muscles
161:23,23

___N___

name 5:23
6:21,21,22
20:11 21:4
22:14,24
23:1 38:17
39:2 48:21

48:22 51:23
52:1,4,6,8
53:5,13
63:5,8,12
63:16,22
76:18,19,20
76:20,23
109:1,2
116:6
131:24
133:5,10
145:10,11
145:14
170:6,7,8
187:5 195:3
196:24
207:23
215:8,9
219:23
229:17
named 5:18
22:14 195:3
195:4
names 14:10
39:4 132:5
134:10
170:23
215:11
217:7 219:1
narrow 30:22
nasty 130:21
137:23
nature 11:10
73:24 231:9
231:11
near 20:23
42:5 61:10
61:11 105:8
196:20
neck 54:3,5
56:10,11
57:8,10
106:16
112:17
116:6
162:13,19
163:22
164:3,3
166:21
168:3,5,7,8
168:12

173:4
175:22,23
176:1 182:6
182:16,19
182:20
183:2,3,5,7
**need** 11:5
12:18 13:6
13:7 16:13
30:3 66:16
66:17 148:5
189:14,15
208:2
209:17
215:5,8,21
218:23,24
218:24
219:15
227:22
**needed** 137:14
137:14
138:7
209:21
230:3,12
**needs** 16:13
**neither** 204:9
234:15
**never** 22:23
61:12 69:18
70:10,10
71:3 74:23
74:24 90:8
114:16,17
114:18
127:21
138:20
151:17,17
151:17
161:15,17
162:12,14
170:8 175:6
178:6 186:6
186:7
189:24
190:15,17
190:17
192:2,5,5,8
192:10
196:22
206:2
208:17

209:3
211:14
215:23
221:19,19
224:23
225:16
**new** 153:21
200:24
201:19,19
202:4
**nice** 196:24
207:24
**nick** 6:8
**nigger** 139:22
**night** 212:2,4
**nights** 18:19
18:20
**nine** 49:18
66:7,7,9,12
66:15
105:18,23
109:8
**noise** 117:8
**normal** 109:11
**northern** 1:2
3:2
**nose** 106:17
106:22
107:13
115:1,3,8
115:13
142:8,14
143:3,16,23
182:16,16
182:17
183:5,20
189:16
**notary** 233:17
**notes** 11:17
11:19,19,20
11:22,23
211:9 214:1
234:13
**notice** 5:22
**noticed** 40:14
**november**
32:12,13
33:4 64:13
71:11,17
72:5,17,19
73:17 74:20

74:21 76:5
76:10 90:5
90:17,20
113:24
114:15
139:8
140:13,15
185:24
187:9
191:18
192:22,22
206:10
209:13
215:12,15
215:16,23
217:16,24
218:2,15
219:3,3,4,7
219:21
220:13
221:20
222:18
225:23
227:8,12
228:14,18
**number** 15:24
16:15 37:1
70:12,12
186:22
191:1,7,11
220:20
**numbers**
186:11
**nurse** 148:5
150:17
170:3 212:5
216:23
228:23
**nurses** 114:13
169:23

————————
O
————————
**oath** 5:13 8:6
8:11
**object** 9:10
**obviously**
16:19
**occurred**
67:23
208:14
**offense** 12:12

12:19
202:21
**offenses**
12:21
**officer** 6:2,2
6:2,3,3,4,8
32:14 38:18
38:24 39:15
40:17,20
41:5 46:16
48:19 49:9
49:17 50:16
51:13,23
52:1,4,9,10
52:12,13,16
52:17,19,20
52:22 53:5
53:6,15,22
54:14 55:2
55:3,4,5
56:8 57:12
57:12,14,16
58:11,14,16
58:20,24
62:7 63:6,8
63:11,12,14
63:16,17
64:1 66:4
71:12,18
76:9 85:6
86:24 92:9
92:15,16
93:13,16
94:17,18
116:5,6
123:2 145:4
156:12
166:4
173:15
192:21,24
193:9 217:9
221:21
222:1,3,18
225:21
226:11,15
227:9,19
228:5,16
**officers** 11:4
32:15,19
39:5 40:15
40:22,23

41:5 45:13
46:16 47:18
48:1,6,9,13
49:12,14,16
49:19,20
51:10,11
53:23 54:12
54:22 55:8
55:9,10,11
55:15,18
56:8 61:1,3
74:1 75:8
75:11,12,13
75:14 76:6
83:5,6,19
83:20,24
84:19,24
88:15 90:5
90:24 97:8
97:9 106:12
106:12,15
106:16
109:4,8,9
109:10,11
109:12
119:6,9
121:5,8,13
121:18
123:3,5,20
124:1
129:19
130:5,14
131:4,13
132:10,12
132:19,23
133:3,12,19
133:23,24
146:16,19
147:14
148:15,16
149:4 154:1
158:16,23
161:4,10,11
161:13
170:17,19
181:16,22
182:2
192:15
196:8 215:9
215:11
217:6,8

| | | | | |
|---|---|---|---|---|
| 219:1 224:8 | 47:2 48:3 | 142:1 143:7 | 203:7,10,17 | 181:23 |
| **og** 57:2,2 | 49:2 50:7 | 143:14 | 203:20 | 182:2 |
| **oh** 56:18,23 | 50:18 51:4 | 144:15 | 204:24 | 215:14 |
| 57:2 117:3 | 55:4,13 | 145:5,13 | 205:8,14,16 | **ones** 39:23 |
| 117:18 | 56:22 58:22 | 146:5 | 207:1,8,21 | 96:7 97:4,9 |
| 146:13 | 64:19 65:2 | 149:10,19 | 209:3,9,12 | 112:16 |
| 151:1 | 65:7,24 | 150:15,18 | 209:20 | 132:9 |
| 160:19 | 67:10 68:1 | 151:4,6 | 210:1 211:7 | 192:23 |
| 177:21 | 69:2 70:16 | 152:1,16,22 | 212:10,11 | **open** 41:14,22 |
| 191:9 | 71:2 72:1 | 153:12,18 | 212:12 | 42:12 45:6 |
| 198:20 | 72:10 74:6 | 154:11,15 | 213:6,23 | 54:12 77:8 |
| 200:22 | 74:12,18 | 154:19,22 | 214:2,7,10 | 80:17,19,19 |
| 210:13 | 75:22,24 | 155:7,9 | 215:1,4,20 | 80:21 81:21 |
| **ohare** 20:23 | 76:22 77:7 | 157:1 | 216:5,20 | 82:13,15 |
| 20:24 | 77:11 80:5 | 158:12,19 | 217:2 218:7 | 84:9,12,13 |
| **okay** 6:24 7:3 | 80:17 82:11 | 159:1,12 | 219:2 220:2 | 84:17 85:1 |
| 7:13,19,23 | 82:14,18 | 160:14 | 220:8,10,12 | 97:6 121:17 |
| 8:9,13,22 | 83:13,22 | 162:5 | 220:22 | 128:1,5,14 |
| 9:3,4,8,12 | 84:6 85:2,5 | 165:11 | 221:7,15 | 175:8 212:6 |
| 9:13,19,20 | 85:12 86:4 | 167:17,18 | 222:5,20 | 224:24 |
| 10:5,14,15 | 86:22 88:13 | 169:12,22 | 223:3,21 | 225:5,7 |
| 11:18 12:1 | 88:22 89:6 | 170:15,19 | 225:14 | 231:4 |
| 12:14,21,24 | 89:18 90:3 | 171:8,16 | 227:6,16 | **opened** 54:10 |
| 13:2,23 | 90:19 93:22 | 172:9 173:5 | 228:1 | 85:7 128:13 |
| 14:5,23 | 93:24 95:14 | 173:14 | 229:12,17 | **opening** 225:8 |
| 15:3,9,11 | 96:14 | 174:10 | 230:7 231:8 | 225:9 |
| 15:15 17:22 | 100:22 | 175:11 | 231:11,17 | **opportunity** |
| 17:24 18:11 | 101:8 103:1 | 178:5,18 | 231:19 | 9:10 |
| 18:15 20:6 | 104:9 | 179:6,17 | 232:8,10 | **opposite** 44:3 |
| 20:21 21:1 | 105:13,24 | 180:2,11 | **old** 18:16 | **orange** 180:8 |
| 21:4,7 | 106:5 | 181:12 | 51:16 | **order** 45:20 |
| 22:16,19 | 107:10,14 | 182:18,22 | 155:11 | 127:15 |
| 23:5,8 24:3 | 108:13 | 183:15 | 156:3,7,10 | 151:1,1 |
| 24:18 25:8 | 110:6 | 186:3,4,8 | 156:18 | 202:13 |
| 26:23 27:4 | 112:11 | 186:15 | 162:5 | **ordered** 151:3 |
| 27:5,24 | 113:22 | 187:15,23 | 193:17 | **orders** 85:16 |
| 28:17,20 | 114:4,9,22 | 188:5,11 | 206:4 | 121:6 |
| 29:6,14 | 114:24 | 189:8 190:1 | 222:14 | **original** 2:13 |
| 31:5,14,18 | 117:17 | 190:4,6,8 | **older** 145:15 | 2:14 30:8 |
| 32:1,4,6,21 | 119:12 | 190:13,22 | 195:4 | 31:9 208:22 |
| 33:2,16 | 120:19 | 191:17 | **oliveharvey** | 208:23 |
| 34:2,12,19 | 127:2,6,12 | 192:6,11 | 26:18 27:2 | **originally** |
| 35:9 36:4 | 128:2,4,11 | 193:15 | **once** 16:23 | 27:17 |
| 36:10 37:16 | 128:16 | 194:10,24 | 26:3 41:14 | **orthopedics** |
| 38:4 40:4,9 | 129:10 | 195:6 197:9 | 43:16,17 | 213:15 |
| 41:4,18 | 130:1,5 | 197:10,16 | 44:5,11 | **outside** 41:13 |
| 42:20 43:2 | 134:14 | 197:24 | 46:7 56:15 | 42:18 80:4 |
| 43:12 44:2 | 136:6,8,15 | 198:2,7,15 | 58:19 69:14 | 80:6 |
| 44:4,15 | 136:23 | 200:17 | 72:6 77:2 | **outward** 41:21 |
| 45:11,15 | 138:1,11 | 202:1,7,9 | 133:20 | **owned** 25:10 |
| 46:3,10 | 140:14,14 | 202:20 | 147:17,18 | |

Page 256

| P | | | | |
|---|---|---|---|---|
| **pacing** 201:17 | **paperwork** | **paying** 19:16 | **physically** | 110:23 |
| **pack** 134:23 | 230:3 | 19:19 23:12 | 50:16 60:3 | 117:2,9 |
| 136:21 | **paramedic** | **payment** 24:15 | 82:15 91:14 | **place** 22:7,11 |
| 137:2 | 136:19 | **pend** 231:1 | 91:16 103:5 | 23:23 25:11 |
| 138:12,13 | **pardon** 74:15 | **pending** 9:2 | 107:2 | 55:8 83:3 |
| 139:3 140:7 | **part** 5:12 | 9:15,23 | 118:19 | 222:18 |
| 140:19,23 | 6:24 7:1 | 10:3 104:15 | 132:15 | 223:1 |
| 140:24 | 42:13 56:17 | 195:10 | 138:21 | **placed** 228:21 |
| 142:2,6,7 | 70:8 79:11 | 197:5 | 141:22,24 | **places** 19:20 |
| 144:1 145:8 | 80:21 86:9 | 205:13 | 145:23 | 22:8 |
| **packet** 67:5 | 86:21,23 | 230:23 | 146:8,20 | **plaintiff** 1:6 |
| 67:13 68:20 | 89:19 91:18 | **people** 39:13 | 165:12,14 | 3:6 4:3 5:2 |
| 212:6 | 151:11 | 55:17,22 | 174:16,18 | 211:8 |
| **packs** 138:20 | 168:17 | 56:3,7 61:4 | 203:14 | 233:21 |
| **page** 2:3,7 | 185:16 | 64:6 77:16 | 204:21 | **play** 42:17 |
| 27:19 28:24 | **parties** 5:22 | 77:18 | **physician** | **played** 85:8 |
| 29:4 67:9 | 234:17,19 | 147:24 | 214:9 | **playing** |
| 186:5,11,13 | **pass** 38:2,10 | 195:22 | **pick** 91:2,4 | 158:20 |
| 186:18 | 38:11,12,12 | 196:2,7 | 91:14,19 | 204:15 |
| 187:16,18 | 38:14 39:16 | 226:3,15 | 104:10,16 | **please** 6:20 |
| 187:19 | 53:9 | **period** 14:14 | 104:24 | 6:21 85:13 |
| 188:4,6,7 | **passed** 7:6 | 37:23 | 118:1,19 | 97:22,22,23 |
| 188:10 | 132:4 | 120:24 | 177:10 | 108:12,12 |
| 190:7,18,21 | **passing** 53:14 | 127:17 | 178:14 | 110:4,7,13 |
| 191:4,12,21 | 53:15,18 | 130:13 | **picked** 57:10 | 110:13,19 |
| 191:22 | 201:18 | 152:4 | 59:6 62:16 | 110:19,20 |
| 218:11,13 | **patel** 4:3 | **perkins** | 63:3 86:6 | 110:21 |
| 220:8,9,22 | 5:15,15 | 207:23 | 86:15 87:11 | 111:2,5,5,7 |
| 220:23 | 6:12 8:1 | 208:3 | 91:5,9,13 | 111:8,11,12 |
| 221:15 | 16:1,4,8 | 218:19 | 91:16 93:24 | 111:18,21 |
| **pages** 185:22 | 24:23 27:21 | 222:22 | 117:23 | 117:2,2,19 |
| 186:9 | 31:1 66:16 | **person** 12:8 | 118:2,5,10 | 129:21 |
| **pain** 90:14 | 67:1,8 | 79:5 97:12 | 118:10,20 | 145:19 |
| 122:6 124:6 | 75:16,21 | 103:3,5 | 119:7,10,12 | 155:3,15 |
| 130:10 | 102:3,6,10 | **personal** 11:5 | 124:23 | 160:15,20 |
| 157:4,9,18 | 104:15 | 11:16 | 125:6,11 | 161:1 162:9 |
| 175:24 | 205:8,13,15 | **personally** | 126:20 | 177:20 |
| 180:14 | 210:11 | 11:2 | 161:4,5,8 | 193:12 |
| 203:5 | 214:8 | **peter** 6:3 | 164:9 | 205:22 |
| **palatine** | 229:10 | **phonetic** | 176:17 | 217:20 |
| 229:19,20 | 232:12 | 18:21 | 179:19 | 222:2,13,13 |
| 231:9 | **patience** | **photocopy** | 197:10 | 223:19 |
| **pants** 117:23 | 205:7 | 221:16 | **piece** 71:4 | **plus** 55:17 |
| 120:1 | **patient** | **phrase** 107:20 | **pink** 66:21 | 172:23 |
| 130:24 | 213:14 | 107:22 | 218:4,9 | 176:4 |
| **paper** 30:24 | **patio** 42:21 | **physical** | **pins** 89:9,11 | **pocket** 200:23 |
| 69:19 71:4 | 42:22 | 113:10 | 89:13,14,15 | **point** 22:17 |
| 231:6 | **paused** 125:10 | 132:23 | 89:18,21 | 24:11 43:4 |
| **papers** 231:16 | **pay** 19:9,15 | 181:21 | 97:23 | 56:4 88:14 |
| | 38:7 84:20 | 188:13 | 108:11 | 91:24 103:5 |
| | 84:22 | 214:17 | 110:3,7,21 | 103:12 |

106:11
112:13
113:21
114:8 132:4
145:9
154:12,22
154:23
156:21
166:3,16
167:17
168:9
178:22
198:1
199:23
206:14
208:3
**pointed** 59:6
**pointing**
59:16,18,23
60:5,6
137:15
210:12
**poked** 60:6
62:20
**poking** 60:16
**pole** 105:9,22
197:22
204:12
**poles** 34:13
34:14,16,17
**police** 229:20
231:9
**poom** 101:15
101:15,15
101:16,16
101:16
**pop** 117:14,15
**popped** 113:1
113:4 117:6
**popping**
161:20
**portion** 24:24
**positioned**
106:2
**post** 105:12
**pounds** 51:3
155:8,8
156:4
**pow** 117:5
**prejudice**
230:6

**preparation**
11:10 12:3
**prescription**
10:21
**present** 47:17
63:17 64:2
169:23
218:17
222:20
**presently**
14:7 175:20
**pressed** 63:3
**pressing**
60:15
**pressure**
211:10
213:9
**pretty** 143:11
165:21
166:1
**prevent** 10:16
**previously**
73:8 185:14
**prime** 217:9
**prior** 11:8
16:21 17:6
17:7 18:12
24:11 212:3
220:15
**prison** 185:4
**prisoners**
74:9
**private** 15:23
117:24
130:24
**pro** 38:15
66:1
**probably**
60:22 144:8
156:9
157:13,15
170:21
195:21,22
**problem** 18:15
28:22 68:5
70:21 83:1
88:16
100:24
124:12
202:22
203:4,13

205:6
**problems** 72:3
85:9 88:24
89:7 90:13
137:5,8,9
137:22
**procedure**
6:10
**proceedings**
234:12
**process** 64:14
64:15 65:10
65:21 66:2
66:14 67:20
71:7
**produce** 67:1
**produced** 3:12
5:11
**professional**
3:17 5:4
234:2
**profiling**
231:13,24
**promise** 205:5
**proofread**
234:10
**properly**
12:17
**prospect** 21:3
**protective**
73:11,14,15
**provided**
185:16
**psych** 185:4,6
**psychological**
184:8,21,22
185:2
**public** 233:17
**pull** 85:12
86:8,8,9
91:15
171:13,13
**pulled** 85:11
85:19,21,23
85:23 86:5
93:7 99:9
99:10
171:10,15
171:16,20
**pulling**
116:22,24

117:11,12
166:18
167:3
**pulls** 87:2
**pulse** 213:10
**punch** 93:23
94:18
111:13
167:23
**punched** 58:11
58:14,24
93:16,23
95:9 96:17
98:21,23,24
99:1,24
100:1,7
101:1
110:16
112:2,6
116:16
163:17,21
167:22
172:17
**punches** 175:8
**punching**
103:4 111:4
111:8,12,14
112:4 125:5
125:8 172:4
172:5
174:19
**purpose**
138:16,17
138:19
**purposes** 13:6
**pursuant** 5:22
**push** 61:8
108:3,17
165:17,20
175:24
182:24
201:4,5
**pushed** 57:16
58:20,23
61:14 64:2
107:19,22
108:22
109:5 112:8
164:7
165:18,21
166:1

197:12,12
198:20,21
198:23
199:4,6,9
199:10,13
199:16
200:3 201:4
201:6
204:20
**pushes** 204:7
**pushing**
116:21
166:2
**put** 28:1 47:2
79:21 80:8
80:11 81:15
81:21 89:24
114:4 118:7
131:1 153:9
153:21
154:9 172:3
176:22
180:10,12
185:11
192:11
207:7,22
208:6,8,9
208:13,23
209:2
216:10,10
216:12,13
216:15,17
216:19
**putting** 59:16
109:23
177:12,13
177:15

---

**Q**

**question** 8:16
8:19 9:2,3
9:4,12,15
9:22,23
10:2,13
15:22 16:9
74:17
104:15
105:2 125:4
136:5,10
169:21
195:10

197:5
205:13
212:10,11
**questions** 2:4
6:19 8:4,18
9:10 10:11
10:17,22
11:1,4 20:4
27:15,23
102:9
126:12
186:8
192:13
232:13
**quick** 23:15
27:15 121:3
185:13,21
186:2
229:13
**quite** 9:15

**R**

**racial** 139:11
139:20
231:13,24
**racks** 22:3
**rag** 91:5
**raid** 84:5
**random** 223:5
**rate** 213:10
**rci** 21:21
**reach** 92:20
92:21
**read** 189:13
233:2
**reading** 183:2
187:10
191:15
**reads** 30:16
187:20
188:12,14
189:22
192:6,7
**ready** 11:14
12:3 201:19
202:12
204:16
**real** 23:15
25:2,5
27:15 50:21
50:24 51:2

62:13 77:22
77:24 82:20
99:20 121:3
137:23
138:14
139:14
141:10,15
155:23,24
156:2,2,3
159:4
161:22,24
162:3,3,4
176:2 178:7
184:15
185:12,21
196:24
207:22
222:8,9
228:9
229:13
**really** 20:19
21:21 31:12
36:2,8,22
40:7,8
48:24 50:10
50:14 52:15
56:21 62:13
64:4,4,7,7
68:4 70:11
71:6 73:12
75:23 76:1
76:2,20
78:10 86:15
122:4
124:17,17
166:24
170:21
173:21
174:17
189:6 197:3
198:1
206:19
207:24
208:2
216:16
223:2 230:3
230:10,12
230:14
**reask** 9:16
**reason** 18:3
207:2

**recall** 13:11
13:13 27:16
30:11,15
50:14 54:23
154:7
187:23
191:13
192:16
223:2 229:7
**receive** 68:23
69:1,2
188:23
189:23
192:3 221:1
**received** 29:2
29:10 72:6
187:20
188:14,20
189:20,24
192:7
**receiving**
17:9,10
99:14
**recognize**
29:19
**recollection**
31:2 229:5
**record** 5:20
10:7,8 16:2
16:5,7,8
35:12,13
42:24 43:3
43:6 66:20
79:4 88:1
104:19,22
113:6
118:12
174:5,9
211:3,5,6
**records** 81:9
**refer** 27:19
186:5,13
**referral**
213:14
**referred** 34:8
**referring**
126:19
185:22
211:8
220:18
**reflect** 5:20

88:1
**refresh** 11:13
27:22
**refresher**
7:23
**regarding**
71:14
192:15
205:1 220:3
**regards** 226:5
**registered**
3:17 5:5
234:2
**registration**
231:16
**regular** 49:20
54:11,14
75:13,14
79:8 85:7
**related** 26:17
234:16
**relation**
33:15 34:15
**relative**
234:18
**released**
17:16 203:2
203:18
**remark** 139:12
139:13
**remem** 122:4
166:24
**remember** 7:10
10:12 21:2
21:6,21
30:21 31:6
31:12,15
32:2 35:4
36:3,8,22
38:7 39:2,3
39:4 40:7,8
41:7 46:9
47:1 52:11
52:15 55:20
55:21,24
57:15 59:5
63:2 64:11
66:10,11
71:19,20
72:13,16
76:19,23

80:1 93:9,9
93:12,12
95:13,14
96:4 97:5,8
97:8,20,21
97:24 98:2
98:4 100:3
100:4,9,9
100:10,14
100:17
101:23
102:1,1,2
102:14
103:7,9,13
103:13
105:3
109:23
110:2
111:19
112:9,17,21
120:3,4,5
122:5
128:14
129:14
130:7,12,16
130:16
131:17,17
131:22
139:14
140:8
142:16,18
142:22,23
142:24
143:1
146:16
147:12,13
147:13
148:17,18
149:12
150:17
154:9 157:4
158:14
162:2 163:9
163:10,10
163:11,14
165:16
166:17,23
167:13,15
168:11
169:4
170:22

172:2,22
176:23
177:3
180:13
182:8 187:3
188:1,3
189:6
196:12
197:18
199:21
204:2 205:3
206:19,22
206:24
208:10
210:17
211:19,19
211:20,22
212:1,15,18
212:18,19
212:20,24
213:8,13,22
213:24
214:2,8,10
214:10,11
214:21
219:13,16
219:17,20
220:5,6
221:5,6
225:20
227:15,18
228:3,7,8
229:9,9,11
229:12,17
230:9,14
**rent** 19:10
**repair** 189:16
**rephrase** 8:20
**replacement**
88:18,19
89:4
**reply** 188:2,8
**report** 13:16
13:17,19,24
14:4,7
**reported**
234:9
**reporter** 2:14
3:17,18 5:5
5:5,13 8:7
233:23

234:1,2,3
**reporters**
10:8
**represent**
5:24
**representa...**
6:7
**represented**
4:3,5
**request** 65:8
182:1
228:13
**requests**
217:12
**resist** 171:6
176:16
**resisting**
108:9,10,10
110:14,14
110:20
111:6 117:3
117:3,4
123:19
124:1
164:14
171:6,6
176:13,13
176:14,14
**responding**
5:12
**response**
68:17,18,24
69:1,3,3,7
69:7,11,14
69:18,24
70:5,9
186:6
188:15,20
188:23
189:4,21
190:16
192:1,4,7,8
221:1,5,11
**result** 90:16
**results** 71:10
151:13
152:12
189:12
**retail** 14:17
14:21 15:1
**retained** 2:13

**review** 232:13
**rib** 189:14
**ribs** 103:2
108:20
172:1 183:8
183:8,9,11
183:13,19
**right** 7:14
8:21 9:7
10:4,16,20
10:24 11:8
13:17 14:2
14:9,12
17:14,20
18:12 19:5
19:9,12
23:13 25:13
28:17,19,21
29:23 30:6
32:15,17
33:19,23
34:3 35:10
35:16 37:22
39:20 41:16
41:21,22
42:10,13
43:13,20,23
44:1,13,16
44:18 45:1
45:7,18
46:18 47:11
47:12,15
48:12 54:4
56:6 61:11
62:14 66:12
67:16 68:3
68:15 69:6
69:10 70:1
70:18,20,22
71:8 72:1
72:18 73:5
74:12,16
75:10 76:9
77:23,23
78:16 79:6
80:12 82:23
84:1,8,15
84:21 85:19
87:2,22
88:2,4,8,11
91:10,12,21

92:6,8,12
93:19,20
94:8,10,10
94:12 95:4
96:15,16,20
99:11
102:19
103:15
105:22
106:14
112:20
113:11,14
113:24
114:3,13
115:20
116:9,19
117:13
118:12,22
118:23
119:12
121:12,21
125:21,23
125:24
126:9 128:7
128:24
130:11
132:18,22
133:19
134:2,20
137:8,14,15
139:19,24
143:9,23
146:23
147:14
150:7
151:18,21
152:9 153:4
153:12,15
154:11
157:7,16
159:14,16
163:20
165:22,24
166:13
168:18
169:1,18,19
169:21
171:1,24
173:17
174:15,19
175:12,21

177:10,11
177:14,17
177:18
178:13
179:2,9
182:21
184:14
185:12
186:9 187:6
188:6,12
189:19
190:1,9,14
191:21
192:3,11,18
193:6,11
194:3,7
195:12
196:4,15
198:10,10
199:3,6
202:15,22
204:5,18
205:4
206:13,16
207:16
208:10
214:15
215:14
216:3,15
218:17,21
220:15,18
220:20
221:7,18,20
222:1,11,17
223:6,9
224:10,14
224:17
225:4,12,19
227:11
228:4 229:4
229:13
230:22
**righthand**
225:19
**rights** 231:19
231:20
232:1,3
**riot** 50:6
**road** 3:16
69:16 234:6
**robinson** 17:1

17:6 185:5
190:3,5,8
190:10,13
221:17
**ronald** 18:20
18:24,24
19:1,2,3,4
**room** 34:8,9
34:16,18,20
36:24 37:4
37:5,19
38:1,4,5
41:14,14,23
41:23 42:1
42:3,7,10
43:7,14,15
43:16,17,19
43:23 44:9
44:10,13,19
44:20,24
45:3,8,18
45:23 46:1
46:7,18
55:3 97:24
98:3 99:6
104:12
105:1,4,7,8
105:14,15
112:13
115:21
116:1,10
120:7
121:23
123:8,17
124:1,5,10
124:23,24
125:7,24,24
126:1,6,9
126:14,15
126:23
127:1,4,5
127:16,17
128:17,17
150:12,15
197:17
199:2
**rpr** 1:17
233:23
234:24
**rudolph** 195:3
**rules** 6:9,10

**run** 83:23,23
84:4
**running**
136:21
156:22
**russian** 206:2

---
S
**salvador**
22:15 23:2
23:4,4 24:5
**sat** 115:2
135:17
136:17
147:19,19
150:2 151:9
154:16,23
154:24
**satisfied**
70:21
**saw** 103:3,5
114:19
148:11
214:18
215:23
**saying** 37:2,3
60:8,20
69:19 71:4
75:7 84:11
88:8 90:14
92:24 93:3
110:10,15
110:18,19
111:22
113:6
116:13
117:9
120:10
122:13
130:2,5,8
130:12,16
134:8,9,16
140:5 148:5
149:22
150:1 153:8
159:12
177:4 182:8
190:15
192:8
199:20
226:18

227:2
**says** 5:14
94:22 136:3
153:12,20
**scanner** 22:2
22:2
**scared** 61:23
207:22
**scheduled**
211:22
**school** 25:15
25:17,19,20
25:20,23
26:6,7,11
**scraping**
119:19
**screaming**
97:22
104:14
105:5,6
108:7,11,12
110:3,4,4,7
117:1,16,18
124:6
**se** 38:15
**search** 74:7
194:14
223:5
**second** 13:16
13:24 16:3
29:24 34:4
36:7 58:17
63:7 66:17
72:19 95:17
100:18,18
131:3
134:13
152:19,20
182:12,14
187:16,18
188:7 213:2
218:13
219:23
220:22
**seconds** 57:23
57:24 58:1
58:2,3 98:6
203:19
**section** 38:13
43:18,21
44:12 45:7

45:9 95:23
126:6,24
127:4,10
128:10
141:9,10
206:22
**securing**
54:19
**security**
15:24 16:15
19:21 41:8
73:9,10
**see** 9:5 17:12
28:2 29:3
29:19 33:22
35:5 39:3,3
42:18,18,23
56:21 63:22
63:23 66:16
66:17 68:18
80:6 84:18
96:1,5,22
96:24 97:1
97:2,12
103:11,15
103:18,19
103:21
104:5,7
106:7
108:22
109:2,3,3
115:13
132:5
138:17,19
139:2
140:22,24
141:15
142:13
143:10,12
144:16
145:20
147:23
148:1,9,10
148:14,24
154:18,21
162:2
166:24
173:11,18
173:21
174:15,17
179:16

183:23
186:10
202:16
211:2,14,18
214:20
215:14,17
215:17
216:10,13
216:18
217:21
218:1,15,18
219:2
222:12
223:9,9
226:11,21
**seeing** 103:9
158:14
185:4 214:8
214:10,11
**seen** 48:14
58:16 61:23
62:18 63:2
71:10 90:9
96:2,2
114:14,18
114:21
138:20
139:5,9,10
147:21
184:20
185:5
193:18
195:7 203:3
212:20,24
214:21
215:19
216:1
217:19,23
218:2 219:4
219:8 226:1
**seg** 202:17
218:6
222:19
**segregation**
47:24
113:19
207:4,6
**sense** 8:18
**sent** 27:12
71:4 73:13
138:2

144:23
231:6
**separate** 45:2
126:16
**separated**
44:23
**separating**
48:4
**separation**
44:21,22
**september**
1:14 3:13
66:8,9
233:3,24
234:21
**sergeant**
131:8
205:19,20
205:22,23
206:11
209:13,16
215:2,4,15
215:16
216:5
217:16
220:3 226:7
226:10,14
**sergeants** 6:5
131:10,11
**serial** 70:12
**series** 8:4
**serious**
144:23
**seroquel**
185:9
**served** 6:13
6:14
**service** 20:1
20:7,12
21:5,5 22:6
23:16
**services** 6:6
**seven** 33:23
33:24
201:24
**shackled**
160:11,13
178:9,11
**shackles**
176:22
177:13,15

177:20,21
**shakedown**
73:18,21,22
74:13,20,24
75:6,9 76:2
**shakedowns**
75:2,10
**sharp** 101:10
178:7
**sheriff** 6:1
48:18 85:7
**shes** 10:6
145:19
214:11,12
214:13,13
214:16
**shield** 224:6
224:6,9,22
**shift** 53:2,7
72:22
147:20
152:19,20
157:21,22
158:2,3,5
**shipped** 16:24
77:2
**shirt** 120:4
147:11,12
171:14
**shoes** 119:18
130:21
147:5,8,10
**shooting**
207:20
**short** 16:6
25:19 36:10
36:12,16
51:21
104:18
153:1 155:4
155:5
161:22,24
161:24
162:10
163:23
205:23,24
205:24
206:6,7
222:3,8
**shorthand**
3:18 5:4,5

234:3
**shoulder**
86:11,11,18
93:4 99:19
99:21
**shoulders**
86:13,18
91:20,22,22
118:8 175:3
**shouldnt**
140:3
**show** 27:6
**showed** 30:24
63:13 150:1
**shower** 42:5,9
42:11 43:10
43:11,12
**showing**
117:24
120:1 146:3
**shuttac** 3:15
234:5
**sibley** 21:10
21:10,11
**siblings**
15:17
**sick** 138:8
228:21
229:2
**side** 33:23
35:6,7,16
35:18,23
36:10,12,14
36:16,21
39:15,15,17
39:18,21
41:24 42:3
42:5,15,15
78:2,2,4,13
78:13,15,15
87:24 88:4
88:5,6,8,9
88:11 91:10
92:5,6,7,8
92:13,14
93:19,20
94:3,4,8,9
98:18
101:21
102:15
103:6 104:2

104:2
106:14,15
118:10
132:11
147:19
169:17
174:13
182:19
183:7,12,13
183:16
225:19
**sides** 86:17
86:18
**sideways** 82:3
92:1,2,6
119:4 200:9
**sign** 231:16
232:2,13
**signaled**
54:11,12
**signature** 5:7
188:15,16
188:16,18
188:21
189:22,22
221:3,4
232:14
233:4
**signed** 189:1
**simply** 13:6
127:18
**sister** 15:19
**sit** 45:13
157:5
197:17
**sitting**
134:21
149:7,7
157:3,4
158:12
160:4
196:17,18
196:19
197:9,16
198:6,10
**six** 17:2,13
33:24 34:24
35:24,24
36:2,5,6,15
36:15,19,21
87:19 109:8

109:8 123:5
123:5
131:23,23
132:12
133:22,24
146:18,18
146:19
147:14
169:8,13
**size** 46:18
77:12 78:7
81:5,7,23
225:10
**skinned** 48:15
49:4 137:4
137:4
145:11
**slam** 99:16
**slammed** 56:16
57:3,6
58:12,15
99:4 106:18
106:20,24
111:3 161:6
161:8
162:18
163:11,12
163:13
171:4,10,11
**slamming**
162:20
**sleep** 112:18
185:10,11
**slim** 170:11
170:12
**slip** 212:9
216:10,11
216:12,13
216:15,18
217:12
**slips** 217:4
217:12
**slowly** 10:9
10:10
**slurs** 139:11
**small** 30:24
61:18 77:11
77:11,12,22
77:24 78:6
78:11,15,19
78:20

125:24
141:10
**smash** 107:3, 6
**smell** 159:9
**smiling**
  140:18, 20
**snapped**
  112:24
  113:3  117:6
**socalled**
  44:13
**social** 15:24
  16:15  19:20
  64:24  65:1
  65:3  68:14
  68:16  70:3
  189:5, 6
  226:7
  228:13
**solid** 79:16
  79:18, 18
**solved** 70:21
**somebody** 50:9
  50:11  103:4
  162:16
  207:20
  226:20
**somebodys**
  84:5  216:10
**someones** 13:8
**son** 7:15, 18
  15:14
**sons** 15:10, 13
**sorry** 17:4
  31:10  40:11
  65:1  78:24
  82:23  121:3
  124:11
  139:7
  148:22
  149:15, 15
  149:15, 22
  150:1, 3, 3, 3
  151:10, 10
  151:11
  152:15, 16
  186:17
  187:19
  188:9  191:9
  191:11
  223:14

**sort** 14:15
  16:13
  184:20, 21
**sought** 184:20
  185:3
**sound** 17:17
  36:17  46:24
  73:5
**south** 4:3
  18:17
**space** 41:22
  42:12  44:16
  46:6  61:18
  81:13
**spaces** 79:17
**spanish**
  155:16
**speak** 10:9, 10
  10:12
**speaking**
  78:21
  228:13
**special** 50:5
**specialist**
  154:18, 21
**specialized**
  49:21, 22
  52:20  75:11
**specific**
  26:16  32:7
  72:4
**specifically**
  9:11  27:19
  32:9  73:16
  110:23
  173:11
  175:15
  185:21
  206:10
**specifics**
  14:6  15:12
  30:3
**specify** 116:6
  209:20
**speculate**
  75:17, 19
**speculating**
  75:18
**spell** 18:22
  219:19
**spelled** 26:9

**spelling** 6:21
  215:8, 10
  218:24
  219:22
**spending**
  18:19
**spin** 199:14
**spine** 163:16
  182:21
**spinned**
  199:23
**spinning**
  216:9, 9
**spit** 59:14, 19
  59:22  60:2
  142:11, 18
  199:24
  200:14, 15
**spitting**
  59:15
  142:11, 16
  143:2
  180:23
  199:12, 15
  199:17
  200:15, 17
**spivey** 6:4
  38:19, 20, 24
  39:5, 10, 16
  40:17  41:5
  46:16  54:21
  55:17, 19
  61:2  63:18
  64:2  227:9
  227:19, 21
  228:5, 16
**split** 95:17
**spoke** 60:3, 4
  227:11
  228:12, 17
**spoken** 12:2
**spun** 199:23
**square** 81:19
  81:19, 20
  96:14
**stabbed** 88:24
**staff** 68:5
  90:9  144:18
  150:17
  151:22
  152:5

188:13
  226:11
  228:17
**stairs** 46:12
  46:12
**stairwell**
  33:21  34:1
**stamp** 186:5
**stamped**
  185:15
**stand** 100:19
  119:3, 3, 4, 5
  120:18
  122:15, 17
  125:14, 15
  126:21, 22
  129:12
  135:12, 13
  135:14, 14
  151:24
  178:16
**standing** 61:7
  61:10  92:10
  95:14  96:16
  100:16, 16
  101:11, 11
  109:16, 17
  120:12, 14
  122:5, 12, 24
  123:10
  126:13
  128:22
  129:7
  130:17
  135:18
  141:1, 4, 5, 6
  155:1, 2
  158:21
  159:17
  165:4, 9, 10
  167:2
  179:10
  197:14, 20
  198:10
  225:4
**star** 193:19
**start** 32:11
  50:19  65:17
  77:10  79:3
  95:1  162:24
  172:4, 4

177:12, 13
  186:9
**started** 23:10
  31:23, 24
  117:10, 11
  117:12
  124:23
  161:11, 13
  163:3  171:5
**starts** 30:13
**state** 3:18
  6:20  7:18
  11:12  32:18
  121:8
  154:20
**stated** 43:4
  49:4  53:8
  53:10
  134:12
  154:17
  230:20, 22
**statement**
  139:20, 21
**statements**
  199:20
**states** 1:1
  3:1  4:5
  5:17
**stateville**
  16:21, 23
  17:4, 7, 8, 16
  185:6
**stating** 117:1
  137:11
  169:11
  209:17
  231:7
**stay** 20:15
  148:7  153:6
**stayed** 17:1
  148:8
**staying** 18:16
**steady** 125:14
**steel** 7:9
  48:7, 10, 10
  74:4  79:11
  79:13, 16, 16
  79:18, 19
  82:10  92:11
  224:19, 21
**steveson**

187:6
208:21
**stipulated**
5:1
**stocky** 206:8
**stomach** 106:3
**stomping**
108:18
111:17
167:15
**stood** 91:7,9
178:19
**stop** 34:4
35:11 54:8
57:5,5
58:17 78:22
91:12 95:11
97:22 108:9
108:9,12
110:4,7,13
110:19,20
110:21
111:5,7,8
111:11,12
111:14,14
111:14,16
111:16,18
111:20
112:1,1,3,4
112:4 117:2
124:15
131:3
134:13
139:24
146:3
157:20
158:15
161:1 171:6
171:6
176:13,13
**stopped** 115:5
124:22
125:5,8
127:21,24
176:24
177:1,9,9
177:10,12
**store** 21:17
22:7 23:23
**stores** 20:2,3
22:1,4

**straight** 35:5
39:19 56:3
85:24 86:6
87:4,6,14
87:15 88:11
100:23
125:22
126:5,7,7
127:5
171:22
174:6
225:13,15
**street** 18:22
**stretching**
104:21
**strictly** 11:3
79:9 101:21
102:14
**strike** 94:21
96:24 103:6
103:16,18
103:22
132:15,15
165:14
168:6
175:16
203:14
**striking** 96:1
96:3,3,6,23
97:1,2,3,12
97:13 103:4
103:7 104:5
173:12,19
174:16,18
**stroger**
183:24
**struck** 97:14
97:15 98:7
98:15,16
99:15
101:20
102:16,17
102:20,21
102:22
110:11
115:21,23
116:10
145:23
146:8
148:24
167:6 169:3

169:4,24
171:2,3
172:14
173:2,3
204:21
**stuff** 42:2
136:21
180:21
224:7
**stun** 197:21
200:24
204:11
**style** 51:21
**subject**
231:14
**submissive**
203:11
**submit** 67:21
68:13 70:2
**submitted**
68:15 70:6
190:19
**submitting**
187:3,23
188:1
191:13
**subscribed**
233:12
**sue** 133:2
**suffered**
113:7
**suite** 4:4,6
**super** 73:12
**supervisor**
221:23
226:2
**supplies** 42:2
**supposed**
68:23 69:1
218:10
226:2
**sure** 8:1
10:11 25:1
28:24 29:1
29:21,22
56:2 60:24
66:18 81:17
102:8,10,12
103:3 129:3
145:16
157:11

160:23
167:7 196:1
204:13
210:19
211:4 220:6
**surgery** 88:20
89:19
137:13
**surrounded**
136:18
**surrounding**
106:10
**sustain**
182:10
**sustained**
182:16
**suzanne** 1:8
3:8
**swallowing**
142:16
**sweat** 172:21
**swell** 181:8
**swelled** 181:7
**swing** 121:17
**swings** 184:16
**swolled**
181:10
**swollen**
115:10
181:9
**sworn** 3:12
5:11 6:17
8:6 234:8
**system** 28:23

---

**T**

**table** 74:4,4
77:24
**tables** 34:2,4
34:10 42:10
**take** 8:23 9:3
9:22,23
10:1,3 11:2
24:21 36:20
66:3 70:23
71:7 82:6
97:18 102:5
102:9
104:17
138:24
144:13

160:21
171:8
179:10,18
181:19
205:9,10
222:18
223:1,8
**taken** 1:13
5:3 6:24
26:15 57:19
61:16,18,20
62:14 64:3
93:8,14
98:2 119:13
120:19,24
121:23
123:8,16
125:6 146:9
179:17
182:2
183:23
184:15
213:9 233:2
233:24
234:13,18
**talk** 10:1
79:3,5
115:18,19
136:7
140:13
202:4 203:8
219:10
226:7
227:19
228:5
**talked** 22:6
47:17 76:10
210:4,4,15
210:15
219:14
227:24
228:7
**talking** 10:7
10:10 12:1
32:21 34:5
37:12 39:8
39:18,24
44:6 47:15
53:24 54:15
55:18,22
61:4,17

68:21 69:22
70:8 71:12
71:18 78:9
78:23 83:17
87:15 88:1
95:6 99:7
100:11
103:10
104:3 108:2
117:7
125:17
126:3,13,14
129:3
130:10
134:15
135:7 139:7
139:8
147:21,24
148:3,4,14
148:15,16
148:17
149:4 153:7
153:9 154:8
158:22
162:18
180:15
185:9 186:9
191:19
193:7,8
194:4
195:19
199:11
200:1,4,7
200:13,16
200:18
228:17
**talks** 222:9
**tall** 49:3
50:20,21,24
51:2 87:17
155:17,22
155:23
156:1,2,3
156:17
193:13
206:6
**taller** 50:22
**tape** 135:24
135:24
**taperecord**
145:21,21

**tattoo** 57:2
161:16,17
162:9
**tattoos**
162:11,14
**tear** 59:8
60:1 62:22
**tearing** 60:20
**technical**
26:16
**television**
196:20
**tell** 15:12
25:13 32:17
39:16 48:13
48:24 52:12
59:7 62:24
66:2 67:19
67:20 78:21
93:21 94:1
94:23 95:15
115:11,11
136:16
197:6
202:13
215:2
**telling** 62:21
95:15 111:2
111:5
122:18
129:21
130:22
137:20,22
148:19
152:15,16
176:7
178:17
179:4 195:8
209:22
216:9 224:9
231:2
**ten** 12:11,19
12:22 14:14
14:14,19
49:19 55:10
55:11,15
56:8 61:1
98:10,12
104:20
123:5 144:9
144:11

145:2 146:7
169:7
180:18
198:8
**tendered**
185:15
**tending**
134:22
**tends** 79:3
**term** 14:16
69:12
125:18
**testify** 8:11
11:14
**testifying**
8:7 11:11
13:9
**testimony**
12:3 30:17
233:5
**thank** 16:19
202:8
**thanks** 66:24
212:10
**thats** 7:11,18
7:20 8:6
17:18 21:4
21:7 30:6
30:21 32:5
32:9 34:7,9
36:4 37:2
41:24 43:18
43:20 44:11
44:17 46:13
49:8 55:16
56:9,20
57:1,3 58:8
58:10,12
59:6 62:16
62:17,20
65:2,8
66:13 67:3
68:2,2,8,8
68:9,11
72:3 75:5,7
75:9 76:24
77:16,18
78:6 79:24
79:24 82:19
82:22 85:10
85:22 86:6

87:10 90:13
91:10 92:24
93:22 94:1
94:2,13,13
95:5 96:22
97:11 99:12
101:11,16
105:12
106:16,17
113:16
116:21
117:1,23
122:19
124:12
125:11,12
126:3 127:7
128:3,12
130:2,22
131:1,20
134:10,11
135:15,17
136:14
137:21,22
138:5,14
139:9,10,22
140:3,6,11
140:19
141:1 142:4
143:5,8,20
144:2,2,3,5
144:13,23
146:6
147:18
149:14
150:1,9
151:8,9
152:14,18
152:18
158:10
161:2,4,5
165:7
168:11
169:19
171:4,5
172:2
173:20,21
174:3
176:18,21
177:6
179:18
181:18

184:1
185:15
187:13
188:18
191:10
197:11
198:19
199:16
200:3,11
203:1,3,8
205:15
207:17
209:2
211:12,12
212:9 215:9
215:18,18
219:24
221:4
222:12
224:20
226:3,3
231:2
**theft** 14:17
14:17,21
15:2
**therapy**
113:10
214:17
**thereabouts**
18:1
**theres** 8:10
9:2,21,22
16:12 33:21
34:1 35:15
39:20 42:7
56:3 61:1
66:19 67:13
74:23 75:7
79:4 104:15
124:7
187:17,19
188:15
189:21,22
190:23
205:13
220:19
**theyre** 13:9
71:5 73:22
84:5 108:16
118:14
127:7,8

128:22
130:17,18
130:18
145:20
147:4,4,5
149:4 151:3
160:17,19
160:19
172:10
178:16
179:22
184:18
**theyve** 74:5
149:9
177:21,22
**thing** 7:8 9:1
10:2 26:4
49:3 57:11
84:6 93:20
94:5,14
96:18
101:12
105:3 117:5
161:9 180:5
**things** 11:17
11:18 73:23
80:18
**think** 7:11,11
17:8 21:11
21:11,20,21
23:9 24:1
28:11 34:23
34:24 35:23
35:23 39:11
40:6,19
41:10 50:13
52:14 53:3
55:19,23,23
56:18,18
63:24 64:5
66:9 70:17
71:20,21
72:3,21
73:3 75:13
75:14,14
76:19,20
77:6 78:22
91:2 102:13
104:6,23
109:14
111:19

119:8 120:4
122:20
128:21
129:2,6
131:11
135:14
136:4,8
145:5,11,14
153:17,19
156:11,21
185:22,23
189:5 191:3
191:7
193:18
194:23
195:23
206:18,18
208:10,24
209:1
215:18
219:8,12,24
220:5
225:24
227:16,16
227:17
232:5
**thinking** 47:3
48:23 176:8
177:6
184:18
**third** 14:1
**thirty** 195:24
**thought** 28:21
49:5 56:19
56:20
102:11
151:11
164:6
**threaten**
132:19,23
133:2 182:5
194:16
**threatened**
53:11 72:1
**threatening**
65:12
**threats**
181:15,21
**three** 12:23
13:1,10
15:10,18

19:17 22:6
24:7,8,9
34:23 39:13
40:23 41:3
41:4 46:15
51:12 53:23
55:9,16
60:22 61:3
70:15,17
78:8 107:8
107:21
108:17
113:12
116:15,15
116:17,19
119:8,8
122:24
127:14
128:20
129:19
130:13
131:7
152:23
161:10,13
162:23
164:11
170:21
171:19,19
172:18
183:13
195:21
**threw** 58:6
113:18,19
193:5
208:16,19
212:6
**throat** 57:22
**throw** 37:1
**throwing**
224:7
**ticket** 72:7,8
209:4,6,7
216:2 218:3
218:9,10
220:1
**tier** 33:6,15
34:21,22
39:1,20,20
39:23 40:2
40:3,4,5
72:24 73:19

74:20 75:8
84:19 88:15
109:12
194:9,11,14
194:18
229:1
**tiers** 39:14
45:5,6
64:22
**tightly**
154:14
176:22
**time** 6:16
8:24 11:20
16:10 18:10
24:11 25:10
26:10 30:22
31:19 32:5
32:17,21
33:4 37:12
37:23,24
38:5,6
40:14 47:16
53:21 56:4
58:5 59:2,5
63:7 67:16
71:9 73:1
73:17 74:13
76:5,16
79:5 88:14
93:7,14
97:5,10
102:5
103:12
106:11
112:13
118:16
120:24
123:10,18
124:21
125:7 127:9
127:17
129:7
148:11
157:21
161:20
165:22
166:3,4,11
172:21
174:1,3
184:16

192:12
194:3 201:1
208:3 210:4
210:6,15
214:9
215:17,18
216:1,21,21
217:19,21
217:23
218:14
219:2,15,16
219:17,18
219:20,23
219:24
222:24
223:11
227:14
234:13
**times** 37:20
60:19,23
107:6,9,19
107:21
108:17
112:6,9
162:21,23
167:23,24
169:5,5,8
169:13
175:7
**tired** 176:15
180:4,9
**tissue** 143:5
212:7
**tissues**
143:14
**today** 8:1,2
10:7,17,22
11:9 12:4
**toes** 120:15
147:6
**toilet** 74:4
77:23 92:11
**told** 50:4,7,8
50:14 52:9
52:10,10,16
52:19,20
53:13 54:12
70:4 95:10
95:12
100:20
110:3

111:24
113:9
133:10
135:23
137:12,13
145:17
146:2 147:5
150:21,24
151:21
152:5,6
154:19
167:9
179:15
181:17
196:23
197:10,15
198:3,15,17
204:3
205:11
207:17,19
209:22
210:2 215:4
215:10,21
216:8
218:23
227:21
228:2
**toll** 184:15
**tom** 1:8 3:8
233:21
**top** 29:4
33:17 34:21
35:2,7,10
35:18,21
36:6,11,15
36:17 37:13
37:18 82:6
83:11,12
86:21,23
87:16,17,18
89:16
186:22
190:23
220:20
**topic** 217:1
**torres** 6:5
161:15
162:8,10
163:5,10,11
164:2
166:15,20

167:1,20
168:2
169:24
171:18,18
172:8
173:16
176:18
182:15
**total** 24:16
**touch** 59:12
60:3,8,11
60:19 77:21
77:24 78:1
78:3,4,5,17
92:21,22
138:21
141:22,24
159:5
198:13
204:6
**touched** 60:12
116:7
**touching**
92:17
224:16
**tough** 56:18
56:19
**toy** 200:24
201:19,19
202:4
**track** 102:11
**transcribed**
5:6
**transcript**
2:14 233:2
233:5
234:11,12
**transcription**
234:11
**translated**
234:10
**tray** 80:21
81:21
**trays** 53:9,14
53:17,18,18
53:19
**treated** 12:9
68:7 212:4
**treatment**
66:5 138:7
142:3,4

185:3
209:18,21
210:7,10,21
210:22
229:5
**trick** 18:8
100:20
**tried** 62:2
107:1,1
119:4
126:20
179:20
**trouble** 230:2
**truck** 20:23
26:21
**true** 233:4
234:12
**truthfully**
8:11
**try** 8:20 9:17
10:9,9,12
79:2 101:9
135:20
139:1
200:24
214:16
224:7
228:10
**trying** 9:19
13:4 18:8
18:10 30:21
31:18 32:4
72:11 85:14
95:24 96:9
100:20,23
102:17
104:4 108:6
111:15
112:4,22
118:4,5
119:2
122:10,18
124:7,15,16
124:17,19
125:14
129:23,23
130:3
134:16,22
135:20
167:4
184:19

185:6,8
197:2,3
**tuck** 22:17
**tumor** 175:20
**tunnel** 146:10
146:11,12
180:1,3
**turn** 82:12
175:20
188:4 190:6
191:4
**turnaround**
70:2
**turned** 85:22
174:12
**turpitude**
14:16
**tv** 34:3,10
**twelfth** 25:16
**twelve** 46:20
46:23 47:4
47:5,5,5,6
47:8
**twenty** 98:10
98:12
101:14
**twin** 15:13
**twisted**
112:23
**twisting**
112:22
166:5,6,7,8
166:10
168:19,22
**two** 13:20
19:6,8,16
22:10 28:11
33:16 34:13
34:13,16,17
34:23 39:14
40:16,22
41:5 43:19
46:16 54:21
55:17 61:2
76:13 83:6
84:23 92:18
93:1,3 97:3
97:9 106:13
106:14
128:9,12
131:11

158:8
170:21
172:3
183:13
184:6 195:2
195:5,21
198:12,13
209:1
210:23
212:3
**typewriting**
5:6

**U**

**uhhuh** 14:3
16:17 18:18
49:7 51:1
53:12 56:11
64:10 68:6
70:13,22
72:23 75:20
78:18
105:10
106:5
135:22
136:1
186:12,16
187:2
208:15
220:14,17
**unable** 26:24
212:16
**unconscious**
94:16 98:5
104:3
109:24
112:19
**uncuffed**
149:17
**understand**
8:15,19 9:5
9:16,18
11:6 29:24
60:7 63:5
67:20 96:9
100:11
103:20
104:4,6
125:3 138:4
210:19
217:21

218:12
219:6,10
225:5
**understanding**
32:12
**understood**
13:5 38:16
68:10
**unhandcuff**
160:20
**unhandcuffed**
149:12,13
**unhandcuffs**
150:7
**uniform** 86:12
86:12,14,15
86:17,19
91:8,15
175:4
**uniformed**
75:12
**uniforms** 50:2
**unit** 33:3
49:21,22,23
83:21
192:19
193:24
194:1,7,9
194:17,19
195:12,15
196:2,9
211:15
**united** 1:1
3:1
**unjustly** 68:7
**unknown** 46:16
53:6 58:23
**unlawful** 13:1
**unlawfully**
12:15,20
14:1
**unloosen**
160:8,16
161:1
**upfront** 12:10
**upper** 105:20
115:1
150:24
173:3
**upright** 82:2
**upset** 11:2

157:13,15
157:17
230:10
**urine** 107:16
**use** 13:19
200:24
201:18,19
202:6,8
204:11
**usual** 75:12
**usually** 70:4

—————————
**V**
—————————
**verbal** 85:16
181:15
**verbally**
132:18,22
**versa** 40:12
**vertical**
37:10
**vice** 40:12
**video** 62:23
63:13
153:11,13
156:22
178:21
185:5
**videotape**
149:23
**videotaped**
178:24
180:13
**videotaping**
59:2,2
62:17 63:2
63:9 135:21
146:1
149:16,18
149:19,21
178:23
**view** 80:4
**violation**
231:24
**violence**
181:22
**violently**
88:24
**voice** 222:8,9
**vs** 1:7 3:7
27:13
229:19

230:16
233:21

—————————
**W**
—————————
**wacker** 4:3
**wait** 145:5
149:11
158:7 188:9
227:16
**waited** 113:12
**waiting** 41:1
54:24
128:22
130:18
131:5
133:15
204:10
**waived** 5:7
232:15
**walk** 42:14
55:1 77:21
114:5,6,6,7
120:18
122:14,18
122:19,19
125:12,12
126:21
127:8
135:10
146:21
147:2,3,3
152:3,3
165:3
176:19,19
176:19
178:17,20
179:4,5,5,5
179:20,20
179:21
180:5,12
219:9
227:23
**walked** 39:16
54:4 120:7
136:12
198:16
204:2
222:13
223:17,24
224:4 226:4
**walkietalkies**

184:17
**walkin** 77:12
**walking**
119:20,23
120:17
132:11
135:5 196:6
201:9,11,12
201:13,14
204:10
219:8 224:5
224:6,8
225:3
**walks** 54:2
**wall** 56:16
57:9 58:6
61:8,13
63:4 64:3
78:17 85:22
86:2,3
88:10 96:5
96:10,13
161:6,9
162:20,22
163:12,14
163:19,21
164:7,10,16
165:6,12,15
165:17,18
165:19,20
166:2,10
167:1,19
169:20
171:1,3,11
193:6
197:13
198:18,21
198:21,23
199:1,3,7
199:11,13
199:14,16
199:23
200:2,3,6,8
200:10,12
201:2,3,5
201:23
202:2,10,24
203:15,18
204:7,21
**walls** 78:5
**walsh** 6:4

192:16,24
193:3,9,11
193:13
196:4,6
197:12
198:19
199:8,8,24
201:7 202:2
203:12,14
204:6,8,9
204:21
205:2
**want** 9:22
10:1 11:1,2
85:9 95:11
95:12 102:7
102:12
113:15,17
129:3 136:7
142:15
145:24
159:8,23
162:17,17
163:15
169:11,12
179:16
185:17,20
186:16
187:16
190:6 203:4
203:13
205:9,11
212:13
221:23
228:10
**wanted** 159:7
185:7,11
195:9
200:24
202:12
203:9
215:10
**wanting** 216:6
217:17
**wants** 67:7
**wash** 20:1
21:7,9,14
22:7 23:19
23:21 34:14
**washington**
4:6

wasnt 14:22
  55:24 64:2
  64:7 78:4
  92:20 99:20
  123:23
  124:2
  129:16
  130:11
  132:9 151:3
  158:11
  175:6
  194:13
  209:5,5
  212:10
waste 23:9,10
  23:11
watch 42:15
  42:15,16
  45:3 75:12
  159:18
watching
  39:14,15,17
  39:18,23,24
  40:1,1,2,3
water 8:24
watson 145:11
  145:14
wave 62:18
way 8:21 9:17
  9:19 10:14
  10:21 34:1
  35:1 38:2
  44:3 45:17
  50:5 66:5
  75:4,5
  82:16,19,20
  87:15 94:21
  94:21 99:19
  103:23
  111:3
  112:24
  117:6
  123:19
  124:1,18,18
  124:19
  125:4
  127:18
  141:20
  142:9,24
  146:11,24
  147:1 157:6

157:24
158:21
162:13,13
164:18
165:14
173:23
179:22
weapons 73:24
wed 232:13
week 28:13,15
  30:10,12,14
  30:17,18,20
  31:8,13,16
  31:16,20
  32:3 211:23
  212:16
  213:2,4,20
  214:3
  228:21
weeks 70:15
  70:17 77:6
weight 50:19
went 21:24
  54:20 85:24
  86:5 87:14
  94:5,16
  95:18 96:17
  97:11 98:5
  104:3
  112:24
  113:23
  114:1,1,19
  115:4 119:4
  122:20
  160:17
  174:7 204:2
  211:14,18
  213:21
  226:7,11
wentworth
  21:11,12
west 4:5
weve 47:17
  55:15 78:22
  79:5 102:3
  187:9
  191:19
whats 7:24
  8:2 25:14
  48:5,21
  70:1,4 93:6

125:23
128:21
129:18,18
137:24
144:16
145:10,10
182:22
192:24
201:7
230:19
whens 25:8
  26:10 210:6
wheres 141:7
white 51:14
  63:14
  108:24
  137:6
  139:17
  149:21
  153:1 155:4
  156:13
  162:1,11
  170:5,8,13
  170:14
  179:14
  193:13,13
  193:20,21
  205:23
  222:7
whos 96:23
  149:19
  158:15,16
  172:5
  173:19,19
  195:13,14
wide 78:8
  81:22
window 79:9
  80:2 96:13
  96:14
wipe 180:21
  180:21
wiped 143:19
  143:23
wish 231:1
witcoff 4:3
  5:16
witness 5:7,8
  5:16 6:17
  27:24 30:23
  59:4 75:20

75:22
101:19
187:10
191:15
205:10,14
205:16
210:11
233:1 234:8
234:14
woke 104:11
  104:13,13
  104:13,24
  105:3
  109:24
  110:1,2
woman 20:15
  52:23
wont 154:17
  154:21
woodwork
  164:12
word 50:9
  95:2 111:13
words 111:10
  111:11,19
  133:14
  134:17,24
work 7:7 20:2
  22:18,21,22
  67:21
worked 7:10
  23:2,6 24:8
  24:20
  148:20
worker 65:1,3
  68:14,16
  70:3 189:5
  189:6
  217:10
  226:8
workers 7:7,8
  64:24
  228:13
working 19:24
  20:1,8,8,13
  20:14,19,20
  21:8,12,14
  22:8,10,13
  22:22 23:12
  23:16,18,21
  24:1,5,11

39:13 54:17
71:5 146:2
148:20
works 48:15
  66:2 68:4
wouldnt 75:1
  75:3
wounds 131:2
  134:22
  212:8
wow 146:13
wrist 88:23
  88:23,24
  89:1 90:4
  90:10,17
wrists 166:6
  166:7 167:4
  168:16
write 67:22
  68:8,12
writing 50:2
  113:16
written 16:13
wrong 64:1
  102:13
  137:24
  144:16
  182:22
  186:21
  188:9
wrote 11:16
  66:10,11
  67:18 68:11
  72:3 76:20
  137:11,21
  138:5
  140:11
  186:3 210:3
  210:4,14,16
  211:20
  213:24
  222:12
  227:1 229:8

X

xray 148:1,2
  148:3 149:5
  150:11,15
  151:6,7,8
  151:14
  152:10

**xrayed** 150:20
150:22,23
151:4
**xrays** 114:23
115:1
144:16
148:5
189:14

**Y**

**ya** 14:5 19:1
88:13
**yall** 122:9,10
129:22,22
129:23
130:3,3
**yeah** 7:12
13:5 14:23
16:4 17:10
18:6 19:2,4
19:4 22:2
23:4,11
24:22 26:5
28:13 31:18
31:20,23
35:24 36:2
38:21 41:17
41:24 42:8
42:10 43:15
44:8 46:21
47:5,11,11
48:7 51:5,7
53:16 55:23
55:24 56:23
57:10,12
58:7,7,16
59:7,24
62:5,6,21
65:1 67:9
67:10,10
78:3 79:18
79:18 80:3
80:3,10
81:7,11,15
81:24 82:22
86:14,14,14
86:20 87:8
87:10,22
90:11 91:17
91:22 93:2
93:5,18,24

95:5 98:14
101:15
102:6,8
105:21
107:21,21
108:5,5,18
109:14,22
110:9,12,22
111:14,18
113:8
115:12,16
116:15
118:4,9,24
119:8 129:1
131:14
132:14
134:1,10
135:11,23
135:24
136:2
137:17,20
139:9,12,13
139:21,22
141:14
142:15,16
143:5,24
144:2,19,22
145:7
146:18
147:16
148:5
149:18,24
150:14,14
150:21
155:20
156:2,2,6,6
156:16
159:6,15,17
159:18
160:2,5,10
161:2,6
162:16
163:4,7,13
163:14
164:9,13,17
166:12,12
167:7
168:24
169:10,11
169:12
170:4,14

171:15,19
172:20
173:21
174:7,22
177:19
178:11,12
178:23,23
180:8,20
181:9,14
183:22
186:20
187:5,12
189:10
190:21
191:3,4
193:4,21
194:22
195:2
199:15
200:19
201:6 204:3
204:16
207:15,19
208:19,23
214:6
220:11
221:1,23
223:11
225:15,19
227:1
229:21
**year** 14:14
23:21
**years** 12:11
12:19,22
13:11 14:14
14:19 19:8
20:17 22:10
23:18 89:21
89:23 90:2
146:2
148:21
156:9 184:6
**yellow** 193:19
193:19,19
212:9
216:13,18
217:3
**youd** 75:4,5
180:17
**young** 155:13

**youre** 7:24
8:5,11
10:11 14:7
34:5 35:14
39:24 43:18
44:12,16
46:8,15
47:11,16
48:12 56:18
56:18 57:2
57:2 58:22
67:24 69:1
75:18,19
88:2,8
90:14 92:6
93:7,7
94:24 96:10
96:23 97:13
99:13,23
100:1,7
108:1
109:18,19
111:20,20
115:20,21
116:16
117:3,3
120:10
125:8
126:18
128:18
131:5
133:15
142:1 145:2
146:7
149:16
152:9,10
160:4,9
163:21
167:19
169:24
171:1,2
172:6
173:17,18
173:23
176:3
177:17
184:9 186:1
190:15
192:8 194:7
194:12
199:13,22

201:23
202:1,24
204:21
209:12,23
209:24
228:6
**youve** 8:12,23
12:18 36:15
36:16 46:12
89:21 128:5
128:8,9
137:8
153:20
184:24

**Z**

**zoom** 21:12

**0**

**00** 3:14,14
32:24,24
33:1 37:12
37:23 47:16
53:1,1,7,7
72:22,22
76:5 158:2
158:3,3,3,5
215:13
218:16
219:21
227:23
**05** 13:12,13
13:18,18,21
**06** 13:12
**09** 13:12,18
14:1 17:15
17:21,24
24:12 65:16
66:8,9,15
67:6,14
90:17
137:11
140:11,13
140:15
185:24
187:1,9,13
187:20
188:15,17
188:24
189:9 190:2
190:3

191:18
192:22
206:10
209:8
211:10,15
211:17
214:4
215:15,24
217:16
219:23
220:11
221:2,8
227:12
228:18
229:6

**1**
**1** 2:8 27:8,9
27:16 30:9
90:1
**10** 1:7 3:7,14
4:3 6:17
27:14 33:1
37:12,23
47:16 61:4
61:8 90:2
189:21,21
192:7 194:2
194:21,22
**106** 185:15
**108** 185:22
186:9,13,15
190:18,20
190:21
191:12
**109** 185:22
186:10,13
190:18,21
191:10,22
191:23
**10th** 221:2,8
221:13
**11** 53:1,7
90:2 158:3
186:24
187:13,20
192:7 209:8
219:23
220:11,15
227:10,15
**110** 191:4,6

**110x0183**
191:7
**111** 185:23
186:18,19
191:10
**112** 185:23
186:18,20
188:6,10,11
**113** 190:7,8
**117** 220:9
**118** 220:23,24
**119** 221:15
**12** 47:11
55:17 56:4
72:21 73:17
74:21 76:5
76:5 82:5
188:15,17
188:24
189:9
211:10
212:2
223:10
227:23
**120** 213:9
**123** 185:15
**12h** 26:13
**13** 15:14 61:4
193:9 205:1
**131** 211:11
**13th** 192:15
192:19
193:10
**14** 17:5 29:23
55:17,17
188:15,17
188:24
189:9
206:10
215:23
**147th** 21:10
21:10
**14th** 209:13
215:12,15
215:16,16
217:16,24
219:3,7,21
220:13
**15** 6:17 48:2
49:11 55:18
55:22 56:3

56:7 100:11
158:13,14
160:3
223:10
**16** 61:4 89:21
89:23 90:2
187:20
**17** 55:18
**180** 155:8
**185** 2:11
**18th** 17:21
18:1
**190** 155:8
**1967** 15:21
**1985** 26:12
**1990** 7:22
**19th** 221:20
222:18
225:23
**1st** 191:14

**2**
**2** 2:9 3:14
24:17,21,22
29:15,16
90:1
**20** 37:2,9,9,9
37:10 48:2
49:11 72:21
73:17
100:12
208:20
220:11
**2000** 90:1
**2001** 90:1
**2008** 230:11
230:13
**2009** 18:13
32:12,13
33:4 71:12
71:16,17
72:19 74:21
90:5,20
212:21
**2009x2344**
186:22
**2009x2474**
220:20
**2010** 17:17,23
18:1 27:18
28:12 29:3

29:5,8
191:14
192:15,19
193:9 205:1
221:13
227:9
**2010x018**
191:3
**2011** 1:14
3:13 233:3
233:12,24
234:21
**206** 73:6,7
208:20
**20s** 155:20
**20th** 234:21
**210** 191:2
**22** 15:13
212:2
**220** 156:13
**226** 73:4
**24** 15:13
209:8
219:23
220:15
**24th** 216:4
218:2,15
219:3,4,7
**26** 17:15,17
17:24 24:12
**26th** 17:19
**27** 2:8 137:11
138:6
140:11
155:19
**280** 51:3
**28th** 214:4,5
**29** 2:9 155:19
227:10,15
**29th** 227:8,12
228:14,18
**2f** 206:18
**2g** 40:6 41:19
46:9
**2h** 33:5,6,13
33:15 34:22
39:1,20
40:1,5,8
41:14,19
42:6 46:8
72:24 73:19

74:20
208:20

**3**
**3** 2:11 32:24
53:1,7
72:22 90:1
158:3,3,5
158:14
185:14,18
189:21
192:7
220:19
**30** 1:14 3:13
37:2 74:21
76:5 154:18
154:21
155:12
157:6 158:1
195:22
211:10
212:2
233:24
**300** 51:3
156:4
**3000** 4:4
**30s** 51:17,18
155:13
156:19
162:7
**30th** 15:21
233:3
**325** 16:16
**37** 156:9
**38** 156:9
**3rd** 32:12,13
33:4 64:13
71:11,17
72:5,17
74:20 76:10
192:22

**4**
**4** 90:1
**40** 193:22
195:22
206:5
**40s** 51:17
222:7,15
**4121** 194:23
**4747** 18:20,22

### 5

5 76:5 90:1
  90:17
  154:18,21
  157:6 158:1
  187:13
  215:13
  218:16
  219:21
50 4:5
500 4:6 24:17
  24:21,22
58 155:6
5th 72:19
  73:17 74:21
  90:5,20
  113:24
  114:15
  139:8
  140:13,15
  185:24
  187:9
  191:18
  192:22

### 6

6 2:4 90:1
  155:17
60602 4:6
60606 4:4
61 156:14,15
  156:16
610 18:17
62 156:16
62663 9 16:18
62801 3:16
  234:6
66 47:10
68 50:20
  76:13
  155:24
69 155:24

### 7

7 32:24 50:20
  50:23 72:22
  76:13 90:1
  155:24
  158:2

### 8

8 17:24 47:11
  56:3 61:4,8
  82:6 90:2
  137:11
  138:6
  140:11
  186:24
80 211:11
  213:10
897 1:7 3:7
  27:14
8th 211:15,16
  211:17,21
  212:21,22
  213:16,17
  229:6,7

### 9

9 29:3 33:5
  72:24 73:8
  90:2 120:22
  139:6
  206:20,21
  208:14,20
  212:2
92 26:20,21
93 26:20,21
9330 3:15
  234:5
95 88:21
  89:24,24
96 90:1 213:9
97 90:1
98 25:12 90:1
99 90:1
9th 29:5,11