**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ANTHONY HILL,                        )
                                     )
            Plaintiff,               )        10 C 897
                                     )
    vs.                              )        Honorable Judge
                                     )        Suzanne B. Conlon
THOMAS DART, et. al.,                )
                                     )
            Defendants.              )

# DEFENDANTS' EXHIBIT C

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

ANTHONY HILL,     )
           )
   Plaintiff,     )  10 C 897
           )
   vs.       )  Honorable Judge
           )  Suzanne B. Conlon
THOMAS DART, et. al.,    )
           )
   Defendants.    )

## AFFIDAVIT OF LINDA KAMPE DIRECTOR OF HEALTH INFORMATION MANAGEMENT AT CERMAK HEALTH SERVICES OF COOK COUNTY

I, Linda Kampe, being duly sworn, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. That I am currently the Director of Health Information Management at Cermak Health Services.

2. That part of my duties includes obtaining and tendering the medical records of Cook County Department of Corrections ("CCDOC") detainees which are properly subpoenaed.

3. That in the above-captioned matter, Defendants properly subpoenaed all of Plaintiff Anthony Hill's medical records from Cermak Health Services while Plaintiff was housed at CCDOC under inmate number 2009-0057009.

4. That Plaintiff's medical records, under inmate number 2009-0057009, were located and tendered. Attached as *Exhibit C Attachment 1* are those records, bate-stamped pages 4-98 & 1064-1077, contained within Plaintiff Anthony Hill's medical file and which were maintained in the regular course of business at Cermak Health Services.

1



1114
CCSAO

FURTHER AFFIANT SAYETH NOT.

Linda Kampe
Director of Health Information Management
Cermak Health Services

SUBSCRIBED AND SWORN TO
Before me this 7 day of JANUARY 2012.

Notary Public

OFFICIAL SEAL
ALAN J KVETON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/10/13

2

1115
CCSAO

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANTHONY HILL, | ) | |
| | ) | |
| Plaintiff, | ) | 10 C 897 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Suzanne B. Conlon |
| THOMAS DART, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

# DEFENDANTS' EXHIBIT C
## *Attachment 1*

*PH*

20090067009

HILL, ANTHONY   M
355244   BKDT: 08/26/2009

# ...RVICES OF COOK COUNTY   Medical Intake Form

First Name: _____   Date: _____

CCDOC# _7009_   Division: _____

## Consent for Treatment

I consent to a medical and mental health history and physical including screening for tuberculosis and sexually transmitted diseases as part of the intake process of the Cook County Jail. I also consent to ongoing medical treatment by Cermak Health Services staff for problems identified during this process. I understand I may be asked to sign forms allowing other medical treatments. I understand that every effort will be made by CHS staff to keep my medical problems confidential. I understand the policy of CHS regarding access to health care at Cook County Jail.

_patient's signature_

## Medical History

Remarks (reference by question number)

| Medical History | Yes/No |
|---|---|
| 1. Seizures/ Epilepsy / Fits | Yes / No |
| 2. Heart Trouble / Heart Attack | Yes / No |
| 3. High Blood Pressure | Yes / No |
| 4. Asthma / Emphysema | Yes / No |
| 5. Diabetes | Yes / No |
| 6. Cancer | Yes / No |
| 7. Assistive Devices (prosthesis, cane, etc.) | Yes / No |
| 8. Mental Illness | Yes / No |
| 9. Tuberculosis | Yes / No |
| 10. HIV/AIDS | Yes / No |
| 11. Liver Disease (specify)/Hepatitis B/C | Yes / No |
| -ever had DTs (delirium tremens) | Yes / No |
| 12. Kidney Disease | Yes / No |
| 13. Peptic Ulcer Disease | Yes / No |
| 14. Sickle Cell Disease | Yes / No |
| 15. Other (specify) | Yes / No |

Form Reviewed: _____
Date ___ / ___ / ___
Sick-Call Needed: Y / N

Scheduled: ___ / ___ / ___

-by _____

15. Other (specify): _Surgery to lower back_

## Current Problems

| Current Problems | Yes/No |
|---|---|
| 1. On Medications (list) | Yes / No |
| 2. Under Doctor Care | Yes / No |
| 3. Dental Problems (tooth ache, bleeding gums, etc., refer to dental if present) | Yes / No |
| 4. Current Disabilities (assistance with ADL) | Yes / No |
| 5. Recent trauma or hospitalization | Yes / No |
| 6. Current cough, fever, night sweats | Yes / No |
| 7. Current vaginal/penile discharge/sores /dysuria | Yes / No |
| 8. Other (specify) | Yes / No |
| 9. Females – Menstrual History – LMP | ___ / ___ |
| Currently pregnant | Yes / No |
| Number of past pregnancies / deliveries | ___ |

Allergies: _NKA_

Understands English? Y / N

## Substance Use

| | Tobacco | Alcohol | Injection Drug Use | Illicit, Non-Injection | Methadone | Other |
|---|---|---|---|---|---|---|
| | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N |
| How Long? (years) | | | | | | |
| Last Used (today, yesterday, 1 week etc.) | | | | | | |
| How much per day? | | | | | | |

PRINTED FROM ELECTRONIC...

## Comments:

_____ CMT/ERT

_signature of CMT/Paramedic/Title_



PATIENT LABEL

## CERMAK HEALTH SERVICES of COOK COUNTY – Primary Health Assessment

Last Name: _____  First Name: _____  Date: __/__/__  Time: _____

CCDOC No.: _____  DOB: _____

Vitals: Temp: 90  BP: 135/93  Pulse: 70  RR: 22  Weight: 160

**Assessment:** Normal Abnormal

| | Normal | Abnormal |
|---|---|---|
| Oral Cavity: | ☐ | ☐ |
| Caries | | ☐ |
| Thrush | | ☐ |
| Other (sores, masses, abscess) | | ☐ |
| Heart Sounds: | ☐ | ☐ |
| Lung Sounds: | ☐ | ☐ |
| Skin/extremities: | ☐ | ☐ |

**Explain Abnormal Findings:**

Oral Hygiene Education Yes No
Referred to Dental?  Yes No
Referred to:  ER / PA

provider signature CMT / ERT

**Secondary Health Assessment**     DATE: _____
                                    TIME: _____

Past Medical History: ☑ Asthma ☐CAD ☐Cancer ☐Diabetes ☐HTN ☐HIV ☐Hepatitis B/C
☐Seizures ☐PUD ☐Substance Abuse ☐TB ☐Psych. ☐Other _____

Recent Hosptialition: _____

HPI/ROS: S. 1) S/P (R) Buttock "Lipoma" Excision
→ Back Surgery 3 days open/closed
2). (R) Knee OA s/p Oortxyp

Physical Exam: 
O. Buttock — dressed (R) Buttock
wound — ⊖ bleed ⊖ pus
MS . well healed (R) incision
(R) knee

Assessment/Plan/Referrals:

Patient Education On:  **Smoking  Alcohol  Substance Abuse  Oral Hygiene**
(circle all discussed)  **Obesity  STDs  Violence Prevention**

Follow-up:

Provider signature, title _____  MD/PA-C

PRINTED FROM ELECTRONIC
20090057009
HILL  ANTHONY  M
BKDT:08/26/2009
CCS10



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Prescription Order**
Medical Record Copy

Patient:_____ DOC# _____ D.O.B._____

Comments:_____ Allergy:_____

| Date/Time | PHYSICIAN ORDERS | Time/Nurse Initial |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | MD Print/Sign | |

Location:_____     ☐ Med/Surg     ☐ MHS

Initials   Print / Sign Name                                Title

Form #: 853.01
Rev. Feb. 2008    White Copy: Medical Records    Pink Copy: Pharmacy    Green Copy: Nursing / CMT / Dialysis    Yellow Copy: Patient

C H S 8 5 3 0 1

Patient Label

---

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Prescription Orders**
Medical Record Copy

Patient: Hill, Anthony   DOC# 09-0057009   D.O.B. ▓▓▓▓▓

Comments:_____ Allergy: NKDA

| Date/Time | PHYSICIAN ORDERS | Time/Nurse Initial |
|---|---|---|
| 8-26-09 | Motrin 600mg PO TID /PRN x 4wk | |
| | Gauze und tape | ~Cermak~ |
| | Bactrim DS 7 PO BID 1 wk | |
| | ACE Bandage 4 ensha | |
| | (L) knee | |
| | MD Print/Sign | |

Location:_____     ☐ Med/Surg     ☐ MHS

Initials   Print / Sign Name                                PRINTED FOR ELECTRONIC REC...

Form #: 853.01
Rev. Feb. 2008    White Copy: Medical Records    Pink Copy: Pharmacy    Green Copy: Nursing/CMT/Dialysis    Yellow Copy: Patient

20090057009
HILL, ANTHONY          M
365244      BKDT:08/26/2009

6
CCSAO

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Department of Mental Health Services**
**Brief Primary Psychological Screening Tool (RCDC)**

Last Name: _Hill_ First Name: _Anthony_ DOB: _____ DOC#: _3f 9005_ _7009_

Address: _4747 N Ronald_ Phone: _____

Charge(s): _Failure to Reg. Annul_ Bond: _150K_ Court: _9/17/09_
1st Degree murder Alleged Victim: family___ friend___ close associate___ none___

Race: □ W  ☑ B  □ Sp  □ Asian  □ Other:_____  SS#:_____

Employed: ☑ Yes  □ No  Occupation: _Mason ork_

1.  Have you ever been in Cook County Jail before? □ No ☑ Yes  What division? _2 , H_

2.  Have you ever been hospitalized for psychiatric treatment? □ No ☑ Yes  How many times? _5_

    Last date: _2004_  What reason: _Depression_  Where: _South Suburban_

3.  Are you currently receiving outpatient psychiatric treatment? ☑ No □ Yes  Why?_____

    Last visit date:_____ Location:_____ Doctor's name:_____

4.  Are you now taking psychotropic medication(s)? ☑ No □ Yes  Name(s):_____

5.  Do you drink alcohol? ☑ No □ Yes  How much?_____

    Do you use drugs? ☑ No □ Yes  What drugs?_____ How much?_____

6.  Have you ever attempted suicide? ☑ No □ Yes  Last attempt:_____ How?_____

7.  Do you feel suicidal now? ☑ No □ Yes

8.  Are you feeling homicidal now? ☑ No □ Yes  Explain:_____

9.  Have you ever had special education classes? ☑ No □ Yes  Explain:_____

10. Are you now homeless? ☑ No □ Yes  Where do you stay?_____

11. Are you a Veteran? ☑ No □ Yes  Branch of Service/Type of Miltary Discharge_____

**Is this detainee's behavior appropriate in the RCDC area?** ☑ Yes  □ No  Describe:_____

Mental Health Screening Plan:  ☑ General Population  □ Admission/Evaluation Form
□ Mental Health Secondary Interview  □ Other:_____

Signature Mental Health Staff: _____

Date: _8/26/09_  Time: _612 pm_

Form#: 87417  Rev: Nov. 2004

PRINTED FROM ELECTRONIC RECORD
20090057009
HILL, ANTHONY      M
365244    BKDT:08/26/2009

7
CCSAO

Patient Name: HILL, ANTHONY
Birth Date: ▓▓▓▓▓▓

MRN: 003552442
FIN: 20090057009

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**EMERGENCY ROOM RECORD**

Date _11.5.09_
Time arrived _1110pm_ Time Triaged

Time ER visit completed _340pm_
Time departed for Outside Hospital _____
Time Examined by Provider _130P_

| | |
|---|---|
| Last Name: PPNH: HILL, ANTHONY DOB -07/30/67 Age-- 42 FC-- 06/26/09 Act 2009057000 08/21/20' MR# 355244 | DOC # / Location 7 / DOB: |

History / Comp. ___

RACE: ☐ B ☐ W ☐ L
Other: ___
Sex ☑ Male ☐ Female

pt states he was involved
in a fight in the dorm. pt sustained (L) elbow pain
& (L) knee pain + tenderness & ll pain to
no open wound noted at the time of the assess.

| FIRST DAY LMP | Last Tetanus | Allergies: | O2 Sat | Peak Flow | Accu Check | Urine Dipstick |
|---|---|---|---|---|---|---|
| N/A | 10 yrs ago | NKDA | 96%RA | | | |

| Temp | Pulse | Resp rate | BP | Repeat Vitals | Orthostatic Vitals | Nurses Signature |
|---|---|---|---|---|---|---|
| 97.3 | 104 | 20 | 114/73 | | | A. Ugeamann |

5) Stds involved in altercation, pushed
to floor (+)BⅠT
c/o pain (L) knee (L) wrist (L) elbow
+HA witnessed OCP USOR

7) Alert Nec p 3° Abs I Penne cold
unolothed for complete exam- I bruise
superficial abrasion (L) knee
(L) arm & ankle tenderness, w/o deformity,
mild pain but normal ROM, distal indices - Full ROM
(L) knee & ankle & effusion w/w deficits
Full ROM intact

X-RAY b: KNEE
(L) ELBOW
WRIST
EKG ☐           LAB ☐
NEU Ft - MEDIONG CHAS KIVIST

☐ ISH   ☐ Provident   ☐ Other Hospital
☑ Sick Call   ☐ Specialty Clinic

Treatment / Advice

Morin 600 pox 1 - pt
refused

Diagnosis:
BT (L) knee
BT (L) elbow
(L) wrist

_deFuniak_
Physician Signature / Pager Number

X Anthony Hill
Signature of Patient or Responsible Person

A. Ugeamann RN
Signature of Witness

Consent – I hereby authorize the physician and / or nurse in charge of emergency / or outpatient care at Cermak Health Services to administer such treatment and medication as may be deemed necessary or advisable by the physician in the diagnosis and treatment of this case while a patient at the hospital. I further authorize Cermak Health Services to release necessary information to authorized physicians for future care, or to insurance companies or other authorized agencies for completion of my care to hospitalization or medical benefits, and to release medical information to public authorities.

Refusal of Treatment Release – I hereby refuse treatment in this case as advised by the Physician in charge of emergency / or outpatient care at Cermak Health Services and I hereby agree not to hold the physician or Cermak Health Services responsible for any harm or injury that may result from my action, and to release medical information to Public authorities.

Signature of Patient or Responsible Person

Signature of Witness

Form#: 863.15 Rev December 12, 2005

☐ Sexual Assault Panel
RPR, HBsAG, HIV 1, HCV-Ab, HIV Consent,
Gonorrhea Culture: __Mouth _Anus _Urethra
☐ Post Exposure Panel
HIV 1, HCV-Ab, HBsAG/AB, RPR

PPNH: HILL, ANTHONY
DOB -07/30/67 Age-- 42 FC-- 06/26/09
Act 2009057000 08/21/20' MR# 355244

8

CCSAO
by: CHS

Patient Name: HILL, ANTHONY
Birth Date ▓▓▓▓▓▓

MRN: 00355244z
FIN: 2009005700

**Cermak Health Services of Cook County**
2800 S. California Avenue
Chicago, IL 60608

**EMERGENCY RESPONSE / AMBULANCE
REPORT SHEET FOR CCDOC**
Mark box ☒ on the left of answers or print in space provided.

Name: Hill, Anthony   DOC #: 2009005700   DOB: ▓▓▓▓

Date: 11/5/09   Division: 9-2H

| TIME INFORMATION | |
|---|---|
| Called: 12:30 | |
| Arrived Scene: | |
| Departed Scene: | |
| Arrived at Hospital: | |
| Returned to CHS | |

**Origin of Run**
or
**Site of Emergency**
☐ SHCC ER
☐ Court
☐ Oak Forest
☐ Division
☐ Other:

CHIEF COMPLAINT / REASON FOR TRANSPORT: Pt c/o ① Knee Pain
NKMH, Meds- Serquil, Pain Pills
NKDA,

| Time | B/P | Pulse | Resp. | Temp. | Difib/Rhythm | O2 | Drugs/Solu. | Dose |
|---|---|---|---|---|---|---|---|---|
| 12:34 | 124/78 | 96 | 20 | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Physical Findings: u/a Pt CO+A x3   Assessment:
Combative pt then calm   1. No Swelling
down o/o ① Knee Pain   No Deformity
Noted Swelling to ①   No Bleeding
Knee Pt Esort to ER   2.
B/S E.R.T No other   3.
Complaints

Therapy Rendered:
Ice Pack
Wrapped

**Mode of Transportation**
☐ W/C   ☐ Stretcher   ☐ Stair Chair
☐ Cart   ☐ Ambulance   ☐ Walk

**Destination / Disposition:**
☐ SHCC ER   ☐ Cermak ER   ☐ Remain in GP   ☐ Refer to S/C
☐ Oak Forest   ☐ Court   ☐ Other:

_signature_ of CMT/Paramedic/Title    CMT/ERT

Form#: 87503   Rev: May, 2003
1. Medical Chart
2. Resource Hospital
3. Cermak EMT Director



9
CCSAO

Patient Name: HILL, ANTHONY
Birth Date: ▓▓▓▓▓▓

MRN: 0035524z
FIN: 20090057009

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**EMERGENCY ROOM RECORD**

Date 9.9.09
Time arrived 950A   Time Triaged

Time ER visit completed 1007A
Time departed for Outside Hospital
Time Examined by Provider

PN#: HILL, ANTHONY
DOB: ▓▓▓▓ Age – 42 FC – 08/26/09
Age: 2009090057009 0926239 MR# 355244

| | Initial | DOC #: | | Location Q | DOB: |
|---|---|---|---|---|---|

RACE: ☒ B ☐ W ☐ L
Other _____   Sex ☒ Male ☐ Female

Packing △

| FIRST DAY LMP | Last Tetanus | Allergies: | O² Sat | Peak Flow | Accu Check | Urine Dipstick |
|---|---|---|---|---|---|---|
| Temp | Pulse | Resp. rate | BP | Repeat Vitals | Orthostatic Vitals | Nurses Signature |

Treatment / Advice

Packing △

a G

X-RAY ☐

EKG ☐        LAB ☐

☐ JSH  ☐ Provident  ☐ Other Hospital
☐ Sick Call  ☐ Specialty Clinic

Diagnosis:

Physician Signature / Pager Number

Consent – I hereby authorize the physician and / or nurse in charge of emergency / or outpatient care at Cermak Health Services to administer such treatment and medication as may be deemed necessary or advisable by the physician in the diagnosis and treatment of this case while a patient at the hospital. I further authorize Cermak Health Services to initiate necessary information to authorized physicians for future care, or to insurance companies or other authorized agencies for completion of my care for hospitalization or medical benefits, and to release medical information to public authorities.

Signature of Patient or Responsible Person

Signature of Witness

Refusal of Treatment / Release – I hereby refuse treatment in this case as advised by the Physician in charge of emergency / or outpatient care at Cermak Health Services and I hereby agree not to hold the physician or Cermak Health Services responsible for any Harm or injury that may result from my action, and to release medical information to Public authorities.

Signature of Patient or Responsible Person

Signature of Witness

Form#: 863.15 Rev December 12, 2005

☐ Sexual Assault Panel
RPR, HBsAG, HIV 1, HCV-Ab, HIV Consent,
Gonorrhea Culture: ___Mouth ___Anus ___Urethra
☐ Post Exposure Panel
HIV 1, HCV-AB, HBsAG/AB, RPR

PN#: HILL, ANTHONY
DOB: ▓▓▓▓ Age – 42 FC – 08/26/09
Age: 2009090057009 0926239 MR# 355244

Page N1

Patient Name: HILL, ANTHONY
Birth Date:

MRN: 00355244z
FIN: 20090057009

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## EMERGENCY ROOM RECORD

Date  9-10-09
Time arrived  9:20 AM  Time Triaged

Time ER visit completed  935 Am
Time departed for Outside Hospital
Time Examined by Provider

| Last Name | First Name | Initial | DOC # | | Location | DOB: |
|---|---|---|---|---|---|---|
| HILL ANTHONY | | | | | 9 | |

RACE: ☑B ☐ W ☐ I.
Other
Sex ☑Male ☐ Female

| FIRST DAY LMP | Last Tetanus | Allergies: | O³ Sat | Peak Flow | Accu Check | Urine Dipstick |
|---|---|---|---|---|---|---|
| Temp | Pulse | Resp. rate | BP | Repeat Vitals | Orthostatic Vitals | Nurses Signature |

Treatment / Advice

Diagnosis:

X-RAY ☐

EKG ☐          LAB ☐

☐ISH    ☐Provident    ☐Other Hospital
☐Sick Call          ☐Specialty Clinic

Physician Signature / Pager Number

**Consent** – I hereby authorize the physician and / or nurse in charge of emergency / or outpatient care at Cermak Health Services to administer such treatment and medication as may be deemed necessary or advisable by the physician in the diagnosis and treatment of this case while a patient at the hospital. I further authorize Cermak Health Services to release necessary information to authorized physicians for future care, or to insurance companies or other authorized agencies for compilation of my care for hospitalization or medical benefits, and to release medical information to public authorities.

**Refusal of Treatment Release** – I hereby refuse treatment in this case as advised by the Physician in charge of emergency / or outpatient care at Cermak Health Services and I hereby agree not to hold the physician or Cermak Health Services responsible for any Harm or Injury that may result from my action, and to release medical information to Public authorities.

Signature of Patient or Responsible Person
Signature of Witness

Signature of Patient or Responsible Person

Signature of Witness

Form#: 663.15 Rev December 12, 2005

☐ Sexual Assault Panel
RPR, HBsAG, HIV I , HCV-Ab, HIV Consent,
Gonorrhea Culture:__Mouth __Anus __Urethra
☐ Post Exposure Panel
HIV I, HCV-Ab, HBsAG/AB, RPR

Patient Name: HILL ANTHONY
Birth Date:

MRN: 00355244z
FIN: 20090057009

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## EMERGENCY ROOM RECORD

Time ER visit completed _10:13PM_
Time departed for Outside Hospital _____

Date _9/8/09_
Time arrived _10:05 AM_   Time Triaged _____
Time Examined by Provider _____

| | | | | | |
|---|---|---|---|---|---|
| HILL, ANTHONY Age-- 42 FC-- 08/26/09 7009 08/26/09 MR# 355244 | Initial | DOC # | | Location 9 | DOB: |
| | | RACE: ☒ B ☐ W ☐ I. Other _____ | | | Sex ☒ Male ☐ Female |

_PACKING Δ_

| FIRST DAY LMP | Last Tetanus | Allergies: | | O² Sat | Peak Flow | Accu Check | Urine Dipstick |
|---|---|---|---|---|---|---|---|
| Temp | Pulse | Resp. rate | BP | Repeat Vitals | Orthostatic Vitals | | Nurses Signature |

Treatment / Advice

_PACKING Δ_

Diagnosis:

δT ☐
X-RAY ☐
EKG ☐              LAB ☐
☐ JSH      ☐ Provider      ☐ Other Hospital
☐ Sick Call      ☐ Specialty Clinic

Physician Signature / Pager Number

Consent – I hereby authorize the physician and / or nurse in charge of emergency / or outpatient care at Cermak Health Services to administer such treatment and medication as may be deemed necessary or advisable by the physician in the diagnosis and treatment of this case while a patient at this hospital. I further authorize Cermak Health Services to release necessary information to authorized physicians for future care, or to insurance companies or other authorized agencies for completion of my care for hospitalization or medical benefits, and to release medical information to public authorities.

Signature of Patient or Responsible Person

Refusal of Treatment Release – I hereby refuse treatment in this case as advised by the Physician in charge of emergency / or outpatient care at Cermak Health Services and I hereby agree not to hold the physician or Cermak Health Services responsible for any Harm or injury that may result from my action, and to release medical information to Public authorities.

Signature of Parent or Responsible Person

Signature of Witness

Format: 863.15 Rev December 12, 2005

☐ Sexual Assault Panel
RPR, HBsAG, HIV 1, HCV-Ab, HIV Consent,
Gnonrhea Culture __Mouth __Anus __Urethra
☐ Post Exposure Panel
HIV 1, HCV-Ab, HBsAG/AB, RPR

HILL, ANTHONY Age-- 42 FC-- 08/26/09 7009 08/26/09 MR# 355244

12
CCSAO
by CRS

Patient Name: HILL, ANTHONY
Birth Date:

MRN: 00355244z
FIN: 20090057009

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## EMERGENCY ROOM RECORD

Date 9/7/09
Time arrived 740am    Time Triaged

Time ER visit completed 750An
Time departed for Outside Hospital
Time Examined by Provider

| Print HILL, ANTHONY DOB-07/30/67 Age - 42 FC- 08/26/09 Age 20090057009 cermax MRN 3565244 | Initial | DOC # | Location 9 | DOB: |
|---|---|---|---|---|
| | | RACE: ☑ B ☐ W ☐ L Other _____ | | Sex ☑ Male ☐ Female |

*Packing A*

| FIRST DAY LMP | Last Tetanus | Allergies: | O² Sat | Peak Flow | Accu Check | Urine Dipstick |
|---|---|---|---|---|---|---|
| Temp | Pulse | Resp. rate | BP | Repeat Vitals | Orthostatic Vitals | Nurses Signature |

Treatment / Advice

*Packing A*

X-RAY ☐

EKG ☐          LAB ☐

☐ JSH   ☐ Provident   ☐ Other Hospital
☐ Sick Cell        ☐ Specialty Clinic

Diagnosis:

Physician Signature / Pager Number

Consent - I hereby authorize the physician and / or nurse in charge of emergency / or outpatient care at Cermak Health Services to administer such treatment and medication as may be deemed necessary or advisable by the physician in the diagnosis and treatment of this case while a patient at the hospital. I further authorize Cermak Health Services to release necessary information to authorized physicians for future care, or to insurance companies or other authorized agencies for completion of any care for hospitalization or medical benefits, and to release medical information to public authorities.

Signature of Patient or Responsible Person

Signature of Witness

Refusal of Treatment Release - I hereby refuse treatment in this case as advised by the Physician in charge of emergency / or outpatient care at Cermak Health Services and I hereby agree not to hold the physician or Cermak Health Services responsible for any harm or injury that may result from my action, and to release medical information to Public authorities.

Signature of Patient or Responsible Person

Signature of Witness

Format: 863.15 Rev December 12, 2005

☐ Sexual Assault Panel
RPR, HBsAG, HIV 1, HCV-Ab, HIV Consent,
Gonorrhea Culture: __Mouth__Anus__Urethra
☐ Post Exposure Panel
HIV 1, HCV-Ab, HBsAG/AB, RPR

Print HILL, ANTHONY
Age - 42 FC- 08/26/09
7009 cermax MRN 3565244

Page N

13
CCSAO
ty: CHS

Patient Name: HILL, ANTHONY
Birth Date: 

MRN: 00355244z
FIN: 20090057009

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## EMERGENCY ROOM RECORD

Date 9/8/09

Time ER visit completed 915am
Time departed for Outside Hospital
Time Examined by Provider

Time arrived 845am   Time Triaged

Prints HILL, ANTHONY
DOB- 07/30/67 Age- 42 FC- 06/26/09
Acct 20090057009 092023# MR# 355244

| Initial | DOC # | | Location | DOB: |
|---|---|---|---|---|
| | | | 9 | |

RACE: ☒ B ☐ W ☐ I.
Other _____

Sex ☒ Male
☐ Female

Packing ∆

| FIRST DAY LMP | Last Tetanus | Allergies: | O³ Sat | Peak Flow | Accu Check | Urine Dipstick |
|---|---|---|---|---|---|---|
| Temp | Pulse | Resp. rate | BP | Repeat Vitals | Orthostatic Vitals | Nurses Signature |

Treatment / Advice

Packing ∆

Diagnosis:

X-RAY ☐

EKG ☐        LAB ☐

☐ISH   ☐Provident   ☐Other Hospital
☐Sick Call   ☐Specialty Clinic

Physician Signature / Pager Number

Consent – I hereby authorize the physician and / or nurse in charge of emergency / or outpatient care at Cermak Health Services to administer such treatment and medication as may be deemed necessary or advisable by the physician in the diagnosis and treatment of this case while a patient at the hospital. I further authorize Cermak Health Services to release necessary information to authorized physicians for future care, or to insurance companies or other authorized agencies for completion of my care for hospitalization or medical benefits, and to release medical information to public authorities.

Signature of Patient or Responsible Person

Signature of Witness

Refusal of Treatment Release – I hereby refuse treatment in this case as advised by the physician in charge of emergency / or outpatient care at Cermak Health Services and I hereby agree not to hold the physician or Cermak Health Services responsible for any harm or injury that may result from my action, and to release medical information to public authorities.

Signature of Patient or Responsible Person

Signature of Witness

Form#: 863 15 Rev December 12, 2005

: Sexual Assault Panel
RPR, HBsAG, HIV 1, HCV-Ab, HIV Consent,
Gonorrhea Culture: __Mouth __Anus __Urethra
(; Post Exposure Panel
HIV 1, HCV-Ab, HBsAG/AB, RPR

Prints HILL, ANTHONY
DOB- Age- 42 FC- 06/26/09
Acct 20090057009 092023# MR# 355244

14

Patient Name: HILL, ANTHONY
Birth Date:

MRN: 00355244z
FIN: 20090057009

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## EMERGENCY ROOM RECORD

Date 9/3/09
Time arrived 908 M    Time Triaged

Time ER visit completed 915 pm
Time departed for Outside Hospital
Time Examined by Provider

Pxen: HILL, ANTHONY
DOB: 07/30/67 Age: 42 FC- 08/26/09
Acct 20090057009 002823W MRN 355244

| | Initial | DOC # | | Location | DOB: |
|---|---|---|---|---|---|
| | | | | 9 | |

RACE: ☐ B ☐ W ☐ L
Other _____

Sex ☐ Male
☐ Female

PACKING A

| FIRST DAY LMP | Last Tetanus | Allergies: | O² Sat | Peak Flow | Accu Check | Urine Dipstick |
|---|---|---|---|---|---|---|
| Temp | Pulse | Resp. rate | BP | Repeat Vitals | Orthostatic Vitals | Nurses Signature |

Treatment / Advice

PACKING A

dT ☐

X-RAY ☐

EKG ☐              LAB ☐

☐ JSN    ☐ Provident    ☐ Other Hospital
☐ Sick Call    ☐ Specialty Clinic

Diagnosis:

Physician Signature / Pager Number

Consent - I hereby authorize the physician and / or nurse in charge of emergency / or outpatient care at Cermak Health Services to administer such treatment and medication as may be deemed necessary or advisable by the physician in the diagnosis and treatment of this case while a patient at the hospital. I further authorize Cermak Health Services to release necessary information to authorized physicians for future care, or to insurance companies or other authorized agencies for completion of my care for hospitalization or medical benefits, and to release medical information to public authorities.

Signature of Patient or Responsible Person

Signature of Witness

Refusal of Treatment Release - I hereby refuse treatment in this case as advised by the Physician in charge of emergency / or outpatient care at Cermak Health Services and I hereby agree not to hold the physician or Cermak Health Services responsible for any Harm or injury that may result from my action, and to release medical information to Public authorities.

Signature of Patient or Responsible Person

Signature of Witness

Form: 863.15 Rev December 12, 2005

☐ Sexual Assault Panel
RPR, HBsAG, HIV I, HCV-Ab, HIV Consent,
Gonorrhea Culture: __Mouth __Anus __Urethra
☐ Post Exposure Panel
HIV I, HCV-Ab, HBsAG/AB, RPR

Pxen: HILL, ANTHONY
DOB: __ 42 FC- 08/26/09
Acct 20090057009 002823W MRN 355244

15
CCSAO
ly CHS

Patient Name: HILL, ANTHONY
Birth Date:

MRN: 00355244z
FIN: 20090057009

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## EMERGENCY ROOM RECORD

Date 9/1/09
Time arrived 908 am   Time Triaged

Time ER visit completed 937 am
Time departed for Outside Hospital
Time Examined by Provider

Prim. HILL, ANTHONY
DOB-07/30/67 Age- 42 FC- 08/26/09
Acct 20090057009 022823/ MRN 355244

| | Initial | DOC # | | Location | DOB: |
|---|---|---|---|---|---|
| | | | | 9 | |

RACE: ☐ B ☐ W ☐ L.
Other_____

Sex ☒ Male
☐ Female

PACKING ∆

| FIRST DAY LMP | Last Tetanus | Allergies: | | O² Sat | Peak Flow | Accu Check | Urine Dipstick |
|---|---|---|---|---|---|---|---|
| Temp | Pulse | Resp. rate | BP | Repeat Vitals | Orthostatic Vitals | | Nurses Signature |

Treatment / Advice

PACKING ∆

Diagnosis:

X-RAY ☐

EKG ☐          LAB ☐

☐ISH    ☐Provident    ☐Other Hospital
☐Sick Call    ☐Specialty Clinic

Physician Signature / Pager Number

X _____
Signature of Patient or Responsible Person

_____
Signature of Witness

**Consent** – I hereby authorize the physician and / or nurse in charge of emergency / or outpatient care at Cermak Health Services to administer such treatment and medication as may be deemed necessary or advisable by the physician in the diagnosis and treatment of this case while a patient at the hospital. I further authorize Cermak Health Services to release necessary information to authorized physicians for future care, or to insurance companies or other authorized agencies for completion of my care for hospitalizations or medical benefits, and to release medical information to public authorities.

**Refusal of Treatment Release** – I hereby refuse treatment in this case as advised by the Physician in charge of emergency / or outpatient care at Cermak Health Services and I hereby agree not to hold the physician or Cermak Health Services responsible for any harm or injury that may result from my action, and to release medical information to Public authorities.

_____
Signature of Patient or Responsible Person

_____
Signature of Witness

Format:  B63.15 Rev December 12, 2005

2  Sexual Assault Panel
RPR, HBsAG, HIV 1, HCV-Ab, HIV Consent,
Gonorrhea Culture:__Mouth__Anus__Urethra
1.  Post Exposure Panel
HIV 1, HCV-Ab, HBsAG/AB, RPR

Prim. HILL, ANTHONY
DOB- 42 FC- 06/26/09
Acct 20090057009 022823/ MRN 355244

Patient Name: HILL, ANTHONY
Birth Date

MRN: 00355244z
FIN: 20090057009

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

### EMERGENCY ROOM RECORD

Date **8.31.09**
Time arrived **930A** Time Triaged

Time ER visit completed **1009A**
Time departed for Outside Hospital
Time Examined by Provider

Patient **HILL, ANTHONY**
DOB—07/30/67 Age—42 FC— 06/26/09
Acct 20090057009 0928230 MRN 355244

| Initial | DOC # | | Location **9** | DOB: |

RACE: ☐ B ☐ W ☐ L.
Other _____

Sex ☐ Male
☐ Female

*Packing D*

| FIRST DAY LMP | Last Tetanus | Allergies: | O² Sat | Peak Flow | Accu Check | Urine Dipstick |
|---|---|---|---|---|---|---|
| Temp | Pulse | Resp. rate | BP | Repeat Vitals | Orthostatic Vitals | Nurses Signature |

Treatment / Advice

X-RAY ☐

EKG ☐          LAB ☐

☐ JSH   ☐ Provident   ☐ Other Hospital
☐ Sick Call   ☐ Specialty Clinic

Diagnosis:

Physician Signature / Pager Number

**Consent** – I hereby authorize the physician and / or nurse in charge of emergency / or outpatient care at Cermak Health Services to administer such treatment and medication as may be deemed necessary or advisable by the physician in the diagnosis and treatment of this case while a patient at the hospital. I further authorize Cermak Health Services to release necessary information to authorized physicians for future care, or to insurance companies or other authorized agencies for completion of my care for hospitalization or medical benefits, and to release medical information to public authorities.

**Refusal of Treatment Release** – I hereby refuse treatment in this case as advised by the Physician in charge of emergency / or outpatient care at Cermak Health Services and I hereby agree not to hold the physician or Cermak Health Services responsible for any harm or injury that may result from my action, and to release medical information to Public authorities.

Signature of Patient or Responsible Person

Signature of Witness

Signature of Patient or Responsible Person

Signature of Witness

Form: 863.15 Rev December 12, 2005

☐ Sexual Assault Panel
RPR, HBsAG, HIV I, HCV-Ab, HIV Consent,
Gonorrhea Culture: __Mouth __Anus __Urethra
☐ Post Exposure Panel
HIV I, HCV-Ab, HBsAG/AB, RPR

Patient **HILL, ANTHONY**
DOB Age- 42 FC- 06/26/09
Acct 20090057009 0928230 MRN 355244

Patient Name: HILL, ANTHONY
Birth Date:

MRN: 00355244z
FIN: 20090057009

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## EMERGENCY ROOM RECORD

Time ER visit completed _____
Time departed for Outside Hospital _____
Time Examined by Provider _____

Date 8/29/09
Time arrived 8:15 p?— Time Triaged _____

HILL, ANTHONY — 42 FC— 08/26/09
09 09262s8 MRe 355244

| Initial | DOC# | | Location 9 | DOB: |

RACE: ☒ B ☐ W ☐ L
Other _____

Sex ☒ Male ☐ Female

| FIRST DAY LMP | Last Tetanus | Allergies: | | O² Sat | Peak Flow | Accu Check | Urine Dipstick |
|---|---|---|---|---|---|---|---|
| Temp | Pulse | Resp. rate | BP | Repeat Vitals | Orthostatic Vitals | | Nurses Signature |

Treatment / Advice

X-RAY ☐

EKG ☐          LAB ☐

☐ISH  ☐Provident  ☐Other Hospital
☐Sick Call  ☐Specialty Clinic

Diagnosis:

Physician Signature / Pager Number

**Consent** – I hereby authorize the physician and / or nurse in charge of emergency / or outpatient care at Cermak Health Services to administer such treatment and medication as may be deemed necessary or advisable by the physician in the diagnosis and treatment of this case while a patient at the hospital. I further authorize Cermak Health Services to release necessary information to authorized physicians for future care, or to insurance companies or other authorized agencies for completion of my care for hospitalization or medical benefits, and to release medical information to public authorities.

Signature of Patient or Responsible Person
Signature of Witness

**Refusal of Treatment Release** – I hereby refuse treatment in this case as advised by the Physician in charge of emergency / or outpatient care at Cermak Health Services and I hereby agree not to hold the physician or Cermak Health Services responsible for any harm or injury that may result from my action, and to release medical information to Public authorities.

Signature of Patient or Responsible Person
Signature of Witness

Form#: 853.15 Rev December 12, 2005

☐ Sexual Assault Panel
RPR, HBsAG, HIV 1, HCV-Ab, HIV Consent,
Gonorrhea Culture: _Mouth _Anus _Urethra
☐ Post Exposure Panel
HIV 1, HCV-Ab, HBsAG/AB, RPR

Patient Name: HILL, ANTHONY
Birth Date:

MRN: 00355244z
FIN: 20090057009

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**EMERGENCY ROOM RECORD**

Date 8/30/09
Time arrived 0910    Time Triaged

Time ER visit completed _____
Time departed for Outside Hospital _____
Time Examined by Provider _____

Prtn: HILL, ANTHONY
42 FC- 08/26/09
009 002B23V MR# 355244

| | Initial | DOC # | | Location | DOB: |
|---|---|---|---|---|---|

RACE: ☒ B ☐ W ☐ L    Sex ☒ Male
Other _____    ☐ Female

*parcing*

| FIRST DAY LMP | Last Tetanus | Allergies: | O₂ Sat | Peak Flow | Accu Check | Urine Dipstick |
|---|---|---|---|---|---|---|
| Temp | Pulse | Resp. rate | BP | Repeat Vitals | Orthostatic Vitals | Nurses Signature |

Treatment / Advice

Diagnosis:

X-RAY ☐

EKG ☐    LAB ☐

☐ JSH    ☐ Provident    ☐ Other Hospital
☐ Sick Call    ☐ Specialty Clinic

Physician Signature / Pager Number

**Consent** – I hereby authorize the physician and / or nurses in charge of emergency / or outpatient care at Cermak Health Services to administer such treatment and medication as may be deemed necessary or advisable by the physician in the diagnosis and treatment of this case while a patient of the hospital. I further authorize Cermak Health Services to release necessary information to authorized physicians for future care, or to insurance companies or other authorized agencies for completion of my care for hospitalization or medical benefits, and to release medical information to public authorities.

Signature of Patient or Responsible Person

**Refusal of Treatment Release** – I hereby refuse treatment in this case as advised by the Physician in charge of emergency / or outpatient care at Cermak Health Services and I hereby agree not to hold the physician or Cermak Health Services responsible for any harm or injury that may result from my action, and to release medical information to Public authorities.

Signature of Witness

Signature of Patient or Responsible Person

Signature of Witness

Format 863 15 Rev December 12, 2006

☐ Sexual Assault Panel
RPR, HBsAG, HIV 1, HCV-Ab, HIV Consent.
Gonorrhea Culture: _Mouth _Anus _Urethra
☐ Post Exposure Panel
HIV 1, HCV-Ab, HBsAG/AB, RPR

Prtn: HILL, ANTHONY
DOB:                   42 FC- 08/26/09
Age 2                009 002B23V MR# 355244

Patient Name: HILL, ANTHONY
Birth Date:

MRN: 00355244z
FIN: 20090057009

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, Il. 60608

## EMERGENCY ROOM RECORD

Date **8/28/09**

Time arrived **9:?? Am**   Time Triaged

Time ER visit completed **9:5? Am**

Time departed for Outside Hospital

Time Examined by Provider

| Ptn: HILL, ANTHONY DOB:... 42 FC- 08/26/09 Acct... 092829# MRN 356244 | Initial | DOC # | Location **9** | DOB: |

RACE: ☒ B ☐ W ☐ L
Other _____

Sex ☒ Male
☐ Female

_Packing δ_

| FIRST DAY LMP | Last Tetanus | Allergies: | O² Sat | Peak Flow | Accu Check | Urine Dipstick |
|---|---|---|---|---|---|---|
| Temp | Pulse | Resp. rate | BP | Repeat Vitals | Orthostatic Vitals | Nurses Signature |

Treatment / Advice

_Packing δ_
_Bactrum DS / Blixtors_
_Motrin 600mg / given_

GT ☐
X-RAY ☐
EKG ☐          LAB ☐

☐ JSH   ☐ Provident   ☐ Other Hospital
☐ Sick Call   ☐ Specialty Clinic

Diagnosis:

Physician Signature / Pager Number

_x Curtis M.D._

Consent - I hereby authorize the physician and / or nurse in charge of emergency / or outpatient care at Cermak Health Services to administer such treatment and medication as may be deemed necessary or advisable by the physician in the diagnosis and treatment of this case while a patient at the hospital. I further authorize Cermak Health Services to release necessary information to authorized physicians for future care, or to insurance companies or other authorized agencies for completion of my care for hospitalization or medical benefits, and to release medical information to public authorities.

Signature of Patient or Responsible Person

Signature of Witness

Refusal of Treatment Release - I hereby refuse treatment in this case as advised by the Physician in charge of emergency / or outpatient care at Cermak Health Services and I hereby agree not to hold the physician or Cermak Health Services responsible for any Harm or Injury that may result from my action, and to release medical information to public authorities.

Signature of Patient or Responsible Person

Signature of Witness

Form #: 861.15 Rev December 12, 2005

☐ Sexual Assault Panel
RPR, HBsAG, HIV I, HCV-Ab, HIV Consent,
Gonorrhea Culture __ Mouth __ Anus __ Urethra
☐ Post Exposure Panel
HIV I, HCV-Ab, HBsAG/AB, RPR

| Ptn: HILL, ANTHONY DOB:... 42 FC- 08/26/09 Acct... 092829# MRN 355244 |

Patient Name: HILL, ANTHONY
Birth Date:

MRN: 00355244z
FIN: 20090057009

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**EMERGENCY RESPONSE / AMBULANCE**
**REPORT SHEET FOR CCDOC**
Mark box ☒ on the left of answers or print in space provided.

Name: Hill Anthony       DOC #: 090057009   DOB: 7-30-67
Date: 8/27/09                    Division: 9213

| TIME INFORMATION | | Origin of Run or Site of Emergency | |
|---|---|---|---|
| Called: | 1320 W1 | | ☐ SHCC ER |
| Arrived Scene: | 1320 W1 | | ☐ Court |
| Departed Scene: | | | ☐ Oak Forest |
| Arrived at Hospital: | | | ☒ Division 9 |
| Returned to CHS: | | | ☐ Other |

CHIEF COMPLAINT / REASON FOR TRANSPORT: Packing Change

Called ER Cermak sts Bring to ER
8AM for Packing EVAL.

| Time | B/P | Pulse | Resp. | Temp. | Difib/Rhythm | O2 | Drugs/Solu. | Dose |
|---|---|---|---|---|---|---|---|---|
| | | | | | BCS | | | |

**Physical Findings:**
pt has A packing to
rearend area which he
recieved at a Hospital
on 8/24/09 before he
was locked up. pt sts it
has not been changed
pt care to Cermak
for EVAluation

**Assessment:**
1. AOX3

2. Packing Change
to rearEND

3.

**Therapy Rendered:**
pt care to
Cermak

**Mode of Transportation**
☐ W/C   ☐ Stretcher   ☐ Stair Chair
☐ Cart   ☐ Ambulance   ☒ Walk

**Destination / Disposition**
☐ SHCC ER   ☒ Cermak ER   ☐ Remain in ___   ☐ Refer to S / C
☐ Oak Forest   ☐ Court   ☐ Other

LACY          CMT/ERT
signature of CMT/Paramedic/Title

Form#: 87503  Rev: May. 2003
1. Medical Chart
2. Resource Hospital
3. Cermak EMT Director

Name: HILL, ANTHONY
DOB: ___ Age - 42 FC - 08/26/09
Adt ___ 090057009 026539 MRH 355244

Page N:

21

COPIED FROM
CHRONIC REC

CCSAO

Patient Name: HILL, ANTHONY
Birth Date:

MRN: 0035524z
FIN: 20090057009

 Cermak Health Services of Cook County
2600 S. California Avenue
Chicago, IL 60608

**Prescription Order**
Medical Record Copy

Patient:_____ DOC# _____ D.O.B._____

Comments:_____ Allergy:_____

| Date/Time | PHYSICIAN ORDERS | Time/Nurse Initial |
|---|---|---|
| | | |
| | | |
| | Pt No. HILL, ANTHONY <br> DOB-07/30/67 Age- 42 FC- 08/26/09 <br> Acct 20090057009 002823# MR# 355244 | |
| | | |
| | MD Print/Sign | |

Location:_____  ☐ Med/Surg  ☐ MHS

Initials  Print / Sign Name                Title

C H S 8 5 3 0 1

Form #: 853.01
Rev: Feb. 2008   White Copy: Medical Records   Pink Copy: Pharmacy   Green Copy: Nursing / CMT / Dialysis   Yellow Copy: Patient

Patient Label

---

Cermak Health Services of Cook County
2600 S. California Avenue
Chicago, IL 60608

**Prescription Orders**
Medical Record Copy

Patient: HILL, ANTHONY  DOC# 09-0057001  D.O.B. 7/30/67

Comments:_____ Allergy: NKA

| Date/Time | PHYSICIAN ORDERS | Time/Nurse Initial |
|---|---|---|
| 8/26/09 | -BACTRIM DS  i tab  B10 po  AR <br> c plenty of fluid  x 1 week <br> -IBUPROFEN 600 mg  B10 po pc prn AR <br> for pain  x 1 week | / Green |
| | | |
| | MD Print/Sign  PEDRO CRUZ, MD | |

EXPUR~~ATED FROM~~
~~RONIC RECO~~

Location: DIV. 9, 2/3  ☒ Med/Surg

Initials  Print / Sign Name  Cruz, Pedro, MD  Title

C H S 8 5 3 0 1

Form #: 853.01
Rev. Feb. 2008   White Copy: Medical Records   Pink Copy: Pharmacy   Green Copy: Nursing/CMT/Dialysis   Yellow Copy: Patient

Pt No. HILL, ANTHONY
DOB- 42 FC- 08/26/09
Acct 20090057009 002823# MR# 355244

22

CCSH0



**Cook County Bureau of Health Services**
1900 West Polk Street, Chicago, Illinois 60612
**Todd H. Stroger** - President, Board of Cook County Commissioners
**Affiliates**

Ambulatory & Community Health Network of Cook County     Oak Forest Hospital of Cook County
Cermak Health Services of Cook County     Provident Hospital of Cook County
Cook County Department of Public Health     Ruth M. Rothstein CORE Center
John H. Stroger, Jr. Hospital of Cook County

---

Patient Name: HILL, ANTHONY
Birth Date:
Gender: Male

Admission Date: 8/26/2009
Discharge Date: 2/19/2010

MRN: 00355244z
FIN: 20090057009

---

### P h y s i c a l  T h e r a p y  O u t p t

## PHYSICAL THERAPY OUTPATIENT EVALUATION

Treatment date and time:february 15, 2010.
Patient Name: hill, anthony.
Patient Age/Date of Birth: 42 yr, aam, detainee at cook county jail, english-speaking.

HPI: has chronic l knee pain after l h/o orif in 1995. evaluate for strengthening & flexibilty.
PMH:l wrist, l knee & l elbow xrays on 11-5/09 were neg.
PT Referral for: eval & treat.

S: "I just want to get stronger with the l leg & better sleeping at night."
Pain scale: 10
Pt ID verified x 2:yes by officer twice
Observation:start with stat bike for 5 min's then did stand ex's for df/pf on edge of steps, then did wall slides, then did r & l leg steps ups for 20 reps then did sit ex includ hip march, laq's, then in sup did heel sldies, saq's with bolst, hip add/abd with sets, sm ball then in sidely for l hip abd (needed to put the sm bl ball under the leg to make it easier, then did pro quad str for both legs.
Posture: goodposture.
ROM:r leg wnl, then l knee flex/ext was 120-5 degrees df/pf were fine.
Strength: r leg 5, then l hip flex was 4+, hip add/abd was 4+, then df/pf were 5 then knee flex & ext were 4_.
Sensation: intact to both legs for ligch touch.
Balance: good in sitting then fair in stand.
Functional skill level/Mobility: went up & down 4 steps with supervvision (more painful up > than down.)
Gait: angtalgic gait l > than r.
Special tests: l leg did mcl, lcl, then pro/ant drawer all neg except for med-cl. neg compr to patellar.
Treatment:gave written hep.

A/Treatment Responses:pt tol tx fairly well & would benefit from further visits at Cermak fo OPPT goals for leg progression.

Page Number: 34 of 39

Facility: CHS

*CONFIDENTIAL* – If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

23

CCSAO



**Cook County Bureau of Health Services**
1900 West Polk Street, Chicago, Illinois 60612
Todd H. Stroger - President, Board of Cook County Commissioners
**Affiliates**
Ambulatory & Community Health Network of Cook County    Oak Forest Hospital of Cook County
Cermak Health Services of Cook County    Provident Hospital of Cook County
Cook County Department of Public Health    Ruth M. Rothstein CORE Center
John H. Stroger, Jr. Hospital of Cook County

---

Patient Name: HILL, ANTHONY
Birth Date:
Gender: Male

Admission Date: 8/26/2009
Discharge Date: 2/19/2010

MRN: 00355244z
FIN: 20090057009

---

## Physical Therapy Script

**Short Term Goals:** to increase mob r leg to wnl, to increase mmt to 5, to be able to go up & down 16 steps indep, to walk 4-5 blocks to gym indep, to be able to do functional ease of adls without pain.

**P:cont for further visits at Cermak for goals above for OPPT for leg progression.**

Electronically Authored On: 15-FEB-10 15:34
Electronically Signed By: BERGERON, SUSANNE
CHS - Allied Healthcare - Physical Therapist

## Radiology Results

Exam Date/Time:
11/5/2009 2:00:00 PM

Radiology Order:
Elbow AP/Lat Left

Ordering Dr.:
DE FUNIAK, ANDREW

Accession Number:
DX-09-0186815

Reason for Exam

1-Trauma

Findings

No recent fracture or dislocation is seen.

Incidentally noted is a anterior fat pad, which is non-specific and may signify some deep joint effusion.

Facility: CHS

CONFIDENTIAL – If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

24

CCSAO



**Cook County Bureau of Health Services**
1900 West Polk Street, Chicago, Illinois 60612
**Todd H. Stroger** - President, Board of Cook County Commissioners
**Affiliates**

| | |
|---|---|
| Ambulatory & Community Health Network of Cook County | Oak Forest Hospital of Cook County |
| Cermak Health Services of Cook County | Provident Hospital of Cook County |
| Cook County Department of Public Health | Ruth M. Rothstein CORE Center |
| John H. Stroger, Jr. Hospital of Cook County | |

Patient Name: HILL, ANTHONY
Birth Date:
Gender: Male

Admission Date: 8/26/2009
Discharge Date: 2/19/2010

MRN: 0035S244z
FIN: 20090057009

---

## R a d i o l o g y   R e s u l t s

Exam Date/Time:
11/5/2009 2:00:00 PM

Radiology Order:
Elbow AP/Lat Left

Ordering Dr.:
DE FUNIAK, ANDREW

Accession Number:
DX-09-0186815

Impression

AS ABOVE.

****FINAL REPORT****
Reading Radiologist: SOBTI, PAMELA
Electronically Signed by: SOBTI, PAMELA
On: 11/18/2009 11:33 am

Exam Date/Time:
11/5/2009 2:00:00 PM

Radiology Order:
Knee AP/Lat w/ Obliques 3
Views Left

Ordering Dr.:
DE FUNIAK, ANDREW

Accession Number:
DX-09-0186817

Reason for Exam

1-Trauma

Findings

No recent fracture or dislocation is seen. Metallic screws are projecting in the distal femur and tibia.

There is irregularity of the tibial plateau and the tibial spines, seen on the AP view, which may be due to old healing fracture(?). Acute non-displaced fracture here cannot be entirely excluded.

Please correlate clinically and if indicated CT scan is recommend for further evaluation.

There is fullness in the suprapatellar region.

Facility: CHS

*CONFIDENTIAL* – If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

25

CCSAO



**Cook County Bureau of Health Services**
1900 West Polk Street, Chicago, Illinois 60612
Todd H. Stroger - President, Board of Cook County Commissioners
**Affiliates**

| | |
|---|---|
| Ambulatory & Community Health Network of Cook County | Oak Forest Hospital of Cook County |
| Cermak Health Services of Cook County | Provident Hospital of Cook County |
| Cook County Department of Public Health | Ruth M. Rothstein CORE Center |

John H. Stroger, Jr. Hospital of Cook County

---

Patient Name: HILL, ANTHONY
Birth Date: ▮▮▮▮▮▮
Gender: Male

Admission Date: 8/26/2009
Discharge Date: 2/19/2010

MRN: 0035244z
FIN: 20090057009

---

## Radiology Results

| Exam Date/Time:<br>11/5/2009 2:00:00 PM | Radiology Order:<br>Knee AP/Lat w/ Obliques 3 Views Left | Ordering Dr.:<br>DE FUNIAK, ANDREW | Accession Number:<br>DX-09-0186817 |
|---|---|---|---|

Impression

AS ABOVE.

****FINAL REPORT****
Reading Radiologist: SOBTI, PAMELA
Electronically Signed by: SOBTI, PAMELA
On: 11/18/2009 11:33 am

| Exam Date/Time:<br>11/5/2009 2:00:00 PM | Radiology Order:<br>Wrist Min 3 Views Left | Ordering Dr.:<br>DE FUNIAK, ANDREW | Accession Number:<br>DX-09-0186816 |
|---|---|---|---|

Reason for Exam

1-Trauma

Findings

No recent fracture or dislocation is seen.

Metallic pins/fixation device are noted in the projection of the distal radius and ulna. Mild soft tissue swelling is seen.

Facility: CHS

CONFIDENTIAL – If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

26

CCSAO



**Cook County Bureau of Health Services**
1900 West Polk Street, Chicago, Illinois 60612
**Todd H. Stroger** - President, Board of Cook County Commissioners
**Affiliates**

Ambulatory & Community Health Network of Cook County    Oak Forest Hospital of Cook County
Cermak Health Services of Cook County    Provident Hospital of Cook County
Cook County Department of Public Health    Ruth M. Rothstein CORE Center
John H. Stroger, Jr. Hospital of Cook County

---

Patient Name: HILL, ANTHONY
Birth Date: ~~████████~~
Gender: Male

Admission Date: 8/26/2009
Discharge Date: 2/19/2010

MRN: 00355244z
FIN: 20090057009

---

## *Radiology Results*

Exam Date/Time:
11/5/2009 2:00:00 PM

Radiology Order:
Wrist Min 3 Views Left

Ordering Dr.:
DE FUNIAK, ANDREW

Accession Number:
DX-09-0186816

Impression

AS ABOVE.

****FINAL REPORT****
Reading Radiologist: SOBTI, PAMELA
Electronically Signed by: SOBTI, PAMELA
On: 11/18/2009 11:33 am

Exam Date/Time:
1/12/2010 5:03:37 PM

Radiology Order:
US Scrotum/Testicle Right

Ordering Dr.:
PATEL, MANISHA

Accession Number:
US-10-0000566

Reason for Exam

4-Palpable Mass

Findings

Patient is a 43 year old male with a history of right testicular cyst. No prior films are available for comparison. Bilateral ultrasound was performed. There are bilateral small hydrocele's. No testicular masses are identified. Blood flow is identified in each testicle. The left testicle measures approximately 2.7cm. The epididymis measures 9.1mm. The right testicle measures 2.9 X 3.6 X 1.7cm. The epididymis measures 9mm. There is a small 2mm epididymal cyst present.

Impression

NO EVIDENCE OF TESTICULAR MASSES. NORMAL BLOOD FLOW.

SMALL RIGHT EPIDIDYMAL CYST MEASURES 2MM.

Facility: CHS

*CONFIDENTIAL* – If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

27

CCSAO



**Cook County Bureau of Health Services**
1900 West Polk Street, Chicago, Illinois 60612
**Todd H. Stroger** - President, Board of Cook County Commissioners
**Affiliates**

Ambulatory & Community Health Network of Cook County    Oak Forest Hospital of Cook County
Cermak Health Services of Cook County    Provident Hospital of Cook County
Cook County Department of Public Health    Ruth M. Rothstein CORE Center
John H. Stroger, Jr. Hospital of Cook County

---

Patient Name: HILL, ANTHONY
Birth Date: ▉▉▉▉
Gender: Male

Admission Date: 8/26/2009
Discharge Date: 2/19/2010

MRN: 00355244z
FIN: 20090057009

---

## R a d i o l o g y   R e s u l t s

Exam Date/Time:
1/12/2010 5:03:37 PM

Radiology Order:
US Scrotum/Testicle Right

Ordering Dr.:
PATEL, MANISHA

Accession Number:
US-10-0000566

SMALL BILATERAL HYDROCELE'S.


****FINAL REPORT****
Reading Radiologist: KEEN, JOHN
Electronically Signed by: KEEN, JOHN
On: 01/19/2010 10:16 am

Facility: CHS

*CONFIDENTIAL* – If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

28
CCSAO



**Cook County Bureau of Health Services**
1900 West Polk Street, Chicago, Illinois 60612
**Todd H. Stroger** - President, Board of Cook County Commissioners
**Affiliates**

Ambulatory & Community Health Network of Cook County
Cermak Health Services of Cook County
Cook County Department of Public Health
Oak Forest Hospital of Cook County
Provident Hospital of Cook County
Ruth M. Rothstein CORE Center
John H. Stroger, Jr. Hospital of Cook County

Patient Name: HILL, ANTHONY
Birth Date:
Gender: Male

Admission Date: 8/26/2009
Discharge Date: 2/19/2010

MRN: 00355244z
FIN: 20090057009

# General Chemistry

## General Chemistry

Date 12/28/2009
Time 11:52:00 AM

| Procedure | Units | |
|---|---|---|
| Na | mEq/L | 141 |
| K | mEq/L | 4.2 |
| Cl | mEq/L | 103 |
| CO2 | mEq/L | 31 |
| Anion Gap | | 7 |
| Glucose serum | mg/dL | 88 |
| BUN | mg/dL | 14 |
| Creat | mg/dL | 1.1 |
| Ca | mg/dL | 9.3 |
| GFR (Calculated) | | 94 |
| Phos | mg/dL | 3.7 |
| Uric Acid | mg/dL | 4.0 |
| Protein Total | g/dL | 7.1 |
| Albumin | g/dL | 4.2 |
| Bilirubin Total | mg/dL | 0.4 |
| Bilirubin Direct | mg/dL | 0.1 |
| Alk Phos | U/L | 37 |
| GGT | U/L | 20 |
| Cholesterol | mg/dL | 205 |
| HDL Cholesterol | mg/dL | 58 |
| LDL Cholesterol | | 120 |
| Cholesterol/HDL Ratio | | 3.5 |
| Triglycerides | mg/dL | 136 |

12/28/2009 11:52:00 AM  GFR (Calculated):
Corrected from 94 on 12/28/2009 1:28:00 PM by Contributor_system, SCC_CHS

Page Number: 1 of 39

Facility: CHS

CONFIDENTIAL -- If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

29

CCSAO



**Cook County Bureau of Health Services**
1900 West Polk Street, Chicago, Illinois 60612
**Todd H. Stroger** - President, Board of Cook County Commissioners
**Affiliates**

Ambulatory & Community Health Network of Cook County          Oak Forest Hospital of Cook County
Cermak Health Services of Cook County                        Provident Hospital of Cook County
Cook County Department of Public Health                      Ruth M. Rothstein CORE Center
John H. Stroger, Jr. Hospital of Cook County

---

Patient Name: HILL, ANTHONY
Birth Date:
Gender: Male

Admission Date: 8/26/2009
Discharge Date: 2/19/2010

MRN: 00355244z
FIN: 20090057009

---

## General Chemistry

## General Chemistry

12/28/2009 11:52:00 AM  GFR (Calculated):
Estimated GFR: (mL/min/1.73 sq m)

>= 90  Normal or increased GFR
60-89  Mild reduction in GFR, Clinical correlation needed
30-59  Moderate reduction in GFR(CKD Stage3)
15-29  Severe reduction in GFR(CKD Stage4)
<15   Kidney failure (CKD Stage 5)

GFR IS ESTIMATED USING CREATININE, AGE, GENDER AND RACE
(4-v MDRD).ESTIMATED GFR VALUES ARE NOT ACCURATE IN: OBESE
(BMI >34)OR UNDERWEIGHT (BMI <20) PEOPLE, THE VERY OLD OR
VERY YOUNG, RACES OTHER THAN CAUCASIAN OR AFRICAN AMERICAN,
AND PEOPLE WITH ACUTE KIDNEY FAILURE, ACUTE ILLNESS,
OR AMPUTATIONS.

---

## General Hematology

## General Hematology

|  | Date | 12/28/2009 |
|---|---|---|
|  | Time | 11:43:00 AM |

| Procedure | Units | |
|---|---|---|
| WBC | k/uL | 5.0 |
| RBC | mil/uL | 4.40 |
| HGB | g/dL | 13.7 |
| HCT | % | 40.5 |
| MCV | fL | 91.9 |
| MCH | pg | 31.1 |
| MCHC | g/dL | 33.9 |
| RDW | % | 14.8 |
| PLT | k/uL | 204 |

Page Number: 2 of 39

Facility: CHS

*CONFIDENTIAL* – If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.



**Cook County Bureau of Health Services**
1900 West Polk Street, Chicago, Illinois 60612
**Todd H. Stroger** - President, Board of Cook County Commissioners
**Affiliates**

Ambulatory & Community Health Network of Cook County     Oak Forest Hospital of Cook County
Cermak Health Services of Cook County     Provident Hospital of Cook County
Cook County Department of Public Health     Ruth M. Rothstein CORE Center
John H. Stroger, Jr. Hospital of Cook County

| | | |
|---|---|---|
| Patient Name: HILL, ANTHONY<br>Birth Date:<br>Gender: Male | Admission Date: 8/26/2009<br>Discharge Date: 2/19/2010 | MRN: 003552442<br>FIN: 20090057009 |

# ᙀ r i ᙂ a l y s i s

## Urinalysis

Date    12/28/2009
Time    12:09:00 PM

| Procedure | Units | |
|---|---|---|
| Color Urn | | YELLOW |
| Appearance | | CLEAR |
| Spec Gravity Urn | | 1.021 |
| Ph Urn | | 5.5 |
| Protein Urn | | NEG |
| Glucose Urn | | NEG |
| Ketones Urn | | NEG |
| Bilirubin Urn | | NEG |
| Blood Urn | | NEG |
| Nitrite Urn | | NEG |
| Urobilinogen | | NORMAL |
| Leukocyte Esterase | | NEG |
| Epithelial Cells | | <1 |
| Mucous | | RARE |
| RBC Urn | | 1 |
| WBC Urn | | <1 |

Facility: CHS

31

*CONFIDENTIAL* – If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

CCSAO



**Cook County Bureau of Health Services**
1900 West Polk Street, Chicago, Illinois 60612
**Todd H. Stroger** - President, Board of Cook County Commissioners
**Affiliates**
Ambulatory & Community Health Network of Cook County          Oak Forest Hospital of Cook County
Cermak Health Services of Cook County                        Provident Hospital of Cook County
Cook County Department of Public Health                      Ruth M. Rothstein CORE Center
John H. Stroger, Jr. Hospital of Cook County

| | | |
|---|---|---|
| Patient Name: HILL, ANTHONY | Admission Date: 8/26/2009 | MRN: 00355244z |
| Birth Date: | Discharge Date: 2/19/2010 | FIN: 2009057009 |
| Gender: Male | | |

## Microbiology Results

PROCEDURE: Culture Urine
SOURCE: Urine

COLLECTED: 01/08/2010 15:28
STARTED: 01/08/2010 15:28
ACCESSION: A9082191

Final Report
Verified:01/11/2010 09:24
No growth

Preliminary Report
Verified:01/09/2010 08:35
Culture incubating, positives will be reported when
detected.

## Endocrinology

### Endocrinology

| Procedure | Units | Date<br>Time | 1/8/2010<br>11:49:00 AM | 12/28/2009<br>11:52:00 AM |
|---|---|---|---|---|
| TSH | uIU/mL | | | 1.240 |
| PSA Total TOSOH | ng/mL | | 0.51 | |

## Orders

| Order Date/Time:: | 11/5/2009 1:31:58 PM |
|---|---|
| Order Name:: | Knee AP/Lat w/Obliques 3 Views Left |

Page Number: 4 of 39                                              Facility: CHS

*CONFIDENTIAL* – If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

32
CCSAO



**Cook County Bureau of Health Services**
1900 West Polk Street, Chicago, Illinois 60612
**Todd H. Stroger** - President, Board of Cook County Commissioners
**Affiliates**

| | |
|---|---|
| Ambulatory & Community Health Network of Cook County | Oak Forest Hospital of Cook County |
| Cermak Health Services of Cook County | Provident Hospital of Cook County |
| Cook County Department of Public Health | Ruth M. Rothstein CORE Center |

John H. Stroger, Jr. Hospital of Cook County

---

| | | |
|---|---|---|
| Patient Name: HILL, ANTHONY | Admission Date: 8/26/2009 | MRN: 00355244z |
| Birth Date: ▓▓▓ | Discharge Date: 2/19/2010 | FIN: 20090057009 |
| Gender: Male | | |

---

# O r d e r s

(Continued)

**Order Action:**
Complete
Status Change
Order

**Ordering Dr:**
DE FUNIAK, ANDREW
DE FUNIAK, ANDREW
DE FUNIAK, ANDREW
**Order Details::** Stat, 11/05/09 13:31:00, 1-Trauma, states bt today, no swelling or bruising noted. states old fx w/ hardware., Ambulatory

| **Order Date/Time::** | 11/5/2009 1:31:58 PM |
|---|---|
| **Order Name::** | Elbow AP/Lat Left |

**Order Action:**
Complete
Status Change
Order

**Ordering Dr:**
DE FUNIAK, ANDREW
DE FUNIAK, ANDREW
DE FUNIAK, ANDREW
**Order Details::** Stat, 11/05/09 13:32:00, 1-Trauma, Ambulatory

| **Order Date/Time::** | 11/5/2009 1:31:58 PM |
|---|---|
| **Order Name::** | Wrist Min 3 Views Left |

**Order Action:**
Complete
Status Change
Order

**Ordering Dr:**
DE FUNIAK, ANDREW
DE FUNIAK, ANDREW
DE FUNIAK, ANDREW
**Order Details::** Stat, 11/05/09 13:32:00, 1-Trauma, Ambulatory

| **Order Date/Time::** | 12/24/2009 2:09:00 PM |
|---|---|
| **Order Name::** | GFR (Calculated) |

**Order Action:**
Status Change
Status Change
Status Change
Status Change
Status Change
Status Change
Status Change
Status Change
Status Change
Order

**Ordering Dr:**
PATEL, MANISHA
PATEL, MANISHA
PATEL, MANISHA
PATEL, MANISHA
PATEL, MANISHA
PATEL, MANISHA
PATEL, MANISHA
PATEL, MANISHA
PATEL, MANISHA
PATEL, MANISHA
**Order Details::** 12/28/09 11:52:00, Blood, Routine

Facility: CHS

*CONFIDENTIAL* – If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

33

CCSAO



**Cook County Bureau of Health Services**
1900 West Polk Street, Chicago, Illinois 60612
**Todd H. Stroger** - President, Board of Cook County Commissioners
**Affiliates**

| | |
|---|---|
| Ambulatory & Community Health Network of Cook County | Oak Forest Hospital of Cook County |
| Cermak Health Services of Cook County | Provident Hospital of Cook County |
| Cook County Department of Public Health | Ruth M. Rothstein CORE Center |
| John H. Stroger, Jr. Hospital of Cook County | |

| | | |
|---|---|---|
| Patient Name: HILL, ANTHONY | Admission Date: 8/26/2009 | MRN: 0035524&z |
| Birth Date: | Discharge Date: 2/19/2010 | FIN: 20090057009 |
| Gender: Male | | |

## *O r d e r s*

| Order Date/Time:: | 12/24/2009 2:09:45 PM |
|---|---|
| **Order Name::** | Complete Blood Count |
| **Order Action:** | **Ordering Dr:** |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Order | PATEL, MANISHA |
| | **Order Details::** 12/24/09 14:09:00, Blood, Routine |

| Order Date/Time:: | 12/24/2009 2:09:45 PM |
|---|---|
| **Order Name::** | Basic Metabolic Profile |
| **Order Action:** | **Ordering Dr:** |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Order | PATEL, MANISHA |
| | **Order Details::** 12/24/09 14:09:00, Blood, Routine |

| Order Date/Time:: | 12/24/2009 2:09:45 PM |
|---|---|
| **Order Name::** | Urinalysis |
| **Order Action:** | **Ordering Dr:** |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Order | PATEL, MANISHA |

Facility: CHS

*CONFIDENTIAL* – If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

34

CCSAO



**Cook County Bureau of Health Services**
1900 West Polk Street, Chicago, Illinois 60612
**Todd H. Stroger** – President, Board of Cook County Commissioners
**Affiliates**

| | |
|---|---|
| Ambulatory & Community Health Network of Cook County | Oak Forest Hospital of Cook County |
| Cermak Health Services of Cook County | Provident Hospital of Cook County |
| Cook County Department of Public Health | Ruth M. Rothstein CORE Center |

John H. Stroger, Jr. Hospital of Cook County

---

Patient Name: HILL, ANTHONY
Birth Date: ███████
Gender: Male

Admission Date: 8/26/2009
Discharge Date: 2/19/2010

MRN: 00355244z
FIN: 20090057009

---

## 𝚶 𝚛 𝚍 𝚎 𝚛 𝚜

(Continued)

Order Details:: 12/24/09 14:09:00, Urine, Routine

| Order Date/Time:: | 12/24/2009 2:09:45 PM |
|---|---|
| Order Name:: | TSH |
| **Order Action:** | **Ordering Dr:** |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Order | PATEL, MANISHA |

Order Details:: 12/24/09 14:09:00, Blood, Routine

| Order Date/Time:: | 12/24/2009 2:09:45 PM |
|---|---|
| Order Name:: | Lipid Profile |
| **Order Action:** | **Ordering Dr:** |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Order | PATEL, MANISHA |

Order Details:: 12/24/09 14:09:00, Blood, Routine

| Order Date/Time:: | 12/24/2009 2:09:45 PM |
|---|---|
| Order Name:: | Liver Profile |
| **Order Action:** | **Ordering Dr:** |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |

Page Number: 7 of 39

Facility: CHS

*CONFIDENTIAL* – If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

35
CCSAO



**Cook County Bureau of Health Services**
1900 West Polk Street, Chicago, Illinois 60612
**Todd H. Stroger** - President, Board of Cook County Commissioners
**Affiliates**

| | |
|---|---|
| Ambulatory & Community Health Network of Cook County | Oak Forest Hospital of Cook County |
| Cermak Health Services of Cook County | Provident Hospital of Cook County |
| Cook County Department of Public Health | Ruth M. Rothstein CORE Center |
| John H. Stroger, Jr. Hospital of Cook County | |

---

| | | |
|---|---|---|
| Patient Name: HILL, ANTHONY | Admission Date: 8/26/2009 | MRN: 00355244z |
| Birth Date: | Discharge Date: 2/19/2010 | FIN: 20090057009 |
| Gender: Male | | |

---

## 𝒪 𝓇 𝒹 𝑒 𝓇 𝓈

(Continued)

| | |
|---|---|
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Order | PATEL, MANISHA |
| | Order Details:: 12/24/09 14:09:00, Blood, Routine |

| Order Date/Time:: | 1/7/2010 10:23:40 AM | |
|---|---|---|
| **Order Name::** | PSA Total | |
| **Order Action:** | **Ordering Dr:** | |
| Status Change | PATEL, MANISHA | |
| Status Change | PATEL, MANISHA | |
| Status Change | PATEL, MANISHA | |
| Order | PATEL, MANISHA | |
| | Order Details:: 01/07/10 10:23:00, Blood, Routine | |

| Order Date/Time:: | 1/7/2010 10:23:40 AM | Discontinued Date/Time: | 1/7/2010 10:27:00 AM |
|---|---|---|---|
| **Order Name::** | HCG Total Serum (SHCC) | | |
| **Order Action:** | **Ordering Dr:** | | |
| Discontinue | PATEL, MANISHA | | |
| Order | PATEL, MANISHA | | |
| | Order Details:: 01/07/10 10:23:00, Blood, Routine | | |

| Order Date/Time:: | 1/7/2010 10:23:40 AM | Discontinued Date/Time: | 1/7/2010 10:27:00 AM |
|---|---|---|---|
| **Order Name::** | Alpha Fetoprotein Tumor Marker | | |
| **Order Action:** | **Ordering Dr:** | | |
| Discontinue | PATEL, MANISHA | | |
| Order | PATEL, MANISHA | | |
| | Order Details:: 01/07/10 10:23:00, Blood, Routine | | |

| Order Date/Time:: | 1/7/2010 10:23:40 AM | |
|---|---|---|
| **Order Name::** | Culture Urine | |
| **Order Action:** | **Ordering Dr:** | |
| Cancel | PATEL, MANISHA | |
| Order | PATEL, MANISHA | |
| | Order Details:: 01/07/10 10:24:00, Urine, Routine, Nurse / Provider Collect, Hold Until Collected | |

Page Number: 8 of 39

Facility: CHS

*CONFIDENTIAL* – If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

36

CCSAO



**Cook County Bureau of Health Services**
1900 West Polk Street, Chicago, Illinois 60612
**Todd H. Stroger** - President, Board of Cook County Commissioners
**Affiliates**

| | |
|---|---|
| Ambulatory & Community Health Network of Cook County | Oak Forest Hospital of Cook County |
| Cermak Health Services of Cook County | Provident Hospital of Cook County |
| Cook County Department of Public Health | Ruth M. Rothstein CORE Center |
| John H. Stroger, Jr. Hospital of Cook County | |

---

Patient Name: HILL, ANTHONY
Birth Date: ▓▓▓▓▓
Gender: Male

Admission Date: 8/26/2009
Discharge Date: 2/19/2010

MRN: 00355244z
FIN: 20090057009

---

## *O r d e r s*

| Order Date/Time:: | 1/7/2010 10:24:39 AM |
|---|---|
| Order Name:: | US Scrotum/Testicle Right |
| **Order Action:** | **Ordering Dr:** |
| Complete | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Order | PATEL, MANISHA |
| | Order Details:: Routine, 01/07/10 10:24:00, 4-Palpable Mass, h/o of r testicular cyst, Ambulatory |

| Order Date/Time:: | 1/8/2010 3:26:00 PM |
|---|---|
| Order Name:: | Culture Urine |
| **Order Action:** | **Ordering Dr:** |
| Status Change | <Unknown> |
| Status Change | <Unknown> |
| Status Change | <Unknown> |
| Status Change | <Unknown> |
| Order | <Unknown> |
| | Order Details:: 01/08/10 0:00:00, Urine, Routine, Hold Until Collected |

## *C H S    I n f i r m a r y*

---

Page Number: 9 of 39

Facility: CHS

*CONFIDENTIAL* – If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

37

CCSAO

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Progress Notes**

☑ Mental Health
☐ Medical
☐ Nursing

| | | |
|---|---|---|
| 2/11/10 1:54 pm | | Psychiatry — It is concerned that the has some urinary dribbling possibly 2° to risperidone. He Chas no other complaints. Will ↓ risperdal to 1mg po. QHS and follow up in 2wks. A- Possible Risperidone side effect. P- RTC in 2wks ___ Wm. Mynatt, MD |
| 2/18/10 10 pm | | Psych. Meds renewed. It goes met. Return to clinic next ___ (see Mynatt) |

S = Subjective
O = Objective
A = Assessment
P = Plan

P = Problem
A = Assessment
I = Intervention
E = Evaluation

Hill, Anthony
2009 005 7069
PATIENT LABEL

38
CCSAO

Form: 85226  Rev: May, 2003

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Progress Notes**

☐ Mental Health
☐ Medical
☐ Nursing

2/9/10 — Sick Call
Thurs.

B/P 115/61 P 59 T 97.7⁰ R 20

c/o (L) Knee pain + chronic
headache — NKA — Ø medical
condition Gordon

S: 4240 AP → c̄ ...
Hx of HTN
— ? 13x of CAD
— ? HS 4/04
— psych D/o

(R) cardiopulmonary
symptoms

Meds:
Enalapril 10 mg
ASA 81 mg
Risperidone 1m

(L) ACL
repair
12/08

O: IV NAD ...
... clear
heart: ...
EKG: (L) Knee ⊖ swelling
tenderness ...
sur...

A/P — HTN → excellent cont'd c̄ ...
— ? HX CAD / MI # 2004
... 2-D Echo ... EKG
... cardio... ETT
— psych D/o — psych f/u
— (L) ACL repair Dr. ...

S = Subjective     P = Problem
O = Objective      A = Assessment
A = Assessment     I = Intervention
P = Plan           E = Evaluation

Hill, Anthony
2009-0057009

Form: 85226 Rev. May, 2003

39
CCSAO

(2/4/10 @ 2549) RTC on 4/1/10. — C. Edwards (AP)

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Progress Notes**

☐ Mental Health
☐ Medical
☐ Nursing

| | | |
|---|---|---|
| 1-28-10 | 10am | # in Court. *(signature)* |
| | | |
| 1.28.2010 @ | 1:30pm | Rec'd 2/4/10. C. Cofing *(signature)* |

S = Subjective
O = Objective
A = Assessment
P = Plan

P = Problem
A = Assessment
I = Intervention
E = Evaluation

Hill, Anthony
2009-0057609
M

Form: 85226 Rev: May. 2003

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Progress Notes**

☒ Mental Health
☐ Medical
☐ Nursing

| | | |
|---|---|---|
| 1/14/09 | | *Psychiatry* |
| 3²⁰pm | | Pt is c/o problems c sleep |
| | | Pt's meds revised |
| | | Will f/u at next clinic visit |
| | | — M. Mynard (?) |

S = Subjective     P = Problem

O = Objective     A = Assessment

A = Assessment     I = Intervention

P = Plan     E = Evaluation

Form: 85226 Rev: May, 2003

Hill, Anthony
2009 005 7009
PATIENT LABEL

41

CCSAO

⑥

**Cermak Health Services of Cook County**
2800 South California Avenue
Chicago, Illinois 60608

## Progress Notes

☐ Mental Health
☐ Medical
☐ Nursing

| Date ~ Time | Prob. No. | SIGN ALL NOTATIONS |
|---|---|---|
| 10/7/10 | 9:58am | T 98. B/P 125/79 P 55 R 18 — |
| | | ① flu labo - lytes |
| | | LFT |
| | | lipid ⟩ nl |
| ASA | | CBC |
| enalapril | | U/A |
| mapuryn | | TSH |
| trazadon | | ② chronic ℗ knee pain — h⁄o ORIF 1995 |
| | | seen 2 wk ago PT ordered not in |
| | | computer |
| | | — reordered PT (161727) |
| | | ③ b/o testicular "cyst" states |
| | | unable to appreciate mass/nodule pt |
| | | ✓ ℝ scrotum U/S persistent there is |
| | | ✓ HCG/AFP a mass. |
| | | ④ h⁄o "prostate problems" - was suppose to see |
| | | urologist |
| | | occasional hesitency / dribbling |
| | | - ✓PSA + urine culture |
| | | - will refer to urologist (defer rectal |
| | | to urology) |
| | | ⑤ recurrent buttock furuncle |
| | | Ø current outbreak |
| | | - reports recurrence. |
| | | ⑥ h⁄o HTN - ℠B) |
| | | CPM × θ 4 P/c status CPM. |
| | | SC 2-3 W |

**S** = Subjective     **P** = Problem
**O** = Objective     **A** = Assessment
**A** = Assessment     **I** = Intervention
**P** = Plan     **E** = Evaluation



Hill Anthony
2009 005 009
4A

Form 85226 Rev. May, 2002

CCSAO

42

(1/7/10 @ 2¹⁴ run) R/c on 1/28/2010. ———— C. Colvard (AA)

BK 8/26/09    d 12/19/10    35-52-44


Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Progress Notes**

☒ Mental Health
☐ Medical
☐ Nursing

## PSYCHOLOGIST NOTE

**Demographic Information:**     Date: 1/14/10   Time: 1512 Location: 10-4a

Age: 42 Race: ☐ EA ☒ AA ☐ LA ☐ Other:     Sex: ☒ Male ☐ Female

Charge: RB, PCS Bond: None Court Date: UNK

**Reason for referral:** Patient evaluated during medication clinic

**History:**
☒ 1 ☐ 2 ☐ 3 ☐ 5
**ACTIVE STATUS TEAM:**
☒ Patient history on file in medical

**Current Symptoms:**

| | | Additional details: |
|---|---|---|
| Depressive symptoms: | ☐ Reports ☒ Denies | |
| Manic / Hypomanic symptoms: | ☐ Reports ☒ Denies | |
| Anxiety symptoms: | ☐ Reports ☒ Denies | |
| SHI plan/intent: | ☐ Reports ☒ Denies | |
| Perceptual disturbances: | ☐ Reports ☒ Denies | |
| Delusional material: | ☐ Expressed ☒ None expressed | |

**Current Treatment(s):**

Currently prescribed psychotropic medications: ☒ Reports ☐ Denies ☐ Unable to assess
Medication compliance: ☒ Reports ☐ Denies ☐ Unable To Assess ☐ Not
If 'Denies', reason why, per patient:

**MSE: (check all that apply)**

| | | | |
|---|---|---|---|
| Alertness: | ☒ Alert | ☐ Somnolent | ☐ Unconscious ☐ Other: |
| Level of cooperation: | ☒ Cooperative | ☐ Uncooperative | ☐ Other: |
| Orientation: | ☒ Oriented x4 | ☐ Oriented x ___ + reorient | |

**S** = Subjective     **P** = Problem
**O** = Objective       **A** = Assessment
**A** = Assessment      **I** = Intervention
**P** = Plan            **E** = Evaluation

Form: 85226 Rev: May, 2003



Hill, Anthony
20090057009 / 0355244
[redacted] = 8/26/09

43
CCSAO

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Progress Notes**

☑ Mental Health
☐ Medical
☐ Nursing

## Signs & Symptoms

| | |
|---|---|
| Appearance: | ☑ Appears stated age   ☐ Appears younger than stated age |
| | ☐ Appears older than stated age |
| Grooming / Hygiene: | ☐ Excellen   ☐ Very good   ☑ Good ☐ Fair ☐ Poor |
| Attire: | ☑ Clean attire, worn appropriately          ☐ Other: |
| Speech: | |
| Amount: | ☑ WNL   ☐ Verbose   ☐ Overabundant ☐ Expansive |
| | ☐ Paucity of speech ☐ Impoverished ☐ Single-word answers |
| | ☐ Other: |
| Rate: | ☑ WNL ☐ Pressured   ☐ Slow   ☐ Other: |
| Modulation: | ☑ WNL ☐ Loud   ☐ Soft   ☐ Other: |
| Response latency: | ☑ WNL ☐ Delayed   ☐ Quick   ☐ Other: |
| Prosody: | ☑ WNL ☐ Mumbled   ☐ Stutter   ☐ Other: |
| Eye contact: | ☑ Good ☐ Continuous ☐ Intermittent ☐ Fleeting |
| | ☐ Absent   ☐ Other: |
| Attention/Concentration: | ☑ Good   ☐ Fair   ☐ Poor |
| Recent/Remote memory: | ☑ Grossly intact   ☐ Possible impairment |
| Motor/Gait: | ☑ No problems observed ☐ Other: |
| Thought Process: | ☑ Organized   ☐ Disorganized |
| | ☐ Progressively organized   ☐ Progressively disorganized |
| | ☐ Organized with redirection   ☐ Other |
| | FOI ☐ + ☑ − ☐ Mild ☐ Moderate ☐ Severe |
| | LOA ☐ + ☑ − ☐ Mild ☐ Moderate ☐ Severe |
| Thought Content: | Perceptual disturbances: ☐ Reports ☑ Denies ☐ Unable To Assess |
| | Suicidal or Homicidal Ideation/Plan/Intent: |
| | ☐ Reports ☑ Denies ☐ Unable To Assess |
| | Delusional Material: ☑ None expressed ☐ Expressed ☐ Unable to Assess |

**S** = Subjective          **P** = Problem

**O** = Objective          **A** = Assessment

**A** = Assessment          **I** = Intervention

**P** = Plan          **E** = Evaluation

Hill, Anthony
20090057009 / 0355244
8/26/09

44
CCSAO

Form: 85226   Rev. May, 2003



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Progress Notes**

☑ Mental Health
☐ Medical
☐ Nursing

| | |
|---|---|
| Affect:>>>>>>>>>>>>>> full range, appropriate to content | |
| Sleep:>>>>>>>>>>>> "allright"  (~ 5 - 8 hrs/24hrs) | |
| Appetite:>>>>>>>>>>>> "Good" | |
| Insight / Impulse Control / Judgment:>>>>>>>>>>>>>>>> fair | |
| **Additional Comments:** NONE | |
| Diagnostic Impressions | |
| Axis I:  799.9    Deferred | |
| Axis II:  799.9    Deferred | |
| Axis III: See patient chart | |
| **Recommendations:** | |

☑ Return to housing unit at this time.

☑ Not in need of admission to intake/diagnostic/crisis/acute care psychiatric unit at this time.

☑ Advised on how to seek mental health services is needed in the future. Patient verbalized understanding.

☐ Transfer to housing unit (                    ) at this

☐ Admit to 2N via Emergency Department.

☐ Consider Close Observation.

☐ Consider Paper Gown and Wool Blanket.

☐ Consider Full Leather Restraints for protection of self / others.

☐ Other:

Evaluator signature: _____  Date: _____ 01/14/10 _____
Daniel G. Morjal, Psy.D.
Clinical Psychologist

**S** = Subjective       **P** = Problem

**O** = Objective       **A** = Assessment

**A** = Assessment       **I** = Intervention

**P** = Plan       **E** = Evaluation



Hill, Anthony
20090057009 / 0355244
8/26/09

45
CCSAO

Form: 85226 Rev: May, 2003

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Progress Notes**

☐ Mental Health
☐ Medical
☐ Nursing

| DATE | | |
|---|---|---|
| 12-17-09 | S: | Pt states "I'M still angry", ⊕ hopelessness |
| PSYCH | | poor sleep - "maybe a couple hours"; "I really |
| 14:30 | | want my life to end" pt states "I'm ready |
| | | for the police to kill me". Pt states "I'm |
| | | suicidal", pt denies a plan. Pt states he |
| | | has to force himself to eat "food nasty", ~~Pt states~~ Denies HI. Pt states ⊕ AH, states he |
| | | hears voices louder in cleft ear, states |
| | | that voices will wake him up at night. |
| | | States voice is a "male" "evil" "tells me to |
| | | sell drugs" also says "I'm not going to |
| | | make pt". Pt |
| | O: | Pt alert oriented, cooperative. Good hygiene, eye contact |
| | | posture. Cognition grossly in tact. Speech WNL. |
| | | Affect: euthymic. PP: linear I/J fair |
| | A: | Pt expressing frustration, on further questioning |
| | | Pt ⊖ plan for suicide. AH - vague description ⊖ |
| | P: | 1. D/C Trazodon 2° alopecia  2. Trazodone 100mg PO q HS |

*(remaining handwritten lines illegible)*

**S** = Subjective  **P** = Problem

**O** = Objective  **A** = Assessment

**A** = Assessment  **I** = Intervention

**P** = Plan  **E** = Evaluation

Hill, Anthony

PATIENT LABEL

2009-00-570

Form: 85226  Rev: May, 2003

*Ochart*



Cermak Health Services of Cook County
2800 South California Avenue
Chicago, Illinois 60608

**Progress Notes**

☐ Mental Health
☐ Medical
☐ Nursing

| Date – Time | Prob. No. | SIGN ALL NOTATIONS |
|---|---|---|
| 12-24-09 | 1pm | P: Follow up eval. ⟨nurse RN⟩ |
| | | A: Denies any allergies (152/103) 81/20 |
| | | 98  wt. 164     Enalapil 10mg given — ⟨signed⟩ |
| | | 42 y/o ♂ HTN - pt states not receiving enalapil. |
| | | c/o Ⓡ wrist / Ⓛ knee /ankle pain / |
| ASA | | Ⓡ ru pain. |
| naproxen | | O: ↑ BP/ just received enalapil |
| enalapril | 10qd | CV: RRR nl S₁S₂, |
| trazodone | | Lung: CTA Ⓑ/L. |
| | | Ⓛ wrist - good ROM  ⊘swelling |
| | | diffuse tenderness |
| | | Ⓛ knee - ambulates c limp |
| | | palpate tenderness |
| | | good ROM |
| | | A/P Ⓐ ↑BP/ h/o HTN - just restarted |
| | | on enalapil today |
| | | cont enalapil 10 g d Ⓞ/vials |
| | | ② Ⓛ wrist / Ⓛ knee / ankle / Ⓡ |
| | | ru pain - s/p multiple |
| | | contusion + twisting injury |
| | | - reorder naproxen ⊘ |
| | | - consider 1 or 2 PT visits if |
| | | ⊘improvement. |
| | | ③ 42 y/o - dialu |
| | | CPM. |
| 12/28/09 @ 8³⁵ AM. | | SC — 1-2 wks |
| | | RTC in 1/7/2010.  ⟨C. signature MD⟩ |

**S** = Subjective  **P** = Problem
**O** = Objective  **A** = Assessment
**A** = Assessment  **I** = Intervention
**P** = Plan  **E** = Evaluation

104A

Hill Anthony
PATIENT LABEL
2009100570U9  CCSAO
* C H S 8 5 2 2 5 *

47

Form 85226  Rev. May, 2003

Cermak Health Services of Cook County
2800 South California Avenue
Chicago, Illinois 60608

# Progress Notes

☐ Mental Health
☒ Medical
☐ Nursing

| Date – Time | Prob. No. | SIGN ALL NOTATIONS |
|---|---|---|
| 12-8-09 | | BP 120/96 P 80 R 16 T 97.3 W 162 |
| C2 | | c/o Flu S/C |
| | | NKA HX HTN |
| | | [illegible] came on 11/5/09 |
| | | multiple B.T. |
| | | (L) knee (L) elbow |
| | | (L) wrist |
| [illegible] | | pain resolved [illegible] |
| Sandoval | | (L) knee – "achy" [illegible] |
| | | [illegible] sharp pain |
| | | S/P ORIF (L) knee – 1995 |
| [illegible] | | O – BP 142/96 |
| | | [illegible] – [illegible] |
| | | [illegible] |
| | | [illegible] |
| | | (L) knee – [illegible] healed surgical scar |
| | | 11/5/09 [illegible] |
| | | (L) elbow – [illegible] |
| | | Ex (L) wrist – [illegible] |
| | | (L) wrist [illegible] [illegible] |
| | | Ex (L) elbow – [illegible] |
| | | [illegible] ORIF [illegible] |
| | | [illegible] STS |
| | | A (L) chronic (L) knee pain [illegible] |
| | | ② [illegible] HTN |
| | | ③ [illegible] |
| | | [illegible] |

[illegible] ORIF [illegible]

S = Subjective
O = Objective
A = Assessment
P = Plan

P = Problem
A = Assessment
I = Intervention
E = Evaluation

[illegible] ORTHO [illegible]
② [illegible]
[illegible]
③ [illegible]
④ [illegible]

HILL, ANTHONY
CHS85226
2009-0054009
M
PATIENT LABEL
[redacted]

Form 85226 Rev. May 2003

**Cermak Health Services of Cook County**
2800 S. California Avenue
Chicago, IL 60608

**Progress Notes**

☐ Mental Health
☐ Medical
☐ Nursing

| | | BP | P | R | T | WT |
|---|---|---|---|---|---|---|
| 12-1-05 | | F/u - s/c appointment | | | | |
| 1500 | | | | | | |
| | | Div. on lockdown | | | | |
| | | Pts lwt | | | | |

**S** = Subjective    **P** = Problem

**O** = Objective    **A** = Assessment

**A** = Assessment    **I** = Intervention

**P** = Plan    **E** = Evaluation

Form: 85226  Rev: May, 2003

Hill, Anthony

2009-0057009
M

49

CCSAO

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

# Progress Notes

☐ Mental Health
☐ Medical
☐ Nursing

| | | |
|---|---|---|
| | | BP 116/82 P 76 R 16 T 98.1 WT 166 |
| 11-3-09 | | F/u S/C appointment PMHx HTN |
| | | Hx 1° CAD |
| | | Came for F/U |
| | | [illegible] cath done in 2004 |
| | | C/O [illegible] |
| | | O [illegible] |
| | | A [illegible] |
| | | P [illegible] |

S = Subjective
O = Objective
A = Assessment
P = Plan

P = Problem
A = Assessment
I = Intervention
E = Evaluation

Hill, Anthony
2009-0057009
M
PATIENT LABEL
[redacted]

Form: 85226 Rev: May, 2003

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Progress Notes**

☐ Mental Health
☐ Medical
☐ Nursing

| | |
|---|---|
| 10/22/09 | Psychiatry Consult — |
| 14:00 | Pt referred from Correction 2° agressive status he is suicidal. Pt Reports 2 previous Hosp admits. 2° Drug induced Psychosis. Was Rx a variety of meds but has non compliance. |
| | Pt's complaint is essentially that he is unwell suite and is not being Rx right. He denies any SI 2° "I read the bible + I'd wouldn't go to hell" also I have 4 kids + grandkids, + I wouldn't do that to them." |
| | Affect — frustrated, aggrieved not frankly depressed. |
| | Pt is legally blind. Wants to be moved to Medical Trip Adj D/O — Anxiety 2° incarceration |
| | ? SI non — |
| | Rx — Doxepin 100, Po. qHS x 2 weeks — |
| | Pt agrees āpla — Says he will tell correction if any SI occurs — |

S = Subjective
O = Objective
A = Assessment
P = Plan

P = Problem
A = Assessment
I = Intervention
E = Evaluation

Hill, Antho

09-0057009

51
CCSAO

Form: 85226  Rev: May, 2003



Cermak Health Services of Cook County
2800 South California Avenue
Chicago, Illinois 60608

# Progress Notes

☐ Mental Health
☐ Medical (circled)
☐ Nursing

| Date – Time | Prob. No. | SIGN ALL NOTATIONS |
|---|---|---|
| 9/22/09 | | |
| 1400 | | BP 120/80 P-74 R-16 |
| | | T-98.4 wt 159 |
| | | [illegible] |
| | | S/p (L) buttock |
| | | lipoma - excision |
| | | healed |
| | | Ø pain |
| | | — c/o (L) intermittent |
| | | pain "achy" x 1995 |
| | | 2° MVA → (R) knee |
| | | replacement — states need |
| | | "brace" |
| | | O — BP as noted |
| | | (L) buttocks - healed |
| | | oval scar |
| | | [illegible] |
| | | (L) knee - well healed |
| | | surgical scar |
| | | Ø effusion Fnom |
| | | Ø [illegible] |
| | | A (1) S/p (L) buttock - lipoma |
| | | excision |
| | | healing well |
| | | (2) [illegible] (L) knee pain |
| | | P (1) NSAID prn (L) [illegible] |

MD 11/3/09 [illegible] (circled)

S = Subjective
O = Objective
A = Assessment
P = Plan

P = Problem
A = Assessment
I = Intervention
E = Evaluation

Consider
- X-ray
- Ortho referral
if stuff

HILL ANTHONY
2009-0052009
PATIENT LABEL
[redacted]

52
SAO

Form 85226 Rev. May. 2003

Rx 4-6 wks 9/22



Cermak Health Services of Cook County
2800 South California Avenue
Chicago, Illinois 60608

**Progress Notes**

☐ Mental Health
☑ Medical
☐ Nursing

| Date – Time | Prob. No. | SIGN ALL NOTATIONS |
|---|---|---|
| 9/8/09 | | BP 128/94   P 71   R 16   T 98.0   Wt 158 |
| 1350 | | NPNH    Meds-Antibiotic    NKDA |
| | | M Buttmen EMT-R |
| | | 4/y/o ♂ ⟶ S/p (L buttock |
| | | lipoma 8/25/09 excision |
| | | resurrection — Theco?? /African |
| | | (+ daily packing |
| | | ⊘ asx complaint |
| | | O: BP as above noted |
| | | (+ wheals (L and buttock |
| | | ⊘ sgs of infect |
| | | A: S/p (L buttock) lipoma |
| | | excision |
| | | (w ♂ disabler |
| | | P: W. to monitor BP |
| | | cont. daily packing |
| | | NSAID prn ⊗ fol   △ S |
| | | |

(circled note at left:)
f/u
9-22-09
PPa

**S** = Subjective    **P** = Problem
**O** = Objective    **A** = Assessment
**A** = Assessment    **I** = Intervention
**P** = Plan    **E** = Evaluation

Form 85226   Rev . May, 2003



HILL ANTHONY
09-0057009
PATIENT LABEL

53

9-8-09 CCSAO

Cermak Health Services of Cook County
2800 South California Avenue
Chicago, Illinois 60608

**Progress Notes**

☐ Mental Health
☐ Medical
☐ Nursing

| Date – Time | Prob. No. | SIGN ALL NOTATIONS |
|---|---|---|
| 9/4/09 | Cermak | |
| 10⁹⁰ | | |

Pts next
available
se

sle
9/8/09

**S** = Subjective    **P** = Problem
**O** = Objective     **A** = Assessment
**A** = Assessment    **I** = Intervention
**P** = Plan          **E** = Evaluation

Form 85226  Rev . May, 2003

Hill Anthony

2007005700

54
SAO



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## Provider Problem List and Health Maintenance Record

| MEDICAL RECORD NUMBER | DATE OF BIRTH | INMATE NAME (LAST, FIRST, INITIAL) |
|---|---|---|
| 35-52-44 | | Hill, Anthony |

**PROBLEM LIST:**

| Date | | Resolved |
|---|---|---|
| | H/o CAD MI 4/04 | |
| | Asthma | |
| | folliculitis | |
| | Psych d/o ? | |
| | Cath 2004 Neg | |
| | | |
| | | |
| | | |

**IMMUNIZATIONS:**

| | | | | |
|---|---|---|---|---|
| DT | | | | |
| Influenza | | | | |
| Pneumococcus | | | | |
| Hepatitis B | | | | |
| Hepatitis A | | | | |
| Varicella | | | | |
| | | | | |

**ALLERGIES:** NKA

**HEALTH MAINTENANCE:**

| Intervention | Date Completed / Offered (month/year) | | | | | |
|---|---|---|---|---|---|---|
| Cholesterol (every 5 years) | | | | | | |
| Stool Occult Blood (yearly after age 50) | | | | | | |
| Tuberculin Skin Test (yearly, high risk populations) | | | | | | |
| HIV / RPR / GC – Chlamydia (as indicated) | | | | | | |

| **MEN** | | | | | | |
|---|---|---|---|---|---|---|
| Testicular Exam (yearly, instruct patient in self exam) | | | | | | |
| Digital Rectal Exam (yearly after age 40) | | | | | | |

| **WOMEN** | | | | | | |
|---|---|---|---|---|---|---|
| PAP Smear (yearly, every 2-3 years after 3 consecutive negatives) | | | | | | |
| Breast Exam (yearly, patient instructed in monthly self exam) | | | | | | |
| Mammography (yearly after age 50, earlier depending upon family history) | | | | | | |

| **ADDITIONAL** (depending upon individual patient illnesses/risk factors) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

PATIENT LABEL



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## CONSULTATION REQUEST FORM
Mark box ☒ on the left of answers or print in space provided.

SCHEDULING STATUS
☐ URGENT
☐ PRIORITY
☒ ROUTINE

| Date Referral Generated: 1/7/10 | Location: X | Med. Rec. # |
|---|---|---|
| Patient Name: HILL, ANTHONY | DOC #2009037009 | DOB: |

CONSULTATION SERVICE: UROLOGY   ☒ Cermak  ☐ Fantus  ☐ Other_____

Reason for Referral:

42 y.o c̄ urinary hesitancy /doubling
states told has prostate problem

PSA
urine cult } order

Current Medications: _____

Provider Name/Pager #/Phone #

## CONSULTATION

Date Seen: 1-11-10

Finding / Impression: 42 yo Bm ref for RO Intermittent Hes c̄ Dbl void  ⊕ NKDA

| | | | | |
|---|---|---|---|---|
| 12.25.9 | t.P.¢ | noct x2 | ⊕Hes | ⊕dys |
| Cr 1.1 | PSA 0.51 | day q 4-50 | ⊕ VFOS | ⊕ hemature |
| chol 205 | C&S Ph | ⊕urg | ⊕dbl void | |
| hs-0 13.7/204 | | | ⊕dribbling | |
| UA pH 5.5 120C | | | wet underwear | |

⊕ Pain to cap
⊕ ↑TN
⊕ trazadone Blue
Yellow pill trazodone } day

Recommendations:

O/ testes wnl nl cord
® cord tender
5mn super epidcyst
phallus- ø/lg
DRE - sl stx anus
Prostate 25m ø nod

U/S 1-7-10
ø done yet

pq̄d durg day

A/P Cipro 50 Levo x 14 d
DS ø 80
Coloc

To return in _____ Weeks   Date of Follow Up: 3-8-10   Time: 9AM

☒ No need to return

Consultant's Name – Pager #

Form: 85209  Rev: September 2004
White – Chart Copy
Yellow – Originator's Copy
Pink – Consultant's Copy

PATIENT LABEL
1148952
355244

56
CCSAO

Hill, Anthony

35-52-44



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**CONSULTATION REQUEST FORM**
Mark box ☒ on the left of answers or print in space provided.

| Date Referral Generated: 12/8/09 | Location: 9 2F | Med. Rec. # |
|---|---|---|

Patient Name: HILL, Anthony    DOC # ZA 9-0057065    DOB:

CONSULTATION SERVICE  ORTHO    ☐ Cermak  ☐ Fantus  ☐ Other
Reason for Referral:

S/p ⓛ knee replacement - 1995

c̄ recent trauma abnormal x-ray
(see attached)

Current Medications: _____

Provider Name/Pager #/Phone #

Date Seen: 1/7/10

**CONSULTATION**

Finding / Impression:

Pt c̄ injury to ⓛ knee 11/5/09. Pt had surgery 11/5 12/20 at Stroger hospital in 1995 for ACL surgery. Pt c̄ chronic problems to ⓛ knee. Pt c/o pain over anterior knee which is constant & worse c̄ walking, occasional swelling, stiffness. Pt also c/o numbness on ⓛ thigh & problems gripping.

PE: Left knee - No knee effusion
- Diffuse tenderness
- able to do straight leg Raise
- able to flex 110° degrees
- lacks 5°/10° extension
- No AP instability, no varus/valgus

Left th: J/d sensed
A/low aspect
- thigh
- Prox
- Tender over restrips Bur
- weight dislky

Recommendations:

x R - No gait tr
. NSAIDs PRN

Consultant's Name – Pager #

To return in _____ Weeks    Date of Follow Up: _____ Time: _____

☒ No need to return

Form: 85209  Rev: September 2004
White ~ Chart Copy
Yellow ~ Originator's Copy
Pink ~ Consultant's Copy

PATIENT LABEL



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## CONSULTATION REQUEST FORM
Mark box ☒ on the left of answers or print in space provided.

SCHEDULING STATUS
☐ URGENT
☒ PRIORITY
☐ ROUTINE

| Date Referral Generated: | Location: DIV 9 | Med. Rec. # |
|---|---|---|

| Patient Name: HILL, ANThoNY | DOC # | DOB: |
|---|---|---|

CONSULTATION SERVICE_____  ☐ Cermak  ☐ Fantus  ☐ Other_____
Reason for Referral:

Current Medications: Doxepin

Provider Name/Pager #/Phone #

### CONSULTATION

Date Seen: 10/26/09

Finding / Impression:

47yo AAM from DIV 9
– PT is monitorable, FAIR Hygiene, cognition intact, speech WNL
– PT Has previously been seen AT Wyman Gordon Pavilion, Chicago Heights, areas
   And HAd been treated for Anxiety + panic attacks c̄ Seroquel
– PT currently complains of paranoid thoughts, fear of being attacked in DIV 9
– PT perseverates that He is unjustly incarcerated And needs counseling, not
   prison time. PT says He is so depressed He wants to die, but seems to
   be using this as a ploy. "I shouldn't be Here, Jail makes me worse!"

Recommendations:

– A/p: Adjustment disorder, c̄ "c̄iTH mixed emotional Features
       Keep current meds: Doxepin Hcl [illegible] 100 mg po QHS
       Keep in DIV 9 for now
       See Dr. BArn for counseling

Consultant's Name__Pager #

To return in _____ Weeks     Date of Follow Up:_____ Time:_____

☒ No need to return

Form: 85209  Rev: September 2004
White – Chart Copy
Yellow – Originator's Copy
Pink – Consultant's Copy

HILL, ANThoNY
PATIENT LABEL
09 – 0057009

COOK COUNTY BUREAU OF HEALTH SERVICES
CHS 09

Patient Name: HILL, ANTHONY
Encounter Number: 20090057009
Medical Record Number: 00355244z
Attending Physician:
Admission Date: 8/26/2009
Discharge Date:

Sex: Male
Date of Birth:
Patient Age: 42 years
Patient Location: 092F20
Hospital Service: Medicine



| Exam: | Exam Date/Time: | Accession Number: | Ordering Provider: |
|---|---|---|---|
| Elbow AP/Lat Left | 11/5/2009 2:00:00 PM | DX-09-0186815 | DE FUNIAK, ANDREW |

**Reason For Exam:**
1-Trauma

**Findings**
No recent fracture or dislocation is seen.

Incidentally noted is a anterior fat pad, which is non-specific and may signify some deep joint effusion.

**Impression**
AS ABOVE.

****FINAL REPORT****
Reading Radiologist: SOBTI, PAMELA
Electronically Signed by: SOBTI, PAMELA
On: 11/18/2009 11:33 am

COOK COUNTY BUREAU OF HEALTH SERVICES
CHS 09

Patient Name: HILL, ANTHONY
Encounter Number: 20090057009
Medical Record Number: 00355244z
Attending Physician:
Admission Date: 8/26/2009
Discharge Date:

Sex: Male
Date of Birth:
Patient Age: 42 years
Patient Location: 092F20
Hospital Service: Medicine



| Exam: | Exam Date/Time: | Accession Number: | Ordering Provider: |
|---|---|---|---|
| Knee AP/Lat w/ Obliques 3 Views Left | 11/5/2009 2:00:00 PM | DX-09-0186817 | DE FUNIAK, ANDREW |

Reason For Exam:
1-Trauma

Findings

No recent fracture or dislocation is seen. Metallic screws are projecting in the distal femur and tibia.

There is irregularity of the tibial plateau and the tibial spines, seen on the AP view, which may be due to old healing fracture(?). Acute non-displaced fracture here cannot be entirely excluded.

Please correlate clinically and if indicated CT scan is recommend for further evaluation.

There is fullness in the suprapatellar region.

Impression
AS ABOVE.

****FINAL REPORT****
Reading Radiologist: SOBTI, PAMELA
Electronically Signed by: SOBTI, PAMELA
On: 11/18/2009 11:33 am

COOK COUNTY BUREAU OF HEALTH SERVICES
CHS 09

Patient Name: HILL, ANTHONY
Encounter Number: 20090057009
Medical Record Number: 00355244z
Attending Physician:
Admission Date: 8/26/2009
Discharge Date:

Sex: Male
Date of Birth:
Patient Age: 42 years
Patient Location: 092F20
Hospital Service: Medicine



| Exam: | Exam Date/Time: | Accession Number: | Ordering Provider: |
|---|---|---|---|
| Wrist Min 3 Views Left | 11/5/2009 2:00:00 PM | DX-09-0186816 | DE FUNIAK, ANDREW |

**Reason For Exam:**
1-Trauma

**Findings**
No recent fracture or dislocation is seen.

Metallic pins/fixation device are noted in the projection of the distal radius and ulna. Mild soft tissue swelling is seen.

**Impression**
AS ABOVE.

****FINAL REPORT****
Reading Radiologist: SOBTI, PAMELA
Electronically Signed by: SOBTI, PAMELA
On: 11/18/2009 11:33 am

Patient: **HILL, ANTHONY**

**Cermak Health Serv
of Cook County
2800 South California
Chicago, IL, 60608**

DOB:
MRN: **Z355244**

Age: 42     Sex: M
Pt#: Z20090057009

**Tony Wicheanvonagoon, MT PhD, SC(ASCP)
Lab Director**

Att: *DOCTOR UNASSIGNED*
Copy: **PATEL, MANISHA**
ORD:  **A9071530**

## C H E M I S T R Y

| TEST-NAME | RESULT | AB | NRML-RANGE | UNITS |
|-----------|--------|----|-----------|-------|
| **ENDOCRINOLOGY** | | | | |
| COLLECTED 01/08/10 11:49 | | | | |
| PSA Total | 0.51 | | 0.00-4.00 | ng/mL |

DAILY REPORT

HILL, ANTHONY
MRN: Z355244

LOC:CERMAK DIVISION 10:

12 of 21, 30 of 194          PRINTED 01/09/2010 06:05      Page: 1 of 1

62
CCSAO

PATIENT: **HILL, ANTHONY**

**Cermak Health Services of Co**

DOB    : ███████    AGE: 42 Sex M
MRN    :Z355244    Pt#: Z20090057009
Att    :DOCTOR, **UNASSIGNED**
Copy to:DOCTOR, UNASSIGNED

2800 South California
Chicago, IL, 60608

**Tony Wicheanvonagoon, MT PhD**

## M I C R O B I O L O G Y

ORDER#:  **A9082191**
SOURCE:  **URINE**

ORDERED BY: **DOCTOR, UNASSIGNED**
COLLECTED:  **01/08/10 15:28**
RECEIVED:   **01/08/10 18:36**

<u>Culture Urine</u>                              ■ PRELIM    01/09/10 08:35
01/09/10 **Culture incubating, positives will be reported when detected.**

■  NEW RESULT  •  RESULT WAS MODIFIED AFTER FINAL STATUS SET

Patient: HILL, ANTHONY

DOB: ~~████████~~
MRN: Z355244

Age: 42    Sex: M
Pt#: Z20090057009

**Cermak Health Serv**
**of Cook County**
2800 South California
Chicago, IL, 60608

**Tony Wicheanvonagoon, MT PhD, SC(ASCP)**
**Lab Director**

Att: DOCTOR UNASSIGNED
Copy: PATEL, MANISHA
ORD: A8241695

## C H E M I S T R Y

| TEST-NAME | RESULT | AB | NRML-RANGE | UNITS |
|-----------|--------|-----|-----------|-------|
| **GENERAL CHEMISTRY** | | | | |
| COLLECTED 12/28/09 11:52 | | | | |
| Na | 141 | | 135-145 | mEq/L |
| K | 4.2 | | 3.5-5.0 | mEq/L |
| Cl | 103 | | 100-110 | mEq/L |
| CO2 | 31 | | 23-31 | mEq/L |
| Anion Gap | 7 | | 5-17 | |
| Glucose | 88 | | 65-110 | mg/dL |
| BUN | 14 | | 8-20 | mg/dL |
| Creat | 1.1 | | 0.6-1.4 | mg/dL |
| Ca | 9.3 | | 8.5-10.5 | mg/dL |
| Phos | 3.7 | | 2.5-4.5 | mg/dL |
| Protein Total | 7.1 | | 6.4-8.3 | g/dL |
| Albumin | 4.2 | | 3.8-5.2 | g/dL |
| Bilirubin Total | 0.4 | | 0.2-1.2 | mg/dL |
| Bilirubin Direct | 0.1 | | 0.0-0.2 | mg/dL |
| Uric Acid | 4.0 | | 3.0-7.0 | mg/dL |
| Cholesterol | 205 | | 130-240 | mg/dL |
| Alk Phos | 37 | L | 50-120 | U/L |
| GGT | 20 | | 3-60 | U/L |
| GFR Calc. | 94 | | | mL/min/1.7 |

Estimated GFR: (mL/min/1.73 sq m)

```
>= 90     Normal or increased GFR
60-89     Mild reduction in GFR, Clinical correlation needed
30-59     Moderate reduction in GFR(CKD Stage3)
15-29     Severe reduction in GFR(CKD Stage4)
<15       Kidney failure   (CKD Stage 5)
```

GFR IS ESTIMATED USING CREATININE, AGE, GENDER AND RACE
(4-v MDRD).ESTIMATED GFR VALUES ARE NOT ACCURATE IN: OBESE
(BMI >34)OR UNDERWEIGHT (BMI <20) PEOPLE, THE VERY OLD OR
VERY YOUNG, RACES OTHER THAN CAUCASIAN OR AFRICAN AMERICAN,
AND PEOPLE WITH ACUTE KIDNEY FAILURE, ACUTE ILLNESS,
OR AMPUTATIONS.

c o n t i n u e d    o n    n e x t    p a g e

Patient: **HILL, ANTHONY**

DOB: ⬛⬛⬛⬛⬛⬛⬛
MRN: Z355244

Age: 42    Sex: M
Pt#: Z20090057009

**Cermak Health Serv**
**of Cook County**
2800 South California
Chicago, IL, 60608

**Tony Wicheanvonagoon, MT PhD, SC(ASCP)**
**Lab Director**

Att: DOCTOR UNASSIGNED
Copy: **PATEL, MANISHA**
ORD: **A8241695**

c o n t i n u e d

## C H E M I S T R Y

| TEST-NAME | RESULT | AB | NRML-RANGE | UNITS |
|---|---|---|---|---|
| **LIPIDS** | | | | |
| COLLECTED 12/28/09 11:52 | | | | |
| Cholesterol | 205 | | 130-240 | mg/dL |
| HDL-Cholesterol | 58 | | 35-75 | mg/dL |
| LDL Cholesterol | 120 | | 0-130 | |
| Choles/HDL Ratio | 3.5 | | 0.0-4.0 | |
| Triglycerides | 136 | | 30-150 | mg/dL |
| **ENDOCRINOLOGY** | | | | |
| COLLECTED 12/28/09 11:52 | | | | |
| TSH | 1.240 | | 0.465-4.680 | uIU/mL |

## H E M A T O L O G Y

| TEST-NAME | RESULT | AB | NRML-RANGE | UNITS |
|---|---|---|---|---|
| **CBC** | | | | |
| COLLECTED 12/28/09 11:43 | | | | |
| WBC | 5.0 | | 4.4-10.6 | k/uL |
| RBC | 4.40 | | 4.15-5.56 | mil/uL |
| HGB | 13.7 | | 12.9-16.8 | g/dL |
| HCT | 40.5 | | 38.1-49.0 | % |
| MCV | 91.9 | | 81.9-97.8 | fL |
| MCH | 31.1 | | 27.5-33.2 | pg |
| MCHC | 33.9 | | 32.8-35.4 | g/dL |
| RDW | 14.8 | | 12.3-15.6 | % |
| PLT | 204 | | 161-369 | k/uL |

c o n t i n u e d    o n    n e x t    p a g e

DAILY REPORT
**HILL, ANTHONY**                    LOC:CERMAK DIVISION 10:
MRN: Z355244
8 of 31, 9 of 166    PRINTED 12/29/2009 06:05    Page: 2 of 3

65

CCSAO

Patient: **HILL, ANTHONY**

**Cermak Health Serv**
**of Cook County**
2800 South California
Chicago,IL,60608

DOB: ▉▉▉▉▉▉         Age: 42     Sex: M
MRN: Z355244        Pt#: Z20090057009

**Tony Wicheanvonagoon, MT PhD, SC(ASCP)**
**Lab Director**

Att: DOCTOR UNASSIGNED
Copy: **PATEL, MANISHA**
ORD: **A8241695**

c o n t i n u e d

**U R I N A L Y S I S**

| TEST-NAME | RESULT | AB | NRML-RANGE | UNITS |
|-----------|--------|----|-----------|-------|

**URINALYSIS, CHEMICAL**
    COLLECTED 12/28/09 12:09

| Test | Result | Normal |
|------|--------|--------|
| Color | YELLOW | Yellow |
| Appearance | CLEAR | Clear |
| Sp Gr Urn | 1.021 | 1.005 - 1.025 |
| Ph Urn | 5.5 | 5.0 - 7.0 |
| Protein Urn | NEG | Negative |
| Glucose Urn | NEG | Negative |
| Ketones | NEG | Negative |
| Bilirubin | NEG | Negative |
| Blood | NEG | Negative |
| Nitrite | NEG | Negative |
| Urobilinogen | NORMAL | Negative |
| Leu Esterase | NEG | Negative |

**URINALYSIS, MICROSCOPIC**

| Test | Result | Normal |
|------|--------|--------|
| Epithelial Cells | <1 | Negative |
| Mucous | RARE | Negative |
| RBC Urn | 1 | Negative |
| WBC Urn | <1 | Negative |

DAILY REPORT
**HILL, ANTHONY**                    **LOC:CERMAK DIVISION 10:**
**MRN: Z355244**
9 of 31, 10 of 166        PRINTED 12/29/2009 06:05      Page: 3 of 3

66
CCSAO

PATIENT: **HILL, ANTHONY**                          **Cermak Health Services of Co**

DOB      :▆▆▆▆▆▆▆      AGE: 42 Sex M          2800 South California
MRN      :Z355244      Pt#: Z20090057009          Chicago, IL, 60608
Att      :DOCTOR, **UNASSIGNED**
Copy to:DOCTOR, UNASSIGNED                    **Tony Wicheanvonagoon, MT PhD**

## M I C R O B I O L O G Y

ORDER#:  **A9082191**                          ORDERED BY: **DOCTOR, UNASSIGNED**
SOURCE:  **URINE**                             COLLECTED:  **01/08/10 15:28**
                                               RECEIVED:   **01/08/10 18:36**

<u>Culture Urine</u>                           ▪ FINAL      01/11/10 09:24
01/11/10 **No growth**

---

▪   NEW RESULT   •   RESULT WAS MODIFIED AFTER FINAL STATUS SET

PATIENT: **HILL, ANTHONY**              *REGULAR*              *LOC:CERMAK DIVISION*
**MRN: Z355244**
5 of 20, 13 of 194              PRINTED 01/12/2010 06:05      *Page: 1 of 1*                67
                                                                                        CCSAO



**Cermak Health Services of Cook County**
2800 South California Avenue, Chicago, Illinois 60608

## *HYPERTENSION LOG*

| DATE | TIME | BLOOD PRESSURE | NURSES SIGNATURE | COMMENT |
|---|---|---|---|---|
| 12-28-09 | 9am | / | No Show | |
| 12-30-09 | 930pm | 131/80 | Purcell | |
| 12/31/09 | 12N | No show | Nurco | pt c̄ Social worker per security mgt |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |

*BLOOD PRESSURES ARE TO BE RECORDED AT LEAST WEEKLY FOR ALL PATIENTS ON A LOW SODIUM DIET AND/OR ANTI-HYPERTENSIVE MEDICATIONS OR PER PHYSICIANS ORDER.*

| PHYSICIAN'S ORDER | START DATE | STOP DATE |
|---|---|---|
| | | |
| | | |
| | | |

*IMPRINTER*

SPECIAL INSTRUCTIONS: _____ _____

NAME Hill, Antnoy
CCDOC# 20090057009
DATE OF BIRTH ▬▬▬▬
LOCATION 4T

F-868.04

68
CCSAO



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

# DETAINEE HEALTH SERVICE REQUEST FORM

Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: __Anthony Hill__                Today's Date: __12/22/09__

ID #: __20090052009__ Division: __10__ Tier: __4 A412/__ Birth Date: ▓▓▓▓
  (Booking Year)  (Number)

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST**
**FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE
HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: _I Have A Hearnia need To_
_get it Clean and dress Because it swallow_
_up and it Bleed and Pus come out and need_
_X Ray of my Back Ribs and Left Knee ACL_
_Repair and need MRI Because Pins Has Been_
_pop out By ERT when They Beaten me 11/05/09_

How long have you had this problem? __1½ yr__ days / weeks / months  (circle one)
Next Court Date:

## !!!STOP!!!   DO NOT WRITE BELOW THIS LINE

Referred to: ☐ Medical  ☐ Dental  ☒ Mental Health  ☐ Health Educator  ☐ DOC   Date:

**Initial Provider Note:** _Detainee @ side groin areas slightly swollen_
_and small amt of pussey discharged. Please eval in 1wk._

Signature/Title: _Dr. Washington RN_     Date: _12/28/09_ Time: _21:20_

**Secondary Disposition:** (as indicated): Recommended Follow-up:   ☐ Sick Call    ☐ PRN
Signature/Title:_____ _____Date:_____ _____Time:_____

**Appointment Scheduler:**
Appointment Date:_____
Signature/Title:_____
Date:_____ Time:_____

PATIENT LABEL

Form#: 86322  Rev: March 2006



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## DETAINEE HEALTH SERVICE REQUEST FORM

Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: __Anthony Hill__          Today's Date: __12/20/09__

ID #: __2009 0057009__     Division: __10__     Tier: __A 4/21__    Birth Date: ▓▓▓▓▓
    (Booking Year)    (Number)

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: _I Have a Hearia and Have Pain in My Groin Area that Solwotion up very Red and Was beaten in Div 9 which My ACL Left Knee Has Broken and nose Cradled and Back Ribs and Kidney Pain So bad I Can't sleep and I need Help Please I can't stand for a long period or sit and Hurt when walk and Laying Down I get Stuck_

How long have you had this problem? __1½__ days / weeks / (months) (circle one)
Next Court Date:

## !!!STOP!!!  DO NOT WRITE BELOW THIS LINE

Referred to: ☐ Medical  ☐ Dental  ☐ Mental Health  ☐ Health Educator  ☐ DOC   Date:

**Initial Provider Note:** _Detainee States he has hernia. He states in a lot of pain please evvate. SIC next week_

Signature/Title: _DuWann / RN MT_          Date: _12/20/09_  Time: _21W_

**Secondary Disposition:** (as indicated): Recommended Follow-up:  ☐ Sick Call     ☐ PRN
Signature/Title:_____  _____Date:_____Time:_____

**Appointment Scheduler:**

Appointment Date:_____

Signature/Title:_____

Date:_____Time:_____

Format: 66322  Rev: March 2006

70
CCSAO

10 4 A. 2       MR# 35524Y
                DR 8-26-69

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## DETAINEE HEALTH SERVICE REQUEST FORM

Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: **Anthony Hill**          Today's Date: 12/14/09

ID #: 2009 – 0057009  Division: 9   Tier: 2H   Birth Date: ▮▮▮▮
      (Booking Year)   (Number)

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: need To Get my Right side
Tooth Repair have pain After Being
Slam To the floor By ERT N 005,09 I
Keep Biting The inside of my mouth

How long have you had this problem? 1 1/2 days / weeks (months) (circle one)
Next Court Date:

### !!!STOP!!!   DO **NOT** WRITE BELOW THIS LINE

Referred to:  ☐ Medical  ☐ Dental  ☐ Mental Health  ☐ Health Educator  ☐ DOC   Date:

**Initial Provider Note:** _____

_____

_____

_____

_____

Signature/Title:_____ Date:_____ Time:_____

**Secondary Disposition:** (as indicated): Recommended Follow-up:  ☐ Sick Call   ☐ PRN
Signature/Title:_____ Date:_____ Time:_____

**Appointment Scheduler:**

Appointment Date:_____

Signature/Title:_____

Date:_____ Time:_____

PATIENT LABEL

71
CCSAO

Form#: 86322  Rev: March 2008



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

# DETAINEE HEALTH SERVICE REQUEST FORM

Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: _Anthony Hill_    Today's Date: _12/14/09_

ID #: _2009_ - _0057009_ Division: _9_    Tier: _2H_    Birth Date: ▆▆▆
(Booking Year)    (Number)

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: _I Have Trouble standing and_
_Walking and Need a MRI on my Left Knee_
_and my Nose, Chest, Collar Bone, Back Ribs_
_and Kidneys Have pain need X Rays And_
_still Have numbness in my Left Thumb and_
_Right middle Finger I Keep Swelling up pNotion on my Head_

How long have you had this problem? _1 1/2_ days / weeks /(months)(circle one)  _That Has has_
Next Court Date:                                                           _not went down_

## !!!STOP!!!    DO **NOT** WRITE BELOW THIS LINE

Referred to:   ☐ Medical   ☐ Dental   ☐ Mental Health   ☐ Health Educator   ☐ DOC    Date:

**Initial Provider Note:** _pt_    _HAS_    _RTC_   _1-19-10_

_____

_____

_____

_____

Signature/Title:_____Date:_____Time:_____

**Secondary Disposition:** (as indicated): Recommended Follow-up:   ☐ Sick Call    ☐ PRN

Signature/Title:_____  _____Date:_____Time:_____

**Appointment Scheduler:**

Appointment Date:_____

Signature/Title:_____

Date:_____Time:_____

PATIENT LABEL

72
CCSAO

Form#: 86322  Rev: March 2006



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## DETAINEE HEALTH SERVICE REQUEST FORM

Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: _Anthony Hill_ Today's Date: _11/8/09_

ID #: _2009_ – _0057009_ Division: _9_ Tier: _2 F_ Birth Date: ▮▮▮▮▮
(Booking Year)  (Number)

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: _I Have A Broken graft in Left my Knee + Had a ACL Replacement and ENT Broken and Beat me up Have nose Cracked and Knots on my Head and Back of left ear Numbness in my Hands and Chest and Back Ribs Pain and Lots of Cuts and Burises all on my Body_

How long have you had this problem? _4_ (days) weeks / months (circle one)
Next Court Date:

## !!!STOP!!!  DO *NOT* WRITE BELOW THIS LINE

Referred to:  ☐ Medical  ☐ Dental  ☐ Mental Health  ☐ Health Educator  ☐ DOC  Date:

**Initial Provider Note:** _Pt SEEN @ CERMAK DAY OF ALTERCATION 11-5-09 RTC TO Follow_

Signature/Title:_____ Date:_____ Time:_____

**Secondary Disposition:** (as indicated): Recommended Follow-up:  ☐ Sick Call  ☐ PRN

Signature/Title:_____ Date:_____ Time:_____

**Appointment Scheduler:**

Appointment Date:_____

Signature/Title:_____

Date:_____ Time:_____

Form#: 86322 Rev: March 2006

73
CCSAO



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

# DETAINEE HEALTH SERVICE REQUEST FORM

Mark box ☒ on the left of answers or print in space provided.
Side 1 – English

Name: _Anthony Hill_     Today's Date: _10/21/09_

ID #: _2009 005 7009___ Division: _9_   Tier: _2H_   Birth Date: ▮▮▮
(Booking Year)     (Number)

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: _I Have a Broken nose and a Hernia_
_That need To Be Repair and in LOT of Pain_

How long have you had this problem? _50_ (days) / weeks / months (circle one)
Next Court Date:

## !!!STOP!!!   DO NOT WRITE BELOW THIS LINE

Referred to:   ☐ Medical   ☐ Dental   ☐ Mental Health   ☐ Health Educator   ☐ DOC   Date:

**Initial Provider Note:** _pt HAS RTC 11-3-09_

Signature/Title:_____Date:_____Time:_____

**Secondary Disposition:** (as indicated): Recommended Follow-up:   ☐ Sick Call    ☐ PRN

Signature/Title:_____ _____Date:_____Time:_____

**Appointment Scheduler:**

Appointment Date:_____

Signature/Title:_____

Date:_____Time:_____

PATIENT LABEL

Form#: 66322 Rev: March 2006

74
CCSAO



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

# DETAINEE HEALTH SERVICE REQUEST FORM
Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: _Anthony Hill_     Today's Date: _10-9-09_

ID #: _2009_ – _0052009_ Division: _9_   Tier: _2H_   Birth Date: ▓▓▓▓
  (Booking Year)   (Number)

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: _I Have A Broken nose from the Hardwood Police Dept and Have numbness in my Right Hand from the Handcuff my Thumb and my middle keep Swelling up all the time and Also I have got no Treatment for my ACL Replacement Have promble walking without my Brace and cane_

How long have you had this problem? _50_ (days) / weeks / months (circle one)
Next Court Date:

## !!!STOP!!!   DO NOT WRITE BELOW THIS LINE

Referred to: ☐ Medical ☐ Dental ☐ Mental Health ☐ Health Educator ☐ DOC   Date:

**Initial Provider Note:** _PT HAS RTC 11-3-09_

_____

_____

_____

_____

Signature/Title:_____Date:_____Time:_____

**Secondary Disposition:** (as indicated): Recommended Follow-up: ☐ Sick Call ☐ PRN
Signature/Title:_____ _____Date:_____Time:_____

**Appointment Scheduler:**

Appointment Date:_____

Signature/Title:_____

Date:_____Time:_____

PATIENT LABEL

Form#: 86322 Rev: March 2006



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## DETAINEE HEALTH SERVICE REQUEST FORM

Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: _Anthony Hill_    Today's Date: _10/9/09_

ID #: _2009_ - _005900_ Division: _9_  Tier: _2H_  Birth Date: ▊▊▊▊
   (Booking Year)      (Number)

**FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM <u>USE A SEPARATE REQUEST</u>
<u>FORM FOR EACH PROBLEM.</u>** EACH FORM WILL BE SENT TO THE APPROPRIATE
HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: _I Have Be Dianoise with_
_Parnoid Scizphene Two yrs ago And_
_id going Thgew mental promble and need_
_my med and Also I was cart order To see_
_A Doctor and Have not seen no one since_

How long have you had this problem? _50_ (days) / weeks / months  (circle one)
Next Court Date:

### !!!STOP!!!  DO NOT WRITE BELOW THIS LINE

Referred to:  ☐ Medical  ☐ Dental  ☐ Mental Health  ☐ Health Educator  ☐ DOC   Date:

**<u>Initial</u> <u>Provider</u> <u>Note</u>:** _pr  HA  RTC  11-3-09_

Signature/Title:_____Date:_____Time:_____

**<u>Secondary</u> <u>Disposition</u>:** (as indicated): Recommended Follow-up:   ☐ Sick Call   ☐ PRN
Signature/Title:_____Date:_____Time:_____

**<u>Appointment</u> <u>Scheduler</u>:**

Appointment Date:_____

Signature/Title:_____

Date:_____Time:_____

PATIENT LABEL

76
CCSAO

Form#: 86322  Rev: March 2006



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

# DETAINEE HEALTH SERVICE REQUEST FORM

Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: **Anthony Hill**　　　　Today's Date: **9/23/09**

ID #: **2009** – **0052009** Division: **9** Tier: **2H** Birth Date: ▮▮▮▮
　(Booking Year)　(Number)

**FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: **I Have a Broken Nose and Cant Breath Right I was There in the dispenary and didnt get No Help Also I Have A ACL Replacement and Having Trouble walking and when I was Handcuff my Right Hand is numb and middle finger keep Swolling up and very Painful This Happen from Excession froce from Hardwood Hts Police Dept**

How long have you had this problem? **31** (days) / weeks / months (circle one)
Next Court Date:

## !!!STOP!!!　　DO NOT WRITE BELOW THIS LINE

Referred to:　☐ Medical　☐ Dental　☐ Mental Health　☐ Health Educator　☐ DOC　Date:

**Initial Provider Note:** **P1　HAS　RTC　11·3-09**

_____

_____

_____

Signature/Title:_____ Date:_____ Time:_____

**Secondary Disposition:** (as indicated): Recommended Follow-up:　☐ Sick Call　☐ PRN
Signature/Title:_____ _____ Date:_____ Time:_____

**Appointment Scheduler:**

Appointment Date:_____

Signature/Title:_____

Date:_____Time:_____

PATIENT LABEL

77
CCSAO

Form#: 86322　Rev: March 2006



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## DETAINEE HEALTH SERVICE REQUEST FORM

Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: Anthony Hill    Today's Date: 9-23-09

ID #: 2009 - 0057009 Division: 9 Tier: 2 H Birth Date: ▪▪▪▪▪▪
(Booking Year)    (Number)

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: I Have Been diagnos with pamoid Sciezphiane and Have Been Complating Susuice By Hanguing myself I Really dont Have no reason to Live I Have no family and my wife Have Brolen Bad on me and I had A court order to get a Psy Evaucaytion

How long have you had this problem? 2 days / weeks / months (circle one)
Next Court Date:

## !!!STOP!!!   DO **NOT** WRITE BELOW THIS LINE

Referred to:  ☐ Medical  ☐ Dental  ☐ Mental Health  ☐ Health Educator  ☐ DOC   Date:

**Initial Provider Note:** _____

_____

_____

_____

_____

Signature/Title: _____ Date: _____ Time: _____

**Secondary Disposition:** (as indicated): Recommended Follow-up:  ☐ Sick Call   ☐ PRN

Signature/Title: _____ Date: _____ Time: _____

**Appointment Scheduler:**

Appointment Date: _____

Signature/Title: _____

Date: _____ Time: _____

PATIENT LABEL

78
CCSAO

Form#: 86322  Rev: March 2006



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Prescription Order**

Medical Record Copy

Last Name: _Hill_     First Name: _Anthony_     Date / Time: _2/18/10_

DOC# _2009 005 2009_     D.O.B. ▓▓▓▓     Location: _10-4A_

MR #: _____     Allergy: _____     Weight: _____     ☐ Renewal

Diagnosis: _____     ☐ Non-formulary completed

| | | | | |
|---|---|---|---|---|
| **Checked** | 1. | _Risperidone 1mg p.o. Qam_ | # _____ | ☐ Given |
| | 2. | | # _____ | ☐ Given |
| | 3. | | # _____ | ☐ Given |
| | 4. | | # _____ | ☐ Given |
| **Filled** | 5. | | # _____ | ☐ Given |
| | 6. | | # _____ | ☐ Given |
| | 7. | | # _____ | ☐ Given |
| **Data Entry** | 8. | | # _____ | ☐ Given |
| | 9. | | # _____ | ☐ Given |
| | 10. | | # _____ | ☐ Given |

Special Instructions _IN COURT_
_meds renewed for continuity_

MD / PA Stamp/ Signature

_M. mynatt, M.D._

DEA # _____     Pager# _____

Form #: 853.01 Rev: March 2009
Pink Copy: Pharmacy   White Copy: Medical Records   Green Copy: Nursing/CMT/Dialysis   Yellow Copy: Patient





**Cermak Health Services of Cook County**
2800 S. California Avenue
Chicago, Il. 60608

# Prescription Order
### Medical Record Copy

Last Name: _Hill_          First Name: _Anthony_   Date / Time: _2/11/10_

DOC# _2009 005 7009_       D.O.B. ▆▆▆▆▆   Location: _10-4A_

MR # _____        Allergy: _____     Weight: _____      ☐ Renewal

Diagnosis: _____        ☐ Non-formulary completed

| | | | | |
|---|---|---|---|---|
| **Checked** | 1. | _Risperidone long pre-B4D_ | # _____ | ☒ Given |
| | 2. | _✓ risperidone 1 mg po Q AM_ | # _____ | ☐ Given _Luks._ |
| | 3. | | # _____ | ☐ Given |
| | 4. | | # _____ | ☐ Given |
| **Filled** | 5. | | # _____ | ☐ Given |
| | 6. | | # _____ | ☐ Given |
| | 7. | | # _____ | ☐ Given |
| | 8. | | # _____ | ☐ Given |
| **Data Entry** | 9. | | # _____ | ☐ Given |
| | 10. | | # _____ | ☐ Given |

Special Instructions

MD / PA Stamp/ Signature

_M. Mynatt, MD_

DEA #                    Pager #

Form #: 853.01 Rev. March 2009
Pink Copy: Pharmacy   White Copy: Medical Records   Green Copy: Nursing/CMT/Dialysis   Yellow Copy: Patient



CHS 853   CCSAO



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

# Prescription Order
### Medical Record Copy

Last Name: _Hill_ First Name: _Anthony_ Date / Time : _1/14/10_
_12 20 p_

DOC# _2009 0057009_ D.O.B. ▬▬▬ Location: _10-4A_

MR # _____ Allergy: _____ Weight: _____ ☑ Renewal

Diagnosis: _____ ☐ Non-formulary completed

| | | |
|---|---|---|
| **Checked** 1. | Trazodone 100 mg at bedtime | ☐ Given _con._ |
| 2. | Risperidone 1mg po. B1D | # ___ ☐ Given _8x4wks_ |
| 3. | | # ___ ☐ Given |
| **Filled** 4. | | # ___ ☐ Given |
| 5. | | # ___ ☐ Given |
| 6. | | # ___ ☐ Given |
| **Data Entry** 7. | | # ___ ☐ Given |
| 8. | | # ___ ☐ Given |
| 9. | | # ___ ☐ Given |
| 10. | | # ___ ☐ Given |

Special Instructions

MD / PA Stamp/ Signature

_M. Mynatt, MD_

DEA # Pager #

Form #: 853.01 Rev: March 2009
Pink Copy: Pharmacy    White Copy: Medical Records    Green Copy: Nursing/CMT/Dialysis    Yellow Copy: Patient





Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Prescription Order**
Medical Record Copy

Last Name: _Hill_    First Name: _Anthony_    Date / Time: _1·11·10_

DOC #: _2009-005700 9_    D.O.B. ▬    Location: _X_

MR #: _35 5 2442_    Allergy: _NKAb_    Weight: _____    ☐ Renewal

Diagnosis: ⑫ _epididymitis_    ☐ Non-formulary completed

| | | |
|---|---|---|
| 1. | Levofloxacin 200 ⌐ I po daily | # 14 ☐ Given |
| 2. | High fiber diet | # _____ ☐ Given |
| 3. | Ditropan 5 ⌐ I po daily | # 90 ☐ Given |
| 4. | Colace 100 ⌐ I po q 12° | # (3 mo) ☐ Given |
| 5. | | # _____ ☐ Given |
| 6. | | # _____ ☐ Given |
| 7. | | # _____ ☐ Given |
| | | # _____ ☐ Given |
| 9. | | # _____ ☐ Given |
| 10. | | # _____ ☐ Given |

Special Instructions

MD / PA Stamp/ Signature

_Pud / VIDAL_

DEA #: ▬    Pager #: ▬

Form #: 853.01  Rev: March 2009
Pink Copy: Pharmacy   White Copy: Medical Records   Green Copy: Nursing/CMT/Dialysis   Yellow Copy: Patient





Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Prescription Order**
Medical Record Copy

Patient: _____ DOC# _____ D.O.B. _____

Comments: _____ Allergy: _____

| PHYSICIAN ORDERS | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| MD Print/Sign | | |

Location: _____  ☐ Med/Surg   ☐ MHS

Initials  Print / Sign Name                    Title

Form #: 853.01
Rev: Feb. 2008   White Copy: Medical Records   Pink Copy: Pharmacy   Green Copy: Nursing / CMT / Dialysis   Yellow Copy: Patient

C H S 8 5 3 0 1

**Patient Label**

---

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Prescription Orders**
Medical Record Copy

Patient: HILL. ANTHONY  DOC# 2009 0057009  D.O.B. ▓▓▓▓▓

Comments: _____ Allergy: _____

| PHYSICIAN ORDERS | | |
|---|---|---|
| 12/24/09 | ENALAPRIL 10 MG PO QD x12 W6 | |
| | NAPROSIN 500 MG PO QD x3 W6×food | |
| | ACE WRAP x 4 W6  S | |
| | | |
| | | |
| | | |
| MD Print/Sign _____ | | |

Location: _____  ☐ Med/Surg   ☐ MHS

Initials  Print / Sign Name                    Title

83
CCSAO

C H S 8 5 3 0 1



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Prescription Order**
Medical Record Copy

Patient:_____ DOC# _____ D.O.B._____

Comments:_____ Allergy:_____

| Date/Time | PHYSICIAN ORDERS | Time/Nurse Initial |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | MD Print/Sign | |

Location: _____   ☐ Med/Surg   ☐ MHS

**Initials   Print / Sign Name**          **Title**

C H S 8 5 3 0 1

Form #: 853.01
Rev. Feb. 2008    White Copy: Medical Records    Pink Copy: Pharmacy    Green Copy: Nursing / CMT / Dialysis    Yellow Copy: Patient

Patient Label

---

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Prescription Orders**
Medical Record Copy

Patient: Hill, Anthony _____ DOC# 2009-00-57009 _____ D.O.B. ▇▇▇

Comments:_____ Allergy:_____

| Date/Time | PHYSICIAN ORDERS | Time/Nurse Initial |
|---|---|---|
| 12-17-09 14:45 | DC all prior psych meds | |
| | Trazodone 100mg PO q bedtime — 4 WEEKS | |
| | Transfer pt to Division 10, MHS | |
| | | |
| | | |
| | | |
| | MD Print/Sign | |

Location: ___9___   ☐ Med/Surg   ☒ MHS

**Initials   Print / Sign Name**          **Title**

C H S 8 5 3 0 1



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Prescription Order**
Medical Record Copy

Patient: _Hill Anthony_ DOC# _749-00-57009_  D.O.B. _____

Comments: _____  Allergy: _____

MD Print/Sign

Location: _9 H2_  ☐ Med/Surg  ☐ MHS

Initials  Print / Sign Name  Title

C H S 8 5 3 0 1

Form #: 853.01
Rev. Feb. 2008    White Copy: Medical Records    Pink Copy: Pharmacy    Green Copy: Nursing / CMT / Dialysis    Yellow Copy: Patient

Patient Label

---

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Prescription Orders**
Medical Record Copy

Patient: _Hill, Anthon_ DOC# _09-0057009_  D.O.B. _9/1_

Comments: _____  Allergy: _____

MD Print/Sign

Location: _____  ☐ Med/Surg  ☐ MHS

Initials  Print / Sign Name  Title

C H S 8 5 3 0 1

Form #: 853.01
Rev. Feb. 2008    White Copy: Medical Records    Pink Copy: Pharmacy    Green Copy: Nursing/CMT/Dialysis    Yellow Copy: Patient

Patient Label

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Prescription Order**
Medical Record Copy

Patient: Hill, Anthony   DOC# 09-0057009   D.O.B.

Comments: _____ Allergy: _____

| | | |
|---|---|---|
| | HC 1/. B12 0 | |
| 11/30/9 | Clindazi Apal R200 | |
| | Ecase 325 po daily | |
| | Bactria D5 125 po B10 | |

MD Print/Sign

Location: _____ ☐ Med/Surg ☐ MHS

**Initials    Print / Sign Name                Title**

C H S 8 5 3 0 1

Form #: 853.01
Rev. Feb. 2008    White Copy: Medical Records    Pink Copy: Pharmacy    Green Copy: Nursing / CMT / Dialysis    Yellow Copy: Patient

Patient Label

---

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Prescription Orders**
Medical Record Copy

Patient: Hill Anthony 269-0052009   D.O.B.

Comments: _____ Allergy: NKDA

| | | |
|---|---|---|
| 9/22/09 | Nikerosy 500mg po B10 | |

MD Print/Sign

Location: 9 2A   ☐ Med/Surg ☐ MHS

**Initials    Print / Sign Name                Title**

C H S 8 5 3 0 1

Form #: 853.01
Rev. Feb. 2008    White Copy: Medical Records    Pink Copy: Pharmacy    Green Copy: Nursing / CMT / Dialysis    Yellow Copy: Patient

Patient Label

86
CCSAO

# MEDICATION ADMINISTRATION RECORD
## CERMAK HEALTH SERVICES OF COOK COUNTY

**Month/Year** DEC-09

**Patient Name** HILL, ANTHONY

**Reviewed** 12/1/09

**DOC Number** 20090057009

**Location** 09-27-20-34

**Date of Birth**

**Page 1**

| MEDICATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

SALSALATE 750MG TABLET
SALSALATE TAB 750MG
RX: C3696515 09/22/09
TAKE 1 TABLET TWICE A DAY BY
MOUTH AS NEEDED WITH FOOD
Start/Stop 09/22/09-12/15/09

CLOTRIMAZOLE 1% CREAM
CLOTRIMAZOLE CREAM 1% 15GM
RX: C3696517 09/22/09
APPLY TO AFFECTED AREA AS
DIRECTED TWICE A DAY
Start/Stop 09/22/09-12/15/09

RANITIDINE H 150MG TABLET
RANITIDINE HCL TAB 150MG UD
RX: C3696519 09/22/09
TAKE 1 TABLET TWICE A DAY BY
MOUTH
Start/Stop 09/22/09-12/15/09

DOXEPIN HCL 10MG/M LIQUID
DOXEPIN HCL 10MG/ML CONC
RX: C3717932 10/22/09
100MG BY MOUTH AT BEDTIME **
DOSE BY DOSE**
Start/Stop 10/22/09-12/17/09

HYDROCORTISO 1% OINTME
HYDROCORTISONE OIN 1%
RX: C3726498 11/01/09
APPLY TO AFFECTED AREA AS
DIRECTED TWICE A DAY
Start/Stop 11/03/09-12/01/09

ASPIRIN 325MG TABLET
ASPIRIN EC TAB 325MG EC UD
RX: C3726500 11/03/09
TAKE 1 TABLET DAILY BY MOUTH
** DOSE BY DOSE**
Start/Stop 11/03/09-12/01/09

**Blood Pressure**
**Pulse**

**INJECTION SITE CODES:** 1. Left Buttocks  2. Right Buttocks  3. Left Deltoid  4. Right Deltoid  5. Left Thigh  6. Right Thigh

**ALLERGIES**

**Initial**
R = Refused (Obtain Refusal Form)
R = Med Given
Initial & Circle = No Med Available
H = Hold
D/C = Discontinued
N/P = Not Present

# OTC / PRN / STAT MEDICATION

| Date | Hour | Medication/Dosage/Route | Reason | Initials |
|------|------|-------------------------|--------|----------|

**ALLERGIES**

Initials | EMT/Nurse Signature - Title

Initials | EMT/Nurse Signature - Title

Initials | EMT/Nurse Signature - Title

Initials | EMT/Nurse Signature - Title

# MEDICATION ADMINISTRATION RECORD
## CERMAK HEALTH SERVICES OF COOK COUNTY

**MEDICATION** — Month/Year: 12/09

Medications (handwritten):
- 1a 2:30 done 100mg PO 24.5 — 12/8/09 — 1/16/10
- 5 mg Klonopin 2.10mg PO Daily & bks — 12/8/09 — 1/16/10
- N14-predn 500mg PO-O PO-114 back with — 12/24/09 — 3.48 10
- Ace W R4p x 4 bks — 1/14/10

Initial / Circle codes:
- R = Med Given
- C = Refused (Obtain Refusal Form)
- H = No Med Available
- D/C = Hold
- N/P = Discontinued / Not Present

Patient Name: [redacted]
DOC Number: 2009 / DOS 7009
Location: X A A
Date of Birth: [redacted]

INJECTION SITE CODES:
1. Left Buttocks  2. Right Buttocks  3. Left Deltoid  4. Right Deltoid  5. Left Thigh  6. Right Thigh

ALLERGIES

89
CCSAO

# OTC / PRN / STAT MEDICATION

| Date | Hour | Medication/Dosage/Route | Reason | Initials |
|------|------|-------------------------|--------|----------|
| | | | | |

ALLERGIES

| Initials | EMT/Nurse Signature - Title |
|----------|------------------------------|
| | |
| Initials | EMT/Nurse Signature - Title |
| | |
| Initials | EMT/Nurse Signature - Title |
| | Jw Diane Washington RNML |
| Initials | EMT/Nurse Signature - Title |

# MEDICATION ADMINISTRATION RECORD
## CERMAK HEALTH SERVICES OF COOK COUNTY

| Page 1 of 1 | MEDICATION | Month/Year NOV 09 |
| --- | --- | --- |

**Blood Pressure / Pulse**

**Medications:**

SALSALATE 750MG TABLET
SALSALATE TAB 750MG
RX: C3696515  09/22/09
TAKE 1 TABLET TWICE A DAY BY
MOUTH AS NEEDED WITH FOOD

Start/Stop 09/22/09-12/15/09

HYDROCORTISO 1%  OINTME
HYDROCORTISONE OIN 1%
RX: C3696516  09/22/09
APPLY TO AFFECTED AREA AS
DIRECTED TWICE A DAY

Start/Stop 09/22/09-12/15/09

CLOTRIMAZOLE 1%  CREAM
CLOTRIMAZOLE CREAM 1% 30GM
RX: C3696517  09/22/09
APPLY TO AFFECTED AREA AS
DIRECTED TWICE A DAY

Start/Stop 09/22/09-12/15/09

RANITIDINE H 150MG TABLET
RANITIDINE HCl TAB 150MG UD
RX: C3696519  09/22/09
TAKE 1 TABLET TWICE A DAY BY
MOUTH

Start/Stop 09/22/09-12/15/09

DOXEPIN HCl 10MG/M LIQUID
DOXEPIN HCl 10MG/ML CONC
RX: C3711932  10/22/09
100MG BY MOUTH AT BEDTIME **
DOSE BY DOSE**

Start/Stop 10/22/09-12/17/09

**INJECTION SITE CODES:** 1. Left Buttocks  2. Right Buttocks  3. Left Deltoid  4. Right Deltoid  5. Left Thigh  6. Right Thigh

**Initial & Circle:**
- Initial — Med Given
- R — Refused (Obtain Refusal Form)
- C — Court
- N — No Med Available
- H — Hold
- D/C — Discontinued
- N/P — Not Present

Patient Name: HILL, ANTHONY
DOC Number: 2009005700S
Location: 09-2H-20-60
Date of Birth:

ALLERGIES

91
CCSAO

# OTC / PRN / STAT MEDICATION

| Date | Hour | Medication/Dosage/Route | Reason | Initials |
|------|------|-------------------------|--------|----------|
| | | | | |

ALLERGIES

| Initials | EMT/Nurse Signature - Title |
|----------|------------------------------|
| | |
| Initials | EMT/Nurse Signature - Title |
| | |
| Initials | EMT/Nurse Signature - Title |
| | |
| Initials | EMT/Nurse Signature - Title |
| | |

# MEDICATION ADMINISTRATION RECORD
## CERMAK HEALTH SERVICES OF COOK COUNTY

**Month/Year** OCT- 09

**Page 1**

### MEDICATION

SALSALATE TAB 750MG TABLET
SALSALATE 750MG
RX: C3696515 09/22/09
TAKE 1 TABLET TWICE A DAY BY
MOUTH AS NEEDED WITH FOOD
Start/Stop 09/22/09-12/15/09

HYDROCORTISO 1% OINTME
HYDROCORTISONE OIN 1%
RX: C3696516 09/22/09
APPLY TO AFFECTED AREA AS
DIRECTED TWICE A DAY
Start/Stop 09/22/09-12/15/09

CLOTRIMAZOLE 1% CREAM
CLOTRIMAZOLE CREAM 1% 30GM
RX: C3696517 09/22/09
APPLY TO AFFECTED AREA AS
DIRECTED TWICE A DAY
Start/Stop 09/22/09-12/15/09

RANITIDINE H 150MG TABLET
RANITIDINE HCl TAB 150MG UD
RX: C3696519 09/22/09
TAKE 1 TABLET TWICE A DAY BY
MOUTH
Start/Stop 09/22/09-12/15/09

### Patient Name
HILL, ANTHONY

### DOC Number
200900570009

### Location
09-2H-20-60

### Date of Birth

Reviewed

**Initial & Circle**
I = Initial
C = Cir
R = Re

= Med Given
= Refused (Obtain Refusal Form)
= Count
= Hold
= No Med Available
= Hold
D/C = Discontinued
N/P = Not Present

**Blood Pressure**
**Pulse**

**INJECTION SITE CODES:**
1. Left Buttocks   2. Right Buttocks   3. Left Deltoid   4. Right Deltoid   5. Left Thigh   6. Right Thigh

**ALLERGIES**

# OTG / PRN / STAT MEDICATION

| Date | Hour | Medication/Dosage/Route | Reason | Initials |
|------|------|-------------------------|--------|----------|
|      |      |                         |        |          |

ALLERGIES

| Initials | EMT/Nurse Signature - Title |
|----------|------------------------------|
|          |                              |
|          |                              |
|          |                              |
|          |                              |

# MEDICATION ADMINISTRATION RECORD
## CERMAK HEALTH SERVICES OF COOK COUNTY

**MEDICATION** | Month/Year

Initial:
- I = Med Given
- R = Refused (Obtain Refusal Form)
- C = Court
- N = No Med Available
- H = Hold
- D/C = Discontinued
- NP = Not Present

Initial & Circle

D/C
Reviewed

Blood Pressure
Pulse

INJECTION SITE CODES:
1. Left Buttocks
2. Right Buttocks
3. Left Deltoid
4. Right Deltoid
5. Left Thigh
6. Right Thigh

ALLERGIES

Patient Name: Bill Anthony

DOC Number: 20090057...

Location: 4H 25...

Date of Birth:

95
CCSAO

# OTC / PRN / STAT MEDICATION

| Date | Hour | Medication/Dosage/Route | Reason | Initials |
|------|------|------------------------|--------|----------|

**ALLERGIES**

| Initials | EMT/Nurse Signature - Title | Initials | EMT/Nurse Signature - Title |
|----------|----------------------------|----------|----------------------------|

| Initials | EMT/Nurse Signature - Title | Initials | EMT/Nurse Signature - Title |
|----------|----------------------------|----------|----------------------------|

# MEDICATION ADMINISTRATION RECORD
## CERMAK HEALTH SERVICES OF COOK COUNTY

**Month/Year:** SEP 09

**MEDICATION**

SULFAMETHOXA
SOLFA/TRIM DS TAB 800/160MG
RX: C3679400        08/28/09
TAKE 1 TABLET TWICE A DAY BY
MOUTH WITH PLENTY OF WATER
Start/Stop 08/28/09-09/04/09

IBUPROFEN          600MG TABLET
IBUPROFEN TAB 600MG UD
RX: C3679401       08/28/09
TAKE 1 TABLET TWICE A DAY BY
MOUTH AFTER MEAL(S) WHEN
NEEDED FOR PAIN
Start/Stop 08/28/09-09/04/09

NAPROXEN 500mg
REFI #14

9-7-09      9-9-09

Blood Pressure
Pulse

**Initial & Circle**
- Med Given
- Refused (Obtain Refusal Form)
- Court
- No Med Available
- Hold
- Discontinued
- Not Present

**INJECTION SITE CODES:** 1. Left Buttocks   2. Right Buttocks   3. Left Deltoid   4. Right Deltoid   5. Left Thigh   6. Right Thigh

**ALLERGIES**

Patient Name: HILL, ANTHONY

DOC Number: 2009005700 9

Location: 09-2B-23-02

Date of Birth:

97
CCSAO

# OTC / PRN / STAT MEDICATION

| Date | Hour | Medication/Dosage/Route | Reason | Initials |
|------|------|-------------------------|--------|----------|
| | | | | |

ALLERGIES

| Initials | EMT/Nurse Signature - Title |
|----------|----------------------------|
| | |
| | EMT/Nurse Signature - Title |
| | EMT/Nurse Signature - Title |
| | EMT/Nurse Signature - Title |
| | EMT/Nurse Signature - Title |

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Progress Notes**

☒ Mental Health
☐ Medical
☐ Nursing

| DATE/TIME | | SIGN AND NOTATIONS |
|---|---|---|
| 1/15/10<br>9:56am<br>30 minutes | | **S:** Mr. Hill requested a psychological evaluation because "I'm snapping." The patient discussed his frustration with the legal process and his attorney. He stated, "My public defender isn't doing his job. I'm worried that I'm going to end up serving more time than I should because my PD isn't helping me out." The patient asked, "Will it help my case if I go to 2-North?" The patient and this writer discussed different strategies for managing his frustration (e.g., The patient reported that "working out always helps me."). The patient was also encouraged to develop possible solutions for his current dissatisfaction with his attorney. At the end of the discussion, the patient reported feeling "much better. Thanks for letting me talk." |
| | | **O:** Alert, cooperative, appropriate eye contact, O x 4, SPEECH: Normal rate/volume/prosody, THOUGHT PROCESS: Organized, Good attention/ concentration/memory, THOUGHT CONTENT: Denies perceptual disturbances No delusions expressed, Denies SI/HI, MOOD: "Good" AFFECT: Euthymic Normal gait, Good hygiene/grooming, Reports "fine" sleep/appetite Fair insight Fair judgment/impulse control |
| | | **A:** Patient's report was indicative of distress related to legal process. Additionally, his question regarding 2-North suggests that he may seek mental health services as a means of assisting him in his case. |
| | | **P:** Patient will return to tier. He is not in need of treatment on acute psychiatric unit at this time. Patient informed on how to seek mental health services in the future. Patient verbalized his understanding. |
| | | **Therapist Signature:**<br>Jamie Wernsman, Ph.D., Postdoctoral Fellow |
| | | **Supervisor Signature:**<br>Daniel G. Morjal, Psy.D., Clinical Psychologist |

**S** = Subjective
**O** = Objective
**A** = Assessment
**P** = Plan

**P** = Problem
**A** = Assessment
**I** = Intervention
**E** = Evaluation

Form: 85226  Rev: May, 2003

HILL, ANTHONY
20090057009
DOB:
42 y/o BLACK MALE

*CHS82ZEF*

1064
CCSAO



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Prescription Order**
Medical Record Copy

Patient:_____ DOC# _____ D.O.B._____

Comments: _____ Allergy: _____

| Date/Time | PHYSICIAN ORDERS | Time/Nurse Initial |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | MD Print/Sign | |

Location: _____  ☐ Med/Surg   ☐ MHS

Initials   Print / Sign Name                    Title

Form #: 853.01
Rev. Feb. 2008   White Copy: Medical Records   Pink Copy: Pharmacy   Green Copy: Nursing / CMT / Dialysis   Yellow Copy: Patient

C H S 8 5 3 0 1

Patient Label

---

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Prescription Orders**
Medical Record Copy

Patient: Hill Anthony DOC# 2009 005 7009 D.O.B.

Comments: _____ Allergy: _____

| Date/Time | PHYSICIAN ORDERS | Time/Nurse Initial |
|---|---|---|
| 1/28/10 | Selsun Shampoo 3 day po l | |
| | Clotrimazole 1% Buse pl x2wl | |
| | Hydrocortisone 1% To ell over area @ 1e—4Pl | |
| | Doxycycline 100g PO Q12° po l | |
| | Atarax 25g po OG (1° — 19l | |
| | MD Print/Sign | |

Location: 104A   ☑ Med/Surg   ☐ MHS

Initials   Print / Sign Name                    Title

C H S 8 5 3 0 1

1065
CCSAO

**Cermak Health Services of Cook County**
2800 South California Avenue
Chicago, Illinois 60608

## Progress Notes

☐ Mental Health
☐ Medical
☐ Nursing

| Date – Time | Prob. No. | SIGN ALL NOTATIONS |
|---|---|---|
| 1-28-10 | 10am | P: Follow up eval, Rash from the blanket. |
| | | A: Denies any allergies, 118/80 59 20 97.4 Wt 165 |
| | | lab results. |
| | | *(illegible handwritten notes)* |
| recurrent phacches elbows | | *(illegible handwritten notes)* Selsun Shampoo Clot... 1% o. d.ly, Doxycycline 100m Atarax 25/h |

**S** = Subjective
**O** = Objective
**A** = Assessment
**P** = Plan

**P** = Problem
**A** = Assessment
**I** = Intervention
**E** = Evaluation

Hill, Anthony
PATIENT LABEL
200 9005700 9 CSAO
104A
066



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## DETAINEE HEALTH SERVICE REQUEST FORM

Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: _Anthony Hill_      Today's Date: _1-22-10_

ID #: _2009 0057009___   Division: _10_   Tier: _4 A_   Birth Date: ▮▮▮▮
  (Booking Year)    (Number)

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: _I Have A Broken ACL By ERT_
_NOV 5, 09 and Have not Got not the proper medical_
_Attention I Have Ask for and need A MRI_
_Because I cant Hardle Walk and STILL in so much_
_Pain and Have Back Ribs, and Collar Bone and Knot_
_STILL on Back of LeftSide of Ear and numbness left Hand_

How long have you had this problem? _2½_ days / weeks (months) (circle one)
Next Court Date:

### !!!STOP!!!   DO NOT WRITE BELOW THIS LINE

Referred to: ☐ Medical ☐ Dental ☒ Mental Health ☐ Health Educator ☐ DOC   Date:

**Initial Provider Note:** _____

_____

_____

_____

Signature/Title:_____Date:_____Time:_____

**Secondary Disposition:** (as indicated): Recommended Follow-up:   ☐ Sick Call    ☐ PRN

Signature/Title:_____ _____Date:_____Time:_____

**Appointment Scheduler:**

Appointment Date:_____

Signature/Title: _____

Date:_____Time:_____

PATIENT LABEL

1067
CCSAO

Form#: 86322   Rev: March 2006

# MEDICATION ADMINISTRATION RECORD
## CERMAK HEALTH SERVICES OF COOK COUNTY

| MEDICATION | Month/Year |
|---|---|

Risperidone 1mg PO
b.i.d
1/14/10 - 2/14/10

Colace 100mg PO
b.i.d
1/11/10

Doxycycline 100mg PO
b.i.d x 7 days
1/08/10 — 2/14/10

Atarax 25mg po b.i.d
x 14 days
1/28/10 — 2/11/10

Hydrocortisone 1% to
elbow area b.i.d x 45 days
1/28/10 — 3/11/10

Clotrimazole 1% use
b.i.d x 2 weeks
1/28/10 — 2/11/10

| Blood Pressure |
| Pulse |

INJECTION SITE CODES: 1. Left Buttocks 2. Right Buttocks 3. Left Deltoid 4. Right Deltoid 5. Left Thigh 6. Right Thigh

**Initial** = Med Given
**R** = Refused (Obtain Refusal Form)
**C** = Court
**Initial & Circle** = Not Available
**H** = Hold
**D/C** = Discontinued
**N/P** = Not Present
**Reviewed**

| Patient Name | DOC Number | Location | Date of Birth |
|---|---|---|---|

ALLERGIES: n.k.a.

068
CCDAO

# OTC / PRN / STAT MEDICATION

| Date | Hour | Medication/Dosage/Route | Reason | Initials |
|------|------|------------------------|--------|----------|

**ALLERGIES**

| Initials | EMT/Nurse Signature - Title |
|----------|------------------------------|
| | |

CCS

**MEDICATION ADMINISTRATION RECORD**
**CERMAK HEALTH SERVICES OF COOK COUNTY**

Month/Year: January 2010

MEDICATION:

Selsum Shampoo Bdaily
use as directed x 90 days
1-28-2010 — 2.28.2010

Reviewed

Initial & Circle
I = Med Given
R = Refused (Obtain Refusal Form)
C = Court
I = No Med Available
H = Hold
D/C = Discontinued
N/P = Not Present

INJECTION SITE CODES: 1. Left Buttocks  2. Right Buttocks  3. Left Deltoid  4. Right Deltoid  5. Left Thigh  6. Right Thigh

Blood Pressure
Pulse

Patient Name: Hill, Anthony

DOC Number: 2009 0057009

Location: 10-4A

Date of Birth:

ALLERGIES: NKA

1670
CC570

# OTC / PRN / STAT MEDICATION

| Date | Hour | Medication/Dosage/Route | Reason | Initials |
|------|------|------------------------|--------|----------|
| | | | | |

**ALLERGIES**

| Initials | EMT/Nurse Signature - Title | Initials | EMT/Nurse Signature - Title | Initials | EMT/Nurse Signature - Title | Initials | EMT/Nurse Signature - Title |
|----------|----------------------------|----------|----------------------------|----------|----------------------------|----------|----------------------------|
| | | | | | | | |

CCSA 10-11

## MEDICATION ADMINISTRATION RECORD
### CERMAK HEALTH SERVICES OF COOK COUNTY

**Month/Year:** JAN 10

| MEDICATION |
|---|
| ENALAPRIL MALEATE 10MG TABLE |
| RX: C3751283  12/08/09 |
| TAKE 1 TABLET DAILY BY MOUTH |
| ** DOSE BY DOSE** |
| Start/Stop 12/08/09-03/02/10 |
| NAPROXEN          500MG TABLET |
| NAPROXEN TABLETS 500MG |
| RX: C3751284  12/08/09 |
| TAKE 1 TABLET TWICE A DAY BY |
| MOUTH WITH FOOD ** DOSE BY |
| DOSE** |
| Start/Stop 12/08/09-03/02/10 |
| ASPIRIN          81MG   TABLET |
| ASPIRIN 81MG EC |
| RX: C3751285  12/09/09 |
| TAKE 1 TABLET DAILY BY MOUTH |
| ** DOSE BY DOSE** |
| Start/Stop 12/08/09-03/02/10 |
| TRAZODONE HC 100MG TABLET |
| TRAZODONE 100MG TABLET |
| RX: C3751162  12/17/09 |
| TAKE 1 TABLET AT BEDTIME BY |
| MOUTH ** DOSE BY DOSE** |
| Start/Stop 12/17/09-01/14/10 |

Handwritten notes:
Levofloxacin 250mg
Levaquin po Gdaily
Diphenhydramine 5mg po Gdaily

Injection Site Codes:
1. Left Buttocks   2. Right Buttocks   3. Left Deltoid   4. Right Deltoid   5. Left Thigh   6. Right Thigh

Blood Pressure / Pulse / Injection Site Codes / Allergies

| Initial | = | Med Given |
| R | = | Refused (Obtain Refusal Form) |
| C | = | Count |
| H | = | No Med Available |
| D/C | = | Discontinued |
| N/P | = | Not Present |

Initial & Circle

Reviewed

Patient Name: HILL, ANTHONY

DOC Number: 20090057009

Location: 10-04-02-21

Date of Birth:

ALLERGIES: NKA

GCSAO
1172

# OTC / PRN / STAT MEDICATION

| Date | Hour | Medication/Dosage/Route | Reason | Initials |
|------|------|------------------------|--------|----------|
| | | | | |

**ALLERGIES**

| Indials | EMT/Nurse Signature - Title | Initials | EMT/Nurse Signature - Title | Initials | EMT/Nurse Signature - Title | Initials | EMT/Nurse Signature - Title |
|---------|----------------------------|----------|----------------------------|----------|----------------------------|----------|----------------------------|
| | | | | | | | |

CCS A0

# MEDICATION ADMINISTRATION RECORD
## CERMAK HEALTH SERVICES OF COOK COUNTY

**Month/Year** FEB. 10

**MEDICATION**

ASPRIN 81MG TABLET
ASPRIN 81MG EC TABLET
RX: C3751285 12/08/09
TAKE 1 TABLET DAILY BY MOUTH
** DOSE BY DOSE**
Start/Stop 12/08/09-03/02/10

ENALAPRIL MALEATE 10MG TABLE
RX: C3763476 12/24/09
TAKE 1 TABLET DAILY BY MOUTH
** DOSE BY DOSE**
Start/Stop 12/24/09-03/18/10

OXYBUTYNIN C 5MG TABLET
OXYBUTYNIN 5MG TABLET
RX: C3773757 01/11/10
TAKE 1 TABLET BY MOUTH EVERY
DAY
Start/Stop 01/11/10-04/05/10

DOCUSATE SOD 100MG CAPSUL
DOCUSATE SODIUM 100MG CAPS U
RX: C3773760 01/11/10
TAKE 1 CAPSULE BY MOUTH
EVERY 12 HOURS
Start/Stop 01/11/10-04/05/10

RISPERIDONE 1MG TABLET
RISPERIDONE TAB 1MG
RX: C3775976 01/14/10
TAKE 1 TABLET TWICE A DAY BY
MOUTH ** DOSE BY DOSE**
Start/Stop 01/14/10-02/11/10

**Patient Name** HILL, ANTHONY

**DOC Number** 2009005700 9

**Location** 10-04-0A-21

**Date of Birth**

Reviewed

Initial
R Med Given
C Refused (Obtain Refusal Form)
Initial & Circle Court
No Med Available
H Held
HC Discontinued
D/C Not Present
N/P

INJECTION SITE CODES: 1. Left Buttocks  2. Right Buttocks  3. Left Deltoid  4. Right Deltoid  5. Left Thigh  6. Right Thigh

ALLERGIES

CCSAO

# OTC / PRN / STAT MEDICATION

| Date | Hour | Medication/Dosage/Route | Reason | Initials |
|------|------|-------------------------|--------|----------|
| | | | | |

| Initials | EMT/Nurse Signature - Title | Initials | EMT/Nurse Signature - Title | Initials | EMT/Nurse Signature - Title | Initials | EMT/Nurse Signature - Title |
|----------|------------------------------|----------|------------------------------|----------|------------------------------|----------|------------------------------|
| | | | | | | | |

ALLERGIES

CCTA

**MEDICATION ADMINISTRATION RECORD**
**CERMAK HEALTH SERVICES OF COOK COUNTY**

Month/Year: 2/10

| MEDICATION | |
|---|---|
| Atoral 25 ng IM q 10' x 14 days | |
| 1/27/10 — 2/4/10 Hydrocortisone 1% to elbow areas q 12° x 45 days | |
| 1/29/10 — 3/1/10 q noon 2x/L to elbow areas x day x 2 wks | |
| 1/29/10 — 2/11/10 Selenium Shampoo QD | |
| 1-28-10 Risperidone 1mg P.O. q A.M. x 2 wks RN 2-18-10 — 3-18-10 2-4-10 — 2-25-10 | |

INJECTION SITE CODES: 1. Left Buttock  2. Right Buttock  3. Left Deltoid  4. Right Deltoid  5. Left Thigh  6. Right Thigh

ALLERGIES

Blood Pressure
Pulse

Initial = Med Given
R = Refused (Obtain Refusal Form)
C = Court
Initial & Circle = Court
H = No Med Available
D/C = Discontinued
N/P = Not Present
Reviewed

Patient Name: Hill, Anthony
DOC Number: 20110052007
Location: 10-4-1
Date of Birth:

CCSAO
576

# OTC / PRN / STAT MEDICATION

| Date | Hour | Medication/Dosage/Route | Reason | Initials |
|------|------|-------------------------|--------|----------|
| | | | | |

**ALLERGIES**

| Initials | EMT/Nurse Signature - Title |
|----------|------------------------------|
| | |
| | |
| | |
| | |

CCSA