UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY HILL, | ) | |
| Plaintiff, | ) | 10 C 897 |
| vs. | ) | Honorable Judge |
| | ) | Suzanne B. Conlon |
| THOMAS DART, et. al., | ) | |
| Defendants. | ) | |

# DEFENDANTS' EXHIBIT D

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY HILL, | ) | |
| Plaintiff, | ) ) ) | 10 C 897 |
| vs. | ) ) ) | Honorable Judge Suzanne B. Conlon |
| THOMAS DART, et. al., | ) ) | |
| Defendants. | ) | |

### AFFIDAVIT OF JOHN MUELLER – FORMER ASSISTANT ADMINISTRATOR FOR THE DEPARTMENT OF PROGRAM SERVICES AT THE COOK COUNTY DEPARTMENT OF CORRECTIONS

I, John Mueller, being duly sworn, state that I have knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. I formerly served as the Assistant Administrator for the Department of Program Services at the Cook County Department of Corrections ("the Jail"). In that capacity I had full and official knowledge of the Cook County Sheriff's Official Grievance Procedure at the Cook County Department of Corrections ("CCDOC") during the time frame of Anthony Hill's incarceration under detainee number 2009-0057009.

2. The CCDOC "Detainee Grievance Procedure" General Order ("G.O.") 14.5 governed the administrative grievance process during the time frame of Anthony Hill's incarceration under detainee number 2009-0057009. G.O. 14.5 was in effect from February 21, 1997 – July, 13, 2011. A copy of G.O. 14.5, which was in force and effect during the time frame of Anthony Hill's incarceration under detainee number 2009-0057009 is included as *"Attachment 1."*

3. Under G.O. 14.5 detainees housed at the Jail could initiate written grievances regarding circumstances or action which he or she feels may be discriminatory, oppressive or unjust. Upon completion of the Detainee Grievance Form, sworn personnel would collect the grievances and deliver the grievances to the Correctional Rehabilitation Worker ("CRW") in the respective division. Some grievances would be processed as a request as a way to resolve the issue. If the detainee is not satisfied with the response and/or attempt at resolving the issue, the detainee may resubmit the concern and it would be processed as a grievance. If after a determination of the detainee's grievance, the inmate wished to appeal the decision, he or she could seek review from the Appeal Panel within fourteen (14) days of his or her receipt of the decision.

4. I have read the forgoing and affirm that the facts contained herein are true and correct to the best of my knowledge and belief.

FURTHER AFFIANT SAYETH NOT.

OFFICIAL SEAL
MARIA DEJESUS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/09/15

John Mueller
Former Assistant Administrator
Program Services, CCDOC

SUBSCRIBED AND SWORN TO
Before me this _10_ day of _January_ 2012.

Notary Public

1117
CCSAO

2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANTHONY HILL, ) | |
| ) | |
| Plaintiff, ) | 10 C 897 |
| ) | |
| vs. ) | Honorable Judge |
| ) | Suzanne B. Conlon |
| THOMAS DART, et. al., ) | |
| ) | |
| Defendants. ) | |

# DEFENDANTS' EXHIBIT D

*Attachment 1*

1118
CCSAO

| | COOK COUNTY DEPARTMENT OF CORRECTIONS<br><br>**GENERAL ORDER** | DISTRIBUTION<br><br>A | EFFECTIVE DATE<br><br>02/21/97 | GENERAL ORDER NO.<br><br>14.5 |
|---|---|---|---|---|
| **CHAPTER** | INMATE RIGHTS AND WELFARE | **AMENDS** | | **RESCINDS**<br>G.O. 14.5, Eff. 04/01/84<br>and all amendments |
| **SUBJECT** | DETAINEE GRIEVANCE PROCEDURE | | | **PAGE(S)**<br>1 of 4 |

I. POLICY

It is the policy of the Cook County Department of Corrections (CCDOC) to provide detainees an internal grievance mechanism for resolving complaints arising from institutional matters, so as to reduce the need for litigation and afford staff the opportunity to improve departmental operations.

II. PROCEDURE

   A. Purpose

      The purpose of this General Order is to establish written policy and procedure that describes the grievance procedure that is available to all CCDOC detainees.

   B. Applicability

      This General Order is applicable to all divisions and operational units within the CCDOC. All key manual holders shall familiarize themselves with the contents of this directive, review the contents of this order with all employees under their supervision as appropriate, and ensure the provisions as outlined are strictly adhered to.

   C. Internal Audits

      An internal audit of this General Order shall be conducted, at least annually, according to the established audit schedule.

   D. Authority

      Illinois Compiled Statutes (ILCS)

   E. Definitions

      1. Grievance

      When a condition or action considered to be improper, unjust or discriminatory and grounds for detainee complaint exists, a grievance may be processed.

      Grievances shall include complaints regarding policies, procedures, practices, conditions, acts or omissions of the Cook County Department of Corrections and its employees. A grievance may be initiated for any one of the following reasons:

        a. alleged violations of civil, constitutional or statutory rights;

        b. alleged criminal or prohibited acts by a staff members;

        c. to resolve concerns within the facility that create unsafe or unsanitary living conditions;

        d. to resolve issues related to a detainee's money, property, education or medical needs;

        e. alleged violation of departmental policy regarding a detainee's general welfare or safety.

      2. Correctional Rehabilitation Worker (CRW

Correctional Rehabilitation Workers shall be the initial contact for detainees utilizing the established Grievance Procedure. When possible, the grievance shall be resolved at the divisional level by the CRW. Those grievances that cannot be resolved at the divisional level will be forwarded to the Program Services Administrator or designee.

### III.   REQUIREMENTS

The detainee grievance procedure is an internal administrative means for resolving complaints and identifying potentially problematic areas that involve detainee rights and welfare.

*It is noted that decisions of Disciplinary Hearing Boards cannot be appealed through the Grievance Procedure. Such written appeals will be submitted directly to the divisional Superintendent or designee. All administrative decisions that affect the detainee's rights and/or welfare are grievable, with the exception of Disciplinary Hearing Board decisions.*

A grievance may be filed by any detainee regardless of disciplinary status or classification level. Where a detainee requires assistance in completing the grievance form because of physical or mental handicap or language deficiency, the Correctional Rehabilitation Worker will provide the necessary assistance. All divisional CRW's will ensure that detainee grievance forms are kept in adequate supply on all living units and/or delivered to inmates upon verbal or written request.

#### A.   Filing of Detainee Grievances

A detainee may file a grievance at any time that affects those areas outlined in Article II E, 1, (a -e) of this General Order. A detainee may file a grievance only for him/herself and may assist another detainee in filing a grievance.

1. Only one grievance may be filed at any time regarding a single incident or item of concern.

2. A detainee may withdraw a previously filed grievance at any time.

3. No staff member may retaliate against a detainee filing or withdrawing a grievance.

4. An inappropriately filed grievance or one that concerns a non-grievable issue will be returned to the detainee.

#### B. Processing of Detainee Grievances

1. A detainee wishing to file a grievance shall fill out the Inmate Grievance Form. If forms are not - available blank writing paper is acceptable.

2. The grievance will be placed in the designated locked box located on each living unit within fifteen (15) days after the alleged grievable event has occurred. Grievances from more than one detainee involving an issue that affects multiple detainees, may be written on a single grievance form. Written responses to grievances so consolidated shall be made to each named detainee.

3. Written grievances shall be collected Monday through Friday by the Correctional Rehabilitation Worker. Special procedures for the collection of emergency grievances are set forth under Article III, E of this General Order. 2

4. Within 48 hours (not including weekends) after the grievance is collected, the CRW will obtain an assigned Grievance Case Number. This document case control number, will be written on all filed grievances, and will serve as the mechanism by which the grievance resolution is tracked.

5. My employee that knowingly denies a detainee of their rights regarding the filing of grievances will be subject to disciplinary action.

6. All CRW's with divisional assignments shall make a copy of the written grievance for the divisional file, and be held responsible for the maintenance of the Grievance Divisional Tracking Log (attached).

7. The CRW shall log the grievance in the Grievance Divisional Tracking Log. The following information shall be documented in each divisional log:

   a. Detainee Name
   b. CCDOC CIMIS number
   c. Division/Living Unit
   d. Date Grievance Received
   e. Date Grievance Forwarded
   f. Grievance Case Number
   g. Date Grievance is returned to CRW
   h. Date Grievance is returned to detainee

8. Within five (5) days of receipt of the resolved grievance, the CRW will provide a written copy of the findings to the detainee. The CRW will ensure that the detainee signs and dates a copy of the grievance to indicate he/she has received written notification of the decision.

9. All resolved grievances, complete with dates, times and signatures will be kept on file at the divisional level, at minimum, for 5 years.

10. If the grievance is not resolved in a timely fashion (not to exceed 30 days from the date the grievance was filed), the CRW will notify the divisional Superintendent for status review.

11. If a grievance cannot be resolved within the time period allotted because of the complex nature of the complaint or fact finding, the CRW shall notify the detainee in writing of the status of the case, and will include the following information:

    a. grievance case number
    b. name of the person the grievance was forwarded to
    c. a reason why the grievance is not yet resolved

    In all cases, status updates on all grievances will be provided to detainees at minimum bi (from the date the initial was filed), until written resolution is received in writing to the affected detainee.

12. The CRW shall exhaust all available resources in his/her attempt to respond to the grievance.

C. Appeals of Grievance Decisions

1. If a detainee wishes to appeal the grievance decision, the detainee will have five (5) working days from receipt of the decision, to appeal to the Administrator of Program Services or designee. Such requests for appeal shall be placed in the same designated locked boxes as the initial grievance.

2. The Administrator of Program Services or designee will have ten (10) working days to review the grievance appeal and to reply to the detainee, except in disciplinary cases. The reply will be in writing, and the detainee will date and sign to indicate he or she has received notification of the appeal decision.

All appeal decisions rendered by the person(s) reviewing the grievance appeal will be final.

E. Emergencies

Emergency grievances are those involving an immediate threat to the welfare or safety of a detainee.

1. If a detainee deems that the grievance is an emergency, the supervising Correctional Officer assigned to the living unit, will contact a CRW, or in the CRW's absence, the Shift Commander.

2. Processing for emergency grievances will begin with the initial determination by the receiving CRW, or Shift Commander that the issue raised is an emergency.



3. Responses and decisions to emergency grievances shall occur no later than 48 hours from receipt and sooner if warranted. In the absence of the Administrator of Program Services or designee the Shift Commander will forward a written response to the detainee within the time frame.

4. Emergency grievances that cannot be resolved at the divisional level will be forwarded without delay through the chain of command until reaching a level where a decision can be made and the appropriate action can be taken.

5. Detainee's will be immediately notified of any decision to deny an emergency grievance for reasons that there is no emergency. The grievance shall then be processed as a standard grievance to be processed as outlined in this general order.

F. Record Keeping and Confidentiality

1. All original grievances and findings of fact shall be forwarded to the Program Services Department upon resolution of the grievance, where they shall be kept on file for a period of five (5) years.

2. A Monthly Grievance Statistical Summary Report of all departmental grievance activity will be prepared by the Administrator of Program Services or designee. This report will be reviewed each month in order to ascertain patterns of problem areas in the institution and to facilitate intervention in those areas. The grievances will be placed in the following categories:

   a. number of grievances filed in each division
   b. number of grievances answered during the month
   c. percentages of grievances answered
   d. number of grievances unanswered and outstanding
   e. total number of CCDOC grievances filed during the calendar year
   f. percentages of CCDOC grievances in all of the above categories

3. The report will be distributed to all Superintendents or Unit Heads no later than the 15th of the following month.

4. All written grievances will be considered to be confidential in nature; copies of grievance documents will be released only upon authorization of the Administrator of Program Services or designee.

G. Grievance Information Availability

Upon arrival to the CCDOC, each detainee shall receive a written copy of the grievance procedure and/or oral explanation of the grievance procedure. The CCDOC shall also provide a written copy of the grievance procedure in any language used by a significant portion of the department's detainee population.

In all cases, a copy of the grievance procedure will be posted on all living units, in prominent locations in each division.

H. Supervisory Responsibility

In all cases, it is the responsibility of the divisional Superintendent or Unit Head to ensure that the grievance procedure is coordinated, followed and strictly adhered to in their respective divisions, as outlined in this general order.

It is the responsibility of the Administrator of Program Services to ensure that all CRW's receive the necessary materials and training in the departmental grievance procedure and policy, and will ensure that appropriate record keeping and follow-up is maintained in the central office. All requests from the divisional Superintendent to the Program Services Administrator regarding detainee grievances will be expedited in a timely manner.