**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ANTHONY HILL,                          )
                                       )
              Plaintiff,               )        10 C 897
                                       )
       vs.                             )        Honorable Judge
                                       )        Suzanne B. Conlon
THOMAS DART, et. al.,                  )
                                       )
              Defendants.              )

# DEFENDANTS' EXHIBIT E

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANTHONY HILL, | ) | |
| | ) | |
| Plaintiff, | ) | 10 C 897 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Suzanne B. Conlon |
| THOMAS DART, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF JOSEPH CONSOLO ASSISTANT GENERAL COUNSEL**
**FOR THE INMATE GRIEVANCE TEAM**

I, Joseph Consolo, being duly sworn, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1.  I am an Assistant General Counsel at the Cook County Sheriff's Office assigned to the Inmate Grievance Team. A thorough review of the grievance records was conducted searching for grievances submitted by Plaintiff Anthony Hill ("Plaintiff" or "Mr. Hill") while housed at CCDOC under detainee number 2009-0057009. In particular, from the date of November 1, 2009 – Mr. Hill's release to IDOC on February 19, 2010, Plaintiff submitted seven grievances.

2.  On November 8, 2009, Mr. Hill submitted a grievance form in which he described an incident where excessive force was allegedly used against him by five ERT officers, named "Chico, Contreras, Toro, Bolterin and Holmes." In this grievance, Plaintiff requested "to be able to get surgery and be compensated for [his] injuries." A copy of said grievance is included as "*Attachment 1.*"

3.  Said grievance was received by CRW V. Butler on November 16, 2009 and was assigned control number 2009 x 2344. Plaintiff received a response to grievance number 2009 x 2344, on December 14, 2009 and Mr. Hill immediately appealed the grievance response on the same date. The Appeal Board's response to Plaintiff's appeal was mailed to Plaintiff at IDOC on March 10, 2010.

1

1123
CCSAO

4. On November 20, 2009, Mr. Hill submitted a second grievance form in which he described being denied medical attention at Cermak Hospital on November 6, 2009 and that staff at the hospital were mean and nasty to Mr. Hill and released Mr. Hill without checking him out. In this grievance, Plaintiff requested "to be properly placed in the medical unit." A copy of said grievance is included as "*Attachment 2*."

5. Said grievance was received by CRW V. Butler on December 1, 2009 and was assigned control number 2009 x 2473. Plaintiff received a response to grievance number 2009 x 2473, on December 10, 2009 and Mr. Hill immediately appealed the grievance response on the same date. The Appeal Board's response to Plaintiff's appeal was mailed to Plaintiff at IDOC on March 10, 2010.

6. Also on November 20, 2009, Mr. Hill submitted a third grievance form in which he alleged that CCDOC staff walked away from Mr. Hill after telling them that he needed medical attention as a result of being beaten by ERT officers on November 5, 2009. In this grievance, Plaintiff requested "that get a MRI and surgery to repair my knee and all medical that is needed." A copy of said grievance is included as "*Attachment 3*."

7. Said grievance was received by CRW V. Butler on December 1, 2009 and was assigned control number 2009 x 2474. Plaintiff received a response to grievance number 2009 x 2474, on December 10, 2009 and Mr. Hill immediately appealed the grievance response on the same date. The Appeal Board's response to Plaintiff's appeal was mailed to Plaintiff at IDOC on March 10, 2010.

8. On November 29, 2009, Mr. Hill submitted a fourth grievance form in which he complained of needing medical attention for injuries sustained during an alleged beating which occurred at the hands of ERT officers on November 5, 2009. In this grievance, Plaintiff requested "to have my nose and knee repair and to be compensated for the trauma I received" A copy of said grievance is included as "*Attachment 4*."

9. On December 2, 2009, Mr. Hill submitted a fifth grievance form in which made substantially the same allegations as he did in his November 29, 2009 grievance. Specifically, in

1124
CCSAO

this grievance, Plaintiff requested "to be taken to an outside hospital for a MRI and knee and nose repair" A copy of said grievance is also included with "*Attachment 4*."

10. Both the November 29, 2009 and December 2, 2009 grievances were received by a CRW on December 8, 2009 and, because the grievances dealt with the same subject matter, said grievances were consolidated and assigned control number 2009 x 2534 Plaintiff received a response to grievance number 2009 x 2534, on December 31, 2009 and Mr. Hill immediately appealed the grievance response on the same date. The Appeal Board's response to Plaintiff's appeal was mailed to Plaintiff at IDOC on March 10, 2010.

11. On January 1, 2010, Mr. Hill submitted a sixth grievance form in which he alleged being beaten by several ERT officers on November 5, 2009, and being denied proper medical attention subsequent to the alleged beating. Plaintiff requested "to get a MRI and to file charges against those ERT officers." A copy of said grievance is included as "*Attachment 5*."

12. Said grievance was received by CRW Deanes on January 19, 2010 and was assigned control number 2010 x 0183. The response to grievance number 2010 x 0183, was mailed to Plaintiff at IDOC on March 11, 2010. Mr. Hill never appealed the response to grievance number 2010 x 0183.

13. On January 10, 2010, Mr. Hill submitted a seventh grievance form in which he alleged being denied proper medical attention. Plaintiff specifically requested "a MRI and to get a phsy [sic] evaluation for my mental issues" A copy of said grievance is included as "*Attachment 6*"

14. Said grievance was received by CRW Deanes on January 19, 2010 and was assigned control number 2010 x 0179. Plaintiff received a response to grievance number 2010 x 0179, on January 27, 2010. Mr. Hill never appealed the response to grievance number 2010 x 0179.

15. Mr. Hill did not submit any further grievances or grievances processed as requests from November 1, 2009 up through his release to IDOC on February 19, 2010.

16. In particular, Mr. Hill submitted no grievances relating to any incidents from November 3, 2009 involving Mr. Hill and an Officer Lewis nor did Mr. Hill submit any grievances relating to any incidents from January 13, 2010 involving Mr. Hill and Officers Walsh and Lewis.

17. I have read the forgoing and affirm that the facts contained herein are true and correct to the best of my knowledge and belief.

FURTHER AFFIANT SAYETH NOT.

Joseph Consolo
Assistant General Counsel
Inmate Grievance Team

SUBSCRIBED AND SWORN TO
Before me this 10 day of January 2012.

Notary Public

1126
CCSAO

4

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANTHONY HILL, | ) | |
| | ) | |
| Plaintiff, | ) | 10 C 897 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Suzanne B. Conlon |
| THOMAS DART, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

# DEFENDANTS'
# EXHIBIT
# E
# *Attachment 1*

1127
CCSAO

Part-A / Control #: 2009X2344

Referred To: Supt EX-CPS

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: HiLL            First Name: Anthony

ID #: 2009-0057009  Div.: 9  Living Unit: 2F  Date: 11/8/09

BRIEF SUMMARY OF THE COMPLAINT: I was unlawfully draged
and pull out of The Cell (2060) 2H Div 9 and was Beaten up
By Three ERT AT 12:30PM They stomped, punch, and
Brolle my graft in my Left knee where The Pins is stick
out and I got To cermark and only got Two X Rays and
was again Beaten up By Five ERT, Officers Chico, Contereas
Toro, Bolterin, Holmes Shackled me so Tight I couldnT
not Feel Anything They Slam me To the Floor kneed me in
The Back Hoged Cuff and I didnt get no medical attention
and Put me in the Hole for no Reason and I keep
Complating of The Pain and I cant stand or walk without
siting down and Have Bad Chest and Back Ribs and nose cracks
and knots on my Head

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
Mark Steveson He was my Cellmate

ACTION THAT YOU ARE REQUESTING:
To Be able To get Surgrey and Be Compensed for my Injurgies

**DETAINEE SIGNATURE:** Anthony Hill

C.R.W.'S SIGNATURE: V. Butler          DATE C.R.W. RECEIVED: 11/16/09

*Please note; Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

1128

CCSAO
(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part – B / Control # 364 X 2344

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: Hill First Name: Anthony ID#: 2009-1057009

Is This Grievance An **Emergency**? YES ☐ NO ☒

C.R.W.'S Summary Of The Complaint: Detainee alleges physical assault by ERT Correctional Staff

C.R.W. Referred Griev. To: Supt Ex-CPS Date Referred: 11/17/09

Response Statement: _Detainee had an exam from Sgt Maxum of Dec I control # 2009-2481. No signs of ERT staff acting out of signs of damage_

_Sgt J Bowen_ — _Sgt Bow_ Date: 12/02/09 Div./Dept. Ex-015
(print- name of individual responding to this griev.)     (signature of individual responding to this griev.)

_Sgt J Bowen_ — _Sgt B_ Date 12/02/09 Div./Dept. Ex-015
(print - name of Supt. / Designee / Dept. Admin.)     (signature of Supt. / Designee / Dept. Admin.)

John Mueller — Mueller Date: 12/9/09
(print - name of Prog. Serv. Admin. / Asst. Admin.)     (signature of Prog. Serv. Admin. / Asst. Admin.)

Date Detainee Received Response: 12/14/09 Detainee Signature: Anthony Hill

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: 12/14/09

Detainee's Basis For An Appeal: I need A MRI and X Rays of my Chest and Back Rib and need my Kidneys Exam and nose and Left Knee Repair Because They Have Been Broken

Appeal Board's Acceptance Of Detainee's Request: YES ☐ NO ☒

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:
Detainee is discharged, no follow-up can be completed.

Appeal Board's Signatures / Dates: V. Chycahry 3/8/10

Date Detainee Rec.'d the Appl. Bd.'s Response: 03/10/10 Detainee Signature: Mailed to IDOC

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

Cook County Department Of Corrections
Program Services
2700 S California Ave
Chicago, IL 60608
2009x2534,2474,2344,2473



Robinson Correctional Center
Attn: Anthony Hill K75792
P.O.Box 1000
Robinson, IL 62454

1130
CCSAO

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANTHONY HILL, | ) | |
| | ) | |
| Plaintiff, | ) | 10 C 897 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Suzanne B. Conlon |
| THOMAS DART, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

# DEFENDANTS' EXHIBIT E

# *Attachment 2*

1131
CCSAO

Part-A / Control #: _2009_ X _2473_

Referred To: _Cermak_

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: _HiLL_        First Name: _Anthony_

ID #: _2009 - 0057009_  Div.: _9_   Living Unit: _2f_  Date: _11/20/09_

BRIEF SUMMARY OF THE COMPLAINT: _This abouT I was denied medical and X Rays of my upper Body and medical Attentin The STAFF AT Cermack HOSPital NOU 6,09 Were Very mean and nasTy Toward me ThaT I was OK and The DocTor Released me withouT Checking me ouT and Also To The Phsy Doctor for menTal HealTh was Also noT nice and didnT Have no Concern abouT How I felT and I was To Be moved To The medical unit Because I have Disable's and many medical need ThaT must Be Address also I Had a HearT AttacK April 13,09 and need my med and I never Recieved none of my mediniccs AT ALL Since 8/26/09_

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: _NorTwest Hosp, ArLington Height, Wynam Cordon Pavion, Thore K Hos._

ACTION THAT YOU ARE REQUESTING: _To Be properly placed in The medical unit_

DETAINEE SIGNATURE: _anthony Hill_

C.R.W.'S SIGNATURE: _V. Butler_        C.R.W. RECEIVED: _12,01,09_

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
1132        All appeals must be made in writing and directly submitted to the Superintendent.
CCSAO
(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part - B / Control # _2009 X 2473_

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: _Hill_     First Name: _Anthony_     ID#_2009-0057669_

Is This Grievance An Emergency?     YES ☐     NO ☒

C.R.W.'S Summary Of The Complaint: _Detainee alleges he was denied appropriate medical care._

C.R.W. Referred Griev. To _Climak_     Date Referred: _12 02 09_

Response Statement: _Referred to Medical Director & Mental Health Services_
_: Patient Care Services_

_C. Smith_ (print- name of individual responding to this griev.)     _Smith_ (signature of individual responding to this griev.)     Date: _12 3 09_     Div./Dept. _CHS_

_CAPT. Hickey_ (print- name of Supt. / Designee / Dept. Admin.)     (signature of Supt. / Designee / Dept. Admin.)     Date: _12 8 09_     Div./Dept. _9_

_J. Mueller_ (print- name of Prog. Serv. Admin./ Asst. Admin.)     _Mueller_ (signature of Prog. Serv. Admin./ Asst. Admin.)     Date: _12 4 09_

Date Detainee Received Response: _12 10 09_     Detainee Signature: _Anthony Hill_

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: _12 10 09_

Detainee's Basis For An Appeal: _I need To Been in the medical unit To get The medical Attention and To Be able To go To meeting That would Help me with my probles That I Have_

Appeal Board's Acceptance Of Detainee's Request:     YES ☐     NO ☒

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:
_Detainee is discharged, no follow-up can be completed._

Appeal Board's Signatures / Dates: _V. Nyuen Jr_

Date Detainee Rec.'d the Appl. Bd.'s Response: _03 10 10_     Detainee Signature: _Mailed to IDOC_

GRIEVANCE CODE(S): (____) (____) (____) (____)

1133
CCSAO
(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Cook County Department Of Corrections
Program Services
2700 S California Ave
Chicago, IL 60608
2009x2534,2474,2344,2473



Robinson Correctional Center
Attn: Anthony Hill K75792
P.O.Box 1000
Robinson, IL 62454

1134
CCSAO

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANTHONY HILL, | ) | |
| | ) | |
| Plaintiff, | ) | 10 C 897 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Suzanne B. Conlon |
| THOMAS DART, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

# DEFENDANTS'
# EXHIBIT
# E
# *Attachment 3*

Part-A / Control #: 2009 X 2474

Referred To: Supt Div 9

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: HiLL          First Name: Anthony

ID #: 2009-0057009   Div.: 9   Living Unit: 2 F   Date: 11/20/09

BRIEF SUMMARY OF THE COMPLAINT: I have Told Sgt marmol, Supt
He JusT walked Away
marice, Sgt Nalph, Sgt Ross, That I need serious medical
Attention Because I was Badly Beaten By E.R.T Nov 509
in Div 9 2H cell 2060 AT around 12:15 pm where I was drag out
and punch, Knee, and Slam To The Concert Floor For no Reason
and They Twist my LefT Knee and my pins in my Knee poped out
Cracked my nose, my LefT wrist with has a pin and I cant Ball a fist
and Have Head Trama with Knots on Top and Behind LefT ear
Have Head achs daily and Cant Stand on my Leg for not long
period of Time Also My Collar Bone LefT Side and Have very
Bad pain in my Kidney Area and Ribs in so much Pain and They
Keep Blowing me off with no care That I am a Human Being Nov 9
my cell mate Edgar Perkins 20060073076. All nurses, mark Stevenson 2H 2060

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING: That get A MRI and Surgery To Repair my Knee and All medical
That is needed

**DETAINEE SIGNATURE:** Anthony Hill

C.R.W.'S SIGNATURE: V. Butler          DATE C.R.W. RECEIVED: 12/01/09

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

1136

CCSAO
(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part – B / Control # *2009 X 2474*

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF A DETAINEE*

Detainee's Last Name: _HILL_   First Name: _Anthony_   ID#: _2009-0057009_

Is This Grievance An **Emergency**?   YES ☐   NO ☒

C.R.W.'S Summary Of The Complaint: _Detainee alleges Correctional staff failed to provide assistance regarding his medical request._

C.R.W. Referred Griev. To: _Supt Div 9_   Date Referred: _12/02/09_

Response Statement: _INMATE HILL ANTHONY (2009-005 7009) ASSULTED OFFICERS W. LEWIS, AND BONAKOWSKI OF E.R.T. FORCE WAS USED TO RESTRAIN INMATE HILL. INMATE HILL WAS SEEN BY PARAMEDIC LACEY IN DIV 9 DISPENSSARY AND TAKEN TO CERMAK HOSPITAL FOR FURTHER MEDICAL TREATMENT. THIS IS DOCUMENTED AND VIDEO TAPED._

_SUPT. D. MORECI_
(print- name of individual responding to this griev.)   (signature of individual responding to this griev.)   Date: _12/02/09_   Div./Dept. _9_

_SUPT. D. MORECI_
(print - name of Supt. / Designee / Dept. Admin.)   (signature of Supt. / Designee / Dept. Admin.)   Date: _12/02/09_   Div./Dept. _9_

_J. Muell_
(print - name of Prog. Serv. Admin./ Asst. Admin.)   (signature of Prog. Serv. Admin./ Asst. Admin.)   Date: _12/10/09_

Date Detainee Received Response: _12/10/09_   Detainee Signature: _Anthony Hill_

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: _12/10/09_

Detainee's Basis For An Appeal: _I Have not Been given proper medical and is need of a MRI and Knee Brace and Cane and I want Those officers To Take Responsiblies for They unlawful action toward me._

Appeal Board's Acceptance Of Detainee's Request:   YES ☐   NO ☒

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:
_Detainee is discharged, no follow-up can be completed_

Appeal Board's Signatures / Dates:   _V. Ovfau ly_   _3/8/10_

Date Detainee Rec.'d the Appl. Bd.'s Response: _03/10/10_   Detainee Signature: _Mailed to IDOC_

1137
CCSAO

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Cook County Department Of Corrections
Program Services
2700 S California Ave
Chicago, IL 60608
2009x2534,2474,2344,2473



Robinson Correctional Center
Attn: Anthony Hill K75792
P.O.Box 1000
Robinson, IL 62454

1138
CCSAO

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ANTHONY HILL,                               )
                                            )
                    Plaintiff,              )          10 C 897
                                            )
          vs.                               )          Honorable Judge
                                            )          Suzanne B. Conlon
THOMAS DART, et. al.,                       )
                                            )
                    Defendants.             )

# DEFENDANTS' EXHIBIT E

## *Attachment 4*

1139
CCSAO

Part A / Control # 2009 X 2534

Referred To: _____

[ ] Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: **HiLL**          First Name: **Anthony**

ID #: **2009-0057009**   Div.: **9**   Living Unit: **2H**   Date: **11/29/09**

BRIEF SUMMARY OF THE COMPLAINT: **I Have Ask the C/o that I work
the unit that I need medical Attention Because
of The Injuryes from The Beaten from The ERT, R/o Along
and Lewis, and Conteras, Boltem, Chico, Toras, and Holmes
which I was Draged out of the Cell, punch, knee, and
Slam To the Dirty floors in unit 2H Dio9, Novs, At 12:45 and
was Beaten at Cermack Hospital At I got only X Rays of my
LefT Arm and LefT Leg and never Recieved no X Rays of
my upper Body and Ribs and Lower Back which I am STill
in So much pain and cant Breath that good and Have Headaches
and cant stand on my Leg not Long and Have Complain I need medical
Help**

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: **Elias martinez 20090051593, nurse on the Deck and many other People**

ACTION THAT YOU ARE REQUESTING: **To Have My nose and knee Rapain and To Be Compensand for the
Trauma I Recieved**

DETAINEE SIGNATURE: **anthony Hill**

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: _____

Please note: Decisions of the "Detainee Disciplinary Hearing Boar..." may be
1140    All appeals must be made in writing ...
CCSAO

..grieved or appealed through the use of a grievance form.
..ubmitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (Pin..    ..TAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control # *2009X 2534*

Referred To: _____

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: **HILL**          First Name: **ANThONy**

ID #: **2009-0057009**  Div.: **9**  Living Unit: **2H**  Date: **12/2/09**

BRIEF SUMMARY OF THE COMPLAINT: *I have Ask every C/O That work This unit I cant hardly walk and Have Chest, Back, and Nose pain and need To geT help and They DonT care about me or The injuries That came upon me Once I was BeaTen By ERT Nov5,09 and I was So call To 12/1/09 To Sick call and I complain To Supervisor Martee and had No Concorn about none of my Health Tissue's I am Cant stand For no Long perred and cant sleep Because of the pain I am in Daily This is cruel and unjust punishment*

*Elias martinez # 2009005I593 C/O Spivey C/o hall Sgt Ross Nurse staff Cemak*

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_____

ACTION THAT YOU ARE REQUESTING: *To Be Taken To An Outside Hospital For A real and knee and Nose Repair*

## DETAINEE SIGNATURE: *Anthony Hill*

C.R.W.'S SIGNATURE: _____          DATE C.R.W. RECEIVED: _____

| Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. |
|---|
| All appeals must be made in writing and directly submitted to the Superintendent. |

1141

CCSAO
(WHITE COPY – PROG. SERV.)     (YELLOW COPY – C.R.W.)     (PINK COPY – DETAINEE)     (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part – B / Control # _2009_/x 2 8 3 4

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: _Hill_    First Name: _Anthony_   ID#: _2009 2009_

Is This Grievance An **Emergency**?   YES ☐    NO ☑

C.R.W.'S Summary Of The Complaint: _Detainee alleges lack_
_of medical attention_

C.R.W. Referred Griev. To: _Grievance_    Date Referred: _12 / 8 / 09_

Response Statement: _Referred to Medical Director & Div Physician_

_CSmith_    _Smith_   Date: _12/10/09_ Div./Dept. _CHS_
(print- name of individual responding to this griev.)   (signature of individual responding to this griev.)

_Lt Young_    _Lt Young_   Date: _14 Dec 09_ Div./Dept. _IX_
(print - name of Supt. / Designee / Dept. Admin.)   (signature of Supt. / Designee / Dept. Admin.)

_J. Mueller_    _JMueller_   Date: _12/11/09_
(print - name of Prog. Serv. Admin./ Asst. Admin.)   (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: _12/31/09_ Detainee Signature: _anthony Hill_

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: _12/31/09_

Detainee's Basis For An Appeal: _I need To get A MRI and Repair Because_
_I cant stand and nose is crack and Ribs and left wrist still_
_in pain and numb and Have promble with my Right kidneys_

Appeal Board's Acceptance Of Detainee's Request:   YES ☐    NO ☒

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:
_Detainee is discharged, no follow-up can be completed._

Appeal Board's Signatures / Dates: _V. Whyssd_     _3/8/10_

Date Detainee Rec.'d the Appl. Bd.'s Response: _03/10/10_ Detainee Signature: _Mailed to IDOC_
CCSAO

GRIEVANCE CODE(S): (____) (____) (____) (____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Cook County Department Of Corrections
Program Services
2700 S California Ave
Chicago, IL 60608
2009x2534,2474,2344,2473



Robinson Correctional Center
Attn: Anthony Hill K75792
P.O.Box 1000
Robinson, IL 62454

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANTHONY HILL,                          )
                                       )
            Plaintiff,                 )          10 C 897
                                       )
      vs.                              )          Honorable Judge
                                       )          Suzanne B. Conlon
THOMAS DART, et. al.,                  )
                                       )
            Defendants.                )

# DEFENDANTS' EXHIBIT E
# *Attachment 5*

Part-A / Control #: _2/0 X_0/83_

Referred To: _Sigt ERt_

☐ Processed as a request.

## COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: _Hill_          First Name: _Anthony_

ID #: _2009-0057009_  Div.: _10_  Living Unit: _4A_  Date: _1/1/10_

BRIEF SUMMARY OF THE COMPLAINT: _I was Beaten Very Bad By ERt_
_R/O Lewis #9007 and R/o Along they Punch and Kicked_
_Draged me out of the cell 7060 Div 9 ZH NOV 5, 2009 At12:21p._
_and Broken my left leg and left wrist, Broken my Ribs Right side_
_and still Have Pain in my Kidney and seen Blood in my urine_
_and Pain in my Head Have Knots and Lumps Have Headachs every_
_Day trouble Seeing and Hearing Face was slam which crack my_
_nose and Teeth Right side and Have not Been given proper_
_medical and need To get a Cane To Help me walk_
_and a Brace with I never Recieved and Cermcall Hosp._
_Just Threw me out of There without Seeing in Raidology and was_
_Beat Again By "Bottern, Chico, Torow, Contrera, and Holmes" While At_
_The Hosp. to_

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
_Many Inmates Div 9 ZH They all Seen How the Beatme_

ACTION THAT YOU ARE REQUESTING:
_To get A mall and To File Charges Against Those ERt officers_

**DETAINEE SIGNATURE:** _Anthony Hill_

C.R.W.'S SIGNATURE: _Joe Winks Den_          DATE C.R.W. RECEIVED: _1/19/10_

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

1145
CCSAO

4th Notice

Part – B / Control #: _2010_ X _0183_

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: **Hill**     First Name: **Anthony**     ID#: 09 - 0057009

Is This Grievance An **Emergency?**     YES ☐     NO ☒

C.R.W.'S Summary Of The Complaint: Detainee alleges assault by ERT Officer

C.R.W. Referred Griev. To: Supt – ERT     Date Referred: 3 / 5 / 10

Response Statement: _Inmate became a mild and assisive by swing a closed fist at_ _officers, while being escorted from cell and was taken into the panel. Tier and closely_ _behaved an inmate to comply. Inmate needed to be released, became a passive_ _resister at one point during assault, on video tape._

_____     _____ Date: 3 / 8 / 10 Div./Dept. EXORS
(print- name of individual responding to this griev.)     (signature of individual responding to this griev.)

_____     _____ Date: 3 / 8 / 10 Div./Dept. EXORS
(print- name of Supt. / Designee / Dept. Admin.)     (signature of Supt. / Designee / Dept. Admin.)

J. Mueller     _____ Date: 03 / 11 / 10
(print- name of Prog. Serv. Admin./ Asst. Admin.)     (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: 03/ 11 / 10 Detainee Signature: Mailed to IDOC

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: _____/_____/_____

Detainee's Basis For An Appeal: _____

_____

_____

Appeal Board's Acceptance Of Detainee's Request:     YES ☐     NO ☐

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

_____

_____

Appeal Board's Signatures / Dates:

_____

Date Detainee Rec.'d the Appl. Bd.'s Response: 3 / 11 / 10 Detainee Signature: Mailed to IDOC.

1146
CCSAO     GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Department Of Corrections
Services
California Ave
cago, IL 60608
2009x2534,2474,2344,2473, 2010x0183



Robinson Correctional Center
Attn: Anthony Hill K75792
P.O.Box 1000
Robinson, IL 62454

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ANTHONY HILL,                )
                                    )
           Plaintiff,       )      10 C 897
                                    )
     vs.                    )      Honorable Judge
                                    )      Suzanne B. Conlon
THOMAS DART, et. al.,      )
                                    )
           Defendants.    )

# DEFENDANTS' EXHIBIT E
# *Attachment 6*

Part-A / Control #: 2010 X 0179

Referred To: Cermak

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: **Hill**          First Name: **Anthony**

ID #: **2009-0057009**   Div.: **10**   Living Unit: **4A**   Date: **1 / 10 / 10**

BRIEF SUMMARY OF THE COMPLAINT: I was call To Cermack Hospital
For an unknown reason and I was seen By a
white man Doctor who just felt on my leg and
left wrist and told me that I was ok and Dened
me An MRI Because I still can't walk properly
and in great pain daily He just Blew me Off and
The staff was very nasty Toward me nurse wells
This Happen 11/8/10 Also He would give me a Brace
Or Cane To Help me walk and no X rays for my nose
or Ribs, collar Bones and I stated About The knots
On my Head and Behind my left Ear

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:
A MRI and To get a phsy Evaluction for my mental issures

DETAINEE SIGNATURE: Anthony Hill

C.R.W.'S SIGNATURE: Soc wah Dem          DATE C.R.W. RECEIVED: 1 / 19 / 10

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

1149

CCSAO
(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE).   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part – B / Control #: _2010 X 0179_

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** _Hill_     **First Name:** _Anthony_     **ID#** _2009-0057009_

**Is This Grievance An Emergency?**   YES ☐     NO ☑

**C.R.W.'S Summary Of The Complaint:** _Detainee Alleges lack of_
_medical treatment_

**C.R.W. Referred Griev. To:** _Cermak_     **Date Referred:** _1/19/10_

**Response Statement:**
_Referred to Medical Director_

_C Smith_     _C Smith_     **Date:** _1/26/10_   **Div./Dept.** _CHS_
(print- name of individual responding to this griev.)   (signature of individual responding to this griev.)

_DC Collins_     _Hugh C Coll_     **Date:** _1/26/10_   **Div./Dept.** _CCDOC_
(print- name of Supt. / Designee / Dept. Admin.)   (signature of Supt. / Designee / Dept. Admin.)

_J. Mueller_     _J Mueller_     **Date:** _1/25/10_
(print- name of Prog. Serv. Admin./ Asst. Admin.)   (signature of Prog. Serv. Admin./ Asst. Admin.)

**Date Detainee Received Response:** _1/27/10_   **Detainee Signature:** _Anthony Hill_

### REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

**Date Detainee Request For An Appeal:** ___/___/___

**Detainee's Basis For An Appeal:** _____

_____

**Appeal Board's Acceptance Of Detainee's Request:**   YES ☐     NO ☐

**Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:**

_____

**Appeal Board's Signatures / Dates:**

_____

**Date Detainee Rec.'d the Appl. Bd.'s Response:** ___/___/___   **Detainee Signature:** _____

1150
CCSAO
          GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)