UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY HILL, | ) | |
| | ) | |
| Plaintiff, | ) | 10 C 897 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Suzanne B. Conlon |
| THOMAS DART, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

# DEFENDANTS' EXHIBIT I

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY HILL, ) | |
| ) | |
| Plaintiff, ) | 10 C 897 |
| ) | |
| vs. ) | Honorable Judge |
| ) | Suzanne B. Conlon |
| THOMAS DART, et. al., ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF OFFICER CRYSTAL SPIVEY

I, Officer Crystal Spivey, star number 4175, being duly sworn, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. That I am currently employed by the Cook County Sheriff's Office as a Correctional Officer at the Cook County Department of Corrections ("CCDOC") and that I was employed in this capacity on the date of November 29, 2009.

2. That I currently work at Division 9 of CCDOC, located at 2854 West 31st Street,, Chicago, IL and that I worked at this same location on the date of November 29, 2009.

3. That my duties as a Correctional Officer at CCDOC include ensuring the safety and security of all detainees, employees and personnel who may be located at any time in the area of my assignment within Division 9.

4. That I was working in my capacity as a Correctional Officer with the Cook County Sheriff's Office at Division 9 Tier 2H of CCDOC on the date of November 29, 2009 and that my work-shift on said date was 7 A.M. to 3 P.M.

5. Medical service request forms are the main way in which detainees request medical

attention at the jail. Request forms are provided to detainees, upon request, by Correctional Officers or medical staff. Once the detainee fills out the form he may submit it to the Correctional Officer who is on duty on the tier. At the end of each shift all inmate medical service requests which have been submitted and or collected by Correctional Officers are submitted by the Correctional Officer on duty to medical staff within the specific Division of CCDOC.

6. When a detainee requests medical attention from a Correctional Officer on the tier it is the responsibility of the Correctional Officer to either: a) provide the detainee with a medical service request form to fill out; b) notify a supervisor, if the situation warrants; c) notify medical personnel, if the situation warrants, such as where an inmate has a visible injury or displays obvious symptoms of injury; or d) all of the above.

7. Once requests for medical treatment are made by detainees, correctional officers and correctional staff and personnel are not responsible for scheduling detainee to receive medical care. Rather, correctional officers and correctional staff are only responsible for the following: a) forwarding medical requests to the medical unit; b) notifying medical personnel when a detainee requires immediate medical attention; c) transporting detainees to medical appointments; and d) securing detainees during said transports and medical appointments.

8. At some point during my 7:00 A.M. – 3:00 P.M. shift on November 29, 2009, detainee Anthony Hill made an inquiry to me regarding medical service; specifically, Mr. Hill made an inquiry regarding an x-ray.

9. Subsequent to receiving this request from Mr. Hill, I notified EMT/paramedic Brittman of Mr. Hill's request.

10. Mr. Hill's medical inquiry and my notification of Paramedic Brittman on behalf of Mr. Hill were documented in my Officer's Living Unit Log Book. Said log book is attached to this affidavit and labeled *Affidavit Attachment 1*. It would have also been my common practice to notify Mr. Hill what EMT/paramedic Brittman's response was to his medical request

1151-2
CCSAO

2

11. I have no further recollection regarding my interaction with Mr. Hill from November 29, 2009.

FURTHER AFFIANT SAYETH NOT.

_Officer Crystal Spivey, star number 4175_

SUBSCRIBED AND SWORN TO
Before me this 12th day of January 2012.

Notary Public

OFFICIAL SEAL
MARILYN SCARDINO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/21/14

1152
CCSAO

3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY HILL, | ) | |
| | ) | |
| Plaintiff, | ) | 10 C 897 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Suzanne B. Conlon |
| THOMAS DART, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

# DEFENDANTS' EXHIBIT I

*Attachment 1*

1153
CCSAO

# Cook County Department of Corrections
## Division IX
### Officer's Living Unit Log

Please Print All Information

| Living Unit: 2H | Date: 29 Nov 09 | Shift: 0700-1500 |
|---|---|---|
| Officer Assigned: (please print) Spivey | | Star #: 4475 |
| Area Supervisor: Sgt. Thomas | | |

**Beginning Shift Count (place total # below)**

| Detainees on Living Unit | Detainees at Court | Detainees Elsewhere | Total Living Unit Count |
|---|---|---|---|
| 44 | 0 | 0 | 44 |

| Total Fire Extinguishers | Divisional Procedures / Post Orders | Movement Sheet | Mail Delivered | Hrs |
|---|---|---|---|---|
| On Hook ☑Yes ☐No | ☐Yes ☐No | ☑Yes ☐No | ☐Yes ☑No | |
| Charged ☑Yes ☐No | | | | |

| Total Keys Received: 3 | Key #: Padlock | Key #: 625 | Key #: NA | Key #: NA | Key #: NA |
|---|---|---|---|---|---|
| # Mops: 1 | # Brooms: 1 | # Dustpans: 1 | # Buckets: 1 | # Wringers: 0 | |

| Uniform Exchange | Linen Exchange | Fire Drill | Escape Drill |
|---|---|---|---|
| ☐Yes ☐No Hrs | ☐Yes ☐No Hrs | ☐Yes ☑No Hrs | ☐Yes ☐No Hrs |
| Commissary ☐Yes ☑No Hrs | Barber/Beauty Shop ☐Yes ☐No Hrs | # of Movement ID's: 44 | # of Housing ID's: 44 |

**Living Unit Search**: ☐Yes ☐No

**Officers and Supervisors Present**: NA

**Time Doors Unlocked** / **Time Doors Locked**

| Time Food Arrived | Time Living Unit Fed | Time Trays Off Living Unit | # of Trays Received | # of Trays Returned |
|---|---|---|---|---|
| 1040 Hrs | | Hrs | Hrs | Hrs |

| Medical Staff Visits: BP | Hrs | Program Staff Visits: | Hrs |
|---|---|---|---|

**Security Checks**

| 0700 | 0730 | 0800 | 0835 | 0900 | 0930 |
|---|---|---|---|---|---|
| 1000 | 1030 | 1100 | 1125 | 1155 | 1215 |
| 1245 | 1320 | 1400 | 1430 | | |

**Officer Lunch Relief**

| Time Left: Hrs | Time Returned: Hrs |
|---|---|

Relieving Officers Name & Star #:

**Supervisors Security Checks**

| Supervisors Signature & Star # | 0820 Hrs #702 |
| Supervisors Signature & Star # | Young # 209 Hrs 1030 |
| Supervisors Signature & Star # | 1307 Hrs |
| Supervisors Signature & Star # | Hrs |

DATE: 29 Nov 09    SHIFT: 0700-1500    LIVING UNIT: 2H

**Mass Movement (i.e., Recreation, Church, Special Event, etc.)**

| Type of Mass Movement | Total | Time of Departure | Time Returned to Living Unit |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

**Transfers**

| Name | Time | Name | Time |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

**Discharges**

| Name | Time | Name | Time |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

**Unusual Occurrences / Comments**

2 cells out per hour per Lt Young via roll call
0735-2258+2260, 0825-2261+2268, 0915-2264+2265 1045-2267+2268 1215-2266.

Paramedic Britton notified of inquiry regarding Hill Anthony X-ray.

**Ending Shift Count** (place total below)

| Detainees on Living Unit | Detainees at Court | Detainees Elsewhere | Total Living Unit Count |
|---|---|---|---|
| 19 | 0 | 0 | 19 |

1155

Signature & Star # of Officer: _____    Date: 29 Nov 09

CCDOC 12/99