UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANTHONY HILL,              )
                           )
        Plaintiff,         )     10 C 897
                           )
    vs.                    )     Honorable Judge
                           )     Suzanne B. Conlon
THOMAS DART, et. al.,      )
                           )
        Defendants.        )

# DEFENDANTS' EXHIBIT J

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY HILL, ) | |
| ) | |
| Plaintiff, ) | 10 C 897 |
| ) | |
| vs. ) | Honorable Judge |
| ) | Suzanne B. Conlon |
| THOMAS DART, et. al., ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF LIEUTENANT LEON MARMOL

I, Lieutenant Leon Marmol, star number 226, being duly sworn, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. That I am currently employed by the Cook County Sheriff's Office as a Correctional Lieutenant at the Cook County Department of Corrections ("CCDOC"). In November of 2009 I was employed by the Cook County Sheriff's Office as a Correctional Sergeant at CCDOC.

2. That I currently work at Division 10 of CCDOC, which is located at 2950 South California Ave, Chicago, IL. In November of 2009 I worked at Division 9 of CCDOC which is located at 2854 West 31st Street,, Chicago, IL and that I worked at this same location on the date of November 14, 2009.

3. That my duties as a Correctional Sergeant at CCDOC included the supervision of all officers assigned to my area within Division 9.

4. That I was working in my capacity as a Correctional Sergeant with the Cook County Sheriff's Office at CCDOC on the date of November 14, 2009 and that my work-shift on said date was 3 P.M. to 11 P.M.

5. Medical service request forms are the main way in which detainees request medical

1

1156
CCSAO

attention at the jail. Request forms are provided to detainees, upon request, by Correctional Officers or medical staff. Once the detainee fills out the form he may submit it to the Correctional Officer who is on duty on the tier. At the end of each shift all inmate medical service requests which have been submitted and or collected by Correctional Officers are submitted by the Correctional Officer on duty to medical staff within the specific Division of CCDOC.

6. When a detainee requests medical attention from a Correctional Officer on the tier it is the responsibility of the Correctional Officer to either: a) provide the detainee with a medical service request form to fill out; b) notify a supervisor, if the situation warrants; c) notify medical personnel, if the situation warrants, such as where an inmate has a visible injury or displays obvious symptoms of injury; or d) all of the above.

7. Once requests for medical treatment are made by detainees, correctional officers and correctional staff and personnel are not responsible for scheduling detainee to receive medical care. Rather, correctional officers and correctional staff are only responsible for the following: a) forwarding medical requests to the medical unit; b) notifying medical personnel when a detainee requires immediate medical attention; c) transporting detainees to medical appointments; and d) securing detainees during said transports and medical appointments.

8. When a supervisor such as myself is notified that a detainee is requesting medical attention, it is the responsibility of the supervisor to relocate to the area where the detainee is requesting medical attention. The supervisor will then speak with the correctional officer who notified him and also speak with the detainee. The supervisor will then make a determination as to whether the detainee should fill out a medical service request or whether medical personnel from Cermak Health Services should be notified.

9. Supervisors such as myself also perform security checks of the tiers which they supervise. On November 14, 2009, I performed two security checks within tier 2F of Division 9. The first check occurred at approximately 3:55 P.M. and the second check was performed at 8:55 P.M.

1157
CCSAO

10. The above-referenced security checks of tier 2F of Division 9 on November 14, 2009 were documented by the Officer's Living Unit Log Book. Said log book is attached to this affidavit and labeled *Affidavit Attachment 1*

11. I have no independent recollection of meeting with Anthony Hill on November 14 or 24, 2009; however, had Mr. Hill made any sort of medical request from me on November 14 or 24, 2009, my custom and practice as a CCDOC Sergeant would have been to do one of the following: a) tell Plaintiff that he needed to fill out a medical service request form; b) provide Plaintiff with a medical service request form to fill out; or c) notify medical personnel of Plaintiff's request, if the situation warranted; or d) all of the above.

FURTHER AFFIANT SAYETH NOT.

*Leon Marmol* #226

Lieutenant Leon Marmol, star number 226

SUBSCRIBED AND SWORN TO

Before me this 12th day of January 2012.

*Marilyn Scardino*

Notary Public

OFFICIAL SEAL
MARILYN SCARDINO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/21/14

3

1158
CCSAO