**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANTHONY HILL, | ) | |
| | ) | |
| Plaintiff, | ) | 10 C 897 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Suzanne B. Conlon |
| THOMAS DART, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

# DEFENDANTS' EXHIBIT K

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY HILL, | ) | |
| | ) | |
| Plaintiff, | ) | 10 C 897 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Suzanne B. Conlon |
| THOMAS DART, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF PHYSICIAN'S ASSISTANT MANISHA PATEL

I, Manisha Patel, P.A. being first duly sworn under oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and that if called to testify would state as follows:

1. That I am a physician assistant ("P.A.") licensed to practice medicine under the direct or indirect supervision of a supervising physician in the State of Illinois and am currently employed as a P.A. by Cermak Health Services of Cook County ("Cermak").

2. That my duties as a P.A. with Cermak include the medical treatment of pre-trial detainees from the Cook County Department of Corrections ("CCDOC").

3. As part of my current duties with Cermak I am assigned to work in Division 10 of CCDOC and medically treat the detainees housed within Division 10. I have been assigned to work Division 10 since approximately the end of January of 2007; however, I do have occasion to medically treat detainees who are housed in other divisions of CCDOC.

4. I have no independent recollection of meeting with or medically treating Anthony Hill ("Plaintiff").

5. I have reviewed a complete copy of Plaintiff 's medical chart/medical records kept in the

1

normal course of business at Cermak and which relate to Plaintiff's medical treatment at Cermak during the course of his incarceration at CCDOC under detainee number 2009-0057009. A copy of Plaintiff's medical chart/medical records from Cermak are attached as *Attachment 1*, bates stamped pages 4-98 CCSAO & 1064-1077 CCSAO.

6. Based upon my review of Plaintiff's Cermak medical chart/medical records, I was able to determine that Plaintiff received medical treatment from several different medical care providers from Cermak, including myself, between November 5, 2009 and February 2010, including the following:

7. On November 5, 2009, Plaintiff was medically treated in the Cermak ER by Dr. Andrew DeFuniak. During this ER visit, Plaintiff received x-rays of his left elbow, left knee and left wrist. Said x-rays were negative but did reveal old pins and screws in Plaintiff's left wrist and left knee. Plaintiff's medical examination in the ER revealed no acute injuries.

8. On December 8, 2009, Plaintiff was medically treated by a Physician Assistant at Cermak. Plaintiff was seen due to what he described as chronic knee pain. At this medical visit on December 8, 2009, Plaintiff was given an orthopedics referral for his knee and he was prescribed Naprosyn for pain.

9. On December 24, 2009, Plaintiff was medically treated by me due to complaints of pain in his left wrist, left knee, left ankle and right side of his ribs. During my treatment of Plaintiff I determined that he had good range of motion in his left wrist and that he was able to fully ambulate on his left knee but did have a limp. I also re-prescribed Naprosyn for pain and blood pressure medication and also issued Plaintiff a prescription for an ace bandage for his left knee and made a notation in his medical chart to consider physical therapy.

10. On December 28, 2009, Plaintiff received blood work testing.

11. On January 7, 2010, Plaintiff was medically treated by me as a follow up for the above-mentioned blood work as well as for his knee pain. During this medical visit I ordered or re-

2

ordered physical therapy for Plaintiff and made a notation in his medical chart to return for a follow up visit in approximately 2-3 weeks.

12. On January 7, 2010, Plaintiff was also medically treated by an orthopedist. During this medical visit, a notation was made that Plaintiff complained of his knee being injured on November 5, 2009. During this visit it was noted in Plaintiff's medical chart that Plaintiff had no effusion (fluid) in his left knee but that he did show diffused tenderness in his left knee (pain when touched in the left knee). Plaintiff's chart from this visit also indicated that previous x-rays performed of Plaintiff showed no acute fracture. Plaintiff was also prescribed a non-steroid anti inflammatory drug ("NSAID").

13. On January 8, 2010 Plaintiff received a urine culture.

14. On January 12, 2010 Plaintiff received an ultrasound of his scrotum.

15. On January 28, 2010, Plaintiff was medically treated by a doctor from Cermak for skin care issues and a rash; however, no mention was made in his medical chart during this visit of knee problems. Plaintiff was thereafter prescribed, by Dr. Ronald Ledvora, shampoo, clotrimazole (an anti-fungal), hydrocortizone (an anti-itch), doxycycline (an antibiotic) and atarax (for itching).

16. On February 4, 2010, Plaintiff was medically treated by Dr. Mohammed Mansour. Plaintiff's medical chart from this exam indicated that he was negative for tenderness, negative for swelling but that he did have a decreased range of motion in his left knee. Moreover, it was noted in his chart that Plaintiff had a history of left ACL repair. It was also ordered in Plaintiff's chart during this medical visit that he receives a follow up with orthopedics and return for a general medical visit in eight weeks.

17. On February 15, 2010, Plaintiff received physical therapy at Stroger Hospital of Cook County.

3

FURTHER AFFIANT SAYETH NOT

Manisha Patel, P.A.
Cermak Health Services of Cook County

Subscribed and sworn to before me
this _12th_ day of January, 2012

Notary Public

"OFFICIAL SEAL"
JOANNE KENNER
Notary Public, State of Illinois
My Commission Expires April 7, 2013

4

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ANTHONY HILL,                            )
                                         )
                    Plaintiff,           )        10 C 897
                                         )
        vs.                              )        Honorable Judge
                                         )        Suzanne B. Conlon
THOMAS DART, et. al.,                    )
                                         )
                    Defendants.          )

# DEFENDANTS' EXHIBIT K
# *Attachment 1*

**...RVICES OF COOK COUNTY    Medical Intake Form**

20090057009

HILL, ANTHONY    M
350244    BKDT:08/26/2009

First Name: _____    Date: _____
CCDOC# _7009_    Division: _____

**Consent for Treatment**
I consent to a medical and mental health history and physical including screening for tuberculosis and sexually transmitted diseases as part of the intake process of the Cook County Jail. I also consent to ongoing medical treatment by Cermak Health Services staff for problems identified during this process. I understand I may be asked to sign forms allowing other medical treatments. I understand that every effort will be made by CHS staff to keep my medical problems confidential. I understand the policy of CHS regarding access to health care at Cook County Jail.

*patient's signature*

**Medical History**    Remarks (reference by question number)

| | | |
|---|---|---|
| 1. Seizures/ Epilepsy / Fits | Yes | No |
| 2. Heart Trouble / Heart Attack | Yes | No |
| 3. High Blood Pressure | Yes | No |
| 4. Asthma / Emphysema | Yes | No |
| 5. Diabetes | Yes | No |
| 6. Cancer | Yes | No |
| 7. Assistive Devices (prosthesis, cane, etc.) | Yes | No |
| 8. Mental Illness | Yes | No |
| 9. Tuberculosis | Yes | No |
| 10. HIV/AIDS | Yes | No |
| 11. Liver Disease (specify)/Hepatitis B/C | Yes | No |
| -ever had DTs (delirium tremens) | Yes | No |
| 12. Kidney Disease | Yes | No |
| 13. Peptic Ulcer Disease | Yes | No |
| 14. Sickle Cell Disease | Yes | No |
| 15. Other (specify) | Yes | No |

Surgery to lower Back

**Form Reviewed:** _____
Date __/__/__
Sick-Call Needed: Y / N

Scheduled: __/__/__

-by_____

**Current Problems**
| | | |
|---|---|---|
| 1. On Medications (list) | Yes | No |
| 2. Under Doctor Care | Yes | No |
| 3. Dental Problems (tooth ache, bleeding gums, etc., refer to dental if present) | Yes | No |
| 4. Current Disabilities (assistance with ADL) | Yes | No |
| 5. Recent trauma or hospitalization | Yes | No |
| 6. Current cough, fever, night sweats | Yes | No |
| 7. Current vaginal/penile discharge/sores /dysuria | Yes | No |
| 8. Other (specify) | Yes | No |
| 9. Females – Menstrual History – LMP | / | |
| Currently pregnant | Yes | No |
| Number of past pregnancies / deliveries | / | |

Allergies: ___
Understands English? Y / N

**Substance Use**

| | Tobacco | Alcohol | Injection Drug Use | Illicit, Non-Injection | Methadone | Other |
|---|---|---|---|---|---|---|
| How Long? (years) | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N |
| Last Used (today, yesterday, 1 week etc.) | | | | | | |
| How much per day? | | | | | | |

PRINTED FROM ELECTRONIC...

**Comments:**

_____ CMT/ERT
*signature of CMT/Paramedic/Title*

PATIENT LABEL

4
CCSAO

## CERMAK HEALTH SERVICES of COOK COUNTY – Primary Health Assessment

Last Name: _____  First Name: _____  Date: __/__/__  Time: _____

CCDOC No.: _____  DOB: _____

Vitals: Temp: _98_  BP: _135_/_93_  Pulse: _70_  RR: _22_  Weight: _160_

**Assessment: Normal Abnormal**

| | Normal | Abnormal |
|---|---|---|
| Oral Cavity: | ☐ | ☐ |
| Caries | | ☐ |
| Thrush | | ☐ |
| Other (sores, masses, abscess) | | ☐ |
| Heart Sounds: | ☐ | ☐ |
| Lung Sounds: | ☐ | ☐ |
| Skin/extremities: | ☐ | ☐ |

**Explain Abnormal Findings:**

_____

_____

_____

provider signature CMT / ERT

Oral Hygiene Education  Yes No
Referred to Dental?  Yes No
Referred to:  ER / PA

*Secondary Health Assessment*  DATE: _____

TIME: _____

Past Medical History: ☐ Asthma ☐ CAD ☐ Cancer ☐ Diabetes ☐ HTN ☐ HIV ☐ Hepatitis B/C ☐ Seizures ☐ PUD ☐ Substance Abuse ☐ TB ☐ Psych. ☐ Other

Recent Hospitalition: _____

HPI/ROS:  S - i) S/P (R) Buttock "Lipoma" Excision
→ Back Surgery  3 days  → open/closed

Physical Exam:  2). (R) knee OA  s/p surgery

(R) Buttock – dressed (c) Butter
wound — ⊖ bleed ⊖ purul
MS - well healed (R) incision
(R) forearm.

Assessment/Plan/Referrals: _____

Patient Education On: (circle all discussed)  Smoking  Alcohol  Substance Abuse  Oral Hygiene
Obesity  STDs  Violence Prevention

Follow-up: _____

Provider signature, title _____  MD/PA/C

PRINTED FROM ELECTRONIC

Special Diet: _____

20090057009

CCSSO

HILL  ANTHONY  M

395244  BKDT:08/26/2009



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Prescription Order**
Medical Record Copy

Patient: _____ DOC# _____ D.O.B. _____

Comments: _____ Allergy: _____

| Date/Time | PHYSICIAN ORDERS | Time/Nurse Initial |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | MD Print/Sign |  |

Location: _____  ☐ Med/Surg  ☐ MHS

Initials   Print / Sign Name               Title.

Form #: 853.01
Rev. Feb. 2008    White Copy: Medical Records    Pink Copy: Pharmacy    Green Copy: Nursing / CMT / Dialysis    Yellow Copy: Patient

C H S 8 5 3 0 1

Patient Label

---



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Prescription Orders**
Medical Record Copy

Patient: *Hill, Anthony*  DOC# *09- 0057009*  D.O.B. ▓▓▓▓▓

Comments: _____ Allergy: *NKDA*

| Date/Time | PHYSICIAN ORDERS | Time/Nurse Initial |
|---|---|---|
| 8.26.09 | Motin 600mg PO TID PRN x 4wks |  |
|  | Gauze and tape |  |
|  | Bactrim DS 1 PO BID x 1wk |  |
|  | ACE Bandage 4 inches (L) knee |  |
|  | MD Print/Sign |  |

Location: _____  ☐ Med/Surg  ☐ MHS

Initials   Print / Sign Name               

PRINTED FROM
ELECTRONIC RECORD

20090057009

HILL ANTHONY        M
355244    BKDT:08/26/2009

Form #: 853.01
Rev. Feb. 2008    White Copy: Medical Records    Pink Copy: Pharmacy    Green Copy: Nursing/CMT/Dialysis    Yellow Copy: Patient

6
CCSAO

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Department of Mental Health Services**
**Brief Primary Psychological Screening Tool (RCDC)**

Last Name: _Hill_    First Name: _Anthony_    DOB: ▓▓    DOC#: _3K 9005_    _7009_

Address: _4747  N  Ronald_    Phone: _//_

Charge: _S. Failure to Reg... Danyl_ Bond: _150 K_  Court: _9/17/09_
1st Degree murder  Alleged Victim: family___ friend___ close associate · none___

Race: □W  ☑B  □Sp  □Asian  □Other:___    SS#:_____

Employed: ☑Yes □No  Occupation: _Masonary_

1. Have you ever been in Cook County Jail before? □No ☑Yes What division? _2, //_

2. Have you ever been hospitalized for psychiatric treatment? □No ☑Yes How many times? _5_
   Last date: _2004_ What reason: _Depression_ Where: _South Suburban_

3. Are you currently receiving outpatient psychiatric treatment? ☑No □Yes Why?_____
   Last visit date:_____ Location:_____ Doctor's name:_____

4. Are you now taking psychotropic medication(s)? ☑No □Yes Name(s):_____

5. Do you drink alcohol? ☑No □Yes How much?_____
   Do you use drugs? ☑No □Yes What drugs?_____ How much?_____

6. Have you ever attempted suicide? ☑No □Yes Last attempt:_____ How?_____

7. Do you feel suicidal now? ☑No □Yes

8. Are you feeling homicidal now? ☑No □Yes Explain:_____

9. Have you ever had special education classes? ☑No □Yes Explain:_____

10. Are you now homeless? ☑No □Yes Where do you stay?_____

11. Are you a Veteran? ☑No □Yes Branch of Service/Type of Miltary Discharge_____

**Is this detainee's behavior appropriate in the RCDC area?** ☑Yes □No Describe: _____

_____

**Mental Health Screening Plan:** ☑General Population □Admission/Evaluation Form
□Mental Health Secondary Interview □Other:_____

Signature Mental Health Staff: _JMooreMHtt_

Date: _8/26/09_ Time: _612 pm_

Form#: 67417 Rev: Nov. 2004

PRINTED FROM
ELECTRONIC RECORD

20090057009
HILL, ANTHONY          M
355244      BKDT:08/26/2009

7

CCSAO

Patient Name: HILL, ANTHONY
Birth Date:

MRN: 0035524 4z
FIN: 20090057009

**Cermak Health Services of Cook County**
2800 S. California Avenue
Chicago, IL 60608

## EMERGENCY ROOM RECORD

Date 11.5.09
Time arrived 1110/m Time Triaged

Time ER visit completed 340pm
Time departed for Outside Hospital
Time Examined by Provider 1 33P

| Last Name | HILL, ANTHONY DOB-07/30/67 Age- 42 FC- 08/26/09 Age 20090057009 08/26/09 MR# 355244 | DOC # | Location | DOB: |

History / Comp.
pt states he was involved
in a fight in the Dorm. pt sustained (L) this morn
scratches & (L) knee ___ & tenderness p 1 ___ pm pt
No open w/ refused at the ___

| FIRST DAY LMP N/A | Last Tetanus NKA 10 yr ago | Allergies: NKDA | O² Sat 96% RA | Peak Flow | Accu Check | Urine Dipstick |
| Temp 97.3 | Pulse 104 | Resp rate 20 | BP 114/73 | Repeat Vitals | Orthostatic Vitals | Nurses Signature A. ___ |

5) Stis ___ in alternate, pushed
to ___ 4Bs+T
c/o pain (L) knee (L) wrist (L) elbow
4HA ___ UCL USDA

7) Gen N ___ P 3E Aox 3 ___
unclothed for complete exam & bruises
superficial abrasion (L) knee

(L) ___ ___ deformity ___ defects
mild pain ___ distal intact - Full ROM

(L) knee ___ ___ ___ defects
Full ROM ___ joint

Treatment / Advice
mon ___ 60e psx 1-pt
refused

X-RAY ___ RANGE ELBOW (L) WRIST NEG Fx - ___ CIRM ___ ST
EKG ☐        LAB ☐

☐ ISH    ☐ Provident    ☐ Other Hospital
☑ Sick Call    ☐ Specialty Clinic

Diagnosis:
BT (L) knee
BT (L) elbow
(L) wrist

defuniak
Physician Signature / Pager Number

Consent – I hereby authorize the physician and / or nurse in charge of emergency / or outpatient care at Cermak Health Services to administer such treatment and medication as may be deemed necessary or advisable by the physician in the diagnosis and treatment of this case while a patient at the hospital. I further authorize Cermak Health Services to release necessary information to authorized physicians for future care, or to insurance companies or other authorized agencies for completion of my care for hospitalization or medical benefits, and to release medical information to public authorities.

Signature of Patient or Responsible Person

Refusal of Treatment Release – I hereby refuse treatment in this case as advised by the Physician in charge of emergency / or outpatient care at Cermak Health Services and I hereby agree not to hold the physician or Cermak Health Services responsible for any harm or injury that may result from my action, and to release medical information to public authorities.

Signature of Patient or Responsible Person

Signature of Witness

Form#: 853.15 Rev December 12, 2005

☐ Sexual Assault Panel
RPR, HBsAG, HIV 1, HCV-Ab, HIV Consent,
Gonorrhea Culture: __Mouth __Anus __Urethra
☐ Post Exposure Panel
HIV 1, HCV-Ab, HBsAG/AB, RPR

PAtient HILL, ANTHONY
DOB- 42 FC- 08/26/09
Age 20090057009 08/26/09 MR# 355244

8
CCSAO
by CHS

Patient Name: HILL, ANTHONY
Birth Date:

MRN: 00355244z
FIN: 2009057009

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**EMERGENCY RESPONSE / AMBULANCE**
**REPORT SHEET FOR CCDOC**
Mark box ☒ on the left of answers or print in space provided.

Name: Hill, Anthony    DOC #: 2009005700    DOB: 4-2-H

Date: 11/5/09    Division:

| TIME INFORMATION | | Origin of Run or Site of Emergency | |
|---|---|---|---|
| Called: | 12:30 | ☐ SHCC ER | |
| Arrived Scene: | | ☐ Court | |
| Departed Scene: | | ☐ Oak Forest | |
| Arrived at Hospital: | | ☐ Division | |
| Returned to CHS | | ☐ Other: | |

CHIEF COMPLAINT / REASON FOR TRANSPORT: Pt % (L) Knee Pain
NKDH, Meds- Serquil, Pain Pills
NKDA

| Time | B/P | Pulse | Resp. | Temp. | Difib/Rhythm | O2 | Drugs/Solu. | Dose |
|---|---|---|---|---|---|---|---|---|
| 12:34 | 124/78 | 96 | 20 | | | | | |

Physical Findings: U/A Pt C/O + A x 3
Combative pt then calm
down C/O (L) Knee Pain
Noted Swelling to (L)
knee pt escort to ER
By E.R.T No other
complaints

Assessment:
1. No Swelling
   No Deformity
   No Bleeding

2.

3.

Therapy Rendered:
Ice Pack
Wrapped

| Mode of Transportation | | | Destination / Disposition: | | |
|---|---|---|---|---|---|
| ☐ W/C | ☐ Stretcher | ☐ Stair Chair | ☐ SHCC ER | ☐ Cermak ER | ☐ Remain in GP | ☐ Refer to S / C |
| ☐ Cart | ☐ Ambulance | ☐ Walk | ☐ Oak Forest | ☐ Court | ☐ Other: |

signature of CMT/Paramedic/Title    CMT/ERT

Form#: 57503    Rev: May, 2003
1. Medical Chart
2. Resource Hospital
3. Cermak EMT Director



HILL, ANTHONY

Page N

9
CHS
CCDAO

Patient Name: HILL, ANTHONY
Birth Date:

MRN: 00355244z
FIN: 2009005709

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## EMERGENCY ROOM RECORD

Date 9.9.09

Time arrived 950A  Time Triaged

Time ER visit completed 1007A

Time departed for Outside Hospital

Time Examined by Provider

| PIN: HILL ANTHONY | Initial | DOC # | | Location | DOB: |
|---|---|---|---|---|---|
| DOB: 42 FC- 08/26/09 | | | | 9 | |

RACE: ☒ B  ☐ W  ☐ L
Other

Sex ☒ Male  ☐ Female

Packing △

| FIRST DAY LMP | Last Tetanus | Allergies: | | O² Sat | Peak Flow | Accu Check | Urine Dipstick |
|---|---|---|---|---|---|---|---|
| Temp | Pulse | Resp. rate | BP | Repeat Vitals | Orthostatic Vitals | | Nurses Signature |

Treatment / Advice

Packing △

X-RAY ☐

EKG ☐           LAB ☐

Diagnosis:

☐ JSH   ☐ Provident      ☐ Other Hospital
☐ Sick Call       ☐ Specialty Clinic

Physician Signature / Pager Number

Consent – I hereby authorize the physician and / or nurse in charge of emergency / or outpatient care at Cermak Health Services to administer such treatment and medication as may be deemed necessary or advisable by the physician in the diagnosis and treatment of this case while a patient at the hospital. I further authorize Cermak Health Services to release necessary information to authorized physicians for future care, or to insurance companies or other authorized agencies for completion of my care for hospitalization or medical benefits, and to release medical information to public authorities.

Refusal of Treatment Release – I hereby refuse treatment in this case as advised by the Physician in charge of emergency / or outpatient care at Cermak Health Services and I Hereby agree not to hold the physician or Cermak Health Services responsible for any Harm or injury that may result from my action, and to release medical information to Public authorities.

Signature of Patient or Responsible Person

Signature of Witness

Signature of Patient or Responsible Person

Signature of Witness

Form: 983.15 Rev December 17, 2005

☐ Sexual Assault Panel
RPR, HBsAG, HIV 1, HCV-Ab, HIV Consent,
Gonorrhea Culture: __Mouth __Anus __Urethra
☐ Post Exposure Panel
HIV 1, HCV-Ab, HBsAG/AB, RPR

| PIN: HILL, ANTHONY |
|---|
| DOB: 42 FC- 08/26/09 |

Page N:

10

CCSAO
by: CHS

Patient Name: HILL, ANTHONY
Birth Date:

MRN: 00355244z
FIN: 20090057009

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**EMERGENCY ROOM RECORD**

Date 9-10-8
Time arrived 9:30 AM Time Triaged

Time ER visit completed 935A
Time departed for Outside Hospital
Time Examined by Provider

| Last Name | First Name | Initial | DOC # | Location | DOB: |
|---|---|---|---|---|---|
| HILL ANTHONY | | | | 9 | |

RACE: B □ W □ I.
Other

Sex Male
□ Female

| FIRST DAY LMP | Last Tetanus | Allergies: | O² Sat | Peak Flow | Accu Check | Urine Dipstick |
|---|---|---|---|---|---|---|
| Temp | Pulse | Resp. rate | BP | Repeat Vitals | Orthostatic Vitals | Nurses Signature |

Treatment / Advice

Diagnosis:

X-RAY □

EKG □          LAB □

□ JSH    □ Provident    □ Other Hospital
□ Sick Call    □ Specialty Clinic

Physician Signature / Pager Number

Signature of Patient or Responsible Person

Signature of Witness

Consent – I hereby authorize the physician and / or nurse in charge of emergency / or outpatient care at Cermak Health Services to administer such treatment and medication as may be deemed necessary or advisable by the physician in the diagnosis and treatment of this case while a patient of the hospital. I further authorize Cermak Health Services to release necessary information to authorized physicians for future care, or to insurance companies or other authorized agencies for completion of my care for hospitalization or medical benefits, and to release medical information to public authorities.

Refusal of Treatment Release – I hereby refuse treatment in this case as advised by the Physician in charge of emergency / or outpatient care at Cermak Health Services and I hereby agree not to hold the physician or Cermak Health Services responsible for any harm or injury that may result from my action, and to release medical information to Public authorities.

Form: 863.15 Rev December 12, 2005

Signature of Patient or Responsible Person

Signature of Witness

□ Sexual Assault Panel
RPR, HBsAG, HIV I, HCV-Ab, HIV Consent,
Gonorrhea Culture:__Mouth__Anus__Urethra
□ Post Exposure Panel
HIV I, HCV-Ab, HBsAG/AB, RPR

Patient Name: HILL, ANTHONY
Birth Date:

MRN: 00355244z
FIN: 20090057009

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## EMERGENCY ROOM RECORD

Time ER visit completed _____ 10.15 AM
Time departed for Outside Hospital _____
Time Examined by Provider _____

Date 9/8/09
Time arrived 10:02 am   Time Triaged _____

HILL, ANTHONY
Age - 42 FC- 08/26/09
7009 0928232 MRS 355244

| | Initial | DOC # | | Location | DOB: |
|---|---|---|---|---|---|
| | | | | 9 | |

RACE: ☑ B ☐ W ☐ L    Sex ☒ Male
Other _____              ☐ Female

PACKING A

| FIRST DAY LMP | Last Tetanus | Allergies: | O' Sat | Peak Flow | Accu Check | Urine Dipstick |
|---|---|---|---|---|---|---|
| **Temp** | **Pulse** | **Resp. rate** | **BP** | **Repeat Vitals** | **Orthostatic Vitals** | **Nurses Signature** |

Treatment / Advice

PACKING A

CT ☐

X-RAY ☐

EKG ☐          LAB ☐

☐ JSH   ☐ Provider      ☐ Other Hospital
☐ Sick Call     ☐ Specialty Clinic

Diagnosis:

Physician Signature / Pager Number

**Consent** - I hereby authorize the physician and / or nurse in charge of emergency / or outpatient care at Cermak Health Services to administer such treatment and medication as may be deemed necessary or advisable by the physician in the diagnosis and treatment of this case while a patient at the hospital. I further authorize Cermak Health Services to release necessary information to authorized physicians for future care, or to insurance companies or other authorized agencies for completion of my care for hospitalization or medical benefits, and to release medical information to public authorities.

Signature of Patient or Responsible Person

**Refusal of Treatment Release** - I hereby refuse treatment in this case as advised by the Physician in charge of emergency / or outpatient care at Cermak Health Services and I hereby agree not to hold the physician or Cermak Health Services responsible for any harm or injury that may result from my action, and to release medical information to Public authorities.

Signature of Patient or Responsible Person

Signature of Witness

Format: BG3.15 Rev December 12, 2005

☐ Sexual Assault Panel
RPR, HBsAG, HIV I, HCV-Ab, HIV Consent,
Gonorrhea Culture ___ Mouth ___ Anus ___ Urethra
☐ - Post Exposure Panel
HIV I, HCV-Ab, HBsAG/AB, RPR

HILL, ANTHONY
Age - 42 FC- 08/26/09
7009 0928232 MRS 355244

Page N₁

12

CCS
by CRS

Patient Name: HILL, ANTHONY
Birth Date:

MRN: 00355244z
FIN: 20090057009

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**EMERGENCY ROOM RECORD**

Date 9/7/09
Time arrived 740am    Time Triaged

Time ER visit completed 7>2Am
Time departed for Outside Hospital
Time Examined by Provider

| Prtm HILL, ANTHONY DOB- 07/30/67 Age - 42 FC- 08/26/09 Age 20090057009 contaar MRS 355244 | | Initial | DOC # | | Location 9 | DOB: |
|---|---|---|---|---|---|---|
| | | | RACE: ☑ B ☐ W ☐ L Other _____ | | | Sex ☒ Male ☐ Female |

Packing ①

| FIRST DAY LMP | Last Tetanus | Allergies: | O² Sat | Peak Flow | Accu Check | Urine Dipstick |
|---|---|---|---|---|---|---|
| Temp | Pulse | Resp. rate | BP | Repeat Vitals | Orthostatic Vitals | Nurses Signature |

Treatment / Advice

Packing A

Diagnosis:

X-RAY ☐

EKG ☐        LAB ☐

☐ JSH   ☐ Provident   ☐ Other Hospital
☐ Sick Call        ☐ Specialty Clinic

Physician Signature / Pager Number

**Consent** – I hereby authorize the physician and / or nurse in charge of emergency / or outpatient care at Cermak Health Services to administer such treatment and medication as may be deemed necessary or advisable by the physician in the diagnosis and treatment of this case while a patient at the hospital. I further authorize Cermak Health Services to release necessary information to authorized physicians for future care, or to insurance companies or other authorized agencies for completion of my care for hospitalization or medical benefits, and to release medical information to public authorities.

Signature of Patient or Responsible Party

Signature of Witness

**Refusal of Treatment Release** – I hereby refuse treatment in this case as advised by the Physician in charge of emergency / or outpatient care at Cermak Health Services and I hereby agree not to hold the physician or Cermak Health Services responsible for any harm or injury that may result from my action, and to release medical information to Public authorities.

Signature of Patient or Responsible Purse

Signature of Witness

Format: 863.15 Rev December 12, 2005

☐ Sexual Assault Panel
RPR, HBsAG, HIV I, HCV-Ab, HIV Consent,
Gonorrhea Culture: __Mouth __Anus __Urethra
☐ Post Exposure Panel
HIV I, HCV-Ab, HBsAG/AB, RPR

| Prtm HILL, ANTHONY Age - 42 FC- 08/26/09 AS 20090057009 contaar MRS 355244 |
|---|

Patient Name: HILL, ANTHONY
Birth Date:

MRN: 00355244z
FIN: 20090057009

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## EMERGENCY ROOM RECORD

Time ER visit completed ___9 15 Am___

Date _9/6/09_
Time arrived _8:45 am_ Time Triaged ___

Time departed for Outside Hospital ___
Time Examined by Provider ___

| Pt Nm: HILL, ANTHONY DOB-0730/67 Age– 42 FC– 08/26/09 Acct 20090057009 0920239 MR# 385244 | Initial | DOC # | | Location 9 | DOB: |
|---|---|---|---|---|---|
| | | RACE: ☒ B ☐ W ☐ L Other ___ | | | Sex ☒ Male ☐ Female |

PACKING Δ

| FIRST DAY LMP | Last Tetanus | Allergies: | O² Sat | Peak Flow | Accu Check | Urine Dipstick |
|---|---|---|---|---|---|---|
| Temp | Pulse | Resp. rate | BP | Repeat Vitals | Orthostatic Vitals | Nurses Signature |

Treatment / Advice

PACKING Δ

X-RAY ☐

EKG ☐          LAB ☐

☐ JSH   ☐ Providnt   ☐ Other Hospital
☐ Sick Call      ☐ Specialty Clinic

Diagnosis:

Physician Signature / Pager Number

Consent – I hereby authorize the physician and / or nurse in charge of emergency / or outpatient care at Cermak Health Services to administer such treatment and medication as may be deemed necessary or advisable by the physician in the diagnosis and treatment of this case while a patient at the hospital. I further authorize Cermak Health Services to release necessary information to authorized physicians for future care, or to insurance companies or other authorized agencies for completion of my care for hospitalization or medical benefits, and to release medical information to public authorities.

Refusal of Treatment Release – I hereby refuse treatment in this case as advised by the Physician in charge of emergency / or outpatient care at Cermak Health Services and I hereby agree not to hold the physician or Cermak Health Services responsible for any harm or injury that may result from my action, and to release medical information to Public authorities.

Signature of Patient or Responsible Person
Signature of Witness

Signature of Patient or Responsible Person
Signature of Witness

Format: 863 15 Rev December 12, 2005

☐ Sexual Assault Panel
RPR, HBsAG, HIV 1, HCV-Ab, HIV Consent,
Gonorrhea Culture: __Mouth __Anus __Urethra
G Post Exposure Panel
HIV 1, HCV-Ab, HBsAG/AB, RPR

Pt Nm: HILL, ANTHONY
DOB ___ Age– 42 FC– 08/26/009
Acct 20090000009 0920239 MR# 385244

Patient Name: HILL, ANTHONY
Birth Date:

MRN: 00355244z
FIN: 20090057009

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## EMERGENCY ROOM RECORD

Date 9/3/09
Time arrived 908m   Time Triaged

Time ER visit completed 915 pm
Time departed for Outside Hospital
Time Examined by Provider

| Patient HILL, ANTHONY DOB—07/30/87 Age—42 FC— 08/26/09 Age 20090057009 082823/ MRN 355244 | Initial | DOC # | | Location 9 | DOB: |
|---|---|---|---|---|---|

RACE: ☐ B ☐ W ☐ L
Other _____

Sex ☐ Male
☐ Female

Packing Δ

| FIRST DAY LMP | Last Tetanus | Allergies: | O² Sat | Peak Flow | Accu Check | Urine Dipstick |
|---|---|---|---|---|---|---|
| Temp | Pulse | Resp. rate | BP | Repeat Vitals | Orthostatic Vitals | Nurses Signature |

Treatment / Advice

Packing Δ

X-RAY ☐

EKG ☐          LAB ☐

☐ JSH   ☐ Provident   ☐ Other Hospital
☐ Sick Call   ☐ Specialty Clinic

Diagnosis:

Physician Signature / Pager Number

Consent - I hereby authorize the physician and / or nurse in charge of emergency / or outpatient care at Cermak Health Services to administer such treatment and medication as may be deemed necessary or advisable by the physician in the diagnosis and treatment of this case while a patient at the hospital. I further authorize Cermak Health Services to release necessary information to authorized physicians for future care, or to insurance companies or other authorized agencies for completion of my care for hospitalization or medical benefits, and to release medical information to public authorities.

Signature of Patient or Responsible Person

Signature of Witness

Refusal of Treatment Release - I hereby refuse treatment in this case as advised by the Physician in charge of emergency / or outpatient care at Cermak Health Services and I hereby agree not to hold the physician or Cermak Health Services responsible for any Harm or injury that may result from my action, and to release medical information to Public authorities.

Signature of Patient or Responsible Person

Signature of Witness

☐ Sexual Assault Panel
RPR, HBsAG, HIV 1, HCV-Ab, HIV Consent,
Gonorrhea Culture: __Mouth __Anus __Urethra
☐ Post Exposure Panel
HIV 1, HCV-Ab, HBsAG/AB, RPR

Form: B63.15 Rev December 12, 2005

Patient HILL, ANTHONY
DOB— 42 FC— 08/26/09
Age 20090057009 082823/ MRN 355244

Patient Name: HILL, ANTHONY
Birth Date: ▓▓▓▓▓▓▓▓

MRN: 00355244z
FIN: 20090057009

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**EMERGENCY ROOM RECORD**

Time ER visit completed _9 37 am_
Time departed for Outside Hospital
Time Examined by Provider

Date _9/1/09_
Time arrived _908 am_    Time Triaged

| | | Initial | DOC # | | Location | DOB: |
|---|---|---|---|---|---|---|
| Prem HILL, ANTHONY DOB-07/03/67 Age- 42 FC- 08/26/09 Acct 20090057009 002823# Mrn 355244 | | | | | 9 | |

RACE: ☐ B ☐ W ☐ L
Other ____

Sex ☒ Male
☐ Female

_PACKING ∅_

| FIRST DAY LMP | Last Tetanus | Allergies: | | O² Sat | Peak Flow | Accu Check | Urine Dipstick |
|---|---|---|---|---|---|---|---|
| Temp | Pulse | Resp. rate | BP | Repeat Vitals | Orthostatic Vitals | | Nurses Signature |

Treatment / Advice

_PACKING ∅_

GT ☐

X-RAY ☐

Diagnosis:

EKG ☐          LAB ☐

☐ JSH   ☐ Provident   ☐ Other Hospital
☐ Sick Call   ☐ Specialty Clinic

Physician Signature / Pager Number

X _____
Signature of Patient or Responsible Person

Consent – I hereby authorize the physician and / or nurse in charge of emergency / or outpatient care at Cermak Health Services to administer such treatment and medication as may be deemed necessary or advisable by the physician in the diagnosis and treatment of this case while a patient at the hospital. I further authorize Cermak Health Services to release necessary information to authorized physicians for future care, or to insurance companies or other authorized agencies for completion of my care for hospitalization or medical benefits, and to release medical information to public authorities.

Signature of Witness

Refusal of Treatment Release – I hereby refuse treatment in this case as advised by the Physician in charge of emergency / or outpatient care at Cermak Health Services and I hereby agree not to hold the physician or Cermak Health Services responsible for any harm or injury that may result from my action, and to release medical information to Public authorities.

Signature of Patient or Responsible Person

Signature of Witness

Format: 853.15 Rev December 12, 2005

☐ Sexual Assault Panel
RPR, HBsAG, HIV 1, HCV-Ab, HIV Consent,
Gonorrhea Culpert: __Mouth _Anus __Urethra
☐ Post Exposure Panel
HIV 1, HCV-Ab, HBsAG/AB, RPR

Prem HILL, ANTHONY
DOB ▓▓▓▓▓ 08- 42 FC- 08/26/09
Acct 20090057009 002823# Mrn 355244

Page No

16
G.C.S.A.O

Patient Name: HILL, ANTHONY
Birth Date:

MRN: 00355244z
FIN: 20090057009

Cermak Health Services of Cook County
2804 S. California Avenue
Chicago, IL 60608

**EMERGENCY ROOM RECORD**

Date 8.31.09

Time arrived 950A   Time Triaged

Time ER visit completed _1009A_

Time departed for Outside Hospital _____

Time Examined by Provider _____

| Patient: HILL, ANTHONY | Initial | DOC # | Location | DOB: |
|---|---|---|---|---|
| DOB–07/30/67 Age– 42 FC– 08/26/09 | | | 9 | |
| Acct 20090057009 0026252f MRN 355244 | | | | |

RACE: ☐ B ☐ W ☐ L.   Other _____

Sex ☒ Male   ☐ Female

_Packing_

| FIRST DAY LMP | Last Tetanus | Allergies: | O² Sat | Peak Flow | Accu Check | Urine Dipstick |
|---|---|---|---|---|---|---|
| Temp | Pulse | Resp. rate | BP | Repeat Vitals | Orthostatic Vitals | Nurses Signature |

Treatment / Advice

X-RAY ☐

EKG ☐          LAB ☐

☐ JSH   ☐ Provident   ☐ Other Hospital
☐ Sick Call   ☐ Specialty Clinic

Diagnosis:

Physician Signature / Pager Number

**Consent** – I hereby authorize the physician and / or nurse in charge of emergency / or outpatient care at Cermak Health Services to administer such treatment and medication as may be deemed necessary or advisable by the physician in the diagnosis and treatment of this case while a patient at the hospital. I further authorize Cermak Health Services to release necessary information to authorized physicians for future care, or to insurance companies or other authorized agencies for completion of my care for hospitalization or medical benefits, and to release medical information to public authorities.

Signature of Patient or Responsible Person

Signature of Witness

**Refusal of Treatment Release** – I hereby refuse treatment in this case as advised by the Physician in charge of emergency / or outpatient care at Cermak Health Services and I hereby agree not to hold the physician or Cermak Health Services responsible for any Harm or Injury that may result from my action, and to release medical information to Public authorities.

Signature of Patient or Responsible Person

Signature of Witness

Format: 853.15 Rev December 12, 2005

☐ Sexual Assault Panel
RPR, HBsAG, HIV 1, HCV-Ab, HIV Consent,
Gonorrhea Culture: __Mouth __Anus __Urethra
☐ Post Exposure Panel
HIV 1, HCV-Ab, HBsAG/AB, RPR

Patient: HILL, ANTHONY
DOB:
Acct ...7009 092 8232 MRN 355244

Patient Name: HILL, ANTHONY
Birth Date:

MRN: 00355244z
FIN: 20090057009

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**EMERGENCY ROOM RECORD**

Date _8/29/09_
Time arrived _8¹⁵ __ Time Triaged _____

Time ER visit completed _____
Time departed for Outside Hospital _____
Time Examined by Provider _____

| | Initial | DOC # | | Location | DOB: |
|---|---|---|---|---|---|
| HILL ANTHONY | | | | 9 | |

RACE: ☒ B ☐ W ☐ L
Other _____

Sex ☐ Male
☐ Female

| FIRST DAY LMP | Last Tetanus | Allergies: | | O² Sat | Peak Flow | Accu Check | Urine Dipstick |
|---|---|---|---|---|---|---|---|
| Temp | Pulse | Resp. rate | BP | Repeat Vitals | Orthostatic Vitals | | Nurses Signature |

Treatment / Advice

Diagnosis:

X-RAY ☐

EKG ☐          LAB ☐

☐ JSH   ☐ Provident   ☐ Other Hospital
☐ Sick Call   ☐ Specialty Clinic

Physician Signature / Pager Number

Consent – I hereby authorize the physician and / or nurse in charge of emergency or outpatient care at Cermak Health Services to administer such treatment and medication as may be deemed necessary or advisable by the physician in the diagnosis and treatment of this case while a patient at the hospital. I further authorize Cermak Health Services to release necessary information to authorized physicians for future care, or to insurance companies or other authorized agencies for completion of my care for hospitalization or medical benefits, and to release medical information to public authorities.

Refusal of Treatment Release – I hereby refuse treatment in this case as advised by the Physician in charge of emergency / or outpatient care at Cermak Health Services and I hereby agree not to hold the physician or Cermak Health Services responsible for any Harm or injury that may result from my action, and to release medical information to Public authorities.

Signature of Patient or Responsible Person
Signature of Witness

Signature of Patient or Responsible Person
Signature of Witness

Form#: 863.15 Rev December 12, 2005

☐ Sexual Assault Panel
RPR, HBsAG, HIV 1, HCV-Ab, HIV Consent,
Gonorrhea Culture: __Mouth __Anus __Urethra
☐ Post Exposure Panel
HIV 1, HCV-Ab, HBsAG/AB, RPR

Patient Name: HILL, ANTHONY
Birth Date:

MRN: 00355244z
FIN: 20090057009

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**EMERGENCY ROOM RECORD**

Date 8/30/09
Time arrived 910     Time Triaged

Time ER visit completed
Time departed for Outside Hospital
Time Examined by Provider

HILL, ANTHONY
42 FC - 08/26/09
002323f MRN 355244

| | Initial | DOC # | | Location | DOB: |
|---|---|---|---|---|---|

RACE: X R □ W □ L
Other □

Sex X Male
□ Female

*pending*

| FIRST DAY LMP | Last Tetanus | Allergies: | O2 Sat | Peak Flow | Accu Check | Urine Dipstick |
|---|---|---|---|---|---|---|
| Temp | Pulse | Resp. rate | BP | Repeat Vitals | Orthostatic Vitals | Nurses Signature |

Treatment / Advice

X-RAY □

EKG □                    LAB □

□ JSH   □ Provident        □ Other Hospital
□ Sick Call               □ Specialty Clinic

Diagnosis:

Physician Signature / Pager Number

Consent – I hereby authorize the physician and / or nurse in charge of emergency / or outpatient care at Cermak Health Services to administer such treatment and medication as may be deemed necessary or advisable by the physician in the diagnosis and treatment of this case while a patient at the hospital. I further authorize Cermak Health Services to release necessary information to authorized physicians for future care, or to insurance companies or other authorized agencies for completion of my care for hospitalization or medical benefits, and to release medical information to public authorities.

Signature of Patient or Responsible Person

RN Res

Signature of Witness

Refusal of Treatment Release – I hereby refuse treatment in this case as advised by the Physician in charge of emergency / or outpatient care at Cermak Health Services and I hereby agree not to hold the physician or Cermak Health Services responsible for any Harm or Injury that may result from my action, and to release medical information to Public authorities.

Signature of Patient or Responsible Person

Signature of Witness

Format: 863 15 Rev December 12, 2005

 2  Sexual Assault Panel
RPR, HBsAG, HIV 1, HCV-Ab, HIV Consent.
Gonorrhea Culture: __ Mouth __ Anus __ Urethra
 1.  Post Exposure Panel
HIV 1, HCV-Ab, HBsAG/AB, RPR

HILL, ANTHONY
DOB:        42 FC - 08/26/09
Ans         002323f MRN 356244

Patient Name: HILL, ANTHONY
Birth Date:

MRN: 00355244z
FIN: 20090057009

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**EMERGENCY ROOM RECORD**

Date 8/28/09

Time ER visit completed 9:57 am
Time departed for Outside Hospital
Time arrived 9:17 am   Time Triaged
Time Examined by Provider

Prev: HILL ANTHONY   = 42 FC- 08/25/09
DO#
Age:       09 022825F M#z 358244

Initial   DOC #   Location 9   DOB:

RACE: ☒ B ☐ W ☐ L   Sex ☒ Male
Other _____   ☐ Female

PACKING &

| FIRST DAY LMP | Last Tetanus | Allergies: | O² Sat | Peak Flow | Accu Check | Urine Dipstick |
|---|---|---|---|---|---|---|
| Temp | Pulse | Resp. rate | BP | Repeat Vitals | Orthostatic Vitals | Nurses Signature |

Treatment / Advice

PACKING &
Bactrim DS (Blisters
Motrin 600mg) Given

GT L:

X-RAY ☐

EKG ☐          LAB ☐

☐ JSH   ☐ Provident   ☐ Other Hospital
☐ Sick Call   ☐ Specialty Clinic

Diagnosis:

Physician Signature / Pager Number

X Curley Hill
Signature of Patient or Responsible Person

Signature of Witness

Consent – I hereby authorize the physician and / or nurse in charge of emergency / or outpatient care
at Cermak Health Services to provide such treatment and medication as may be deemed necessary
or advisable by the physician to the diagnosis and treatment of this case while a patient at the hospital.
I further authorize Cermak Health Services to release necessary information to authorized physicians
for future care, or to insurance companies or other authorized agencies for completion of my care for
hospitalization or medical benefits, and to release medical information to public authorities.

Refusal of Treatment Release – I hereby refuse treatment in this case as advised by the
Physician in charge of emergency / or outpatient care at Cermak Health Services and I
hereby agree not to hold the physician or Cermak Health Services responsible for any
Harm or injury that may result from my action, and to release medical information to
Public authorities.

Form#: 863.15 Rev December 12, 2005

Signature of Patient or Responsible Person

Signature of Witness

☐   Sexual Assault Panel
RPR, HBsAG, HIV 1, HCV-Ab, HIV Consent,
Gonorrhea Culture:__Mouth __Anus __Urethra
☐   Post Exposure Panel
HIV 1, HCV-Ab, HBsAG/AB, RPR

Prev: HILL ANTHONY   = 42 FC- 08/26/09
DO#
Age:       09 022825F M#z 355244

Patient Name: HILL, ANTHONY
Birth Date:

MRN: 0035S244z
FIN: 20090057009

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**EMERGENCY RESPONSE / AMBULANCE REPORT SHEET FOR CCDOC**

Mark box ☒ on the left of answers or print in space provided.

Name: Hill Anthony        DOC #: 090057009    DOB: 7-30-'67

Date: 8/27/09        Division: 9213

| TIME INFORMATION | | Origin of Run or Site of Emergency | |
|---|---|---|---|
| Called: | 1320 W1 | | ☐ SHCC ER |
| Arrived Scene: | 1320 W1 | | ☐ Court |
| Departed Scene: | | | ☐ Oak Forest |
| Arrived at Hospital: | | | ☒ Division 9 |
| Returned to CHS | | | ☐ Other: |

CHIEF COMPLAINT / REASON FOR TRANSPORT: Packing Change

Called ER Cermak sts Bring to ER
8AM for Packing EVAL.

| Time | B/P | Pulse | Resp. | Temp. | Difib/Rhythm | O2 | Drugs/Solu. | Dose |
|---|---|---|---|---|---|---|---|---|
| | | | | | BLS | | | |

**Physical Findings:** Pt has A packing to
rearend area which he
recieved at a Hospital
on 8/24/09 before he
was locked up. pt sts it
has not been changed
pt care to Cermak
for EVAluation

**Assessment:**
1. AOX3

2. Packing Change to rearEND

3.

**Therapy Rendered:**
pt care to Cermak

| Mode of Transportation | Destination / Disposition |
|---|---|
| ☐ W/C  ☐ Stretcher  ☐ Stair Chair | ☒ Cermak ER  ☐ Remain in ER  ☐ Refer to S/C |
| ☐ Cart  ☐ Ambulance  ☒ Walk | ☐ SHCC ER  ☐ Oak Forest  ☐ Court  ☐ Other |

LACY                    CMT/ERT

signature of CMT/Paramedic/Title

Form#: 87503  Rev: May, 2003
1. Medical Chart
2. Resource Hospital
3. Cermak EMT Director

Name: HILL, ANTHONY
DOB:          Age - 42 FC - 08/26/09
Adm 20090057009 002623/MRN 385244

Page N:

21
CCSAO

Patient Name: HILL, ANTHONY
Birth Date:

MRN: 00355244z
FIN: 20090057009



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Prescription Order**
Medical Record Copy

Patient:_____ DOC# _____ D.O.B._____

Comments:_____ Allergy:_____

| Date/Time | PHYSICIAN ORDERS | Time/Nurse Initial |
|---|---|---|
| | | |
| | | |
| | PIN: HILL, ANTHONY | |
| | DOB-07/30/67 Age- 42 FC- 08/26/09 | |
| | Acct 20090057009 0028239 MR# 355244 | |
| | | |
| | | |
| | | |
| | | |
| MD Print/Sign | | |

Location:_____  ☐ Med/Surg   ☐ MHS

Initials  Print / Sign Name          Title

C H S 8 5 3 0 1

Patient Label

Form #: 853.01
Rev. Feb. 2008   White Copy: Medical Records   Pink Copy: Pharmacy   Green Copy: Nursing / CMT / Dialysis   Yellow Copy: Patient

---

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Prescription Orders**
Medical Record Copy

Patient: *HILL, ANTHONY*  DOC# *09-005700)*  D.O.B. *7/30/67*

Comments:_____  Allergy: *NKA*

| Date/Time | PHYSICIAN ORDERS | Time/Nurse Initial |
|---|---|---|
| 8/28/09 | -BACTRIM DS 1 tab B10 po × 1 week | |
| | a plenty of fluid × 1 week | |
| | -IBUPROFEN 600 mg. B10 po pc prn × 1 week | |
| | FOR PAIN × 1 week | |
| | | |
| | | |
| | | |
| | MD Print/Sign | |
| | Location: DIV. 9, 2/3   ☒ Med/Surg | PEDRO CRUZ, MD |

Initials  Print / Sign Name          Title

C H S 8 5 3 0 1

PIN: HILL, ANTHONY
DOB- 42 FC- 08/26/09
Acct 20090057009 0028239 MR# 355244

Form #: 853.01
Rev. Feb. 2008   White Copy: Medical Records   Pink Copy: Pharmacy   Green Copy: Nursing/CMT/Dialysis   Yellow Copy: Patient

ELIMINATED FROM CHRONIC RECC...

22

CCHHS...



**Cook County Bureau of Health Services**
1900 West Polk Street, Chicago, Illinois 60612
**Todd H. Stroger** - President, Board of Cook County Commissioners
**Affiliates**

Ambulatory & Community Health Network of Cook County          Oak Forest Hospital of Cook County
Cermak Health Services of Cook County                        Provident Hospital of Cook County
Cook County Department of Public Health                      Ruth M. Rothstein CORE Center
John H. Stroger, Jr. Hospital of Cook County

---

Patient Name: HILL, ANTHONY
Birth Date:
Gender: Male

Admission Date: 8/26/2009
Discharge Date: 2/19/2010

MRN: 00355244z
FIN: 20090057009

---

# Physical Therapy Outpt

## PHYSICAL THERAPY OUTPATIENT EVALUATION

Treatment date and time:february 15, 2010.
Patient Name: hill, anthony.
Patient Age/Date of Birth:  42 yr, aam, detainee at cook county jail, english-speaking.

HPI: has chronic l knee pain after l h/o orif in 1995. evaluate for strengthening & flexibilty.
PMH:l wrist, l knee & l elbow xrays on 11-5/09 were neg.
PT Referral for: eval & treat.

S: "I just want to get stronger with the l leg & better sleeping at night."
Pain scale: 10
Pt ID verified x 2:yes by officer twice
Observation:start with stat bike for 5 min's then did stand ex's for df/pf on edge of steps, then did wall slides, then did r & l leg steps ups for 20 reps then did sit ex includ hip march, laq's, then in sup did heel sldies, saq's with bolst, hip add/abd with sets, sm ball then in sidely for l hip abd (needed to put the sm bl ball under the leg to make it easier, then did pro quad str for both legs.
Posture: goodposture.
ROM:r leg wnl, then l knee flex/ext was 120-5 degrees df/pf were fine.
Strength: r leg 5, then l hip flex was 4+, hip add/abd was 4+, then df/pf were 5 then knee flex & ext were 4_.
Sensation: intact to both legs for ligch touch.
Balance: good in sitting then fair in stand.
Functional skill level/Mobility: went up & down 4 steps with supervvision (more painful up > than down.)
Gait: angtalgic gait l > than r .
Special tests: l leg did mcl, lcl, then pro/ant drawer all neg except for med-cl. neg compr to patellar.
Treatment:gave written hep.

A/Treatment Responses:pt tol tx fairly well & would benefit from further visits at Cermak fo OPPT goals for leg progression.

Facility: CHS

*CONFIDENTIAL* – If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

23

CCSAO



**Cook County Bureau of Health Services**
1900 West Polk Street, Chicago, Illinois 60612
**Todd H. Stroger** - President, Board of Cook County Commissioners
**Affiliates**
Ambulatory & Community Health Network of Cook County       Oak Forest Hospital of Cook County
Cermak Health Services of Cook County                      Provident Hospital of Cook County
Cook County Department of Public Health                     Ruth M. Rothstein CORE Center
John H. Stroger, Jr. Hospital of Cook County

Patient Name: HILL, ANTHONY
Birth Date:
Gender: Male

Admission Date: 8/26/2009
Discharge Date: 2/19/2010

MRN: 00355244z
FIN: 20090057009

## Physical Therapy Outpt

**Short Term Goals:** to increase mob r leg to wnl, to increase mmt to 5, to be able to go up & down 16 steps indep, to walk 4-5 blocks to gym indep, to be able to do functional ease of adls without pain.

**P:cont for further visits at Cermak for goals above for OPPT for leg progression.**

Electronically Authored On: 15-FEB-10 15:34
Electronically Signed By: BERGERON, SUSANNE
CHS - Allied Healthcare - Physical Therapist

## Radiology Results

Exam Date/Time:
11/5/2009 2:00:00 PM

Radiology Order:
Elbow AP/Lat Left

Ordering Dr.:
DE FUNIAK, ANDREW

Accession Number:
DX-09-0186815

Reason for Exam

1-Trauma

Findings

No recent fracture or dislocation is seen.

Incidentally noted is a anterior fat pad, which is non-specific and may signify some deep joint effusion.

Facility: CHS

*CONFIDENTIAL* – If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

24

CCSAO



**Cook County Bureau of Health Services**
1900 West Polk Street, Chicago, Illinois 60612
**Todd H. Stroger** - President, Board of Cook County Commissioners
**Affiliates**
Ambulatory & Community Health Network of Cook County     Oak Forest Hospital of Cook County
Cermak Health Services of Cook County                    Provident Hospital of Cook County
Cook County Department of Public Health                  Ruth M. Rothstein CORE Center
John H. Stroger, Jr. Hospital of Cook County

---

Patient Name: HILL, ANTHONY
Birth Date: ███████
Gender: Male

Admission Date: 8/26/2009
Discharge Date: 2/19/2010

MRN: 00355244z
FIN: 20090057009

---

## Radiology Results

Exam Date/Time:
11/5/2009 2:00:00 PM

Radiology Order:
Elbow AP/Lat Left

Ordering Dr.:
DE FUNIAK, ANDREW

Accession Number:
DX-09-0186815

Impression

AS ABOVE.


****FINAL REPORT****
Reading Radiologist: SOBTI, PAMELA
Electronically Signed by: SOBTI, PAMELA
On: 11/18/2009 11:33 am

Exam Date/Time:
11/5/2009 2:00:00 PM

Radiology Order:
Knee AP/Lat w/ Obliques 3
Views Left

Ordering Dr.:
DE FUNIAK, ANDREW

Accession Number:
DX-09-0186817

Reason for Exam

1-Trauma

Findings

No recent fracture or dislocation is seen. Metallic screws are projecting in the distal femur and tibia.

There is irregularity of the tibial plateau and the tibial spines, seen on the AP view, which may be due to old healing fracture(?). Acute non-displaced fracture here cannot be entirely excluded.

Please correlate clinically and if indicated CT scan is recommend for further evaluation.

There is fullness in the suprapatellar region.

Facility: CHS

*CONFIDENTIAL* – If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

25

CCSAO



**Cook County Bureau of Health Services**
1900 West Polk Street, Chicago, Illinois 60612
Todd H. Stroger – President, Board of Cook County Commissioners
**Affiliates**

| | |
|---|---|
| Ambulatory & Community Health Network of Cook County | Oak Forest Hospital of Cook County |
| Cermak Health Services of Cook County | Provident Hospital of Cook County |
| Cook County Department of Public Health | Ruth M. Rothstein CORE Center |
| John H. Stroger, Jr. Hospital of Cook County | |

Patient Name: HILL, ANTHONY
Birth Date:
Gender: Male

Admission Date: 8/26/2009
Discharge Date: 2/19/2010

MRN: 00355244z
FIN: 2009057009

## Radiology Results

Exam Date/Time:
11/5/2009 2:00:00 PM

Radiology Order:
Knee AP/Lat w/ Obliques 3
Views Left

Ordering Dr.:
DE FUNIAK, ANDREW

Accession Number:
DX-09-0186817

Impression

AS ABOVE.

****FINAL REPORT****
Reading Radiologist: SOBTI, PAMELA
Electronically Signed by: SOBTI, PAMELA
On: 11/18/2009 11:33 am

Exam Date/Time:
11/5/2009 2:00:00 PM

Radiology Order:
Wrist Min 3 Views Left

Ordering Dr.:
DE FUNIAK, ANDREW

Accession Number:
DX-09-0186816

Reason for Exam

1-Trauma

Findings

No recent fracture or dislocation is seen.

Metallic pins/fixation device are noted in the projection of the distal radius and ulna. Mild soft tissue swelling is seen.

Facility: CHS

*CONFIDENTIAL* – If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

26

CCSAO



**Cook County Bureau of Health Services**
1900 West Polk Street, Chicago, Illinois 60612
**Todd H. Stroger** - President, Board of Cook County Commissioners
**Affiliates**

Ambulatory & Community Health Network of Cook County    Oak Forest Hospital of Cook County
Cermak Health Services of Cook County    Provident Hospital of Cook County
Cook County Department of Public Health    Ruth M. Rothstein CORE Center
John H. Stroger, Jr. Hospital of Cook County

---

Patient Name: HILL, ANTHONY
Birth Date:
Gender: Male

Admission Date: 8/26/2009
Discharge Date: 2/19/2010

MRN: 00355244z
FIN: 20090057009

---

# Radiology Results

Exam Date/Time:
11/5/2009 2:00:00 PM

Radiology Order:
Wrist Min 3 Views Left

Ordering Dr.:
DE FUNIAK, ANDREW

Accession Number:
DX-09-0186816

Impression

AS ABOVE.


****FINAL REPORT****
Reading Radiologist: SOBTI, PAMELA
Electronically Signed by: SOBTI, PAMELA
On: 11/18/2009 11:33 am

Exam Date/Time:
1/12/2010 5:03:37 PM

Radiology Order:
US Scrotum/Testicle Right

Ordering Dr.:
PATEL, MANISHA

Accession Number:
US-10-0000566

Reason for Exam

4-Palpable Mass


Findings

Patient is a 43 year old male with a history of right testicular cyst. No prior films are available for comparison. Bilateral ultrasound was performed. There are bilateral small hydrocele's. No testicular masses are identified. Blood flow is identified in each testicle. The left testicle measures approximately 2.7cm. The epididymis measures 9.1mm. The right testicle measures 2.9 X 3.6 X 1.7cm. The epididymis measures 9mm. There is a small 2mm epididymal cyst present.


Impression

NO EVIDENCE OF TESTICULAR MASSES. NORMAL BLOOD FLOW.

SMALL RIGHT EPIDIDYMAL CYST MEASURES 2MM.

Facility: CHS

CONFIDENTIAL – If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

27

CCSAO



**Cook County Bureau of Health Services**
1900 West Polk Street, Chicago, Illinois 60612
**Todd H. Stroger** – President, Board of Cook County Commissioners
**Affiliates**
Ambulatory & Community Health Network of Cook County
Cermak Health Services of Cook County
Cook County Department of Public Health
Oak Forest Hospital of Cook County
Provident Hospital of Cook County
Ruth M. Rothstein CORE Center
John H. Stroger, Jr. Hospital of Cook County

---

Patient Name: HILL, ANTHONY
Birth Date: ▮▮▮▮▮▮
Gender: Male

Admission Date: 8/26/2009
Discharge Date: 2/19/2010

MRN: 00355244z
FIN: 20090057009

---

# Radiology Results

Exam Date/Time:
1/12/2010 5:03:37 PM

Radiology Order:
US Scrotum/Testicle Right

Ordering Dr.:
PATEL, MANISHA

Accession Number:
US-10-0000566

**SMALL BILATERAL HYDROCELE'S.**

****FINAL REPORT****
Reading Radiologist: KEEN, JOHN
Electronically Signed by: KEEN, JOHN
On: 01/19/2010 10:16 am

Facility: CHS

*CONFIDENTIAL* – If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

28
CCSAO



**Cook County Bureau of Health Services**
1900 West Polk Street, Chicago, Illinois 60612
**Todd H. Stroger** - President, Board of Cook County Commissioners
**Affiliates**

| | |
|---|---|
| Ambulatory & Community Health Network of Cook County | Oak Forest Hospital of Cook County |
| Cermak Health Services of Cook County | Provident Hospital of Cook County |
| Cook County Department of Public Health | Ruth M. Rothstein CORE Center |
| John H. Stroger, Jr. Hospital of Cook County | |

Patient Name: HILL, ANTHONY
Birth Date:
Gender: Male

Admission Date: 8/26/2009
Discharge Date: 2/19/2010

MRN: 00355244z
FIN: 20090057009

## G e n e r a l   C h e m i s t r y

## General Chemistry

Date  12/28/2009
Time  11:52:00 AM

| Procedure | Units | |
|---|---|---|
| Na | mEq/L | 141 |
| K | mEq/L | 4.2 |
| Cl | mEq/L | 103 |
| CO2 | mEq/L | 31 |
| Anion Gap | | 7 |
| Glucose serum | mg/dL | 88 |
| BUN | mg/dL | 14 |
| Creat | mg/dL | 1.1 |
| Ca | mg/dL | 9.3 |
| GFR (Calculated) | | 94 |
| Phos | mg/dL | 3.7 |
| Uric Acid | mg/dL | 4.0 |
| Protein Total | g/dL | 7.1 |
| Albumin | g/dL | 4.2 |
| Bilirubin Total | mg/dL | 0.4 |
| Bilirubin Direct | mg/dL | 0.1 |
| Alk Phos | U/L | 37 |
| GGT | U/L | 20 |
| Cholesterol | mg/dL | 205 |
| HDL Cholesterol | mg/dL | 58 |
| LDL Cholesterol | | 120 |
| Cholesterol/HDL Ratio | | 3.5 |
| Triglycerides | mg/dL | 136 |

12/28/2009 11:52:00 AM  GFR (Calculated):
Corrected from 94 on 12/28/2009 1:28:00 PM by Contributor_system, SCC_CHS

Facility: CHS

*CONFIDENTIAL* – If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

29

CCS AO



**Cook County Bureau of Health Services**
1900 West Polk Street, Chicago, Illinois 60612
**Todd H. Stroger** - President, Board of Cook County Commissioners
**Affiliates**

| | |
|---|---|
| Ambulatory & Community Health Network of Cook County | Oak Forest Hospital of Cook County |
| Cermak Health Services of Cook County | Provident Hospital of Cook County |
| Cook County Department of Public Health | Ruth M. Rothstein CORE Center |

John H. Stroger, Jr. Hospital of Cook County

---

| Patient Name: HILL, ANTHONY | Admission Date: 8/26/2009 | MRN: 00355244z |
|---|---|---|
| Birth Date: | Discharge Date: 2/19/2010 | FIN: 2009057009 |
| Gender: Male | | |

---

## G e n e r a l   C h e m i s t r y

### General Chemistry

12/28/2009 11:52:00 AM  GFR (Calculated):
Estimated GFR: (mL/min/1.73 sq m)

>= 90   Normal or increased GFR
60-89   Mild reduction in GFR, Clinical correlation needed
30-59   Moderate reduction in GFR(CKD Stage3)
15-29   Severe reduction in GFR(CKD Stage4)
<15   Kidney failure  (CKD Stage 5)

GFR IS ESTIMATED USING CREATININE, AGE, GENDER AND RACE
(4-v MDRD).ESTIMATED GFR VALUES ARE NOT ACCURATE IN: OBESE
(BMI >34)OR UNDERWEIGHT (BMI <20) PEOPLE, THE VERY OLD OR
VERY YOUNG, RACES OTHER THAN CAUCASIAN OR AFRICAN AMERICAN,
AND PEOPLE WITH ACUTE KIDNEY FAILURE, ACUTE ILLNESS,
OR AMPUTATIONS.

---

## G e n e r a l   H e m a t o l o g y

### General Hematology

| | Date | 12/28/2009 |
|---|---|---|
| | Time | 11:43:00 AM |

| Procedure | Units | |
|---|---|---|
| WBC | k/uL | 5.0 |
| RBC | mil/uL | 4.40 |
| HGB | g/dL | 13.7 |
| HCT | % | 40.5 |
| MCV | fL | 91.9 |
| MCH | pg | 31.1 |
| MCHC | g/dL | 33.9 |
| RDW | % | 14.8 |
| PLT | k/uL | 204 |

Facility: CHS

*CONFIDENTIAL* – If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

30
CCSAO



**Cook County Bureau of Health Services**
1900 West Polk Street, Chicago, Illinois 60612
**Todd H. Stroger** - President, Board of Cook County Commissioners
**Affiliates**

Ambulatory & Community Health Network of Cook County      Oak Forest Hospital of Cook County
Cermak Health Services of Cook County                     Provident Hospital of Cook County
Cook County Department of Public Health                   Ruth M. Rothstein CORE Center
John H. Stroger, Jr. Hospital of Cook County

| | | |
|---|---|---|
| Patient Name: HILL, ANTHONY<br>Birth Date:<br>Gender: Male | Admission Date: 8/26/2009<br>Discharge Date: 2/19/2010 | MRN: 00355244z<br>FIN: 20090057009 |

## Urinalysis

### Urinalysis

| | Date | 12/28/2009 |
|---|---|---|
| | Time | 12:09:00 PM |

| Procedure | Units | |
|---|---|---|
| Color Urn | | YELLOW |
| Appearance | | CLEAR |
| Spec Gravity Urn | | 1.021 |
| Ph Urn | | 5.5 |
| Protein Urn | | NEG |
| Glucose Urn | | NEG |
| Ketones Urn | | NEG |
| Bilirubin Urn | | NEG |
| Blood Urn | | NEG |
| Nitrite Urn | | NEG |
| Urobilinogen | | NORMAL |
| Leukocyte Esterase | | NEG |
| Epithelial Cells | | <1 |
| Mucous | | RARE |
| RBC Urn | | 1 |
| WBC Urn | | <1 |

Facility: CHS

*CONFIDENTIAL* – If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

31

CCSAO



**Cook County Bureau of Health Services**
1900 West Polk Street, Chicago, Illinois 60612
**Todd H. Stroger** - President, Board of Cook County Commissioners
**Affiliates**
Ambulatory & Community Health Network of Cook County    Oak Forest Hospital of Cook County
Cermak Health Services of Cook County    Provident Hospital of Cook County
Cook County Department of Public Health    Ruth M. Rothstein CORE Center
John H. Stroger, Jr. Hospital of Cook County

| | | |
|---|---|---|
| Patient Name: HILL, ANTHONY<br>Birth Date:<br>Gender: Male | Admission Date: 8/26/2009<br>Discharge Date: 2/19/2010 | MRN: 00355244z<br>FIN: 20090057009 |

## Microbiology Results

PROCEDURE: Culture Urine
SOURCE: Urine

COLLECTED: 01/08/2010 15:28
STARTED: 01/08/2010 15:28
ACCESSION: A9082191

Final Report
Verified:01/11/2010 09:24
No growth

Preliminary Report
Verified:01/09/2010 08:35
Culture incubating, positives will be reported when
detected.

## Endocrinology

### Endocrinology

| Procedure | Units | Date<br>Time 1/8/2010<br>11:49:00 AM | 12/28/2009<br>11:52:00 AM |
|---|---|---|---|
| TSH | uIU/mL | | 1.240 |
| PSA Total TOSOH | ng/mL | 0.51 | |

## Orders

| Order Date/Time:: | 11/5/2009 1:31:58 PM |
|---|---|
| Order Name:: | Knee AP/Lat w/Obliques 3 Views Left |

Page Number: 4 of 39     Facility: CHS

CONFIDENTIAL – If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

32
CCSAO



**Cook County Bureau of Health Services**
1900 West Polk Street, Chicago, Illinois 60612
**Todd H. Stroger** – President, Board of Cook County Commissioners
**Affiliates**

| | |
|---|---|
| Ambulatory & Community Health Network of Cook County | Oak Forest Hospital of Cook County |
| Cermak Health Services of Cook County | Provident Hospital of Cook County |
| Cook County Department of Public Health | Ruth M. Rothstein CORE Center |

John H. Stroger, Jr. Hospital of Cook County

| | | |
|---|---|---|
| Patient Name: HILL, ANTHONY | Admission Date: 8/26/2009 | MRN: 0035524z |
| Birth Date: | Discharge Date: 2/19/2010 | FIN: 20090057009 |
| Gender: Male | | |

---

## 𝑶𝒓𝒅𝒆𝒓𝒔

(Continued)

| Order Action: | Ordering Dr: |
|---|---|
| Complete | DE FUNIAK, ANDREW |
| Status Change | DE FUNIAK, ANDREW |
| Order | DE FUNIAK, ANDREW |
| | Order Details:: Stat, 11/05/09 13:31:00, 1-Trauma, states bt today, no swelling or bruising noted. states old fx w/ hardware., Ambulatory |

| Order Date/Time:: | 11/5/2009 1:31:58 PM |
|---|---|
| **Order Name::** | **Elbow AP/Lat Left** |
| Order Action: | Ordering Dr: |
| Complete | DE FUNIAK, ANDREW |
| Status Change | DE FUNIAK, ANDREW |
| Order | DE FUNIAK, ANDREW |
| | Order Details:: Stat, 11/05/09 13:32:00, 1-Trauma, Ambulatory |

| Order Date/Time:: | 11/5/2009 1:31:58 PM |
|---|---|
| **Order Name::** | **Wrist Min 3 Views Left** |
| Order Action: | Ordering Dr: |
| Complete | DE FUNIAK, ANDREW |
| Status Change | DE FUNIAK, ANDREW |
| Order | DE FUNIAK, ANDREW |
| | Order Details:: Stat, 11/05/09 13:32:00, 1-Trauma, Ambulatory |

| Order Date/Time:: | 12/24/2009 2:09:00 PM |
|---|---|
| **Order Name::** | **GFR (Calculated)** |
| Order Action: | Ordering Dr: |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Order | PATEL, MANISHA |
| | Order Details:: 12/28/09 11:52:00, Blood, Routine |

Facility: CHS

*CONFIDENTIAL* – If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

33

CCSAO



**Cook County Bureau of Health Services**
1900 West Polk Street, Chicago, Illinois 60612
**Todd H. Stroger** - President, Board of Cook County Commissioners
**Affiliates**

| | |
|---|---|
| Ambulatory & Community Health Network of Cook County | Oak Forest Hospital of Cook County |
| Cermak Health Services of Cook County | Provident Hospital of Cook County |
| Cook County Department of Public Health | Ruth M. Rothstein CORE Center |
| John H. Stroger, Jr. Hospital of Cook County | |

| | | |
|---|---|---|
| Patient Name: HILL, ANTHONY | Admission Date: 8/26/2009 | MRN: 00355244z |
| Birth Date: | Discharge Date: 2/19/2010 | FIN: 20090057009 |
| Gender: Male | | |

## *Orders*

| Order Date/Time:: | 12/24/2009 2:09:45 PM |
|---|---|
| Order Name:: | Complete Blood Count |
| **Order Action:** | **Ordering Dr:** |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Order | PATEL, MANISHA |
| | **Order Details::** 12/24/09 14:09:00, Blood, Routine |

| Order Date/Time:: | 12/24/2009 2:09:45 PM |
|---|---|
| Order Name:: | Basic Metabolic Profile |
| **Order Action:** | **Ordering Dr:** |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Order | PATEL, MANISHA |
| | **Order Details::** 12/24/09 14:09:00, Blood, Routine |

| Order Date/Time:: | 12/24/2009 2:09:45 PM |
|---|---|
| Order Name:: | Urinalysis |
| **Order Action:** | **Ordering Dr:** |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Order | PATEL, MANISHA |

Facility: CHS

*CONFIDENTIAL* – If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

34

CCSAO



**Cook County Bureau of Health Services**
1900 West Polk Street, Chicago, Illinois 60612
**Todd H. Stroger** – President, Board of Cook County Commissioners
**Affiliates**

Ambulatory & Community Health Network of Cook County        Oak Forest Hospital of Cook County
Cermak Health Services of Cook County                       Provident Hospital of Cook County
Cook County Department of Public Health                     Ruth M. Rothstein CORE Center
John H. Stroger, Jr. Hospital of Cook County

---

Patient Name: HILL, ANTHONY
Birth Date:
Gender: Male

Admission Date: 8/26/2009
Discharge Date: 2/19/2010

MRN: 00355244z
FIN: 20090057009

---

# Orders

(Continued)

Order Details:: 12/24/09 14:09:00, Urine, Routine

| Order Date/Time:: | 12/24/2009 2:09:45 PM |
|---|---|
| Order Name:: | TSH |
| **Order Action:** | **Ordering Dr:** |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Order | PATEL, MANISHA |

Order Details:: 12/24/09 14:09:00, Blood, Routine

| Order Date/Time:: | 12/24/2009 2:09:45 PM |
|---|---|
| Order Name:: | Lipid Profile |
| **Order Action:** | **Ordering Dr:** |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Order | PATEL, MANISHA |

Order Details:: 12/24/09 14:09:00, Blood, Routine

| Order Date/Time:: | 12/24/2009 2:09:45 PM |
|---|---|
| Order Name:: | Liver Profile |
| **Order Action:** | **Ordering Dr:** |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |

Facility: CHS

*CONFIDENTIAL* – If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

35

CCSAO



**Cook County Bureau of Health Services**
1900 West Polk Street, Chicago, Illinois 60612
**Todd H. Stroger** - President, Board of Cook County Commissioners
**Affiliates**

| | |
|---|---|
| Ambulatory & Community Health Network of Cook County | Oak Forest Hospital of Cook County |
| Cermak Health Services of Cook County | Provident Hospital of Cook County |
| Cook County Department of Public Health | Ruth M. Rothstein CORE Center |

John H. Stroger, Jr. Hospital of Cook County

| Patient Name: HILL, ANTHONY | Admission Date: 8/26/2009 | MRN: 0035524dz |
|---|---|---|
| Birth Date: | Discharge Date: 2/19/2010 | FIN: 20090057009 |
| Gender: Male | | |

# Orders

(Continued)

| | |
|---|---|
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Order | PATEL, MANISHA |
| | Order Details:: 12/24/09 14:09:00, Blood, Routine |

| Order Date/Time:: | 1/7/2010 10:23:40 AM |
|---|---|
| Order Name:: | PSA Total |
| Order Action: | Ordering Dr: |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Order | PATEL, MANISHA |
| | Order Details:: 01/07/10 10:23:00, Blood, Routine |

| Order Date/Time:: | 1/7/2010 10:23:40 AM | Discontinued Date/Time: | 1/7/2010 10:27:00 AM |
|---|---|---|---|
| Order Name:: | HCG Total Serum (SHCC) | | |
| Order Action: | Ordering Dr: | | |
| Discontinue | PATEL, MANISHA | | |
| Order | PATEL, MANISHA | | |
| | Order Details:: 01/07/10 10:23:00, Blood, Routine | | |

| Order Date/Time:: | 1/7/2010 10:23:40 AM | Discontinued Date/Time: | 1/7/2010 10:27:00 AM |
|---|---|---|---|
| Order Name:: | Alpha Fetoprotein Tumor Marker | | |
| Order Action: | Ordering Dr: | | |
| Discontinue | PATEL, MANISHA | | |
| Order | PATEL, MANISHA | | |
| | Order Details:: 01/07/10 10:23:00, Blood, Routine | | |

| Order Date/Time:: | 1/7/2010 10:23:40 AM |
|---|---|
| Order Name:: | Culture Urine |
| Order Action: | Ordering Dr: |
| Cancel | PATEL, MANISHA |
| Order | PATEL, MANISHA |
| | Order Details:: 01/07/10 10:24:00, Urine, Routine, Nurse / Provider Collect, Hold Until Collected |

Page Number: 8 of 39

Facility: CHS

*CONFIDENTIAL* – If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

36
CCSAO



**Cook County Bureau of Health Services**
1900 West Polk Street, Chicago, Illinois 60612
**Todd H. Stroger** - President, Board of Cook County Commissioners
**Affiliates**

| | |
|---|---|
| Ambulatory & Community Health Network of Cook County | Oak Forest Hospital of Cook County |
| Cermak Health Services of Cook County | Provident Hospital of Cook County |
| Cook County Department of Public Health | Ruth M. Rothstein CORE Center |
| John H. Stroger, Jr. Hospital of Cook County | |

---

| | | |
|---|---|---|
| Patient Name: HILL, ANTHONY<br>Birth Date:<br>Gender: Male | Admission Date: 8/26/2009<br>Discharge Date: 2/19/2010 | MRN: 00355244z<br>FIN: 20090057009 |

---

## 𝒪 𝓇 𝒹 𝑒 𝓇 𝓈

| Order Date/Time:: | 1/7/2010 10:24:39 AM |
|---|---|
| **Order Name::** | US Scrotum/Testicle Right |
| **Order Action:** | **Ordering Dr:** |
| Complete | PATEL, MANISHA |
| Status Change | PATEL, MANISHA |
| Order | PATEL, MANISHA |
| | **Order Details::** Routine, 01/07/10 10:24:00, 4-Palpable Mass, h/o of r testicular cyst, Ambulatory |

| Order Date/Time:: | 1/8/2010 3:26:00 PM |
|---|---|
| **Order Name::** | Culture Urine |
| **Order Action:** | **Ordering Dr:** |
| Status Change | <Unknown> |
| Status Change | <Unknown> |
| Status Change | <Unknown> |
| Status Change | <Unknown> |
| Order | <Unknown> |
| | **Order Details::** 01/08/10 0:00:00, Urine, Routine, Hold Until Collected |

---

## 𝒞 𝐻 𝒮    𝐼 𝓃 𝒻 𝒾 𝓇 𝓂 𝒶 𝓇 𝓎

---

Page Number: 9 of 39

Facility: CHS

*CONFIDENTIAL* – If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

37

CCSAO

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Progress Notes**

☑ Mental Health
☐ Medical
☐ Nursing

| | |
|---|---|
| 2/11/10<br>1:54 pm | Psychiatry<br>Pt is concerned that the has some urinary dribbling possibly 2° to Risperidone. He has no other complaints. Will ↓ Risperdal to 1mg po qAM and follow up in 2 wks.<br>A - Possible Risperidone side effect.<br>P - RTC in 2wks<br>Jim Mynatt MD |
| 2/18/10<br>1:10 pm | Psych<br>Meds reviewed. Pt does not Return to clinic needed<br>Abe Mynatt MD |

**S** = Subjective     **P** = Problem

**O** = Objective      **A** = Assessment

**A** = Assessment     **I** = Intervention

**P** = Plan           **E** = Evaluation

Hill, Anthony
2009 005 7069
PATIENT LABEL

38

CCSAO

Form: 85226  Rev: May, 2003

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Progress Notes**

☐ Mental Health
☐ Medical
☐ Nursing

2/4/10 Thurs. — Sick Call

B/ 115/61   P 59   T 97.7   R 20

C/O (L) Knee pain + Chronic
headache — NKA — ⊖ medical
condition                    Gibson

S:   42 y/o AA → c̄ [illegible]

Hx of HTN
- ? Rx of CAD
- psych, D/o

LDL 120
CBC [illegible] GNL

[large amount of illegible handwritten clinical notes]

O: [illegible] NAD [illegible]
lungs: clear
heart: [illegible]
EKG: [illegible] (L) Knee [illegible] swelling
[illegible] tenderness [illegible]

A/P - HTN → excellent control [illegible]
- ? Hx CAD / MI # 2004

S = Subjective      P = Problem
O = Objective       A = Assessment
A = Assessment      I = Intervention
P = Plan            E = Evaluation

Form: 85226 Rev: May, 2003

[barcode]

[illegible] Anthony
2009-005 [illegible]

39
CCSAO

(2/4/10 @ [illegible]) RTC on 4/1/10. — C. [illegible] (AP)

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Progress Notes**

☐ Mental Health
☐ Medical
☐ Nursing

| 1-28-10 | 10AN # in Court. | Officer |
|---|---|---|
| 1-28-2010 @ 1:30PM | Rec on 2/4/10. | C. Perez RN |

**S** = Subjective
**O** = Objective
**A** = Assessment
**P** = Plan

**P** = Problem
**A** = Assessment
**I** = Intervention
**E** = Evaluation

Hill, Anthony

2009-0057009

PATIENT LABEL

Form: 85226  Rev: May, 2003

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Progress Notes**

☑ Mental Health
☐ Medical
☐ Nursing

| | | |
|---|---|---|
| 1/14/09 | | *Dyclovate* |
| 3²¹pu | | Pt is c/o problems c sleep |
| | | Pt's meds revised |
| | | Will f/u at next clinic visit |
| | | ~ M. Mynal (?) |

S = Subjective     P = Problem
O = Objective     A = Assessment
A = Assessment     I = Intervention
P = Plan     E = Evaluation

Hill, Anthony
2009005700?
PATIENT LABEL

41
CCSAO

Form: 85226 Rev: May, 2003

Cermak Health Services of Cook County
2800 South California Avenue
Chicago, Illinois 60608

**Progress Notes**

☐ Mental Health
☐ Medical
☐ Nursing

| Date – Time | Prob. No. | SIGN ALL NOTATIONS |
|---|---|---|
| 10/7/10 | 9:58am | T 98. B/P 125/79 P 55 · R 18 — |
| | | ① flu labs - lytes |
| | | LFT |
| | | lipid } nl |
| | | CBC |
| | | U/A |
| | | TSH |
| | | ② chronic Ⓡ knee pain - h/o ORIF ~1995 |
| | | seen 2wk ago PT ordered not in |
| | | Cermak |
| | | - reordered PT ( 1161727 ) |
| | | ③ h/o testicular cyst - states |
| | | unable to appreciate mass/nodule pt |
| | | ✓ Ⓡ scrotum U/S persistent there is |
| | | ✓ HCG/AFP ___ a mass. |
| | | ④ h/o "prostate problems" - was suppose to see |
| | | urologist |
| | | occasional hesitancy/dribbling |
| | | - ✓PSA ✓urine cult |
| | | - will refer to urologist (defer rectal |
| | | to urology) |
| | | ⑤ recurrent buttock abscess |
| | | Ø current abscess |
| | | - refer recurrence. |
| | | ⑥ h/o HTN - (nl B) |
| | | CPMx ⑦ 4P/o status CPM. |
| | | Sc < 2-3 WU |

ASA
enalapril
naproxen
trazodone

S = Subjective
O = Objective
A = Assessment
P = Plan

P = Problem
A = Assessment
I = Intervention
E = Evaluation

Hill Anthony
8009 · 0057009
4A PATIENT LABEL

42
CCSAO

(1/2/10 @ 22½ au) Rfc on 1/28/2010. ——— C. Colver (AA)

BK 8/26/09        DL 12/19/60        35-52-44

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Progress Notes**

☑ Mental Health
☐ Medical
☐ Nursing

## PSYCHOLOGIST NOTE

| Demographic Information: | | Date: 1/14/10    Time: 1512 Location: 10-4a |
|---|---|---|

Age: 42 Race: ☐ EA ☑ AA ☐ LA ☐ Other:        Sex: ☑ Male ☐ Female

Charge: RD, PCS  Bond: None  Court Date: UNK

Reason for referral: Patient evaluated during medication clinic

History:

☑ 1 ☐ 2 ☐ 3 ☐ 5

**ACTIVE STATUS TEAM:**

☑ Patient history on file in medical

Current Symptoms:

| Depressive symptoms: | ☐ Reports ☑ Denies | Additional details: |
|---|---|---|
| Manic / Hypomanic symptoms: | ☐ Reports ☑ Denies | |
| Anxiety symptoms: | ☐ Reports ☑ Denies | |
| SHI plan/intent: | ☐ Reports ☑ Denies | |
| Perceptual disturbances: | ☐ Reports ☑ Denies | |
| Delusional material: | ☐ Expressed ☑ None expressed | |

Current Treatment(s):

| Currently prescribed psychotropic medications: | ☑ Reports ☐ Denies ☐ Unable to assess |
|---|---|
| Medication compliance: | ☑ Reports ☐ Denies ☐ Unable To Assess ☐ Not |
| If 'Denies', reason why, per patient: | |

MSE: (check all that apply)

| Alertness: | ☑ Alert | ☐ Somnolent | ☐ Unconscious | ☐ Other: |
|---|---|---|---|---|
| Level of cooperation: | ☑ Cooperative | ☐ Uncooperative | | ☐ Other: |
| Orientation: | ☑ Oriented x4 | ☐ Oriented x ___ + reorient | | |

| **S** = Subjective | **P** = Problem |
|---|---|
| **O** = Objective | **A** = Assessment |
| **A** = Assessment | **I** = Intervention |
| **P** = Plan | **E** = Evaluation |

Form: 85228  Rev: May, 2003

Hill, Anthony
20090057009 / 0355244
Patient Label        8/26/09        CCSAO

43



**Cermak Health Services of Cook County**
2800 S. California Avenue
Chicago, IL 60608

**Progress Notes**

☑ Mental Health
☐ Medical
☐ Nursing

| | | |
|---|---|---|
| Appearance: | | ☑ Appears stated age ☐ Appears younger than stated age |
| | | ☐ Appears older than stated age |
| Grooming / Hygiene: | | ☐ Excellen ☐ Very good ☑ Good ☐ Fair ☐ Poor |
| Attire: | | ☑ Clean attire, worn appropriately ☐ Other: |
| Speech: | | |
| Amount: | | ☑ WNL ☐ Verbose ☐ Overabundant ☐ Expansive |
| | | ☐ Pancity of speech ☐ Impoverished ☐ Single-word answers |
| | | ☐ Other: |
| Rate: | | ☑ WNL ☐ Pressured ☐ Slow ☐ Other: |
| Modulation: | | ☑ WNL ☐ Loud ☐ Soft ☐ Other: |
| Response latency: | | ☑ WNL ☐ Delayed ☐ Quick ☐ Other: |
| Prosedy: | | ☑ WNL ☐ Mumbled ☐ Stutter ☐ Other: |
| Eye contact: | | ☑ Good ☐ Continuous ☐ Intermittent ☐ Fleeting |
| | | ☐ Absent ☐ Other: |
| Attention/Concentration: | | ☑ Good ☐ Fair ☐ Poor |
| Recent/Remote memory: | | ☑ Grossly intact ☐ Possible impairment |
| Motor/Gait: | | ☑ No problems observed ☐ Other: |
| Thought Process: | | ☑ Organized ☐ Disorganized |
| | | ☐ Progressively organized ☐ Progressively disorganized |
| | | ☐ Organized with redirection ☐ Other |
| | | FOI ☐ + ☑ – ☐ Mild ☐ Moderate ☐ Severe |
| | | LOA ☐ + ☑ – ☐ Mild ☐ Moderate ☐ Severe |
| Thought Content: | | Perceptual disturbances: ☐ Reports ☑ Denies ☐ Unable To Assess |
| | | Suicidal or Homicidal Ideation/Plan/Intent: ☐ Reports ☑ Denies ☐ Unable To Assess |
| | | Delusional Material: ☑ None expressed ☐ Expressed ☐ Unable to Assess |

**S** = Subjective  **P** = Problem

**O** = Objective  **A** = Assessment

**A** = Assessment  **I** = Intervention

**P** = Plan  **E** = Evaluation



Hill, Anthony
20090057009 / 0355244
8/26/09

44
CCSAO

Form: 85226  Rev: May, 2003



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Progress Notes**

☒ Mental Health
☐ Medical
☐ Nursing

Affect:>>>>>>>>>>>>>>> full range, appropriate to content

Sleep:>>>>>>>>>>>>>>> "allright"          (~ 5 - 8 hrs/24hrs)

Appetite:>>>>>>>>>>>>>> "Good"

Insight / Impulse Control / Judgment:>>>>>>>>>>>>>>>> fair

**Additional Comments:** NONE

**Diagnostic Impressions:**

Axis I:   799.9    Deferred

Axis II:  799.9    Deferred

Axis III: See patient chart

**Recommendations:**

☑ Return to housing unit at this time.

☑ Not in need of admission to intake/diagnostic/crisis/acute care psychiatric unit at this time.

☑ Advised on how to seek mental health services is needed in the future. Patient verbalized understanding.

☐ Transfer to housing unit (                    ) at this

☐ Admit to 2N via Emergency Department.

☐ Consider Close Observation.

☐ Consider Paper Gown and Wool Blanket.

☐ Consider Full Leather Restraints for protection of self / others.

☐ Other:

Evaluator signature: _____      Date: _____ 01/14/10 _____

Daniel G. Morjal, Psy.D.
Clinical Psychologist

S = Subjective          P = Problem

O = Objective           A = Assessment

A = Assessment          I = Intervention

P = Plan                E = Evaluation



Hill, Anthony
20090057009 / 0355244
8/26/09
45
CCSAO

Form: 85226  Rev. May, 2003

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Progress Notes**

☐ Mental Health
☐ Medical
☐ Nursing

| Date/Time | | |
|---|---|---|
| 12-17-09 PSYCH 14:30 | S: | Pt states "I'M still angry", ⊕ hopelessness poor sleep - "maybe a couple hours"; "I really want my life to end" pt states "I'm ready for the police to kill me". Pt states "I'M suicidal", pt denies a plan. Pt states he has to force himself to eat "food nasty", Pt states. Denies HI. Pt states ⊕ AH, states he hears voices louder in cliff ear, states that voices will wake him up at night. States voice is a "male" "evil" "tells me to sell drugs" also says "I'm not going to make it". Pt |
| | O: | Pt alert, oriented, cooperative. Good hygiene, eye contact. Posture. Cognition grossly in tact. Speech WNL. Affect: euthymic. PP: Unfair I/J: fair |
| | A: | Pt expressing frustration, on further questioning Pt ⊖ plan for suicide. AH - vague description |
| | P: | 1. D/C Trazepin 2° alopecia. 2. Trazodone 100mg PO qHS [illegible handwritten notes] |

S = Subjective
O = Objective
A = Assessment
P = Plan

P = Problem
A = Assessment
I = Intervention
E = Evaluation

Hill, Anthony

PATIENT LABEL
2009-00-57009

46

*Øchart*



**Cermak Health Services of Cook County**
2800 South California Avenue
Chicago, Illinois 60608

## Progress Notes

☐ Mental Health
☐ Medical
☐ Nursing

| Date – Time | Prob. No. | SIGN ALL NOTATIONS |
|---|---|---|
| 12-24-09 1³⁵pm | | P: Follow up eval — ☐ nurse RN |
| | | A: Denies any allergies (152/103) 80/20 ☐ |
| | | 98 wt 164   Enalapril 10mg given — ☐ |
| | | 42 y/o ♂ HTN - pt states not recieving enalapril. |
| | | c/o (L) wrist / (L) knee / ankle pain / |
| | | (R) rib pain. |
| | | O: ↑ BP/c just recieved enalapril |
| ASA | | CV: RRR w/s S₁/S₂ h.m. |
| naproxyn | | Lungs: CTA (L)/R/L |
| enalapril 10gd | | (L) wrist - good ROM   swelling |
| trazadone | | diffuse tenderness |
| | | (L) knee - ambulates c̄ limp |
| | | palpable tenderness |
| | | good ROM |
| | | A/P: ① ↑ BP/h/o HTN - just restarted |
| | | on enalapril today |
| | | cont enalapril 10gd ☑ / vitals |
| | | ② (L) wrist / (L) knee / ankle / (R) |
| | | rib pain - s/p multiple |
| | | contusions, twisting injuries. |
| | | - reorder naproxyn ☐ |
| | | - consider 1 or 2 PT visits if |
| | | ↓ improvement |
| | | ③ 42 y/o - stable |
| | | CDM. |
| 12/28/09 @ 8⁵⁴ | | SC - 1-2008 |
| | | htc on 1/7/2010  C. Calvin MD |

S = Subjective
O = Objective
A = Assessment
P = Plan

P = Problem
A = Assessment
I = Intervention
E = Evaluation

CHS 85226

104A
47

Hill Anthony
PATIENT LABEL
2009005709  CCSAO

Form 85226  Rev. May, 2003

Cermak Health Services of Cook County
2800 South California Avenue
Chicago, Illinois 60608

# Progress Notes

☐ Mental Health
☒ Medical
☐ Nursing

| Date – Time | Prob. No. | SIGN ALL NOTATIONS |
|---|---|---|
| 12-8-09 | | BP 120/96 P 80 R 16 T 97.3 W 162 |
| C2 | | c/o Flu S/C |
| | | NKA Hx HTN |
| | | F/u Cermak on 11/5/09 [illegible] |
| | | (L) knee (L) elbow |
| | | (L) wrist |
| [illegible] | | pain resolved [illegible] |
| | | (L) knee – "achy" [illegible] |
| | | [illegible] sharp pain |
| | | S/p ORIF (L) knee – 1995 |
| [illegible] | | O – BP 142/96 |
| | | [illegible] – normal |
| | | [illegible] |
| | | [illegible] |
| | | (L) knee – well healed surgical scar |
| | | 11/5/09 [illegible] |
| | | (L) elbow – [illegible] |
| | | [illegible] (L) wrist – [illegible] |
| | | (L) wrist [illegible] |
| | | [illegible] (L) elbow – [illegible] |
| | | (L) ORIF [illegible] |
| | | [illegible] S/S |
| [illegible] | | (L) knee [illegible] A (L) chronic (L) knee |
| | | [illegible] pain [illegible] |
| | | of [illegible] (2) [illegible] HTN |
| | | (3) [illegible] |

[illegible]

S = Subjective
O = Objective
A = Assessment
P = Plan

P = Problem
A = Assessment
I = Intervention
E = Evaluation

Rx [illegible]
(2) [illegible]
(3) [illegible]

HILL, ANTHONY
CHS85226
2009-0054009
M
PATIENT LABEL
[redacted]

Form 85226 Rev. May 2003

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Progress Notes**

☐ Mental Health
☐ Medical
☐ Nursing

| | | BP | P | R | T | WT |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| 12-1-09 | | F/u s/c appointment | | | | |
| 1500 | | | | | | |
| | | Div. on lockdown | | | | |
| | | | | | | |
| | | Pt's lwl | | | | |
| | | | | | | |

S = Subjective     P = Problem

O = Objective     A = Assessment

A = Assessment     I = Intervention

P = Plan     E = Evaluation

Hill, Anthony

2009-0057009

49

Form: 85226 Rev: May, 2003

CCSAO

**Cermak Health Services of Cook County**
2800 S. California Avenue
Chicago, IL 60608

**Progress Notes**

☐ Mental Health
☐ Medical
☐ Nursing

| | | Bp 116/82 | P 76 | R 16 | T 98.1 | wt 166 |

11-3-09   F/u s/c appointment pmHx HTN

M/o

1° CAD

Care for Flv
Hand call done ~ 2009
Neg

C/o Penal Arm
Pay few comds
⊕ Pepule

A Penal Arm

Plan - Clindamy
Se ASA 325 g Po x

ATC ⊕ 12 un

**S** = Subjective        **P** = Problem
**O** = Objective         **A** = Assessment
**A** = Assessment        **I** = Intervention
**P** = Plan              **E** = Evaluation

Form: 85226  Rev. May, 2003

Hill, Anthony

2009-0057009

PATIENT LABEL

50
CCSAO

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Progress Notes**

☐ Mental Health
☐ Medical
☐ Nursing

10/22/09

1:00

Psychiatry Consult

Pt referred from Correction
2° overdose. States he is
suicidal. Pt Reports
2 previous Hosp Admits
2° Drug induced Psychosis
Was Rx a variety of meds but
has non Compliant.
Pt's Complaint is essentially
that he is unjustly jailed
and is not being tx'd right.
He denies any SI 2°
"I read the bible + of I would
go to hell" also "I have 4 kids
+ grandkids, + I wouldn't
do that to them"
Affect — frustrated, aggrieved
not frankly depressed
SI/HI — today
Wants to be moved to Medical
Typ Haldol — Angry v
near custetin

SI now —

Rx Doxepin 100, P.O. qHS
x 2 weeks —

Pt agrees c̄ Pln — Says he will
tell correction if any SI occurs

Hill, Antho—

09-005 7009

**S** = Subjective       **P** = Problem
**O** = Objective       **A** = Assessment
**A** = Assessment      **I** = Intervention
**P** = Plan            **E** = Evaluation

Form: 85226  Rev: May, 2003

51
CCSAO



Cermak Health Services of Cook County
2800 South California Avenue
Chicago, Illinois 60608

**Progress Notes**



☐ Mental Health
☐ Medical
☐ Nursing

| Date ~ Time | Prob. No. | SIGN ALL NOTATIONS |
|---|---|---|
| 9/22/09 4:00 | | BP 120/80    P-74    R-16 |
| | | T-98⁴    a₂ 159 |
| | | *(illegible handwritten notes)* |

S = Subjective
O = Objective
A = Assessment
P = Plan

P = Problem
A = Assessment
I = Intervention
E = Evaluation

HILL ANTHONY

Form 85226   Rev . May, 2003



Cermak Health Services of Cook County
2800 South California Avenue
Chicago, Illinois 60608

**Progress Notes**

☐ Mental Health
☑ Medical
☐ Nursing

| Date – Time | Prob. No. | SIGN ALL NOTATIONS |
|---|---|---|

9/8/09
8³⁰

BP 128/94   P 71   R 16   T 98⁰   W/t 158

N.P.N.H   Meds-Antibiotic   NKDA
M Brittmen CMA

4/29/6  S/P  (c buttock
lipoma 8/25/09 excision
resurrection ~ Tarco??/ornam
(+ daily packing
plastic complaint

O   BP as noted
(+ client (card buttock
(sign of intact

A  (- S/P (c buttock) lipoma
excision
(c no dressler

P  Wt. to monitor BP
Cont. daily packing
NSAID prn etodol △'s

S = Subjective    P = Problem
O = Objective     A = Assessment
A = Assessment    I = Intervention
P = Plan          E = Evaluation

HILL ANTHONY
09-0057009
PATIENT LABEL

53

Form 85226  Rev . May, 2003

Cermak Health Services of Cook County
2800 South California Avenue
Chicago, Illinois 60608

**Progress Notes**

☐ Mental Health
☐ Medical
☐ Nursing

| Date – Time | Prob. No. | SIGN ALL NOTATIONS |
|---|---|---|
| 9/4/09 10:90 | Cermak | |

RN next
available
se

sle
9/8/09

S = Subjective    P = Problem
O = Objective     A = Assessment
A = Assessment    I = Intervention
P = Plan          E = Evaluation

Hill Anthony
2007005700

54
SAO

Form B5226  Rev . May, 2003



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Provider Problem List and Health
Maintenance Record**

| MEDICAL RECORD NUMBER | DATE OF BIRTH | INMATE NAME (LAST, FIRST, INITIAL) |
|---|---|---|
| 35-52-44 | [redacted] | Hill, anthony |

**PROBLEM LIST:**

| Date | | Resolved |
|---|---|---|
| | ¹⁴/₀ CAD MI 4/04 | |
| | Asthma | |
| | folliculitis | |
| | Psych d/o ? | |
| | Cults in 2004 Neg | |
| | | |
| | | |
| | | |

**IMMUNIZATIONS:**

| DT | | | | |
|---|---|---|---|---|
| Influenza | | | | |
| Pneumococcus | | | | |
| Hepatitis B | | | | |
| Hepatitis A | | | | |
| Varicella | | | | |
| | | | | |
| | | | | |

**ALLERGIES:** NKA

**HEALTH MAINTENANCE:**

| Intervention | Date Completed / Offered (month/year) | | | | |
|---|---|---|---|---|---|
| Cholesterol (every 5 years) | | | | | |
| Stool Occult Blood (yearly after age 50) | | | | | |
| Tuberculin Skin Test (yearly, high risk populations) | | | | | |
| HIV / RPR / GC – Chlamydia (as indicated) | | | | | |
| **MEN** | | | | | |
| Testicular Exam (yearly, instruct patient in self exam) | | | | | |
| Digital Rectal Exam (yearly after age 40) | | | | | |
| **WOMEN** | | | | | |
| PAP Smear (yearly, every 2-3 years after 3 consecutive negatives) | | | | | |
| Breast Exam (yearly, patient instructed in monthly self exam) | | | | | |
| Mammography (yearly after age 50, earlier depending upon family history) | | | | | |
| **ADDITIONAL** (depending upon individual patient illnesses/risk factors) | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |



PATIENT LABEL

55
CCSAO

Form#: 85212  Rev. May, 2003



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**CONSULTATION REQUEST FORM**

Mark box ☒ on the left of answers or print in space provided.

SCHEDULING STATUS
☐ URGENT
☐ PRIORITY
☒ ROUTINE

| Date Referral Generated: 1/7/10 | Location: X | Med. Rec. # |
|---|---|---|
| Patient Name: HILL, ANTHONY | DOC # 2009 0057009 | DOB: |

CONSULTATION SERVICE: OPOLOGC   ☒ Cermak  ☐ Fantus  ☐ Other_____
Reason for Referral:

42 y.o c̄ urinary hesitency /dribbling        PSA  )ordu
states told has prostate problem         urine cults

Current Medications: _____        ☐chart

Provider Name/Pager #/Phone #

**CONSULTATION**

Date Seen: 1-11-10

Finding / Impression: 42 yo Bm ref for r/o Intermittent Hes c̄  @ NKDA
Dbl void

12.25 ↑         t.f.c         soot x2      ⊕Hes         ⊕dys       ⊕ Pan toc ⊕
Cr 1.1          PSA 0.51      day c̄ 4-50   ⊕VFOS       ⊕hematune   ⊕ HTN
Chol 205        C&S Ph        ⊕urg        ⊕dbl void                ⊕ trazadone
w.s.⊖ 13.3/204                           ⊕dribbly                 day { Blue
41 pH 5.5                                 wet underwear                 Yellow pill
120 C                                                                   trazadone

Recommendations:        Ol tests wl nl c̄c̄c̄
                        (L) cord tender
                        5mm superidcyst
                        Phallus - ⊘/c̄
                                  DRE - sl stx anus   u/s 1-7-10
p c̄ d during day         Prostate 25m ⊘nod   ⊘ done
                        a/p Cipro 50 Levo x 14d   yet
                        D S5 80
                        Color

Consultant's Name – Pager #

To return in _____ Weeks    Date of Follow Up: 3-8-10   Time: 9AM

☒ No need to return

Form: 85209  Rev: September 2004
White – Chart Copy
Yellow – Originator's Copy
Pink – Consultant's Copy

PATIENT LABEL

1148952
355244
56
CCSAO

Hill, Anthony



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## CONSULTATION REQUEST FORM
Mark box ☒ on the left of answers or print in space provided.

SCHEDULING STATUS
☐ URGENT
☐ PRIORITY
☐ ROUTINE

| Date Referral Generated: 12/8/09 | Location: G2F | Med. Rec. # |
| Patient Name: HILL, Anthony | DOC # U9405700 | DOB: |

CONSULTATION SERVICE OR THO  ☐ Cermak ☐ Fantus ☐ Other
Reason for Referral:

S/P (L) knee replacement - 1995

30 w/a
c̄ recent have abnormal 11/09 x-ray
(see attached) p/general

Current Medications:

Provider Name/Pager #/Phone #

## CONSULTATION

Date Seen: 1/7/10

Finding / Impression:

Pt c̄ injury to (L) knee 11/5/09. Pt had surgery N/5 12/22
at ? hospital in 1995 for ACL surgery. Pt c̄ chronic
problems to (L) knee. Pt c̄ pain over anterior knee which is constant
& worse c̄ walking, occasional swelling, stiffness. Pt also c̄ numbness an (L) thigh
& problem gripping.

PE: Left knee — No knee effusion
— Diffuse tenderness
— able to do straight leg raise
— able to flex 110 degrees
— lacks 5°-10° extension
— no AP instability, no varus/valgus

Recommendations:

x f — No gate for
— NSAID PRN

Left th — old scarred
AP scar apt
— thick

— Firm
— Tender
over
metacarp
Bvd

— no subl
displ

Consultant's Name – Pager #

To return in _____ Weeks    Date of Follow Up: _____ Time: _____

☒ No need to return

Form: 85209  Rev: September 2004
White – Chart Copy
Yellow – Originator's Copy
Pink – Consultant's Copy

57
CCSAO



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

SCHEDULING STATUS
☐ URGENT
☒ PRIORITY
☐ ROUTINE

## CONSULTATION REQUEST FORM

Mark box ☒ on the left of answers or print in space provided.

| Date Referral Generated: | Location: DIV 9 | Med. Rec. # |
|---|---|---|
| Patient Name: HILL, ANTHONY | DOC # | DOB: |

CONSULTATION SERVICE_____ ☐ Cermak ☐ Fantus ☐ Other_____
Reason for Referral:

Current Medications: Doxepin

Provider Name/Pager #/Phone #

## CONSULTATION

Date Seen: 10/26/09

Finding / Impression:

47yo AAM From DIV 9
- Pt is irritable, fair hygiene, cognition intact, speech WNL
- Pt has previously been seen at Wyman Gordon Pavilion, Chicago Heights, areas
  and had been treated for anxiety + panic attacks c̄ seroquel
- Pt currently complains of paranoid thoughts, fear of being attacked in DIV 9
- Pt perseverates that he is unjustly incarcerated and needs counseling, not
  prison time. Pt says he is so depressed he wants to die, but seems to
  be using this as a ploy, "I shouldn't be here, jail makes me crazy!"

Recommendations:

- A/P: adjustment disorder, with mixed emotional features
  keep current meds: Doxepin Hcl ~~illegible~~ 100 mg po QHS
  keep in DIV 9 for now
  see Dr. Baker for counseling

Consultant's Name—Pager #

To return in _____Weeks   Date of Follow Up:_____   Time:_____

☒ No need to return

Form: 85209  Rev: September 2004
White – Chart Copy
Yellow – Originator's Copy
Pink – Consultant's Copy

HILL, ANTHONY
PATIENT LABEL
09 - 0057009

COOK COUNTY BUREAU OF HEALTH SERVICES
CHS 09

Patient Name: HILL, ANTHONY
Encounter Number: 20090057009
Medical Record Number: 00355244z
Attending Physician:
Admission Date: 8/26/2009
Discharge Date:

Sex: Male
Date of Birth:
Patient Age: 42 years
Patient Location: 092F20
Hospital Service: Medicine



**Exam:**
Elbow AP/Lat Left

**Exam Date/Time:**
11/5/2009 2:00:00 PM

**Accession Number:**
DX-09-0186815

**Ordering Provider:**
DE FUNIAK,
ANDREW

## Reason For Exam:
1-Trauma

## Findings
No recent fracture or dislocation is seen.

Incidentally noted is a anterior fat pad, which is non-specific and may signify some deep joint effusion.

## Impression
AS ABOVE.

****FINAL REPORT****
Reading Radiologist: SOBTI, PAMELA
Electronically Signed by: SOBTI, PAMELA
On: 11/18/2009 11:33 am

COOK COUNTY BUREAU OF HEALTH SERVICES
CHS 09

Patient Name: HILL, ANTHONY
Encounter Number: 20090057009
Medical Record Number: 00355244z
Attending Physician:
Admission Date: 8/26/2009
Discharge Date:

Sex: Male
Date of Birth:
Patient Age: 42 years
Patient Location: 092F20
Hospital Service: Medicine



| Exam: | Exam Date/Time: | Accession Number: | Ordering Provider: |
|---|---|---|---|
| Knee AP/Lat w/ | 11/5/2009 2:00:00 PM | DX-09-0186817 | DE FUNIAK, |
| Obliques 3 Views Left | | | ANDREW |

Reason For Exam:
1-Trauma

Findings

No recent fracture or dislocation is seen. Metallic screws are projecting in the distal
femur and tibia.

There is irregularity of the tibial plateau and the tibial spines, seen on the AP view, which
may be due to old healing fracture(?). Acute non-displaced fracture here cannot be
entirely excluded.

Please correlate clinically and if indicated CT scan is recommend for further evaluation.

There is fullness in the suprapatellar region.

Impression
AS ABOVE.

****FINAL REPORT****
Reading Radiologist: SOBTI, PAMELA
Electronically Signed by: SOBTI, PAMELA
On: 11/18/2009 11:33 am

COOK COUNTY BUREAU OF HEALTH SERVICES
CHS 09

Patient Name: HILL, ANTHONY
Encounter Number: 20090057009
Medical Record Number: 00355244z
Attending Physician:
Admission Date: 8/26/2009
Discharge Date:

Sex: Male
Date of Birth:
Patient Age: 42 years
Patient Location: 092F20
Hospital Service: Medicine



| Exam: | Exam Date/Time: | Accession Number: | Ordering Provider: |
|---|---|---|---|
| Wrist Min 3 Views Left | 11/5/2009 2:00:00 PM | DX-09-0186816 | DE FUNIAK, ANDREW |

**Reason For Exam:**
1-Trauma

**Findings**
No recent fracture or dislocation is seen.

Metallic pins/fixation device are noted in the projection of the distal radius and ulna. Mild soft tissue swelling is seen.

**Impression**
AS ABOVE.

****FINAL REPORT****
Reading Radiologist: SOBTI, PAMELA
Electronically Signed by: SOBTI, PAMELA
On: 11/18/2009 11:33 am

Patient: **HILL, ANTHONY**

**Cermak Health Serv**
**of Cook County**
2800 South California
Chicago, IL, 60608

DOB:
MRN: **Z355244**

Age: 42    Sex: M
Pt#: Z20090057009

**Tony Wicheanvonagoon, MT PhD, SC(ASCP)**
**Lab Director**

Att: *DOCTOR UNASSIGNED*
Copy: **PATEL, MANISHA**
ORD: **A9071530**

## C H E M I S T R Y

| TEST-NAME | RESULT | AB | NRML-RANGE | UNITS |
|-----------|--------|-----|-----------|-------|
| **ENDOCRINOLOGY** | | | | |
| COLLECTED 01/08/10 11:49 | | | | |
| PSA Total | 0.51 | | 0.00-4.00 | ng/mL |

*DAILY REPORT*
**HILL, ANTHONY**
**MRN: Z355244**
12 of 21, 30 of 194     PRINTED 01/09/2010 06:05     *Page: 1 of 1*

LOC:CERMAK DIVISION 10:

62
CCSAO

PATIENT: **HILL, ANTHONY**

DOB      :█████████      AGE: 42 Sex M
MRN      :Z355244        Pt#: Z20090057009
Att      :DOCTOR, **UNASSIGNED**
Copy to:DOCTOR, UNASSIGNED

**Cermak Health Services of Co**

2800 South California
Chicago,IL,60608

**Tony Wicheanvonagoon, MT PhD**

**M I C R O B I O L O G Y**

ORDER#:   **A9082191**
SOURCE:   **URINE**

ORDERED BY: **DOCTOR, UNASSIGNED**
COLLECTED:  **01/08/10 15:28**
RECEIVED:   **01/08/10 18:36**

<u>Culture Urine</u>                                ■ PRELIM    01/09/10 08:35
01/09/10 **Culture incubating, positives will be reported when
          detected.**

Patient: **HILL, ANTHONY**

DOB: ▮▮▮▮▮▮▮
MRN: Z355244

Age: 42   Sex: M
Pt#: Z20090057009

**Cermak Health Serv**
**of Cook County**
2800 South California
Chicago, IL, 60608

**Tony Wicheanvonagoon, MT PhD, SC(ASCP)**
**Lab Director**

Att: DOCTOR UNASSIGNED
Copy: PATEL, MANISHA
ORD: A8241695

## C H E M I S T R Y

| TEST-NAME | RESULT | AB | NRML-RANGE | UNITS |
|-----------|--------|----|-----------|-------|
| **GENERAL CHEMISTRY** | | | | |
| COLLECTED 12/28/09 11:52 | | | | |
| Na | 141 | | 135-145 | mEq/L |
| K | 4.2 | | 3.5-5.0 | mEq/L |
| Cl | 103 | | 100-110 | mEq/L |
| CO2 | 31 | | 23-31 | mEq/L |
| Anion Gap | 7 | | 5-17 | |
| Glucose | 88 | | 65-110 | mg/dL |
| BUN | 14 | | 8-20 | mg/dL |
| Creat | 1.1 | | 0.6-1.4 | mg/dL |
| Ca | 9.3 | | 8.5-10.5 | mg/dL |
| Phos | 3.7 | | 2.5-4.5 | mg/dL |
| Protein Total | 7.1 | | 6.4-8.3 | g/dL |
| Albumin | 4.2 | | 3.8-5.2 | g/dL |
| Bilirubin Total | 0.4 | | 0.2-1.2 | mg/dL |
| Bilirubin Direct | 0.1 | | 0.0-0.2 | mg/dL |
| Uric Acid | 4.0 | | 3.0-7.0 | mg/dL |
| Cholesterol | 205 | | 130-240 | mg/dL |
| Alk Phos | 37 | L | 50-120 | U/L |
| GGT | 20 | | 3-60 | U/L |
| GFR Calc. | 94 | | | mL/min/1.7 |

Estimated GFR: (mL/min/1.73 sq m)

```
>= 90    Normal or increased GFR
60-89    Mild reduction in GFR, Clinical correlation needed
30-59    Moderate reduction in GFR(CKD Stage3)
15-29    Severe reduction in GFR(CKD Stage4)
<15      Kidney failure  (CKD Stage 5)
```

GFR IS ESTIMATED USING CREATININE, AGE, GENDER AND RACE
(4-v MDRD).ESTIMATED GFR VALUES ARE NOT ACCURATE IN: OBESE
(BMI >34)OR UNDERWEIGHT (BMI <20) PEOPLE, THE VERY OLD OR
VERY YOUNG, RACES OTHER THAN CAUCASIAN OR AFRICAN AMERICAN,
AND PEOPLE WITH ACUTE KIDNEY FAILURE, ACUTE ILLNESS,
OR AMPUTATIONS.

c o n t i n u e d   o n   n e x t   p a g e

Patient: **HILL, ANTHONY**

DOB: ▬▬▬▬▬▬
MRN: Z355244

Age: 42      Sex: M
Pt#: Z20090057009

**Cermak Health Serv
of Cook County**
2800 South California
Chicago, IL, 60608

**Tony Wicheanvonagoon, MT PhD, SC(ASCP)
Lab Director**

Att: DOCTOR UNASSIGNED
Copy: **PATEL, MANISHA**
ORD: **A8241695**

c o n t i n u e d

### C H E M I S T R Y

| TEST-NAME | RESULT | AB | NRML-RANGE | UNITS |
|---|---|---|---|---|
| **LIPIDS** | | | | |
| COLLECTED 12/28/09 11:52 | | | | |
| Cholesterol | 205 | | 130-240 | mg/dL |
| HDL-Cholesterol | 58 | | 35-75 | mg/dL |
| LDL Cholesterol | 120 | | 0-130 | |
| Choles/HDL Ratio | 3.5 | | 0.0-4.0 | |
| Triglycerides | 136 | | 30-150 | mg/dL |
| **ENDOCRINOLOGY** | | | | |
| COLLECTED 12/28/09 11:52 | | | | |
| TSH | 1.240 | | 0.465-4.680 | uIU/mL |

### H E M A T O L O G Y

| TEST-NAME | RESULT | AB | NRML-RANGE | UNITS |
|---|---|---|---|---|
| **CBC** | | | | |
| COLLECTED 12/28/09 11:43 | | | | |
| WBC | 5.0 | | 4.4-10.6 | k/uL |
| RBC | 4.40 | | 4.15-5.56 | mil/uL |
| HGB | 13.7 | | 12.9-16.8 | g/dL |
| HCT | 40.5 | | 38.1-49.0 | % |
| MCV | 91.9 | | 81.9-97.8 | fL |
| MCH | 31.1 | | 27.5-33.2 | pg |
| MCHC | 33.9 | | 32.8-35.4 | g/dL |
| RDW | 14.8 | | 12.3-15.6 | % |
| PLT | 204 | | 161-369 | k/uL |

c o n t i n u e d   o n   n e x t   p a g e

Patient: **HILL, ANTHONY**

**Cermak Health Serv
of Cook County**
2800 South California
Chicago, IL, 60608

DOB:
MRN: Z355244

Age: 42    Sex: M
Pt#: Z20090057009

**Tony Wicheanvonagoon, MT PhD, SC(ASCP)
Lab Director**

Att: DOCTOR UNASSIGNED
Copy: **PATEL, MANISHA**
ORD: **A8241695**

c o n t i n u e d

# U R I N A L Y S I S

| TEST-NAME | RESULT | AB | NRML-RANGE | UNITS |
|---|---|---|---|---|
| **URINALYSIS, CHEMICAL** | | | | |
| COLLECTED 12/28/09 12:09 | | | | |
| Color | YELLOW | | Yellow | |
| Appearance | CLEAR | | Clear | |
| Sp Gr Urn | 1.021 | | 1.005 - 1.025 | |
| Ph Urn | 5.5 | | 5.0 - 7.0 | |
| Protein Urn | NEG | | Negative | |
| Glucose Urn | NEG | | Negative | |
| Ketones | NEG | | Negative | |
| Bilirubin | NEG | | Negative | |
| Blood | NEG | | Negative | |
| Nitrite | NEG | | Negative | |
| Urobilinogen | NORMAL | | Negative | |
| Leu Esterase | NEG | | Negative | |
| **URINALYSIS, MICROSCOPIC** | | | | |
| Epithelial Cells | <1 | | Negative | |
| Mucous | RARE | | Negative | |
| RBC Urn | 1 | | Negative | |
| WBC Urn | <1 | | Negative | |

DAILY REPORT
**HILL, ANTHONY**
**MRN: Z355244**
9 of 31, 10 of 166          PRINTED 12/29/2009 06:05          Page: 3 of 3

LOC:CERMAK DIVISION 10:

66
CCSAO

PATIENT: HILL, ANTHONY

**Cermak Health Services of Co**

DOB       :▮▮▮▮▮▮▮         AGE: 42 Sex M        2800 South California
MRN       :Z355244          Pt#: Z20090057009    Chicago,IL,60608
Att       :DOCTOR, **UNASSIGNED**
Copy to:DOCTOR, UNASSIGNED                       **Tony Wicheanvonagoon, MT PhD**

## M I C R O B I O L O G Y

ORDER#:   **A9082191**                    ORDERED BY: **DOCTOR, UNASSIGNED**
SOURCE:   **URINE**                       COLLECTED:  **01/08/10 15:28**
                                          RECEIVED:   **01/08/10 18:36**

<u>Culture Urine</u>                                ▪ FINAL     01/11/10 09:24
01/11/10 **No growth**

---

■  NEW RESULT   •   RESULT WAS MODIFIED AFTER FINAL STATUS SET
PATIENT: **HILL, ANTHONY**              *REGULAR*              *LOC:CERMAK DIVISION*
*MRN: Z355244*
5 of 20, 13 of 194            PRINTED 01/12/2010 06:05       *Page: 1 of 1*              67
                                                                                     CCSAO



**Cermak Health Services of Cook County**
2800 South California Avenue, Chicago, Illinois 60608

## *HYPERTENSION LOG*

| DATE | TIME | BLOOD PRESSURE | NURSES SIGNATURE | COMMENT |
|------|------|----------------|------------------|---------|
| 12-28-09 | 9am | / | No Show | |
| 12-30-09 | 930n | 131/80 | Price RN | |
| 12/31/09 | 12N | No show | Prito | Pt c Social worker per security note |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |
| | | / | | |

*BLOOD PRESSURES ARE TO BE RECORDED AT LEAST WEEKLY FOR ALL PATIENTS ON A LOW SODIUM DIET AND/OR*
*ANTI-HYPERTENSIVE MEDICATIONS OR PER PHYSICIANS ORDER.*

| PHYSICIAN'S ORDER | START DATE | STOP DATE |
|-------------------|------------|-----------|
| | | |
| | | |
| | | |

*IMPRINTER*

*SPECIAL INSTRUCTIONS:* _____

NAME Hill, Anthony
CCDOC# 20090057009
DATE OF BIRTH ▉▉▉▉▉
LOCATION 4T

F-868.04

68

CCSAO



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## DETAINEE HEALTH SERVICE REQUEST FORM
Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: _Anthony Hill_     Today's Date: _12/22/09_

ID #: _2009005_2009_  Division: _10_  Tier: _4 A/412/_ Birth Date: _____

(Booking Year)   (Number)

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: _I Have A Nearnia need to_
_get it Clean and dress Because it Swallow_
_up and it Bleed and Pus come out and need_
_X Ray of my Back RIBS and Left Knee ACL_
_Repair and need MRI Because Pus Has Been_
_pop out By ERT when They Beaten me Nov 5, 09_

How long have you had this problem? _1 1/2 Yr_ days / weeks / months  (circle one)

Next Court Date:

## !!!STOP!!!  DO *NOT* WRITE BELOW THIS LINE

Referred to:  ☐ Medical  ☐ Dental  ☐ Mental Health  ☐ Health Educator  ☐ DOC  Date: ___

**Initial Provider Note:** _Detainee @ Side groin areas slightly swollen_
_and small amt of pussey discharge. Please evalue in wk_

Signature/Title: _Dr Washington_     Date: _12/28/09_  Time: _21:20_

**Secondary Disposition:** (as indicated): Recommended Follow-up:  ☐ Sick Call  ☐ PRN

Signature/Title: _____  Date: _____  Time: _____

**Appointment Scheduler:**

Appointment Date: _____

Signature/Title: _____

Date: _____ Time: _____

PATIENT LABEL

Form#: 66322  Rev: March 2006

69
CCSAO



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## DETAINEE HEALTH SERVICE REQUEST FORM

Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: __AntHony HiLL__     Today's Date: __12/20/09__

ID #: __2009 DQS 7009__   Division: __10__   Tier: __A 4/21__   Birth Date: ▓▓▓▓▓
(Booking Year)   (Number)

FOR A **MEDICAL** / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: _I Have a Hearia and Have Pain in My Groin Area Has Sowollon up very Bad and was Beaten in Div 9 which My ACL Left Knee Has Braken and nose Cradled and Back Ribs and Kidney Pain so Bad I Cant Sleep and I need Help Please I Cant Stand for a Long period or Sit and Hurt when walk and Laying Down I get Stuck_

How long have you had this problem? __1 1/2__ days / weeks / (months) (circle one)

Next Court Date:

### !!!STOP!!!   DO **NOT** WRITE BELOW THIS LINE

Referred to:   ☐ Medical   ☐ Dental   ☐ Mental Health   ☐ Health Educator   ☐ DOC   Date:

**Initial Provider Note:** _Detainee States he has hernia. He states in a lot of pain please evuate. SK next week_

Signature/Title: _RuAanof MT_    Date: __12/20/09__ Time: __21 W__

**Secondary Disposition:** (as indicated): Recommended Follow-up:   ☐ Sick Call    ☐ PRN

Signature/Title:_____ Date:_____ Time:_____

**Appointment Scheduler:**

Appointment Date:_____

Signature/Title:_____

Date:_____Time:_____

PATIENT LABEL

Format: 86322   Rev. March 2006

10 4-A.21          MR# 35524
                   BK 8-26-69



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

# DETAINEE HEALTH SERVICE REQUEST FORM

Mark box ☒ on the left of answers or print in space provided.
Side 1 – English

Name: **Anthony Hill**          Today's Date: **12/14/09**

ID #: **2009** – **005 7009** Division: **9** Tier: **2H** Birth Date: ▓▓▓▓
 (Booking Year)   (Number)

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: **need To get my Right side Tooth Repair have pain After Being slam To the floor By ERT NO 05.09 I keep Brting The inside of my mouth**

How long have you had this problem? **1 1/2** days / weeks / **months** (circle one)
Next Court Date:

## !!!STOP!!!   DO **NOT** WRITE BELOW THIS LINE

Referred to: ☐ Medical  ☐ Dental  ☒ Mental Health  ☐ Health Educator  ☐ DOC  Date:

**Initial Provider Note:** _____

_____

_____

_____

_____

Signature/Title: _____ Date: _____ Time: _____

**Secondary Disposition:** (as indicated): Recommended Follow-up:  ☐ Sick Call   ☐ PRN
Signature/Title: _____ Date: _____ Time: _____

**Appointment Scheduler:**

Appointment Date: _____

Signature/Title: _____

Date: _____ Time: _____

Form#: 86322  Rev: March 2006

PATIENT LABEL



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## DETAINEE HEALTH SERVICE REQUEST FORM

Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: _Anthony Hill_ Today's Date: _12/14/09_

ID #: _2009_ - _0057009_ Division: _9_ Tier: _2H_ Birth Date: ▮
(Booking Year)   (Number)

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: _I Have Trouble Standing and Walking and Need a MRI on my Left Knee and my Nose, Chest, Collar Bone, Back Ribs and Kidneys Have pain need X Rays And Still Have numbness in my Left Thumb and Right middle Finger Keep Swelled up Notion my Head_

How long have you had this problem? _1½_ days / weeks / (months) (circle one)    _That Has has not wentdown_

Next Court Date:

### !!!STOP!!! DO **NOT** WRITE BELOW THIS LINE

Referred to:   ☐ Medical   ☐ Dental   ☐ Mental Health   ☐ Health Educator   ☐ DOC   Date:

**Initial Provider Note:** _pr   HAS   RTC   1-19-10_

Signature/Title:_____Date:_____Time:_____

**Secondary Disposition:** (as indicated): Recommended Follow-up:   ☐ Sick Call   ☐ PRN

Signature/Title:_____Date:_____Time:_____

**Appointment Scheduler:**

Appointment Date:_____

Signature/Title:_____

Date:_____Time:_____

PATIENT LABEL

72
CCSAO

Form#: 86322 Rev: March 2006



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## DETAINEE HEALTH SERVICE REQUEST FORM

Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: _Anthony Hill_  Today's Date: _11/8/09_

ID # _2009_ – _0057009_ Division: _9_ Tier: _2 F_ Birth Date:
(Booking Year)  (Number)

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: _I Have A Broken graft in LeFT my knee I Had a ACL Replacement and ENT Broken and Beat me up Have Nose Cracked and Knots on my Head and Back of left ear Numbness in my Hands and Chest and Back Ribs Pain and lots of Cuts and Burries all on my Body_

How long have you had this problem? _4_ days / weeks / months (circle one)
Next Court Date:

## !!!STOP!!!  DO **NOT** WRITE BELOW THIS LINE

Referred to: ☐ Medical ☐ Dental ☐ Mental Health ☐ Health Educator ☐ DOC  Date:

**Initial Provider Note:** _PT SEEN in CERMAK DAY OF Altercation) 11-5-09 RTC TO FOllow_

Signature/Title:_____ Date:_____ Time:_____

**Secondary Disposition:** (as indicated): Recommended Follow-up:  ☐ Sick Call  ☐ PRN

Signature/Title:_____ Date:_____ Time:_____

**Appointment Scheduler:**

Appointment Date:_____

Signature/Title:_____

Date:_____ Time:_____

PATIENT LABEL

73
CCSAO

Form#: 86322 Rev: March 2006



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## DETAINEE HEALTH SERVICE REQUEST FORM
Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: _Anthony Hill_  Today's Date: _10/21/09_

ID #: _2009 005 7009_ ___ Division: _9_ ___ Tier: _2H_ Birth Date: ▮▮▮▮
  (Booking Year)  (Number)

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: _I Have a Broken nose and a Hernia_
_That need TO Be Repair and in LOT of Pain_

How long have you had this problem? _50_ (days)/ weeks / months (circle one)

Next Court Date:

### !!!STOP!!!  DO **NOT** WRITE BELOW THIS LINE

Referred to: ☐ Medical ☐ Dental ☐ Mental Health ☐ Health Educator ☐ DOC  Date:

**Initial Provider Note:** _pt HAS RTC 11·3·09_

Signature/Title:_____Date:_____Time:_____

**Secondary Disposition:** (as indicated): Recommended Follow-up: ☐ Sick Call ☐ PRN

Signature/Title:_____Date:_____Time:_____

**Appointment Scheduler:**

Appointment Date:_____

Signature/Title:_____

Date:_____Time:_____

Form#: 86322 Rev. March 2006

PATIENT LABEL

74
CCSAO



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## DETAINEE HEALTH SERVICE REQUEST FORM

Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: _Anthony Hill_     Today's Date: _10-9-09_

ID #: _2009_ – _0052009_ Division: _9_   Tier: _2 H_   Birth Date: ▓▓▓▓
(Booking Year)   (Number)

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: _I Have A Broken nose from the Hardwood police Dept and Have numbness in my Right Hand From the HandCuff my Thumb and my middle Keep Swelling up all the Time and Also I have got no Treatment for my ACL Replacement Have promble walking without my Brace and Cane_

How long have you had this problem? _50_ days / weeks / months (circle one)
Next Court Date:

### !!!STOP!!!   DO NOT WRITE BELOW THIS LINE

Referred to: ☐ Medical ☐ Dental ☐ Mental Health ☐ Health Educator ☐ DOC   Date:

**Initial Provider Note:** _PT HAS RTC 11-3-09_

Signature/Title:_____ Date:_____ Time:_____

**Secondary Disposition:** (as indicated): Recommended Follow-up: ☐ Sick Call ☐ PRN
Signature/Title:_____ Date:_____ Time:_____

**Appointment Scheduler:**
Appointment Date:_____
Signature/Title:_____
Date:_____ Time:_____

Form#: 85322   Rev: March 2006



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

# DETAINEE HEALTH SERVICE REQUEST FORM

Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: _Anthony Hill_ Today's Date: _10/9/09_

ID #: _2009_ - _0057009_ Division: _9_ Tier: _2H_ Birth Date: ▮▮▮▮
(Booking Year)    (Number)

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: _I Have Be Dianoige with_
_Parnoid Scizphene 14 yrs ago And_
_id going Thgew mental promble and need_
_my med and Also I was cart order To see_
_A Doctor and Have not Seen no one Since_

How long have you had this problem? _50_ (days)/ weeks / months (circle one)
Next Court Date:

## !!!STOP!!!   DO NOT WRITE BELOW THIS LINE

Referred to: ☐ Medical ☐ Dental ☐ Mental Health ☐ Health Educator ☐ DOC   Date:

**Initial Provider Note:** _pr   HA   RTC   11-3-09_

_____

_____

_____

_____

Signature/Title:_____ Date:_____ Time:_____

**Secondary Disposition:** (as indicated): Recommended Follow-up:   ☐ Sick Call   ☐ PRN
Signature/Title:_____ Date:_____ Time:_____

**Appointment Scheduler:**

Appointment Date:_____

Signature/Title:_____

Date:_____Time:_____

PATIENT LABEL

76
CCSAO

Form#: 86322  Rev: March 2006



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## DETAINEE HEALTH SERVICE REQUEST FORM
Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: **Anthony Hill**                 Today's Date: **9/23/09**

ID #: **2009** – **0057009** Division: **9** Tier: **2 H** Birth Date: ▓▓▓▓
(Booking Year)  (Number)

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: **I Have a Broken Nose and Cant Breath Right I was There in the dispenary and didnt get No Help Also I Have A ACL Replacement and Having Trouble walking and when I was Handcuff my Right Hand is numb and middle finger Keep swolling up and Very Painful This Happen from Excession froce from Hardwood rHS Police Dept**

How long have you had this problem? **31** (days) / weeks / months  (circle one)
Next Court Date:

### !!!STOP!!! DO NOT WRITE BELOW THIS LINE

Referred to:  ☐ Medical  ☐ Dental  ☐ Mental Health  ☐ Health Educator  ☐ DOC  Date:

**Initial Provider Note:** _____ **Pi   HAS   RTC   11·3-09**

Signature/Title:_____Date:_____Time:_____

**Secondary Disposition:** (as indicated): Recommended Follow-up:  ☐ Sick Call  ☐ PRN
Signature/Title:_____  _____Date:_____Time:_____

**Appointment Scheduler:**
Appointment Date:_____
Signature/Title:_____
Date:_____Time:_____

PATIENT LABEL

77
CCSAO

Form# 86322 Rev: March 2006



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## DETAINEE HEALTH SERVICE REQUEST FORM

Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: __Anthony Hill__    Today's Date: __9-23-09__

ID #: __2009__ – __0057009__ Division: __9__ Tier: __2H__ Birth Date: _____
(Booking Year)        (Number)

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** ~~EACH FORM WILL~~ BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: _I Have Been dianorg with pamoid Scierphiane and Have Been Complating Susuice By Hanging myself I Really dont Haye no reason to Live I Have no family and only wife Have Broken Bad on me and I Had A CourT Order To get a Psy Evauwaytion_

How long have you had this problem? __2__ days / weeks / months (circle one)
Next Court Date:

## !!!STOP!!!   DO NOT WRITE BELOW THIS LINE

Referred to:  ☐ Medical  ☐ Dental  ☐ Mental Health  ☐ Health Educator  ☐ DOC   Date:

**Initial Provider Note:** _____

_____

_____

_____

_____

Signature/Title: _____ Date: _____ Time: _____

**Secondary Disposition:** (as indicated): Recommended Follow-up:  ☐ Sick Call   ☐ PRN

Signature/Title: _____ Date: _____ Time: _____

**Appointment Scheduler:**

Appointment Date: _____

Signature/Title: _____

Date: _____ Time: _____

PATIENT LABEL

78
CCSAO

Form# 86322 Rev: March 2006



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Prescription Order**
Medical Record Copy

Last Name: _Hill_   First Name: _Anthony_   Date / Time: _2/18/10_

DOC# _2009 005 2009_   D.O.B. ▆▆▆▆   Location: _10-4A_

MR # _____   Allergy: _____   Weight: _____   ☐ Renewal

Diagnosis: _____   ☐ Non-formulary completed

| | | | | |
|---|---|---|---|---|
| Checked | 1. | _Risperidone 1mg p.o. QAM_ | # _____ ☐Given | |
| | 2. | | # _____ ☐Given | |
| | 3. | | # _____ ☐Given | |
| | 4. | | # _____ ☐Given | |
| Filled | 5. | | # _____ ☐Given | |
| | 6. | | # _____ ☐Given | |
| | 7. | | # _____ ☐Given | |
| Data Entry | 8. | | # _____ ☐Given | |
| | 9. | | # _____ ☐Given | |
| | 10. | | # _____ ☐Given | |

Special Instructions _IN COURT_
_MEDS renewed for continuity_

MD / PA Stamp/ Signature

_M. mynatt, M.D._

DEA #   Pager#

Form #: 853.01 Rev: March 2009
Pink Copy: Pharmacy   White Copy: Medical Records   Green Copy: Nursing/CMT/Dialysis   Yellow Copy: Patient





Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

# Prescription Order
Medical Record Copy

Last Name: _Hill_  First Name: _Anthony_  Date / Time: _2/11/10_

DOC# _2009 005 7009_  D.O.B. ▮▮▮▮  Location: _10-4A_

MR # ____  Allergy: ____  Weight: ____  ☐ Renewal

Diagnosis: ____  ☐ Non-formulary completed

| | | | | |
|---|---|---|---|---|
| **Checked** | 1. | _Risperidone 1mg pre-BID_ | # | ☐Given |
| | 2. | _✓ Risperidone 1mg po QHS_ | # | ☐Given |
| | 3. | | # ___ | ☐Given |
| **Filled** | 4. | | # ___ | ☐Given |
| | 5. | | # ___ | ☐Given |
| | 6. | | # ___ | ☐Given |
| **Data Entry** | 7. | | # ___ | ☐Given |
| | 8. | | # ___ | ☐Given |
| | 9. | | # ___ | ☐Given |
| | 10. | | # ___ | ☐Given |

Special Instructions

MD / PA Stamp/ Signature

_M. Gynatt, MD_

DEA # ____  Pager # ____

Form #: 853.01  Rev: March 2009
Pink Copy: Pharmacy   White Copy: Medical Records   Green Copy: Nursing/CMT/Dialysis   Yellow Copy: Patient



CHS853.
CCSAO



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Prescription Order**

Medical Record Copy

Last Name: _____Hill_____ First Name: _Anthony_ Date / Time: _1/14/10_
_12:20p_

DOC# _2009 0057009_ D.O.B. _____ Location: _10-4A_

MR #: _____ Allergy: _____ Weight: _____ ☑ Renewal

Diagnosis: _____ ☐ Non-formulary completed

| Checked | | | | | |
|---------|-----|----------------------------------|---|-------|-------|
| | 1. | Trazodone 100 mg at bedtime | | ☐Given | qhs |
| | 2. | Risperidone 1 mg po. BID | # ___ | ☐Given | x4wks |
| | 3. | | # ___ | ☐Given | |
| Filled | 4. | | # ___ | ☐Given | |
| | 5. | | # ___ | ☐Given | |
| | 6. | | # ___ | ☐Given | |
| Data Entry | 7. | | # ___ | ☐Given | |
| | 8. | | # ___ | ☐Given | |
| | 9. | | # ___ | ☐Given | |
| | 10. | | # ___ | ☐Given | |

Special Instructions

MD / PA Stamp/ Signature

_M. Mynatt, MD_

DEA # Pager #





Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Prescription Order**
Medical Record Copy

Last Name: _Hill_ First Name: _Anthony_ Date / Time: _1·11·10_

DOC# _2009-0057009_ D.O.B. ▓▓▓ Location: _X_

MR # _355 2442_ Allergy: _NKA0_ Weight: ☐ Renewal

Diagnosis: ℞ _epididymitis_ ☐ Non-formulary completed

| | | | |
|---|---|---|---|
| Checked | 1. | Levofloxacin 200 1 po daily | # 14 ☐ Given |
| | 2. | High fiber diet | # ☐ Given |
| | 3. | Ditropan 5 1 po daily | # 90 ☐ Given |
| Filled | 4. | Colace 100 1 po q 12° | # x3mo ☐ Given |
| | 5. | | # ☐ Given |
| | 6. | | # ☐ Given |
| Data Entry | 7. | | # ☐ Given |
| | | | # ☐ Given |
| | 9. | | # ☐ Given |
| | 10. | | # ☐ Given |

Special Instructions

MD / PA Stamp/ Signature

_Pud / VIDAL_

DEA # ▓▓▓▓▓▓ Pager # ▓▓▓▓▓

Form #: 853.01 Rev. March 2009
Pink Copy: Pharmacy White Copy: Medical Records Green Copy: Nursing/CMT/Dialysis Yellow Copy: Patient





Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Prescription Order**
Medical Record Copy

Patient:_____ DOC# _____ D.O.B._____

Comments:_____ Allergy:_____

| PHYSICIAN ORDERS | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| MD Print/Sign | | |

Location: _____   ☐ Med/Surg    ☐ MHS

Initials   Print / Sign Name                    Title

_____

Form #: 853.01
Rev: Feb. 2006    White Copy: Medical Records    Pink Copy: Pharmacy    Green Copy: Nursing / CMT / Dialysis    Yellow Copy: Patient

C H S 8 5 3 0 1

Patient Label

---

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL  60608

**Prescription Orders**
Medical Record Copy

Patient: HILL. ANTHONY   DOC# 2009 0057009   D.O.B. ▬▬▬▬

Comments:_____ Allergy:_____

| PHYSICIAN ORDERS | | |
|---|---|---|
| 12/24/09 | ENALAPRIL 10 MG PO QD × 12 Wks | |
| | NAPROSYN 500 MG PO QD · 3 wks × food | |
| | ACE WRAP × 4 Wks | |
| | | |
| | | |
| | | |
| MD Print/Sign | | |

Location: _____   ☐ Med/Surg    ☐ MHS

Initials   Print / Sign Name                    Title

C H S 8 5 3 0 1

83
CCSAO



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Prescription Order**
Medical Record Copy

Patient: _____ DOC# _____ D.O.B. _____

Comments: _____ Allergy: _____

| Date/Time | PHYSICIAN ORDERS | Time/Nurse Init. |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | MD Print/Sign | |

Location: _____  ☐ Med/Surg  ☐ MHS

Initials   Print / Sign Name                    Title

C H S 8 5 3 0 1

Patient Label

Form #: 853.01
Rev. Feb. 2008    White Copy: Medical Records    Pink Copy: Pharmacy    Green Copy: Nursing / CMT / Dialysis    Yellow Copy: Patient

---

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Prescription Orders**
Medical Record Copy

Patient: _Hill, Anthony_ DOC# _2009-00-57009_ D.O.B. ▇▇▇▇

Comments: _____ Allergy: _____

| Date/Time | PHYSICIAN ORDERS | Time/Nurse Init. |
|---|---|---|
| 12-17-09 14:45 | DC au prior psych meds | |
| | Trazadone 100mg Po q bedtime — 4 WEEKS | |
| | Transfer pt to Divsion 10, MHS | |
| | | |
| | MD Print/Sign | |

Location: _9_  ☐ Med/Surg  ☒ MHS

Initials   Print / Sign Name                    Title

C H S 8 5 3 0 1



**Cermak Health Services of Cook County**
2800 S. California Avenue
Chicago, IL 60608

**Prescription Order**
Medical Record Copy

Patient: _Hill Anthony_ DOC# _2K9-00 57009_ D.O.B. _____

Comments: _____ Allergy: _____

| | | | |
|---|---|---|---|
| 12/8/09 | ℞ | Ursodiol 10g ... po daily x 12 wks | |
| | ℞ | Naprosyn 500 ... po BID | |
| | ℞ | Prilosec 8g ... po daily x 2 wk | |

MD Print/Sign

Location: _9 H 2_  ☐ Med/Surg  ☒ MHS

Initials   Print / Sign Name                    Title

C H S  8  5  3  0  1

Form #: 853.01
Rev: Feb. 2003   White Copy: Medical Records   Pink Copy: Pharmacy   Green Copy: Nursing / CMT / Dialysis   Yellow Copy: Patient

Patient Label

---

**Cermak Health Services of Cook County**
2800 S. California Avenue
Chicago, IL 60608

**Prescription Orders**
Medical Record Copy

Patient: _Hill, Anthony_ DOC# _09-0057009_ D.O.B. _9/1_

Comments: _____ Allergy: _____

| | | |
|---|---|---|
| 10/01/09 | Doxepin 100, po, gHS | |
| 6/14. 09 | x 2 wks | |

MD Print/Sign

Location: _____  ☐ Med/Surg  ☐ MHS

Initials   Print / Sign Name                    Title

C H S  8  5  3  0  1

Form #: 853.01
Rev. Feb. 2008   White Copy: Medical Records   Pink Copy: Pharmacy   Green Copy: Nursing/CMT/Dialysis   Yellow Copy: Patient

Patient Label

85
CCSAO



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Prescription Order**
Medical Record Copy

Patient: _Bill, Anthony_ DOC# _09-0057009_ D.O.B. _____

Comments: _____ Allergy: _____ NKA

PHYSICIAN ORDERS

MD Print/Sign

Location: _____ ☐ Med/Surg ☐ MHS

Initials   Print / Sign Name                    Title

C H S 8 5 3 0 1

Form #: 853.01
Rev. Feb. 2008    White Copy: Medical Records    Pink Copy: Pharmacy    Green Copy: Nursing / CMT / Dialysis    Yellow Copy: Patient

Patient Label

---

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Prescription Orders**
Medical Record Copy

Patient: _Thel Anthony_ DOC# _269-0052009_ D.O.B. _____

Comments: _____ Allergy: _____ NKA

MD Print/Sign

Location: _____ ☐ Med/Surg ☐ MHS

Initials   Print / Sign Name                    Title

C H S 8 5 3 0 1

Form #: 853.01
Rev. Feb. 2008    White Copy: Medical Records    Pink Copy: Pharmacy    Green Copy: Nursing/CMT/Dialysis    Yellow Copy: Patient

Patient Label

86
CCSAO



MEDICATION ADMINISTRATION RECORD
CERMAK HEALTH SERVICES OF COOK COUNTY

Month/Year   DEC. 09

| MEDICATION | | | |
|---|---|---|---|

**Start/Stop 09/22/09-12/15/09**
SALSALATE 750MG TABLET
SALSALATE TAB 750MG
RX: C3696515 09/22/09
TAKE 1 TABLET TWICE A DAY BY
MOUTH AS NEEDED WITH FOOD

**Start/Stop 09/22/09-12/15/09**
CLOTRIMAZOLE 1% CREAM
CLOTRIMAZOLE CREAM 1% 30GM
RX: C3696517 09/22/09
APPLY TO AFFECTED AREA AS
DIRECTED TWICE A DAY

**Start/Stop 09/22/09-12/15/09**
RANITIDINE H 150MG TABLET
RANITIDINE HCL TAB 150MG UD
RX: C3696519 09/22/09
TAKE 1 TABLET TWICE A DAY BY
MOUTH

**Start/Stop 10/22/09-12/17/09**
DOXEPIN HCL 10MG/M LIQUID
DOXEPIN HCL 10MG/ML CONC
RX: C3717932 10/22/09
100MG BY MOUTH AT BEDTIME **
DOSE BY DOSE**

**Start/Stop 11/03/09-12/01/09**
HYDROCORTISO 1% OINTME
HYDROCORTISONE OIN 1%
RX: C3726498 11/03/09
APPLY TO AFFECTED AREA AS
DIRECTED TWICE A DAY

**Start/Stop 11/03/09-12/01/09**
ASPIRIN 325MG TABLET
ASPIRIN EC TAB 325MG EC UD
RX: C3726500 11/03/09
TAKE 1 TABLET DAILY BY MOUTH
** DOSE BY DOSE**

INJECTION SITE CODES:   1. Left Buttocks   2. Right Buttocks   3. Left Deltoid   4. Right Deltoid   5. Left Thigh   6. Right Thigh

| | | | | |
|---|---|---|---|---|
| Blood Pressure | | | | |
| Pulse | | | | |

ALLERGIES

| Initials | |
|---|---|
| Reviewed | |
| D/C | |
| DPP | |
| Initial & Circle | |
| Intent | Med Given |
| | Refused (Obtain Refusal Form) |
| | No Med Available |
| | Hold |
| | Discontinued |
| | Not Present |

| Patient Name | DOC Number | Location | Date of Birth |
|---|---|---|---|
| HILL, ANTHONY | 20090057009 | 09-2T-20-34 | |

87
CCSAO

# OTC / PRN / STAT MEDICATION

| Date | Hour | Medication/Dosage/Route | Reason | Initials |
|------|------|-------------------------|--------|----------|
|      |      |                         |        |          |

**ALLERGIES**

| Initials | EMT/Nurse Signature - Title |
|----------|------------------------------|
|          |                              |
|          |                              |
|          |                              |
|          |                              |

CO○○O

**MEDICATION ADMINISTRATION RECORD**
**CERMAK HEALTH SERVICES OF COOK COUNTY**

Month/Year: 12 / D 9

| MEDICATION |
|---|

Trazodone 100mg 2
PO 9450

12/6/09 — 1/6/10

Zyrtec 10mg PO
Daily & Dates

12/24/09 — $HS/10

Nurapen 500mg PO
Daily Bulk w/h
Dates — 1/14/10

Ace Wrap & Hooks

INJECTION SITE CODES:
1. Left Buttocks
2. Right Buttocks
3. Left Deltoid
4. Right Deltoid
5. Left Thigh
6. Right Thigh

Initial:
= Med Given
R = Refused (Obtain Refusal Form)
C = Court
H = Hold
H/O = No Med Available
N/P = Discontinued
      Not Present

Initial & Circle
Reviewed

Patient Name

DOC Number: 2009    00 5 7009

ALLERGIES: NKA

Location

Date of Birth

89
CCSAO

# OTC / PRN / STAT MEDICATION

ALLERGIES

| Date | Hour | Medication/Dosage/Route | Reason | Initials |
|------|------|------------------------|--------|----------|

Initials | EMT/Nurse Signature - Title

Initials | EMT/Nurse Signature - Title

Initials | EMT/Nurse Signature - Title | J W Diane Washington RN

Initials | EMT/Nurse Signature - Title

# MEDICATION ADMINISTRATION RECORD
## CERMAK HEALTH SERVICES OF COOK COUNTY

**Month/Year** Nov. 09

Page 1

| MEDICATION | IN HR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |

SALSALATE 750MG TABLET
SALSALATE TAB 750MG
RX: C3696515 09/22/09
TAKE 1 TABLET TWICE A DAY BY
MOUTH AS NEEDED WITH FOOD
Start/Stop 09/22/09-12/15/09

HYDROCORTISO 1% OINTMN
HYDROCORTISONS OIN 1%
RX: C3696516 09/22/09
APPLY TO AFFECTED AREA AS
DIRECTED TWICE A DAY
Start/Stop 09/22/09-12/15/09

CLOTRIMAZOLE 1% CREAM
CLOTRIMAZOLE CREAM 1% 30GM
RX: C3696517 09/22/09
APPLY TO AFFECTED AREA AS
DIRECTED TWICE A DAY
Start/Stop 09/22/09-12/15/09

RANITIDINE H 150MG TABLET
RANITIDINE HCL TAB 150MG UD
RX: C3696519 09/22/09
TAKE 1 TABLET TWICE A DAY BY
MOUTH
Start/Stop 09/22/09-12/15/09

DOXEPIN HCL 10MG/M LIQUID
DOXEPIN HCL 10MG/ML CONC
RX: C3717932 10/22/09
100MG BY MOUTH AT BEDTIME **
DOSE BY DOSE**
Start/Stop 10/22/09-12/17/09

Blood Pressure
Pulse

INJECTION SITE CODES: 1. Left Buttocks  2. Right Buttocks  3. Left Deltoid  4. Right Deltoid  5. Left Thigh  6. Right Thigh

**ALLERGIES**

| Initial | C | R | X | H | D/C | N/P |
|---|---|---|---|---|---|---|
| R | Med Given | Refused (Obtain Refusal Form) | No Med Available | Hold | Discontinued | Not Present |

Initial & Circle
Count

Reviewed

Patient Name: HILL, ANTHONY
DOC Number: 20090057009
Location: 09-2H-20-60
Date of Birth:

91
CCSAO

# OTC / PRN / STAT MEDICATION

| Date | Hour | Medication/Dosage/Route | Reason | Initials |
|------|------|--------------------------|--------|----------|

**ALLERGIES**

Initials | EMT/Nurse Signature - Title

Initials | EMT/Nurse Signature - Title

Initials | EMT/Nurse Signature - Title

Initials | EMT/Nurse Signature - Title

# MEDICATION ADMINISTRATION RECORD
## CERMAK HEALTH SERVICES OF COOK COUNTY

**Patient Name:** HILL, ANTHONY

**DOC Number:** 2009005700 9

**Location:** 09-2H-20-60

**Date of Birth:**

**Month/Year:** OCT-09

**ALLERGIES**

| MEDICATION |
|------------|
| SALSALATE 750MG TABLET<br>SALSALATE TAB 750MG<br>RX: C3696515 09/22/09<br>TAKE 1 TABLET TWICE A DAY BY<br>MOUTH AS NEEDED WITH FOOD<br>Start/Stop 09/22/09-12/15/09 |
| HYDROCORTISO 1% OINTME<br>HYDROCORTISONE OIN 1%<br>RX: C3696516 09/22/09<br>APPLY TO AFFECTED AREA AS<br>DIRECTED TWICE A DAY<br>Start/Stop 09/22/09-12/15/09 |
| CLOTRIMAZOLE 1% CREAM<br>CLOTRIMAZOLE CREAM 1% 30GM<br>RX: C3696517 09/22/09<br>APPLY TO AFFECTED AREA AS<br>DIRECTED TWICE A DAY<br>Start/Stop 09/22/09-12/15/09 |
| RANITIDINE H 150MG TABLET<br>RANITIDINE HCL TAB 150MG UD<br>RX: C3696519 09/22/09<br>TAKE 1 TABLET TWICE A DAY BY<br>MOUTH<br>Start/Stop 09/22/09-12/15/09 |

**INJECTION SITE CODES:** 1. Left Buttocks    2. Right Buttocks    3. Left Deltoid    4. Right Deltoid    5. Left Thigh    6. Right Thigh

Blood Pressure

Pulse

**Initial & Circle**
- Med Given
- R = Refused (Obtain Refusal Form)
- NA = No Med Available
- H = Hold
- DC = Discontinued
- D/P = Not Present

Initial

Reviewed

93
CCSAO

# OTC / PRN / STAT MEDICATION

| Date | Hour | Medication/Dosage/Route | Reason | Initials |
|------|------|------------------------|--------|----------|

ALLERGIES

Initials | EMT/Nurse Signature - Title

Initials | EMT/Nurse Signature - Title

Initials | EMT/Nurse Signature - Title

Initials | EMT/Nurse Signature - Title

MEDICATION ADMINISTRATION RECORD
CERMAK HEALTH SERVICES OF COOK COUNTY

Month/Year __1/6/07__

MEDICATION

= Med Given
R = Refused (Obtain Refusal Form)
C = Court
Court
= No Med Available
H = Hold
D = Discontinued
D/C
NP = Not Present

Initial & Circle
Initial

Reviewed

Patient Name _Hill Anthony_

DOC Number _20090051709_

Location _4 N 2 S D_

Date of Birth

Blood Pressure / Pulse

INJECTION SITE CODES:   1. Left Buttocks   2. Right Buttocks   3. Left Deltoid   4. Right Deltoid   5. Left Thigh   6. Right Thigh

ALLERGIES

95
CCSAO

# OTC / PRN / STAT MEDICATION

| Date | Hour | Medication/Dosage/Route | Reason | Initials |
|------|------|------------------------|--------|----------|

ALLERGIES

| Initials | EMT/Nurse Signature - Title | Initials | EMT/Nurse Signature - Title | Initials | EMT/Nurse Signature - Title | Initials | EMT/Nurse Signature - Title |
|----------|----------------------------|----------|----------------------------|----------|----------------------------|----------|----------------------------|

# MEDICATION ADMINISTRATION RECORD
## CERMAK HEALTH SERVICES OF COOK COUNTY

**Month/Year:** SEP-09

| Initial | Med Given |
|---|---|
| R | Refused (Obtain Refusal Form) |
| DC | Court |
| N/A | No Med Available |
| H | Hold |
| D | Discontinued |
| NP | Not Present |

**MEDICATION**

SULFAMETHOXA... TABLET
SULFA/TRIM DS TAB 800/160MG
RX: C3679400  08/28/09
TAKE 1 TABLET TWICE A DAY BY
MOUTH WITH PLENTY OF WATER
Start/Stop 08/28/09-09/04/09

IBUPROFEN 600MG TABLET
IBUPROFEN TAB 600MG UD
RX: C3679401  08/28/09
TAKE 1 TABLET TWICE A DAY BY
MOUTH AFTER MEAL(S)
Start/Stop 08/28/09-09/04/09

NEEDED FOR PAIN WHEN

9-7-09    9-9-09

Naproxen 500mg
Refi #14

**Blood Pressure**

**Pulse**

**INJECTION SITE CODES:**  1. Left Buttocks  2. Right Buttocks  3. Left Deltoid  4. Right Deltoid  5. Left Thigh  6. Right Thigh

**ALLERGIES**

**Patient Name:** HILL, ANTHONY

**DOC Number:** 2009005700

**Location:** 09-2B-23-02

**Date of Birth:**

92F 28-30

97
CCSAO

# OTC / PRN / STAT MEDICATION

| Date | Hour | Medication/Dosage/Route | Reason | Initials |
|------|------|-------------------------|--------|----------|
|      |      |                         |        |          |

ALLERGIES

| Initials | EMT/Nurse Signature - Title |
|----------|------------------------------|
|          |                              |
|          | EMT/Nurse Signature - Title  |
|          | EMT/Nurse Signature - Title  |
|          | EMT/Nurse Signature - Title  |

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Progress Notes**

☒ Mental Health
☐ Medical
☐ Nursing

SIGN AND NOTATIONS

| | | |
|---|---|---|
| 1/15/10 9:56am 30 minutes | | **S:** Mr. Hill requested a psychological evaluation because "i'm snapping." The patient discussed his frustration with the legal process and his attorney. He stated, "My public defender isn't doing his job. I'm worried that I'm going to end up serving more time than I should because my PD isn't helping me out." The patient asked, "Will it help my case if I go to 2-North?" The patient and this writer discussed different strategies for managing his frustration (e.g., The patient reported that "working out always helps me."). The patient was also encouraged to develop possible solutions for his current dissatisfaction with his attorney. At the end of the discussion, the patient reported feeling "much better. Thanks for letting me talk."<br><br>**O:** Alert, cooperative, appropriate eye contact, O x 4, SPEECH: Normal rate/volume/prosody, THOUGHT PROCESS: Organized, Good attention/concentration/memory, THOUGHT CONTENT: Denies perceptual disturbances No delusions expressed, Denies SI/HI, MOOD: "Good" AFFECT: Euthymic Normal gait, Good hygiene/grooming, Reports "fine" sleep/appetite Fair insight Fair judgment/impulse control<br><br>**A:** Patient's report was indicative of distress related to legal process. Additionally, his question regarding 2-North suggests that he may seek mental health services as a means of assisting him in his case.<br><br>**P:** Patient will return to tier. He is not in need of treatment on acute psychiatric unit at this time. Patient informed on how to seek mental health services in the future. Patient verbalized his understanding.<br><br>**Therapist Signature:** _Janie Wernsman, Ph.D._, Postdoctoral Fellow<br><br>**Supervisor Signature:** _Daniel G. Morjal, Psy.D._, Clinical Psychologist |

**S** = Subjective       **P** = Problem

**O** = Objective        **A** = Assessment

**A** = Assessment       **I** = Intervention

**P** = Plan             **E** = Evaluation

Form: 85228  Rev: May, 2003

HILL, ANTHONY
2009/0057009
DOB:
42 y/o BLACK MALE

1064
CCSAO



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Prescription Order**
Medical Record Copy

Patient:_____ DOC# _____ D.O.B._____

Comments: _____ Allergy: _____

| Date/Time | PHYSICIAN ORDERS | | | Time/Nurse Initial |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | MD Print/Sign | | | |

Location: _____ ☐ Med/Surg  ☐ MHS

**Initials  Print / Sign Name**                    **Title**

CHS 85301

Patient Label

Form #: 653.01
Rev. Feb. 2008    White Copy: Medical Records    Pink Copy: Pharmacy    Green Copy: Nursing / CMT / Dialysis    Yellow Copy: Patient

---

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Prescription Orders**
Medical Record Copy

Patient: Will Anthony DOC# 2009 005 7009 D.O.B. ████████

Comments: _____ Allergy: _____

| Date/Time | PHYSICIAN ORDERS | Time/Nurse Initial |
|---|---|---|
| 1/28/10 | Selcum Shampoo 3 day goL | |
| | Clotrimezole 1% buse gL x2wL | |
| | Hydrocortisone 1% To ell area Q12-48L | |
| | Doxycycline 100g POQ12° 7L | |
| | Atarax 25g po Q fc° - 14L | |
| | MD Print/Sign | |

Location: 104A ☑ Med/Surg  ☐ MHS

**Initials  Print / Sign Name**                    **Title**
RU     Richard    RN MD

CHS 85301

1065
CCSAO

**Cermak Health Services of Cook County**
2800 South California Avenue
Chicago, Illinois 60608

**Progress Notes**

☐ Mental Health
☐ Medical
☐ Nursing

| Date – Time | Prob. No. | SIGN ALL NOTATIONS |
|---|---|---|
| 1-28-10 | | P: Follow up eval, Rash from the blankets |
| | | A: Denies any allergies, 118/86 59 20 97.4 Wt 165 |
| | | lab results |

NMD easy get consult

gl clean

BSL begin DSM

Doxycycline 100n

S = Subjective
O = Objective
A = Assessment
P = Plan

P = Problem
A = Assessment
I = Intervention
E = Evaluation

104A

Hill, Anthony
200 9005700 9

Form 85226  Rev. May, 2003

CHS 85226

CSAO 1066



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## DETAINEE HEALTH SERVICE REQUEST FORM
Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: _Anthony Hill_     Today's Date: _1-22-10_

ID #: _2009 0057009_ Division: _10_ Tier: _4 H_ Birth Date: ▬▬▬▬▬
(Booking Year) (Number)

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: _I Have A Broken ACL By ERT_
_Nov 5, 09 and Have not got not the proper medical_
_Attention I Have Ask for and need A MRI_
_Because I Cant Hardly Walk, and Still in So much_
_Pain and Have Back Ribs, and Collar Bone and Knots_
_Still on Back of Left Side of Ear and numbness left Hand_

How long have you had this problem? _2½_ days / weeks (months) (circle one)
Next Court Date:

### !!!STOP!!! DO NOT WRITE BELOW THIS LINE

Referred to: ☐ Medical ☐ Dental ☐ Mental Health ☐ Health Educator ☐ DOC   Date:

**Initial Provider Note:** _____

_____

_____

_____

_____

Signature/Title: _____ Date: _____ Time: _____

**Secondary Disposition:** (as indicated): Recommended Follow-up: ☐ Sick Call ☐ PRN
Signature/Title: _____ Date: _____ Time: _____

**Appointment Scheduler:**

Appointment Date: _____

Signature/Title: _____

Date: _____ Time: _____

PATIENT LABEL

1067
CCSAO

Form#: 86322 Rev: March 2006

## MEDICATION ADMINISTRATION RECORD
### CERMAK HEALTH SERVICES OF COOK COUNTY

Month/Year: 1/10

**MEDICATION**

- Risperdarone 1mg po B.i.d
- Colace 100mg PO B12.
- Doxycycline 100mg po G12° x 7 days — 2/4/10
- Atarax 25mg po G12° x 14 days — 2/1/10
- Hydrocortisone 1% to elbow area G12° x 45days — 3/11/10
- Clotrimazole 1% ux Gdaily x 2 weeks — 3/11/10

Initial & Circle
- I = Med Given
- R = Refused (Obtain Refusal Form)
- H = Hold
- D/C = Discontinued
- N/A = Not Available
- N/P = Not Present

Reviewed

**INJECTION SITE CODES:**
1. Left Buttocks
2. Right Buttocks
3. Left Deltoid
4. Right Deltoid
5. Left Thigh
6. Right Thigh

Blood Pressure / Pulse

ALLERGIES

Patient Name

DOC Number

Location

Date of Birth

# OTC / PRN / STAT MEDICATION

| Date | Hour | Medication/Dosage/Route | Reason | Initials |
|------|------|-------------------------|--------|----------|

**ALLERGIES**

| Initials | EMT/Nurse Signature - Title |
|----------|------------------------------|
| | |
| | |
| | |

CCS ED

**MEDICATION ADMINISTRATION RECORD**
**CERMAK HEALTH SERVICES OF COOK COUNTY**

| Month/Year | January 2010 |

**MEDICATION**

Selsum Shampoo Bottle
use as directed × 90 days
1-28-2010 — 208-2609(?)

**Initial & Circle**

I = Initial = Med Given
R = Refused (Obtain Refusal Form)
C = Court
X = No Med Available
D/C = Hold
NVP = Discontinued
Not Present

Reviewed

**INJECTION SITE CODES:** 1. Left Buttocks  2. Right Buttocks  3. Left Deltoid  4. Right Deltoid  5. Left Thigh  6. Right Thigh

Blood Pressure
Pulse

Patient Name: HILL, Anthony

DOC Number: 2009

ALLERGIES: NKA

Location: 10-44

Date of Birth:

1670
CC570

# OTC / PRN / STAT MEDICATION

| Date | Hour | Medication/Dosage/Route | Reason | Initials |
|------|------|-------------------------|--------|----------|
|      |      |                         |        |          |

ALLERGIES

| Initials | EMT/Nurse Signature - Title |
|----------|-----------------------------|
|          |                             |
|          |                             |
|          |                             |
|          |                             |

CCS AB
10-11

# MEDICATION ADMINISTRATION RECORD
## CERMAK HEALTH SERVICES OF COOK COUNTY

**Month/Year:** JAN '10

| MEDICATION | |
|---|---|
| ENALAPRIL MALEATE 10MG TABLE | |
| RX: C3751283  12/08/09 | |
| TAKE 1 TABLET DAILY BY DOSE | |
| ** DOSE BY DOSE** | |
| Start/Stop 12/08/09-03/02/10 | |
| NAPROXEN 500MG TABLET | |
| NAPROXEN TABLETS 500MG | |
| RX: C3751284  12/08/09 | |
| TAKE 1 TABLET TWICE A DAY BY | |
| MOUTH WITH FOOD ** DOSE BY | |
| DOSE** | |
| Start/Stop 12/08/09-03/02/10 | |
| ASPIRIN 81MG TABLET | |
| ASPIRIN 81MG EC | |
| RX: C3751285  12/08/09 | |
| TAKE 1 TABLET DAILY BY MOUTH | |
| ** DOSE BY DOSE** | |
| Start/Stop 12/08/09-03/02/10 | |
| TRAZODONE HC 100MG TABLET | |
| TRAZODONE 100MG TABLET | |
| RX: C3758162  12/17/09 | |
| TAKE 1 TABLET AT BEDTIME BY | |
| MOUTH ** DOSE BY DOSE** | |
| Start/Stop 12/17/09-01/14/10 | |

Levofloxacin 250mg
Levaquin po Gdaily

Levofloxacin 250 mg
Daily po Gdaily

Dipyridamol 5mg po Gdaily

**INJECTION SITE CODES:** 1. Left Buttocks  2. Right Buttocks  3. Left Deltoid  4. Right Deltoid  5. Left Thigh  6. Right Thigh

| Initial | |
|---|---|
| R | = Med Given |
| C | = Refused (Obtain Refusal Form) |
| Initial & Circle | = Court |
| H | = No Med Available |
| D/C | = Died |
| N/P | = Discontinued |
| | = Not Present |

**Patient Name:** HILL, ANTHONY

**DOC Number:** 2009005700.9

**Location:** 10-04-0A-21

**Date of Birth:**

# OTC / PRN / STAT MEDICATION

| Date | Hour | Medication/Dosage/Route | Reason | Initials |
|------|------|------------------------|--------|----------|
| | | | | |

**ALLERGIES**

| Initials | EMT/Nurse Signature - Title | Initials | EMT/Nurse Signature - Title | Initials | EMT/Nurse Signature - Title | Initials | EMT/Nurse Signature - Title |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

CCSAO

# MEDICATION ADMINISTRATION RECORD
## CERMAK HEALTH SERVICES OF COOK COUNTY

**MEDICATION**

**Month/Year:** FEB. 10

| Patient Name | HILL, ANTHONY |
| DOC Number | 2009005700J |
| Location | 10-04-OA-21 |
| Date of Birth | |

**ALLERGIES**

Reviewed

Initial & Circle:
- I = Med Given
- R = Refused (Obtain Refusal Form)
- C = Caused
- H/C = Not Med Available
- D/C = Discontinued
- H = Hold
- N/P = Not Present

**INJECTION SITE CODES:** 1. Left Buttocks 2. Right Buttocks 3. Left Deltoid 4. Right Deltoid 5. Left Thigh 6. Right Thigh

---

ASPIRIN 81MG TABLET
ASPIRIN 81MG EC
RX: C3751205 12/08/09
TAKE 1 TABLET DAILY BY MOUTH
** DOSE BY DOSE **
Start/Stop 12/08/09-03/02/10

ENALAPRIL MALEATE 10MG TABLET
RX: C3763476 12/24/09
TAKE 1 TABLET DAILY BY MOUTH
** DOSE BY DOSE **
Start/Stop 12/24/09-03/18/10

OXYBUTYNIN C 5MG TABLET
OXYBUTYNIN 5MG TABLET
RX: C3773757 01/11/10
TAKE 1 TABLET BY MOUTH EVERY DAY
Start/Stop 01/11/10-04/05/10

DOCUSATE SOD 100MG CAPSUL
DOCUSATE SODIUM 100MG CAPS U
RX: C3773760 01/11/10
TAKE 1 CAPSULE BY MOUTH EVERY 12 HOURS
Start/Stop 01/11/10-04/05/10

RISPERIDONE 1MG TABLET
RISPERIDONE TAB 1MG
RX: C3775976 01/14/10
TAKE 1 TABLET TWICE A DAY BY MOUTH ** DOSE BY DOSE **
Start/Stop 01/14/10-02/11/10

CCSAO

# OTC / PRN / STAT MEDICATION

| Date | Hour | Medication/Dosage/Route | Reason | Initials |
|------|------|------------------------|--------|----------|
| | | | | |

**ALLERGIES**

Initials _____ EMT/Nurse Signature - Title _____

Initials _____ EMT/Nurse Signature - Title _____

Initials _____ EMT/Nurse Signature - Title _____

Initials _____ EMT/Nurse Signature - Title _____

CCA 1075

## MEDICATION ADMINISTRATION RECORD
### CERMAK HEALTH SERVICES OF COOK COUNTY

**Month/Year** 2/10

**MEDICATION**

Blood 25mg PM @ 12°
x 14 days

1/21/10 - 2/8/10
Hydrocortisone 1% +
elbow area @ 10° x 45 days

1/21/10 - 3/1/10
alclometasone 1% cream
@ day x 2 wks

1/21/10 - 2/1/10
Selenium Shamp 00

1-28-10
Risperdone 1mg P.O.
@ A.M. x 2 wks
RN 2-18-10 — 3-18-10 Myon
2-4-10 — 2-25-0

**Initial** = Reviewed
**R** = Med Given
**C** = Refused (Obtain Refusal Form)
**Initial & Circle** = Court
**H** = Med Not Available
**D/C** = Hold
**NP** = Discontinued
**Not Present**

INJECTION SITE CODES: 1. Left Buttocks   2. Right Buttocks   3. Left Deltoid   4. Right Deltoid   5. Left Thigh   6. Right Thigh

| | IN HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Blood Pressure / Pulse**

**Patient Name** Hill Anthony

**DOC Number** 2011905-7007

**Location** 10-4-1

**Date of Birth**

**ALLERGIES**

176
CCSAO

# OTC / PRN / STAT MEDICATION

| Date | Hour | Medication/Dosage/Route | Reason | Initials |
|------|------|-------------------------|--------|----------|
| | | | | |

**ALLERGIES**

Initials — EMT/Nurse Signature - Title

Initials — EMT/Nurse Signature - Title

Initials — EMT/Nurse Signature - Title

Initials — EMT/Nurse Signature - Title